SOMACH, SIMMONS & DUNN
A Professional Corporation
MICHAEL E. VERGARA, ESQ. (SBN 137689)
813 Sixth Street, Third Floor
Sacramento, California 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

Attorneys for Plaintiff James Kotrous

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KOTROUS, individually and doing business as THE MATTRESS FACTORY,<br><br>                Plaintiffs,<br><br>v.<br><br>GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC. et al<br><br>                Defendants.<br><br>EDWARD ANSELMO,<br><br>                Cross-Claimant,<br><br>v.<br><br>BAYER CROPSCIENCE, INC., AVENTIS CROPSCIENCE USA, INC. doing business as AG COMPANY, INC., ROHNE-POULENC, INC., ROHNE-POULENC BASIC CHAMICALS COMPANY, KLEINFELDER, INC., RAH ENVIRONMENTAL, INC., WEST HAZMAT DRILLING CORP., RAMAGE | CASE NO. CIV S-02-1520 FCD (JFM)<br><br>STIPULATION AND ORDER EXTENDING TIME FOR CROSS-DEFENDANT JAMES KOTROUS, INDIVIDUALLY AND DBA THE MATTRESS FACTORY, TO RESPOND TO CROSS-CLAIMS OF EDWARD ANSELMO |

STIPULATION AND ORDER EXTENDING TIME FOR CROSS-DEFENDANT JAMES KOTROUS, INDIVIDUALLY AND DBA THE MATTRESS FACTORY, TO RESPOND TO CROSS-CLAIMS OF EDWARD ANSELMO

SOMACH, SIMMONS & DUNN
A PROFESSIONAL CORPORATION

1

|   |   |
|---|---|
| ENVIRONMENTAL, INC., AND JOSEPH RAMAGE, MICHAEL GLENN WILLIAMS, doing business as NORCAL ENVIRONMENTAL SERVICES, GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC., ESTATE OF ROBERT LAMANET, STEVEN LAMANET, MICHAEL LAMANET, JAMES KOTROUS, individually and doing business as THE MATTRESS FACTORY, SACRAMENTO INDUSTRIAL INVESTMENT COMPANY, MURRAY E. MILHOLLAND, PAUL R. UPDYKE, JR., DAVID D. KAUFMAN, RUBY M. UPDYKE, DIAMOND SHAMROCK CHEMICALS COMPANY, DIAMOND SHAMROCK CORPORATION, OCCIDENTAL CHEMICAL CORPORATION, OCCIDENTAL ELECTROCHEMICALS CORPORATION, PPG INDUSTRIES, INC., VULCAN CHEMICAL TECHNOLOGIES, INC., VULCAN MATERIALS COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>                Cross-Defendants.<br><br>AND RELATED CROSS-CLAIMS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION

WHEREAS Plaintiff and Cross-Defendant James Kotrous, individually and doing business as The Mattress Factory (Kotrous) was electronically served on February 22, 2005 with Edward Anselmo's (Anselmo) Second Amended Cross-Claim; and

WHEREAS Kotrous's due date for filing and serving a response to Anselmo's Second Amended Cross-Claim, absent an extension of time, would have been March 17, 2005;

STIPULATION AND ORDER EXTENDING TIME FOR CROSS-DEFENDANT JAMES KOTROUS, INDIVIDUALLY AND DBA THE MATTRESS FACTORY, TO RESPOND TO CROSS-CLAIMS OF EDWARD ANSELMO

SOMACH, SIMMONS & DUNN
A PROFESSIONAL CORPORATION

2

NOW THEREFORE, Kotrous and Anselmo hereby stipulate and agree that Kotrous's response to Anselmo's Second Amended Cross-Claim shall be filed and served no later than April 22, 2005.

Dated: April 15, 2005                 SOMACH, SIMMONS & DUNN
                                      A Professional Corporation


                                      /s/ Michael E. Vergara
                                          MICHAEL E. VERGARA

                                      Somach, Simmons & Dunn
                                      813 Sixth Street, Third Floor
                                      Sacramento, CA 95814
                                      Telephone: 916-446-7979
                                      mvergara@lawssd.com

                                      Attorneys for Plaintiff James Kotrous
                                      State Bar No. 137689

Dated: April 15, 2005                 MATHENY, SEARS, LINKERT & LONG


                                      /s/ Kristin N. Blake (per authorization given on 4/15/05)

                                           KRISTIN N. BLAKE

                                      Matheny, Sears, Linkert & Long
                                      3638 American River Drive
                                      Sacramento, CA 95853-4711
                                      Telephone: 916-978-3434
                                      kblake@msll.com

                                      Attorneys for Defendant and Cross-Claimant
                                      Edward Anselmo
                                      State Bar No. 135587


ORDER

---

STIPULATION AND ORDER EXTENDING TIME FOR CROSS-DEFENDANT JAMES KOTROUS, INDIVIDUALLY AND DBA THE MATTRESS FACTORY, TO RESPOND TO CROSS-CLAIMS OF EDWARD ANSELMO

3

1   IT IS SO ORDERED.

2   DATED: April 18, 2005

3                                              /s/ Frank C. Damrell Jr.
      FRANK C. DAMRELL, JR.
4     UNITED STATES DISTRICT COURT JUDGE

---

STIPULATION AND ORDER EXTENDING TIME FOR CROSS-DEFENDANT JAMES KOTROUS, INDIVIDUALLY AND DBA THE MATTRESS FACTORY, TO RESPOND TO CROSS-CLAIMS OF EDWARD ANSELMO