1 | JEFFORY J. SCHARFF, State Bar No. 137620
MARK WETTERS, State Bar No. 215767
2 | LAW OFFICES OF JEFFORY J. SCHARFF
400 Capitol Mall, Suite 1100
3 | Sacramento, California 95814
Telephone: (916) 558-6138
4 | Facsimile: (916) 443-6865

5 | Attorneys for Defendant, Counter-Claimant,
Cross-Claimant, Cross-Defendant,
6 | Edward Anselmo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KOTROUS, individually and doing business as THE MATTRESS FACTORY, | Case No.: 2:02-cv-01520-FCD-JFM |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEYS AND ORDER** |
| v. | |
| GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC., a California corporation; ESTATE OF ROBERT LAMANET, individually and as an officer of GOSS-JEWETT COMPANY; STEVEN LAMANET, individually and as an officer of GOSS-JEWETT COMPANY; MICHAEL LAMANET, individually and as an officer of GOSS-JEWETT; EDWARD ANSELMO, individually; ESTATE OF ALBERT G. EVANS, Deceased; ESTATE OF ESTELLE M. EVANS, Deceased; ALBERT G. VOLZ, an individual; ESTATE OF ROBERT M. CARMANY, Deceased; ESTATE OF FRANCES CARMANY, Deceased; ESTATE OF JOHN E. SPURLOCK, Deceased; MILDRED E. SPURLOCK, an individual; ESTATE OF ESTHER VOLZ, Deceased; BAYER CROPSCIENCE INC., a New York corporation, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

28 | / / /

1

Substitution of Attorneys

Pursuant to Easter District Local Rule 83-182, Defendant, Counter-Claimant, Cross-Claimant, Cross-Defendant, Edward Anselmo, makes the following substitution of attorneys:

Former attorneys: David Walker Calfee III, Esq. and Kristin N. Blake, Esq.

New attorneys: Jeffory J. Scharff, Esq. (SBN: 137620)
Mark R. Wetters, Esq. (SBN: 215767)
Law Offices of Jeffory J. Scharff
Wells Fargo Center
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: 916-558-6138
Facsimile: 916-443-6865

Consent to and acceptance of this submission are set forth below.

I consent to this substitution.

Dated: _____, 2005

_____
Edward Anselmo

I consent to this substitution.   MATHENY SEARS LINKERT & LONG, LLP

Dated: _____, 2005

_____
Kristin N. Blake, Esq.

I consent to this substitution.   CALFEE & YOUNG

Dated: _____, 2005

_____
David Walker Calfee III, Esq.

I consent to this substitution.   LAW OFFICES OF JEFFORY J. SCHARFF

Dated: _____, 2005

_____
Jeffory J. Scharff, Esq

## ORDER

IT IS SO ORDERED.

Dated: May 4, 2005                    /s/ Frank C. Damrell Jr.
                                      Judge Frank C. Damrell, Jr.
                                      United States District Judge