JEFFORY J. SCHARFF, State Bar No. 137620
MARK WETTERS, State Bar No. 215767
LAW OFFICES OF JEFFORY J. SCHARFF
400 Capitol Mall, Suite 1100
Sacramento, California 95814
Telephone: (916) 558-6138
Facsimile: (916) 443-6865

Attorneys for Defendant, Counter-Claimant,
Cross-Claimant, Cross-Defendant,
Edward Anselmo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KOTROUS, individually and doing business as THE MATTRESS FACTORY,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC., a California corporation; ESTATE OF ROBERT LAMANET, individually and as an officer of GOSS-JEWETT COMPANY; STEVEN LAMANET, individually and as an officer of GOSS-JEWETT COMPANY; MICHAEL LAMANET, individually and as an officer of GOSS-JEWETT; EDWARD ANSELMO, individually; ESTATE OF ALBERT G. EVANS, Deceased; ESTATE OF ESTELLE M. EVANS, Deceased; ALBERT G. VOLZ, an individual; ESTATE OF ROBERT M. CARMANY, Deceased; ESTATE OF FRANCES CARMANY, Deceased; ESTATE OF JOHN E. SPURLOCK, Deceased; MILDRED E. SPURLOCK, an individual; ESTATE OF ESTHER VOLZ, Deceased; BAYER CROPSCIENCE INC., a New York corporation,<br>　　　　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.: 2:02-cv-01520-FCD-JFM<br><br>**STIPULATION TO EXTEND HEARING DATE OF MOTION TO DISMISS SECOND AMENDED CROSS-CLAIM AND ORDER**<br><br>Date:　May 27, 2005<br>Time:　10:00 a.m.<br>Courtroom 2 |

/ / /

1

Stipulation to Extend Hearing Date of Motion to Dismiss Second Amended Cross Claim

1  Pursuant to Local Rule 83-143, the parties stipulate and request that the Court order that
2  the hearing, which is currently scheduled for May 27, 2005, at 10:00 a.m., be continued to June
3  10, 2005, at 10:00 a.m.
4  The parties also stipulate and request that the Court order that the schedule for opposition
5  and reply briefs will be adjusted to reflect the new hearing date. Oppositions to the motion will
6  be due May 20, 2005, and reply briefs will be due June 3, 2005.

9  IT IS SO STIPULATED.

11  Dated: _____, 2005

LAW OFFICES OF JEFFORY J. SCHARFF

By: _____
    Jeffory J. Scharff, Esq.
    Attorneys for Defendant, Counter-
    Claimant, Cross-Claimant, Cross-
    Defendant, Edward Anselmo

Dated: _____, 2005

BEVERIDGE & DIAMOND, P.C.

By: _____
    Gary J. Smith, Esq.
    Attorneys for Cross-Defendant,
    PPG INDUSTRIES, INC.

Dated: _____, 2005

FILICE BROWN EASSA & MCLEOD, LLP

By: _____
    Richard V. Normington, Esq.
    Attorneys for Cross-Defendant,
    THE DOW CHEMICAL COMPANY

| | |
|---|---|
| Dated: _____, 2005 | BARG COFFIN LEWIS & TRAPP, LLP |
| | By: _____<br>Stephen C. Lewis, Esq.<br>Attorneys for Cross-Defendant,<br>OCCIDENTAL CHEMICAL CORP. |
| Dated: _____, 2005 | JEFFER MANGELS BUTLER & MARMARO |
| | By: _____<br>Kenneth A. Ehrilich, Esq.<br>Attorneys for Cross-Defendants,<br>VULCAN MATERIALS CO. AND VULCAN CHEMICAL TECHNOLOGIES, INC. |

**ORDER**

IT IS SO ORDERED.

DATED: May 12, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

Stipulation to Extend Hearing Date of Motion to Dismiss Second Amended Cross Claim