JEFFORY J. SCHARFF, State Bar No. 137620
MARK WETTERS, State Bar No. 215767
LAW OFFICES OF JEFFORY J. SCHARFF
400 Capitol Mall, Suite 1100
Sacramento, California  95814
Telephone: (916) 558-6138
Facsimile: (916) 443-6865

Attorneys for Defendant, Counter-Claimant,
Cross-Claimant, Cross-Defendant,
Edward Anselmo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KOTROUS, individually and doing business as THE MATTRESS FACTORY,<br><br>           Plaintiffs,<br><br>v.<br><br>GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC., a California corporation; ESTATE OF ROBERT LAMANET, individually and as an officer of GOSS-JEWETT COMPANY; STEVEN LAMANET, individually and as an officer of GOSS-JEWETT COMPANY; MICHAEL LAMANET, individually and as an officer of GOSS-JEWETT; EDWARD ANSELMO, individually; ESTATE OF ALBERT G. EVANS, Deceased; ESTATE OF ESTELLE M. EVANS, Deceased; ALBERT G. VOLZ, an individual; ESTATE OF ROBERT M. CARMANY, Deceased; ESTATE OF FRANCES CARMANY, Deceased; ESTATE OF JOHN E. SPURLOCK, Deceased; MILDRED E. SPURLOCK, an individual; ESTATE OF ESTHER VOLZ, Deceased; BAYER CROPSCIENCE INC., a New York corporation,<br><br>           Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.: 2:02-cv-01520-FCD-JFM<br><br>**STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL OF CROSS-DEFENDANTS PPG INDUSTRIES, INC., THE DOW CHEMICAL COMPANY, OCCIDENTAL CHEMICAL CORP., VULCAN MATERIALS CO. AND VULCAN CHEMICAL TECHNOLOGIES, INC.** |

/ / /

1
Stipulation

**STIPULATION**

IT IS HEREBY STIPULATED between Defendant, Counter-Claimant, Cross-Claimant and Cross-Defendant Edward Anselmo (hereinafter "Anselmo") and Cross-Defendants PPG Industries, Inc., The Dow Chemical Company, Occidental Chemical Corp., Vulcan Materials Co. and Vulcan Chemical Technologies, Inc., by and through their respective counsel, that Anselmo's cross-claims against PPG Industries, Inc., The Dow Chemical Company, Occidental Chemical Corp., Vulcan Materials Co. and Vulcan Chemical Technologies, Inc are dismissed with prejudice.  This stipulation does not affect Anselmo's cross-claims against any other defendant.

Said parties further agree that cross-defendants PPG Industries, Inc., The Dow Chemical Company, Occidental Chemical Corp., Vulcan Materials Co. and Vulcan Chemical Technologies, Inc. waive all claims for any and all costs and/or fees (including but not limited to attorneys' fees) they may have against Anselmo related to Anselmo's cross-claims.

Dated: May 24, 2005        LAW OFFICES OF JEFFORY J. SCHARFF

By: _____/s/_____
Jeffory J. Scharff, Esq.
Attorneys for Defendant, Counter-Claimant, Cross-Claimant, Cross-Defendant, Edward Anselmo

BEVERIDGE & DIAMOND, P.C.

Dated: May 24, 2005

By: _____/s/_____
Gary J. Smith, Esq.
Attorneys for Cross-Defendant,
PPG INDUSTRIES, INC.

2
Stipulation

Dated: May 24, 2005                                       FILICE BROWN EASSA & MCLEOD, LLP

                                                          By:        /s/
                                                              Gennaro A. Filice, Esq.
                                                              Attorneys for Cross-Defendant,
                                                              THE DOW CHEMICAL COMPANY

                                                          BARG COFFIN LEWIS & TRAPP, LLP

Dated: May 24, 2005

                                                          By:        /s/
                                                              R. Morgan Gilhuly, Esq.
                                                              Attorneys for Cross-Defendant,
                                                              OCCIDENTAL CHEMICAL CORP.

                                                          JEFFER MANGELS BUTLER & MARMARO

Dated: May 24, 2005

                                                          By:        /s/
                                                              Kenneth A. Ehrilich, Esq.
                                                              Attorneys for Cross-Defendants,
                                                              VULCAN MATERIALS CO. AND
                                                              VULCAN CHEMICAL
                                                              TECHNOLOGIES, INC.

## **ORDER**

In light of the stipulation entered above the hearing on defendant Occidental Motion to Dismiss 2nd Amended Cross Claim set for hearing on June 10, 2005 is VACATED and the motion is denied as MOOT.

IT IS SO ORDERED.

Dated: May 25, 2005                           /s/ Frank C. Damrell Jr.
                                              Judge Frank C. Damrell, Jr.
                                              United States District Judge

G:\DOCS\FCD\orders to be signed\koutros dism of crs dft 0524.wpd

3
Stipulation