1  John D. Edgcomb (State Bar No. 112275)
   jedgcomb@edgcomb-law.com
2  Mary E. Wilke (State Bar No. 216723)
3  LAW OFFICE OF JOHN D. EDGCOMB
   115 Sansome Street, Suite 805
4  San Francisco, California 94104
   Telephone:  (415) 399-1555
5  Attorneys for BAYER CROPSCIENCE, INC.

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11

12  JAMES KOTROUS, individually and doing        CIV.S-02-1520 FCD (JFM)
    business as THE MATTRESS FACTORY,
13                                               STIPULATION AND ORDER RE:
              Plaintiff,                         CONTINUANCE OF SCHEDULING
14                                               ORDER DEADLINES
         v.
15
16  GOSS-JEWETT COMPANY OF
    NORTHERN CALIFORNIA, INC., et al.,
17
              Defendants.
18

19

20         The parties to this matter, by and through their undersigned counsel, stipulate and jointly

21  request that the Court continue the scheduling order deadlines for approximately 90 days from

22  the dates ordered in the March 29, 2005 Status (Pretrial Scheduling) Order to allow the Court to

23  rule on Bayer Cropscience Inc.'s Motion for Reconsideration and to allow the newly added

24  parties to conduct discovery and review discovery taken prior to their joinder.  The parties have

25  previously requested extensions of the scheduling order deadlines on May 28, 2004, October 22,

26  2004 and March 24, 2005.

1    **I.      DISCOVERY STATUS**

2       The parties stipulated to allow, and the Court allowed, Anselmo to file an Amended

3    Cross-Claim naming additional parties on October 14, 2004.  Newly-named cross-defendants

4    moved the Court to dismiss the First Amended Cross-Claim.  The Court granted Anselmo leave

5    to file a Second Amended Cross-Claim.  Anselmo filed a Second Amended Cross-Claim on

6    February 22, 2005 and cross-defendants moved to dismiss the Second Amended Cross-Claim on

7    March 11, 2005.  On April 26, 2005 defendant Bayer Cropscience, Inc. moved for judgment on

8    the pleadings of the First Amended Complaint of Plaintiff James Kotrous.  On May 24, 2005

9    Anselmo voluntarily dismissed cross-defendants Dow Chemical Company, Occidental Chemical

10   Corporation, PPG Industries, and Vulcan Chemical Technologies, Inc.  On June 16, 2005, the

11   Court denied Bayer Cropscience Inc.'s Motion for Judgment on the Pleadings.  On July 14,

12   2005, Bayer Cropscience, Inc. filed a Motion for Reconsideration of the Court's Order denying

13   Bayer's Motion for Judgment on the Pleadings.  Because the hearing for Bayer Cropscience

14   Inc.'s Motion for Reconsideration is set for August 26, 2005 and the newly joined parties need to

15   participate in discovery, the parties request that the scheduling order deadlines be continued

16   approximately 90 days.

17       Prior to the March 11, 2005 Motion to Dismiss Anselmo's Second Amended Cross-

18   Claim, certain parties exchanged written discovery and responses and two depositions were

19   taken.

20

21   **II.      THE EXISTING COURT PRETRIAL SCHEDULING ORDER
        DEADLINES AS SET FORTH IN MARCH 29, 2005 ORDER**

22   <u>**Disclosure of Expert Witnesses**</u>: All counsel are to designate in writing, file with the

23   court, and serve upon all other parties the name, address, and area of expertise of each expert that

24   they propose to tender at trial no later than **August 12, 2005**.

25   <u>**Discovery**</u>:  All discovery shall be completed by **October 7, 2005.**  In this context,

26

1  "completed" means that all discovery shall have been conducted so that all depositions have been

2  taken and any disputes relative to discovery shall have been resolved by appropriate order if

3  necessary and, where discovery has been ordered, the order has been obeyed.  All motions to

4  compel discovery must be noticed on the magistrate judge's calendar in accordance with the

5  local rules of this court.

6       **Motions, Final Pre-Trial Conference and Trial**: Dispositive motion deadline:

7  **December 16, 2005;** final pre-trial conference set for **February 16, 2006**; and jury trial set for

8  **April 25, 2006**.

9       **III.    THE PROPOSED PRETRIAL SCHEDULING ORDER DEADLINES**

10       **Disclosure of Expert Witnesses**: All counsel are to designate in writing, file with the

11  court, and serve upon all other parties the name, address, and area of expertise of each expert that

12  they propose to tender at trial no later than **November 12, 2005**.

13       **Discovery**:  All discovery shall be completed by **January 7, 2006.**  In this context,

14  "completed" means that all discovery shall have been conducted so that all depositions have been

15  taken and any disputes relative to discovery shall have been resolved by appropriate order if

16  necessary and, where discovery has been ordered, the order has been obeyed.  All motions to

17  compel discovery must be noticed on the magistrate judge's calendar in accordance with the

18  local rules of this court.

19       **Motions, Final Pre-Trial Conference and Trial**: Dispositive motion deadline: **March**

20  **16, 2006;** final pre-trial conference and jury trial to be set by the Court:

21  _____.

22       **IV.    CONCLUSION**

23       For the reasons set forth above, the parties request the Court to continue the current

24  scheduling order deadlines as set forth above.

25

26

Respectfully submitted,

1

2     Dated:  July 26, 2005                    LAW OFFICE OF JOHN D. EDGCOMB

3

4

5                                             By: _____/S/_____

6                                                      Mary E. Wilke
                                                  Attorney for Defendant
7                                               BAYER CROPSCIENCE INC.

8

9     Dated:  July 26, 2005                    SOMACH, SIMMONS AND DUNN

10

11

12                                            By: _____/S/_____
                                                      Michael Vergara
13                                                Attorney for Plaintiff
                                                    JAMES KOTROUS
14
      Dated:  July 26, 2005                    LAW OFFICES OF JEFFORY J. SCHARFF
15

16

17                                            By:_____/S/_____
                                                      Jeffory J. Scharff
18                                                Attorney for Defendant
                                                   EDWARD ANSELMO
19

20
      Dated:  July 26, 2005                    CAREY & CAREY
21

22

23                                            By:_____/S/_____
                                                      Jerry Y. Fong
24                                                Attorney for Defendants
                                                  STEVEN AND MICHAEL
25                                                LAMANET

26

STIPULATION AND [PROPOSED] ORDER RE: CONTINUING SCHEDULING ORDER DEADLINES

1     Dated: July 26, 2005               LAW OFFICES OF WILLIAM W. BURNS

2

3

4                                          By:_____/S/_____

5                                                William W. Burns
                                               Attorney for Defendant

6                                              GOSS-JEWETT COMPANY OF
                                             NORTHERN CALIFORNIA

7

8     Dated: July 26, 2005               GREVE, CLIFFORD, WENGEL & PARAS,
                                             LLP

9

10

11                                          By:_____/S/_____

12                                                Gary L. Vinson
                                           Attorney for Cross-Defendant

13                                              KLEINFELDER, INC.

14

15

16     Dated: July 26, 2005               BARG COFFIN LEWIS & TRAPP, LLP

17

18                                          By:_____/S/_____
                                             R. Morgan Gilhuly

19                                              Attorney for Cross-Defendant
                                             OCCIDENTAL CHEMICAL

20                                              CORPORATION

21

22     Dated: July 26, 2005               BEVERIDGE & DIAMOND

23

24                                          By:_____/S/_____
                                             Gary J. Smith

25                                              Attorney for Cross-Defendant
                                             PPG INDUSTRIES

26

STIPULATION AND [PROPOSED] ORDER RE: CONTINUING SCHEDULING ORDER DEADLINES

1

2   Dated:  July 26, 2005                    NOLEN SAUL BRELSFORD

3

4                                            By: _____/S/_____

5                                                      Rudy Nolen
                                                 Attorney for Cross-Defendant
6                                                RAMAGE ENVIRONMENTAL

7
    Dated:  July 26, 2005                    WILSON, ELSER, MOSKOWITZ, EDELMAN
8                                                & DICKER, LLP

9

10                                           By: _____/S/_____

11                                                    Jeffrey S. Tachiki
                                                 Attorney for Cross-Defendant
12                                               RAH ENVIRONMENTAL, INC.

13

14  Dated:  July 26, 2005                    JEFER, MANGELS, BUTLER & MARMARO

15

16
                                             By: _____/S/_____
17                                                    Kenneth A. Ehrlich
                                                 Attorney for Cross-Defendants
18                                               VULCAN MATERIALS and VULCAN
19                                               CHEMICAL TECHNOLOGIES, INC.

20

21  Good cause appearing , IT IS HEREBY ORDERED that the Scheduling Order Deadlines are

22  modified as follows: **Disclosure of Expert Witnesses**: All counsel are to designate in writing,

23  file with the court, and serve upon all other parties the name, address, and area of expertise of

24  each expert that they propose to tender at trial no later than **November 11, 2005;**

25          **Discovery**:  All discovery shall be completed by **January 6, 2006;**

26

STIPULATION AND [PROPOSED] ORDER RE: CONTINUING SCHEDULING ORDER DEADLINES

1    **Dispositive Motion Deadline**: Dispositive motion deadline: **March 24, 2006;**

2    **Final Pre-Trial Conference** :  Conference set for **May 26, 2006 at 1:30 p.m.**  The joint

3    pretrial statement shall be filed on or before **May 19, 2006**;

     **Trial:**  The jury trial is set for **July 25, 2006 at 9:00 a.m**.

4

5    DATED: July 27, 2005                    /s/ Frank C. Damrell Jr.

6                                            UNITED STATES DISTRICT JUDGE
                                             THE HONORABLE JUDGE DAMRELL
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER RE: CONTINUING SCHEDULING ORDER DEADLINES

PROOF OF SERVICE

1

I am a citizen of the United States, over 18 years of age, not a party to the

2

litigation, and am an employee with the Law Office of John D. Edgcomb, 115 Sansome Street,

3

Suite 805, San Francisco, CA 94104.  I am readily familiar with the practice of this office for

4

collection and processing of correspondence for mailing with the United States Postal Service

5

and the e-filing process.  Correspondence is deposited with the United States Postal Service the

6

same day as it collected and processed in the ordinary course of business.

7

Today I served the attached:

8

STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF SCHEDULING
ORDER DEADLINES

9

10

by causing a true and correct copy of the above to be placed in the United States Mail at

11

San Francisco, California in sealed envelope(s) with postage prepaid, addressed to the person on

12

the attached service list and emailing to the persons on the attached service list through the e-

13

filing process.

14

I declare under penalty of perjury that the foregoing is true and correct and that

15

this reply was executed in San Francisco, California on July 26, 2005

16

17

By _____/S/_____

18

Nicole Uribe

SERVICE LIST – SERVED VIA E-FILING

19

| | |
|---|---|
| Jeffory J. Scharff<br>Mark R. Wetters<br>Law Offices of Jeffory J. Scharff<br>2625 Fair Oaks Blvd. Suite 7<br>Sacramento, CA 95864 | Attorneys for Defendant Edward Anselmo |
| Jerry Y. Fong<br>Carey & Carey<br>P.O. Box 1040<br>Palo Alto, CA 94302-1040 | Attorneys for Defendants Steven Lamanet and Michael Lamanet |
| William W. Burns<br>Law Offices of William W. Burns<br>15720 Winchester Blvd.<br>Los Gatos, CA 95030 | Attorneys for Defendant Goss-Jewett Company of Northern California |

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER RE: CONTINUING SCHEDULING ORDER DEADLINES

| | | |
|---|---|---|
| 1<br>2 | Gary L. Vinson<br>Greve, Clifford, Wengel & Paras LLP<br>2870 Gateway Oaks Drive, Suite 210<br>Sacramento, CA 95833-4324 | Attorneys for Cross-Defendant Kleinfelder,<br>Inc. |
| 3<br>4<br>5<br>6 | Stephen C. Lewis<br>R. Morgan Gilhuly<br>Donald E. Sobelman<br>Barg Coffin Lewis & Trapp, LLP<br>One Market, Steuart Tower, Suite 2700<br>San Francisco, CA 94105-1475 | Attorneys for Cross-Defendant Occidental<br>Chemical Corporation |
| 7<br>8 | Gary J. Smith, Esq.<br>Beveridge & Diamond<br>456 Montgomery Street, Suite 1800<br>San Francisco, CA 94104-1251 | Attorneys for Cross-Defendant PPG Industries,<br>Inc. |
| 9<br>10 | Rudy Nolen<br>Nolen Saul Brelsford<br>350 University Avenue<br>Sacramento, CA 95825 | Attorneys for Cross-Defendant Ramage<br>Environmental |
| 11<br>12<br>13 | Michael Vergara, Esq.<br>Erica R. Arceo, Esq.<br>Somach, Simmons & Dunn<br>813 Sixth Street, Third Floor<br>Sacramento, CA 95814-2403 | Attorneys for Plaintiff James Kotrous |
| 14<br>15<br>16 | Kenneth A. Ehrlich<br>Jefer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, Seventh Floor<br>Los Angeles, CA 90067-4308 | Attorneys for Cross-Defendants Vulcan<br>Materials Company and Vulcan Chemical<br>Technologies, Inc. |

17

18

### SERVICE LIST – SERVED VIA U.S. MAIL

| | |
|---|---|
| Ronald S. Bushner<br>Jeffrey S. Tachiki<br>Wilson, Elser, Moskowitz, Edelman & Dicker<br>LLP<br>650 California Street, 14th Floor<br>San Francisco, CA 94108-2718 | Attorneys for Cross-Defendant RAH<br>Environmental, Inc. |

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER RE: CONTINUING SCHEDULING ORDER DEADLINES