1 | John D. Edgcomb (State Bar No. 112275)
jedgcomb@edgcomb-law.com
2 | Mary E. Wilke (State Bar No. 216723)
3 | LAW OFFICE OF JOHN D. EDGCOMB
115 Sansome Street, Suite 805
4 | San Francisco, California 94104
Telephone:  (415) 399-1555
5 | Facsimile:  (415) 399-1885
Attorneys for Defendant BAYER CROPSCIENCE INC.
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES KOTROUS, individually and doing business as THE MATTRESS FACTORY,<br><br>Plaintiff,<br><br>v.<br><br>GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC., <u>et al.</u>,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS | 2:02-CV-01520 FCD (JFM)<br><br>DEFENDANT BAYER CROPSCIENCE, INC.'S NOTICE OF MOTION AND MOTION FOR CERTIFICATION PURSUANT TO 28 U.S.C. SECTION 1292(b)<br><br>Date:  October 7, 2005<br>Time:  10:00 a.m.<br>Place:  Courtroom 2 |

TO PLAINTIFF JAMES KOTROUS, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT on October 7, 2005 or as or as soon thereafter as the matter may be heard, in Courtroom 2 of the above-entitled court, defendant Bayer CropScience, Inc. ("Bayer") will move and does hereby move, for a certification that the orders of June 16, 2005 and August 23, 2005 denying Bayer's Motion for Judgment on the Pleadings pursuant to the Federal Rules of Civil Procedure, Rule 12(b)(6) and 12(c) and Motion for Reconsideration

**BAYER'S NOTICE OF MOTION AND MOTION FOR CERTIFICATION**

1  pursuant to Local Rule 78-230(k), respectively.

2        This request is based on this notice, the accompanying motion and proposed order, the

3  district court's June 16, 2005 and August 24, 2005 orders, the pleadings and documents filed in

4  the action and such other documents as the Court may request or permit to be filed.

5

6  Dated: September 6, 2005                         Respectfully submitted,

7                                                      LAW OFFICE OF JOHN D. EDGCOMB

8

9                                         By**:**   **/s/  John D. Edgcomb**
                                                    John D. Edgcomb
                                                    Attorney for Defendant

10                                                      BAYER CROPSCIENCE INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**BAYER'S NOTICE OF MOTION AND MOTION FOR CERTIFICATION**

| | |
|---|---|
| 1 | PROOF OF SERVICE |

2  I am a citizen of the United States, over 18 years of age, not a party to the litigation, and an employee with the Law Office of John D. Edgcomb, 115 Sansome Street, Suite 805, San Francisco, CA 94109.  I am readily familiar with the practice of this office for collection and processing of correspondence for e-filing and mailing with the United States Postal Service.  Correspondence is deposited with the United States Postal Service the same day as it collected and processed in the ordinary course of business.

Today I served the attached:

**BAYER'S NOTICE OF MOTION AND MOTION FOR CERTIFICATION**

by e-filing a true and correct copy of the above with the Eastern District California Court and causing a true and correct copy of the above to be emailed and placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed to the persons on the attached service lists.

I declare under penalty of perjury that the foregoing is true and correct and that this reply was executed in San Francisco, California on September 6, 2005.

By: __/s/ Mary E. Wilke_____

Mary E. Wilke

**SERVICE LIST – SERVED VIA E-FILING**

| | |
|---|---|
| Jeffory J. Scharff<br>Mark R. Wetters<br>Law Offices of Jeffory J. Scharff<br>Wells Fargo Center<br>400 Capitol Mall Suite 1100<br>Sacramento, CA 95814 | Attorneys for Defendant Edward Anselmo |
| Jerry Y. Fong<br>Carey & Carey<br>P.O. Box 1040<br>Palo Alto, CA 94302-1040 | Attorneys for Defendants Steven Lamanet and Michael Lamanet |
| William W. Burns<br>Law Offices of William W. Burns<br>15720 Winchester Blvd.<br>Los Gatos, CA 95030 | Attorneys for Defendant Goss-Jewett Company of Northern California |
| Gary L. Vinson<br>Greve, Clifford, Wengel & Paras LLP<br>2870 Gateway Oaks Drive, Suite 210<br>Sacramento, CA 95833-4324 | Attorneys for Cross-Defendant Kleinfelder, Inc. |
| Gennaro A. Filice III<br>Richard V. Normington<br>Richard H. Poulson<br>Filice Brown Eassa & McLeod LLP<br>1999 Harrison Street, 18th Floor<br>Oakland, CA 94612 | Attorneys for Cross-Defendant The Dow Chemical Company |
| Stephen C. Lewis<br>R. Morgan Gilhuly<br>Donald E. Sobelman<br>Barg Coffin Lewis & Trapp, LLP<br>One Market, Steuart Tower, Suite 2700<br>San Francisco, CA 94105-1475 | Attorneys for Cross-Defendant Occidental Chemical Corporation |
| Gary J. Smith, Esq.<br>Beveridge & Diamond<br>456 Montgomery Street, Suite 1800<br>San Francisco, CA 94104-1251 | Attorneys for Cross-Defendant PPG Industries, Inc. |
| Rudy Nolen<br>Nolen Saul Brelsford<br>350 University Avenue<br>Sacramento, CA 95825 | Attorneys for Cross-Defendant Ramage Environmental |
| Michael Vergara, Esq.<br>Erica R. Arceo, Esq.<br>Somach, Simmons & Dunn<br>813 Sixth Street, Third Floor | Attorneys for Plaintiff James Kotrous |

**BAYER'S NOTICE OF MOTION AND MOTION FOR CERTIFICATION**

| | | |
|---|---|---|
| 1 | Sacramento, CA 95814-2403 | |
| 2 | Kenneth A. Ehrlich<br>Jefer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, Seventh Floor<br>Los Angeles, CA 90067-4308 | Attorneys for Cross-Defendants Vulcan Materials Company and Vulcan Chemical Technologies, Inc. |
| 3-7 | Stephen C. Lewis<br>R. Morgan Gilhuly<br>Donald E. Sobelman<br>Barg Coffin Lewis & Trapp, LLP<br>One Market, Steuart Tower, Suite 2700<br>San Francisco, CA 94105-1475 | Attorneys for Cross-Defendant Occidental Chemical Corporation |

### SERVICE LIST – SERVED VIA U.S. MAIL

| | | |
|---|---|---|
| 10-12 | Ronald S. Bushner<br>Jeffrey S. Tachiki<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>650 California Street, 14th Floor<br>San Francisco, CA 94108-2718 | Attorneys for Cross-Defendant RAH Environmental, Inc. |