1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   KENNETH A. EHRLICH (Bar No. CA 150570)
2  kae@jmbm.com
   1900 Avenue of the Stars, Seventh Floor
3  Los Angeles, California  90067-4308
   Telephone:   (310) 203-8080
4  Facsimile:    (310) 203-0567

5  *Attorneys for Cross-Defendants*
   Vulcan Materials Company and
6  Vulcan Chemical Technologies, Inc.

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JAMES KOTROUS, individually and doing business as THE MATTRESS FACTORY, | Case No. CIV-S-02-1520 FCD (JFM) |
| 13              Plaintiffs, | **STIPULATION TO DISMISS CROSS-CLAIMS OF STEPHEN LAMANET AND MICHAEL LAMANET AGAINST VULCAN MATERIALS COMPANY AND VULCAN CHEMICAL TECHNOLOGIES, INC.; ORDER** |
| 14      vs. | |
| 15  GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC., et al., | |
| 17              Defendants. | |
| 18  EDWARD ANSELMO, | Honorable Frank C. Damrell, Jr. |
| 19              Cross-Claimant, | |
| 20      vs. | |
| 21  BAYER CROPSCIENCE, INC., AVENTIS CROPSCIENCE USA, INC., doing business as ACS USA, INC., ROHNE-POULENC AG COMPANY, INC., ROHNE-POULENC, INC., ROHNE-POULENC BASIC CHEMICALS COMPANY, KLEINFELDER, INC., RAH ENVIRONMENTAL, INC., WEST HAZMAT DRILLING CORP., RAMAGE ENVIRONMENTAL, INC. AND JOSEPH RAMAGE, MICHAEL GLENN WILLIAMS, doing business as | |

PRINTED ON
RECYCLED PAPER

3739425v1

- 1 -  Stipulation Extending Time for Vulcan to Respond to Lamanet's Cross-Claim

| | |
|---|---|
| 1 | NORCAL ENVIRONMENTAL SERVICES, GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC., ESTATE OF ROBERT LAMANET, STEVEN LAMANET, MICHAEL LAMANET, OCCIDENTAL CHEMICAL CORPORATION, PPG INDUSTRIES, INC., DIAMOND SHAMROCK BOLIVIANA, LTD., VULCAN CHEMICAL TECHNOLOGIES, INC., VULCAN MATERIALS COMPANY, THE DOW CHEMICAL COMPANY, ESTATE OF ALBERT G. EVANS, ESTATE OF ESTELLE M. EVANS, ALBERT G. VOLZ, ESTATE OF ROBERT M. CARMANY, ESTATE OF FRANCIS CARMANY, ESTATE OF JOHN E. SPURLOCK, MILDRED M. SPURLOCK, ESTATE OF ESTHER VOLZ, SACRAMENTO INDUSTRIAL INVESTMENT COMPANY, MURRAY E. MILHOLLAND, PAUL R. OPDYKE, JR., RUBY M. OPDYKE, and ESTATE OF DAVID D. KAUFFMAN,|

                Cross-Defendants.

STEPHEN LAMANET, and MICHAEL LAMANET,

                Cross-Claimants,

BAYER CROPSCIENCE, INC., AVENTIS CROPSCIENCE USA, INC., dba ACS USA, INC., ROHNE-POULENC AG COMPANY, INC., ROHNE-POULENC, INC., ROHNE-POULENC BASIC CHEMICALS COMPANY, KLEINFELDER, INC., RAH ENVIRONMENTAL, INC., WEST HAZMAT DRILLING, INC., RAMAGE ENVIRONMENTAL, INC., STAUFFER CHEMICAL CO., OCCIDENTAL CHEMICAL CORP., PPG INDUSTRIES, INC., DIAMOND SHAMROCK BOLIVIANA, LTD., VULCAN CHEMICAL TECHNOLOGIES, INC., VULCAN MATERIALS COMPANY, THE DOW CHEMICAL CO., & DOES 1001 to 2000, Inclusive,

PRINTED ON RECYCLED PAPER

3739425v1

Stipulation Dismissing Cross-Claims Against VCTI and VMC

| Cross-Defendants |
|---|

AND RELATED CROSS-CLAIMS.

IT IS HEREBY STIPULATED by and among cross-defendants Vulcan Materials Company ("VMC") and Vulcan Chemical Technologies, Inc. ("VCTI"), by and through their attorneys of record, Jeffer, Mangels, Butler & Marmaro LLP, and defendants, cross-defendants and cross-claimants Stephen Lamanet and Michael Lamanet (collectively, the "Lamanets"), by and through their attorneys of record, Carey & Carey, that: (1) the Lamanets' cross-claims against VCTI and VMC are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), and (2) the parties shall bear their own attorneys fees and costs.

Dated: October __, 2005        JEFFER, MANGELS, BUTLER & MARMARO LLP
                               KENNETH A. EHRLICH


                               By:_____
                                        Kenneth A. Ehrlich
                               *Attorneys for Cross-Defendants*
                               Vulcan Materials Company and Vulcan Chemical Technologies, Inc.

Dated: October __, 2005        CAREY & CAREY


                               By:_____
                                        Jerry Y. Fong
                               *Attorneys for Defendants, Cross-Defendants and Cross-Claimants*
                               Stephen Lamanet and Michael Lamanet

## ORDER

Based on the stipulation of the parties, IT IS ORDERED that the Lamanets' Cross-Claims against Vulcan Materials Company ("VMC") and Vulcan Chemical Technologies, Inc. ("VCTI") are dismissed without prejudice, and the parties shall bear their own attorney's fees and costs.

DATED: October 21, 2005        /s/ Frank C. Damrell Jr.
                               HONORABLE FRANK C. DAMRELL, Jr.
                               Judge of the United District Court
                               Eastern District of California