1  William W. Burns [Bar No. 44187]
   LAW OFFICES OF WILLIAM W. BURNS
2  15720 Winchester Boulevard, Suite 1A
   Los Gatos, CA 95030
3  Telephone:  (408) 395-2226
   Facsimile:  (408) 395-6480
4
   Attorneys for Defendant
5  GOSS-JEWETT CO. OF NORTHERN CALIFORNIA

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  JAMES KOTROUS, individually and doing        Case No. CIV S-02-1520 FCD JFM
    business as THE MATRESS FACTORY,
12                                                STIPULATION FOR SUBSTITUTION OF
                    Plaintiff,                    ATTORNEYS; ORDER
13         vs.

14  GOSS-JEWETT COMPANY OF NORTHERN
    CALIFORNIA, INC., et al.,
15
                    Defendants.
16

17         Defendant GOSS-JEWETT OF NORTHERN CALIFORNIA hereby substitutes Edward R.

18  Hugo [Bar No. 124839] of BRYDON HUGO & PARKER, 135 Main Street, 20th Floor, San

19  Francisco, California 94105, (415) 808-0300, (415) 808-0333 (fax), as retained as attorney of

20  record in the place and stead of William W. Burns of LAW OFFICES OF WILLIAM W. BURNS.

21

22         I hereby consent to this substitution.

23  Dated:  May __, 2006                         GOSS-JEWETT CO. OF NORTHERN
                                                 CALIFORNIA
24

25                                         By:   _____
26                                               Steve Lamanet
                                                 Title:  _____
27                                  *(Signatures continued on next page)*

28

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

STIPULATION FOR SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER

1   I hereby consent to this substitution.

2   Dated:  May __, 2006                              LAW OFFICES OF WILLIAM W. BURNS

3

4                                                     By:   _____

5                                                           William W. Burns
                                                            Attorney at Law

6

7   I am duly admitted to practice in this District and consent to this substitution.

8   Dated: May __, 2006                               BRYDON HUGO & PARKER

9

10

11                                                    By:   _____
                                                            Edward R. Hugo
                                                            Attorney at Law

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

STIPULATION FOR SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER

## **ORDER**

Based upon the above stipulation, IT IS HEREBY ORDERED that Edward R. Hugo [Bar No. 124839] of BRYDON HUGO & PARKER, 135 Main Street, 20th Floor, San Francisco, California 94105, (415) 808-0300, (415) 808-0333 (fax), be substituted as attorney of record in the place and stead of William W. Burns of LAW OFFICES OF WILLIAM W. BURNS for Defendant GOSS-JEWETT OF NORTHERN CALIFORNIA in this action, effective immediately.

Dated:  June 26, 2006

/s/ Frank C. Damrell Jr.
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3

STIPULATION FOR SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER