Jerry Y. Fong [Bar No. 99673]
CAREY & CAREY
706 Cowper Street
P.O. Box 1040
Palo Alto, CA 94302-1040
Telephone: (650) 328-5510
Facsimile: (650) 853-3632

Attorneys for Defendant
MICHAEL LAMANET

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KOTROUS, individually and doing business as THE MATRESS FACTORY,<br><br>Plaintiff,<br>vs.<br><br>GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC., et al.,<br><br>Defendants. | Case No. CIV S-02-1520 FCD JFM<br><br>STIPULATION FOR SUBSTITUTION OF ATTORNEYS; ORDER |

Defendant MICHAEL LAMANET hereby substitutes Edward R. Hugo [Bar No. 124839] of BRYDON HUGO & PARKER, 135 Main Street, 20th Floor, San Francisco, California 94105, (415) 808-0300, (415) 808-0333 (fax), as retained as attorney of record in the place and stead of Jerry Y. Fong of CAREY & CAREY.

I hereby consent to this substitution.

Dated: May __, 2006

By: _____
Michael Lamanet

*(Signatures continued on next page)*

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

STIPULATION FOR SUBSTITUTION OF ATTORNEYS; ORDER

1
2    I hereby consent to this substitution.

     Dated:  May __, 2006                          CAREY & CAREY
3
4
                                         By:    _____
5                                               Jerry Y. Fong
                                                Attorney at Law
6
7
8    I am duly admitted to practice in this District and consent to this substitution.

9    Dated: May __, 2006                           BRYDON HUGO & PARKER
10
11                                       By:    _____
                                                Edward R. Hugo
12                                              Attorney at Law
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

STIPULATION FOR SUBSTITUTION OF ATTORNEYS; ORDER

## **ORDER**

Based upon the above stipulation, IT IS HEREBY ORDERED that Edward R. Hugo [Bar No. 124839] of BRYDON HUGO & PARKER, 135 Main Street, 20th Floor, San Francisco, California 94105, (415) 808-0300, (415) 808-0333 (fax), be substituted as attorney of record in the place and stead of Jerry Y. Fong of CAREY & CAREY for Defendant MICHAEL LAMANET in this action, effective immediately.

Dated: June 26, 2006

/s/ Frank C. Damrell Jr.
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA