JEFFORY J. SCHARFF, State Bar No. 137620
MARK WETTERS, State Bar No. 215767
SCHARFF, BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, California 95814
Telephone: (916) 446-3400
Facsimile: (916) 446-7159
sbv-law@scharff.us

Attorneys for Defendant/Counter-
Claimant/Cross-Claimant/Cross-Defendant
EDWARD ANSELMO, deceased

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KOTROUS, et al., | NO. CIV. S-02-1520 FCD JFM |
| Plaintiffs, | **STIPULATION AND ORDER RE: SUBSTITUTION OF PARTIES** |
| v. | |
| GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC., et al., | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

The parties to this matter, by and through their undersigned counsel, stipulate to the following substitution of parties, pursuant to FRCP 25 and Eastern District Local Rule 83-143:

ROSALIE A. ANSELMO and KAREN L. LILIENTHAL, CO-TRUSTEES under that certain document entitled "THE EDWARD A. ANSELMO AND ROSALIE A. ANSELMO 1992 REVOCABLE TRUST" dated December 21, 1992, are hereby substituted as parties in place of:

EDWARD ANSELMO, DECEASED, in his formerly individual capacity as defendant, cross-

Stipulation and Order re: Substitution of Parties - 1 -

1 | defendant, counter-defendant, counter-claimant, cross-claimant and third-party plaintiff in this litigation.

IT IS SO STIPULATED.

Dated: May 4, 2009  SCHARFF, BRADY & VINDING

By: /s/ Jeffory J. Scharff
JEFFORY J. SCHARFF
Attorneys for Defendant,/Counter-Claimant/
Cross-Claimant/Cross-Defendant, Edward Anselmo, deceased

Dated: May 4, 2009  EDGCOMB LAW GROUP

By: /s/ William D. Marsh
WILLIAM D. MARSH
Attorneys for Defendant, Bayer Cropscience, Inc.

Dated: May 8, 2009  SOMACH, SIMMONS AND DUNN

By: /s/ Kanwarjit Singh Dua
KANWARJIT SINGH DUA
Attorneys for plaintiff, James Kotrous, individually doing business as the Mattress Factory

Dated: May 8, 2009  GREVE, CLIFFORD, WENGEL & PARAS, LLP

By: /s/ Gary L. Vinson
GARY L. VINSON
Attorneys for cross-defendant, Kleinfelder, Inc.

/ / /

/ / /

Stipulation and Order re: Substitution of Parties — - 2 -

| | | |
|---|---|---|
| 1 | Dated: May 4, 2009 | NOLEN AND ASSOCIATES |
| 2 | | |
| 3 | | By:  /s/  Stephen W. Owens |
| 4 | | STEPHEN W. OWENS |
| 5 | | Attorneys for cross-defendant, Ramage Environmental and Joseph Ramage |
| 6 | Dated: May 8, 2009 | WILSON, ELSER, MOSKOWITZ, EDELMAN and DICKER |
| 7 | | |
| 8 | | |
| 9 | | By:  /s/ Emily M. Weissenberger |
| 10 | | EMILY M. WEISSENBERGER |
| 11 | | Attorneys for coss-defendant RAH Environmental Inc. |
| 12 | | |
| 13 | Dated: May 4, 2009 | BEVERIDGE AND DIAMOND, PC |
| 14 | | |
| 15 | | By:  /s/ Gary J. Smith |
| 16 | | GARY J. SMITH |
| 17 | | Attorneys for cross-defendant PPG Industries, Inc. |
| 18 | Dated: May 4, 2009 | BRYDON, HUGO & PARKER |
| 19 | | |
| 20 | | By:  /s/ Ronald The` |
| 21 | | RONALD THE` |
| 22 | | Attorneys for defendants Goss-Jewett Company of Northern California, Inc., a California corporation, Michael Lamanet and Steven Lamanet |
| 23 | | |

**IT IS SO ORDERED.**

Dated: May 8, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE