SOMACH, SIMMONS & DUNN
A Professional Corporation
MICHAEL E. VERGARA, ESQ. (SBN 137689)
KANWARJIT S. DUA, ESQ. (SBN 214591)
813 Sixth Street, Third Floor
Sacramento, California  95814
Telephone:      (916) 446-7979
Facsimile:       (916) 446-8199
mvergara@somachlaw.com
kdua@somachlaw.com

Attorneys for Plaintiff James Kotrous

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KOTROUS, individually and doing business as THE MATTRESS FACTORY,<br><br>    Plaintiffs,<br><br>v.<br><br>GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC., et al<br><br>    Defendants.<br><br>AND RELATED CLAIMS. | Case No. CIV S-02-1520 FCD JFM<br><br>**STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT** |

WHEREAS plaintiff James Kotrous, Individually and doing business as The Mattress Factory (collectively referred to as "Kotrous"), filed his Amended Complaint in the above action against multiple defendants on November 22, 2002;

WHEREAS, the impact of the recent U.S. Supreme Court decision in *United States v. Atl. Research Corp.*, 127 S.Ct. 2331 (2007) interpreting key provisions of the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), necessitates a further amendment of the pleadings.  Accordingly, the Second Amended Complaint amends the pleadings to include a cause of action for cost recovery on a several basis or contribution basis pursuant to CERCLA section 107(a), 42 U.S.C. § 9607(a), consistent with the *Atlantic* decision and Ninth Circuit case law.

1  WHEREAS, the parties have all agreed that the interests of the parties as well as judicial
2  economy are best served by stipulating to the filing of the attached Second Amended Complaint
3  and revising the schedule set forth in the May 8, 2009 Pretrial Scheduling Order as opposed to
4  Kotrous filing a motion seeking leave to amend the pleadings.

5  WHEREAS, to promote efficiency and in the interest of justice, the parties hereto stipulate
6  to extend the time for defendants to file responsive pleadings to Kotrous's Second Amended
7  Complaint until 30 days after the Court approves this Stipulation and Order.

8  WHEREAS, to promote efficiency and in the interest of justice, the parties hereto stipulate
9  to revise the schedule set forth in the May 8, 2009 Pretrial Scheduling Order to extend the time
10  for the parties to serve additional defendants until 30 days after the Court approves this
11  Stipulation and Order;

12  **THEREFORE, IT IS HEREBY STIPULATED** by and between the parties hereto that:
13  (1) Kotrous may file the attached Second Amended Complaint; (2) defendants shall have until 30
14  days after the Court approves this Stipulation and Order to file responsive pleadings to Kotrous'
15  Second Amended Complaint; and (3) the parties shall have until 30 days after the Court approves
16  this Stipulation and Order to serve additional defendants .

SOMACH SIMMONS & DUNN
A Professional Corporation

DATED: _____   By _____/s/_____
                                  Kanwarjit S. Dua
                                  Attorneys for JAMES KOTROUS dba as Mattress Factory

SCHARFF, BRADY & VINDING

DATED: _____   By _____/s/_____
                                  Jeffory J. Scharff
                                  Defendants Rosalie A. Anselmo and Karen L. Lilenthal as Co – Trustees under that certain document entitled "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust," dated December 21 1992

SOMACH SIMMONS & DUNN
A Professional Corporation

EDGCOMB LAW GROUP

DATED: _____   By _____/s/_____
                              William Marsh
                              Attorneys for Defendant, Bayer Cropscience, Inc.

GREVE, CLIFFORD, WENGEL & PARAS, LLP

DATED: _____   By _____/s/_____
                              Gary L. Vinson
                              Attorneys for Cross-Defendant, Kleinfelder, Inc.

NOLEN AND ASSOCIATES

DATED: _____   By _____/s/_____
                              Stephen W. Owens
                              Attorneys for Cross-Defendant, Ramage Environmental and Joseph Ramage

WILSON, ELSER, MOSKOWITZ, EDELMAN and DICKER

DATED: _____   By _____/s/_____
                              Emily M. Weissenberger
                              Attorneys for Cross-Defendant Rah Environmental, Inc.

BRYDON HUGO & PARKER

DATED: _____   By _____/s/_____
                              Ronald The'
                              Attorneys for Defendants Goss-Jewett Company of Northern California, Inc., a California corporation, Michael Lamanet and Steven Lamanet

# **ORDER**

Based on the foregoing stipulation, and good cause existing therefore, IT IS HEREBY ORDERED THAT the Court's May 8, 2009 Pretrial Scheduling Order shall be revised such that: (1) Plaintiff James Kotrous, Individually and doing business as The Mattress Factory may file the attached Second Amended Complaint; (2) defendants shall have until 30 days after the Court approves this Stipulation and Order to file responsive pleadings to Plaintiff's Second Amended Complaint; and (3) the parties shall have until 30 days after the Court approves this Stipulation and Order to serve additional defendants.  **The Court hereby directs plaintiff's counsel to file the Second Amended Complaint.**

**IT IS SO ORDERED.**

Dated: August 18, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

SOMACH SIMMONS & DUNN
A Professional Corporation