1  Edgcomb Law Group
   JOHN D. EDGCOMB (SBN 112275)
2  MARYLIN JENKINS (SBN 89832)
   WILLIAM D. MARSH (SBN 200082)
3  PAGE C. PERRY (SBN 246266)
   115 Sansome Street, Suite 700
4  San Francisco, California 94104
   Telephone: (415) 399-1993
5  Fascimile: (415) 399-1885

6  Attorneys for Defendant
   BAYER CROP SCIENCE INC.
7

8

9

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12

13

14 | JAMES KOTROUS, individually and doing business as THE MATTRESS FACTORY, | CIV. S-02-1520 FCD JFM
15 | | STIPULATION AND ORDER FOR VDRP REFERRAL
16 | Plaintiffs, | [Local Rule 16-271(i)]
17 | v. |
18 | GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC., et al., |
19 | |
20 | Defendants, |
21 | |
22 | |
23 | AND RELATED CROSS-CLAIMS. |

The parties to this matter, by and through their undersigned counsel, stipulate to the referral of this matter to the Court's VOLUNTARY DISPUTE RESOLUTION PROGRAM.

The parties request that the VDRP process be begun and completed within the month of December, 2009, and that:

    1.   within fourteen (14) days after the VDRP session has been concluded, the Neutral shall submit to the VDRP Administrator (copying all parties) the Neutral's VDRP Completion Report that reports only the date on which the parties completed the VDRP process; and

    2.   within fourteen (14) days after the VDRP session has been concluded, the parties will jointly file the Parties' Joint VDRP Completion Report in which they report to the assigned Judge.

The parties do not anticipate that any modifications or additions to the case management plan will be required because of the reference to VDRP, and the parties anticipate that all discovery necessary to the VDRP session will be completed before it begins.  Likewise, the parties do not anticipate that any motions or discovery will need to be stayed pending the conclusion of the VDRP session.

IT IS SO STIPULATED:

October ____, 2009                             EDGCOMB LAW GROUP

                                                     By:_____/s/_____
                                                         WlLLIAM D. MARSH
                                                         Attorneys for Bayer CropScience Inc.

| | | |
|---|---|---|
| 1 | October ___, 2009 | SOMACH, SIMMONS AND DUNN |
| 2 | | |
| 3 | | By:____/s/_____ |
| | | KANWARJIT SINGH DUA |
| 4 | | Attorneys for Plaintiff James Kotrous, |
| 5 | | individually, and doing business as |
| | | the Mattress Factory |
| 6 | | |
| 7 | October ___, 2009 | SCHARFF, BRADY & VINDING |
| 8 | | |
| 9 | | By:_____/s/_____ |
| | | JEFFORY L. SCHARFF |
| 10 | | Attorneys for ROSALIE A. |
| 11 | | ANSELMO and KAREN L. |
| | | LILIENTHAL |
| 12 | | |
| 13 | | |
| 14 | October ___, 2009 | GREVE, CLIFFORD, WENGEL & PARAS, LLP |
| 15 | | |
| 16 | | By:_____/s/_____ |
| | | GARY L. VINSON |
| 17 | | Attorneys for Kleinfelder Inc. |
| 18 | | |
| 19 | October ___, 2009 | NOLEN OWENS |
| 20 | | |
| 21 | | By:_____/s/_____ |
| | | STEPHEN W. OWENS |
| 22 | | Attorneys for Ramage Environmental and Joseph Ramage |
| 23 | October ___, 2009 | WILSON, ELSER, MOSKOWITZ, EDELMAN and DICKER |
| 24 | | |
| 25 | | By:_____/s/_____ |
| | | EMILY M. WEISSENDBERGER |
| 26 | | Attorneys for RAH Environmental |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | October ___, 2009 | BRYDON, HUGO & PARKER |
| 2 | | |
| 3 | | By:_____/s/_____ |
| 4 | | RONALD THÉ |
| 5 | | Attorneys for Goss-Jewett Company of Northern California, Inc., Michael |
| 6 | | Lamanet, and Steven Lamanet |

**IT IS SO ORDERED:**

Dated:  November 19, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE