Ronald S. Bushner (State Bar No. 98352)
Emily M. Weissenberger (State Bar No. 248898)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Cross-Defendant
RAH ENVIRONMENTAL, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KOTROUS, individually and doing business as THE MATTRESS FACTORY,<br><br>Plaintiff(s),<br><br>v.<br><br>GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC. et al.,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No.: CIV-S-02-1520 FCD (JFM)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE THIRD AMENDED CROSS CLAIM FILED BY ROSALIE A. ANSELMO AND KAREN L. LILIENTHAL** |

TO THE ABOVE-CAPTIONED COURT:

The parties to the above-entitled action, by and through their respective counsel, hereby stipulate to continue the date to file and serve a responsive pleading to ROSALIE A. ANSELMO AND KAREN L. LILIENTHAL's Third Amended Cross Claim. The responsive pleading was due on January 4, 2010 the extension of time granted by Cross-complainant Anselmo provides that RAH Environmental's responsive pleading is due January 11, 2010.

**GOOD CAUSE** exists for such a continuance given the holiday break and unavailability of counsel. Additionally, other cross-defendants have sought a similar extension and therefore this extension will not prejudice any other party involved in this matter. This short continuance will provide the parties with adequate time upon which to respond to this pleading and will not cause any delay in the trial date set in this matter.

1

**THEREFORE, IT IS HEREBY STIPULATED** by and between the parties through their respective counsel of record that the date for filing and serving the responsive pleading to ROSALIE A. ANSELMO AND KAREN L. LILIENTHAL 's Third Amended Cross Claim shall be due Monday, January 11, 2010.  We jointly request that the Court so order by signing the Order that appears below.

Dated January 5, 2010

SCHARF, BRADY & VINDING

By: /s/_____
         JEFFORY J. SCHARF
         Attorneys for Defendant and Cross-Complainant
         Rosalie A. Anselmo and Karen L. Lilienthal, Co-trustees
         under that certain document entitled "The Edward A. Anselmo
         and Rosalie A. Anselmo 1992 revocable Trust"

WILSON, ELSER, MOSKOWITZ,  EDELMAN & DICKER LLP

By: /s/_____

Ronald S. Bushner
Emily M. Weissenberger
Attorneys for RAH ENVIRONMENTAL, INC.

### **ORDER**

The Stipulation of all Counsel having been submitted and reviewed, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for filing a responsive pleading to ROSALIE A. ANSELMO AND KAREN L. LILIENTHAL's Third Amended Cross-Claim is extended to January 11, 2010.

Dated:  January 13, 2010                     _____
                                             FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE