UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JAMES KOTROUS,

    Plaintiff,

    v.

GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC., et. al.,

    Defendants.

NO. CIV. S-02-1520 FCD JFM

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

1. The hearings currently set for February 12, 2010 on (1) Defendant/Cross-defendant Rah Environmental, Inc.'s ("RAH") Motion to Strike the Third Amended Cross-Claim of Rosalie A. Anselmo and Karen L. Lilienthal, Co-Trustees of the "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust" ("Anselmo Parties")(Docket #233); (2) Defendant/Cross-defendant Ramage Environmental, Inc.'s Motion to Strike the Anselmo Parties' Third Amended Cross-Claim (Docket #237); (3) RAH's Motion for Summary Judgment against the Anselmo Parties (Docket #255); (4)

Defendant/Cross-defendant Michael Lamanet's Motion for Summary Judgment against the Anselmo Parties (Docket #258); and (5) Defendant/Cross-defendant Steven Lamanet's Motion for Summary Judgment against the Anselmo Parties (Docket #268) are hereby continued to **May 21, 2010, at 10:00 a.m.**

Counsel for the Anselmo Parties shall file and serve their opposition briefs or notices of non-opposition to the above motions, no later than May 7, 2010. Any replies shall be filed and served on or before May 14, 2010.

2. Counsel for the Anselmo Parties is furthered ordered to show cause why he should not be sanctioned in the amount of $300.00 for failing to timely oppose the above described motions or file notices of non-opposition in compliance with Local Rule 230(c).

3. Counsel for the Anselmo Parties shall file his response to the order to show cause on or before May 7, 2010.

4. A hearing on the order to show cause, if necessary, will follow the hearings on the aforementioned motions.

IT IS SO ORDERED.

DATED: February 2, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE