SOMACH SIMMONS & DUNN
A Professional Corporation
MICHAEL E. VERGARA, ESQ. (SBN 137689)
JOSEPH M. CARPENTER, ESQ. (SBN 233255)
500 Capitol Mall, Suite 1000
Sacramento, California  95814
Telephone:     (916) 446-7979
Facsimile:      (916) 446-8199

Attorneys for Plaintiffs James Kotrous

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KOTROUS, individually and doing business as THE MATTRESS FACTORY,<br><br>Plaintiffs,<br><br>v.<br><br>GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC., a California corporation; ESTATE OF ROBERT LAMANET, individually  and as an officer of GOSS-JEWETT COMPANY; STEVEN LAMANET, individually and as an officer of GOSS-JEWETT COMPANY; MICHAEL LAMANET, individually  and as an officer of GOSS-JEWETT; ROSALIE A. ANSELMO and KAREN L. LILENTHAL, as Co – Trustees under that certain document entitled "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust," dated December 21, 1992; BAYER CROPSCIENCE INC., a New York corporation,<br><br>Defendants. | Case No. CIV. S-02-1520 FCD JFM<br><br><br><br>STIPULATION AND ORDER<br><br><br><br><br>Trial Date:   February 1, 2011<br>Time:          9:00 am<br>Courtroom:  2<br>Judge:         Frank C. Damrell, Jr.<br>Filing Date:  July 15, 2002 |
| AND RELATED CROSS-ACTIONS. | |

On March 11, 2010, the parties conducted a VDRP mediation session under Civil Local Rule 271.  Through this mediation session, the parties tentatively reached a global settlement potentially disposing of all the claims asserted in this action.  The parties are currently engaged in preparing the necessary documents to finalize the agreement.

In light of this agreement, IT IS HEREBY STIPULATED by and between the parties hereto as follows:

Whereas plaintiffs James Kotrous individually and doing business as The Mattress Factory (Kotrous) commenced this action in July 2002;

Whereas defendant and cross-defendant Bayer CropScience Inc. (Bayer) filed three motions for summary judgment, or alternatively, summary adjudication against:  (1) Kotrous and defendants; (2) defendants and cross-claimants Michael Lamanet, Stephen Lamanet, Goss-Jewett Company of Northern California, Inc. (collectively Goss-Jewett); and,(3) defendants and cross-claimants Rosalie A. Anselmo and Karen L. Lilienthal, Co-Trustees of the "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust" (Anselmo parties) on January 12 and 14, 2010;

Whereas Goss-Jewett filed a motion to continue the hearing on Bayer's motion in order to conduct additional discovery, which was joined by the Anselmo parties;

Whereas Michael Lamanet and Stephen Lamanet filed a motion to amend the Court's Pre-Trial Scheduling Order to enable them to file motions for summary judgment against the cross-claims of Bayer, Joseph Ramage, and Ramage Environmental;

Whereas other parties filed various other motions for summary judgment and/or motions to strike;

Whereas the Court granted Goss-Jewett's motion to continue the hearing on Bayer's motions for summary judgment to allow Goss-Jewett to take certain depositions pursuant to Rule 56(f) of the Federal Rules of Civil Procedure;

Whereas the Court ordered that said depositions shall be completed within 60 days of the date of its order, i.e., by no later than April 19, 2010;

///

Whereas the deposition of Duane Comstock is noticed for March 19, 2010, the deposition of Katherine Wuelzer is noticed for March 22, 2010, the deposition of Kelly Darnell is noticed for March 23, 2010, and the deposition of Bayer's Rule 30(b)(6) witness is noticed for March 26, 2010;

Whereas the parties tentatively reached a global agreement potentially disposing of all of the claims in this action on March 11, 2010;

THE PARTIES HEREBY STIPULATE AND AGREE, through their counsel of record, that:

1. The above-referenced depositions shall be cancelled;

2. The deadline to file documents disposing of this action shall be April 14, 2010, absent a showing of good cause to extend this date; and

3. In the event the parties fail to completely dispose of this action by April 14, 2010, Goss-Jewett shall complete the discovery permitted by this Court's February 17, 2010 order within 30 days, i.e., by no later than May 14, 2010.

4. To further support its motions, Bayer may file and serve amended memoranda and any supporting evidence, addressing the further discovery, no later than May 21, 2010 in response to which Goss-Jewett, the Anselmo parties, and Kotrous may file and serve amended oppositions no later than June 4, 2010;

5. Bayer's replies shall be filed and served no later than June 11, 2010 and the hearing on these matters shall take place on or after June 18, 2010;

6. The hearing on Michael Lamanet and Stephen Lamanet's motion to amend the Court's Status (Pre-Trial Scheduling) Order, currently scheduled for April 9, 2010, shall be taken off calendar until further notice from the Court; and,

7. All pending motions filed by other parties shall be taken off-calendar until further notice from the Court.

///

///

///

IT IS SO STIPULATED.

DATED:_____           SOMACH, SIMMONS & DUNN


By____/s/_____
Michael Vergara
Attorneys for James Kotrous, individually
and doing business as The Mattress Factory

DATED:_____           EDGCOMB LAW GROUP


By____/s/_____
William D. Marsh
Attorneys for Bayer CropScience Inc.

DATED:_____           SCHARFF, BRADY & VINDING


By____/s/_____
Jeffory L. Scharff
Attorneys for Rosalie A. Anselmo, Karen
Lilienthal, Albert Anselmo, Eleanor Anselmo,
Dave Develaar and Linda Davelaar

DATED:_____           GREVE, CLIFFORD, WENGEL & PARAS, LLP


By____/s/_____
Gary L. Vinson
Attorneys for Kleinfelder, Inc.

DATED:_____           NOLEN OWENS


By____/s/_____
Stephen W. Owens
Attorneys for Ramage Environmental and Joseph
Ramage

| | | |
|---|---|---|
| 1 | DATED:_____ | WILSON, ELSER, MOSKOWITZ, EDELMAN and DOCKER |

By  /s/
Emily M. Weissenberger
Attorneys for RAH Environmental

DATED:_____    BRYDON, HUGO & PARKER

By  /s/
Roland Thé
Attorneys for Goss-Jewett Company of Northern California, Inc., Michael Lamanet, and Steven Lamanet

**IT IS SO ORDERED.**

DATED: March 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

SOMACH SIMMONS & DUNN
A Professional Corporation