JEFFORY J. SCHARFF (SBN 137620)
MICHAEL E. VINDING (SBN 178359)
SCHARFF, BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, CA 95814
Telephone: (916) 446-3400
Facsimile: (916) 446-7159
sbv-law@scharff.us

Attorneys for Defendant/Counter-Claimant/
Cross-Claimant/Cross-Defendant ROSALIE A.
ANSELMO and KAREN L. LILIENTHAL,
CO-TRUSTEES under that certain document entitled
"THE EDWARD A. ANSELMO AND ROSALIE A. ANSELMO
1992 REVOCABLE TRUST" dated December 21, 1992;
ELEANOR ANSELMO, DAVE DAVELAAR AND LINDA DAVELAAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KOTROUS, individually and doing business as THE MATTRESS FACTORY,<br><br>Plaintiffs,<br><br>v.<br><br>GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC., a California corporation; ESTATE OF ROBERT LAMANET, individually and as an officer of GOSS-JEWETT COMPANY; STEVEN LAMANET, individually and as an officer of GOSS-JEWETT COMPANY; MICHAEL LAMANET, individually  and as an officer of GOSS-JEWETT; ROSALIE A. ANSELMO and KAREN L. LILENTHAL, as Co – Trustees under that certain document entitled "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust," dated December 21, 1992; BAYER CROPSCIENCE INC., a New York corporation,<br><br>Defendants. | **CASE NO.: CIV. 2:02-01520 FCD JFM**<br><br>**STIPULATION AND ORDER TO EXTEND TIME ON SETTLEMENT PROCESS**<br><br><br>Trial Date:   February 1, 2011<br>Time:         9:00 am<br>Courtroom:  2<br>Judge:        Frank C. Damrell, Jr.<br>Filing Date:  July 15, 2002 |
| AND ALL RELATED CROSS-ACTIONS. | |

///

{00008917.DOC-1}                                    -1-

1    On March 11, 2010, the parties conducted a VDRP mediation session under Civil Local
2  Rule 271.  Through this mediation session, the parties tentatively reached a global agreement
3  potentially disposing of all the claims asserted in this action.  The parties are currently engaged
4  in preparing the necessary documents to finalize the agreement.

5    On March 29, 2010, this Court issued its order upon stipulation of the parties (the "March
6  29 Order") which set April 14, 2010 as the deadline to file documents disposing of the within
7  action and set numerous other deadlines pertaining to this action.

8    On April 13, 2010, insurance carriers to defendants Edward A. Anselmo, deceased;
9  Albert A. Anselmo, deceased; Rosalie Anselmo; Eleanor Anselmo; Dave and Linda Davelaar
10  (collectively the "Anselmo Parties") advised through counsel that said insurance carriers
11  objected to the proposed settlement.

12    On April 13, 2010, counsel for the settling parties were advised as to these objections.
13  After discussions between counsel there is mutual agreement to continue to pursue potential
14  settlement, and counsel for the Anselmo Parties has agreed to attempt to resolve the concerns of
15  the Anselmo Parties' insurance carriers.

16    In order to do so, there was mutual recognition that additional time for the settlement
17  process would be necessary and that the March 29 Order shall be accordingly revised as set forth
18  below.

19    NOW, THEREFORE, COUNSEL FOR THE PARTIES HEREBY STIPULATE AND
20   AGREE, through their counsel of record, that:

21    1.    The deadline to file documents disposing of this action presently set for April 14,
22  2010, shall be extended to April 28, 2010.

23    2.    In the event the parties fail to completely dispose of this action by April 28, 2010,
24  the deadline for Goss-Jewett to complete discovery permitted by the Court's February 17, 2010
25  order, shall be extended to May 28, 2010.

26    3.    Similarly, to further support its motions for summary judgment, Bayer's deadline
27  to file and serve amended memoranda and any supporting evidence, addressing the further
28  discovery, shall be extended to no later than June 21, 2010, in response to which Goss-Jewett,

1  the Anselmo Parties, and Kotrous may file and serve amended oppositions no later than June 25,
2  2010.
3         IT IS SO STIPULATED.
4
5  DATED:      04/15/10                    SOMACH, SIMMONS & DUNN
6
7                                          By            /S/
                                            Michael Vergara
8                                           Attorneys for James Kotrous, individually
                                            and doing business as The Mattress Factory
9
10 DATED:      04/15/10                    EDGCOMB LAW GROUP
11
12                                         By            /S/
                                            William D. Marsh
13                                          Attorneys for Bayer CropScience Inc.
14 DATED:      04/15/10                    SCHARFF, BRADY & VINDING
15
16
17                                         By             /S/
                                            Jeffory J. Scharff
                                            Attorneys for Rosalie A. Anselmo, Karen
18                                          Lilienthal, Albert Anselmo, Eleanor Anselmo,
                                            Dave Develaar and Linda Davelaar
19
20 DATED:      04/15/10                    GREVE, CLIFFORD, WENGEL & PARAS, LLP
21
22                                         By           /S/
                                            Gary L. Vinson
23                                          Attorneys for Kleinfelder, Inc.
24
25 DATED:      4/15/10                     NOLEN OWENS
26
27                                         By
                                            Rudy Nolen
                                            Attorneys for Ramage Environmental and Joseph
28                                          Ramage

{00008917.DOC-1 }                              -3-

1
2  ///
   DATED:     04/15/10                    WILSON, ELSER, MOSKOWITZ, EDELMAN
3                                         and DOCKER
4
5                                         By
                                          Emily M. Weissenberger
6                                         Attorneys for RAH Environmental
7
   DATED:     04/15/10                    BRYDON, HUGO & PARKER
8
9
                                          By          /S/
10                                        Roland Thé
                                          Attorneys for Goss-Jewett Company of Northern
11                                        California, Inc., Michael Lamanet, and Steven
                                          Lamanet
12
13
14
15     **IT IS SO ORDERED.**
16
17  DATED: April 16, 2010
18                                        FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28
   {00008917.DOC-1 }                      -4-