JEFFORY J. SCHARFF (SBN 137620)
MICHAEL E. VINDING (SBN 178359)
SCHARFF, BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, CA 95814
Telephone: (916) 446-3400
Facsimile: (916) 446-1759
sbv-law@scharff.us

Attorneys for Defendant/Counter-Claimant/
Cross-Claimant/Cross-Defendant ROSALIE A.
ANSELMO and KAREN L. LILIENTHAL,
CO-TRUSTEES under that certain document entitled
"THE EDWARD A. ANSELMO AND ROSALIE A.
ANSELMO 1992 REVOCABLE TRUST" dated
December 21, 1992; ALBERT ANSELMO
ELEANOR ANSELMO, DAVE DAVELAAR and LINDA DAVELAAR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES KOTROUS, individually and doing business as THE MATTRESS FACTORY,<br><br>Plaintiff,<br><br>vs.<br><br>GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC., a California corporation; ESTATE OF ROBERT LAMANET, individually and as an officer of GOSS-JEWETT COMPANY; STEVEN LAMANET, individually and as an officer of GOSS-JEWETT COMPANY; MICHAEL LAMANET, individually and as an officer of GOSS-JEWETT; ROSALIE A. ANSELMO and KAREN L. LILENTHAL, as Co – Trustees under that certain document entitled "The Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust," dated December 21, 1992; BAYER CROPSCIENCE INC., a New York corporation,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No.: CIV. S-02-01520 FCD JFM<br><br>**STIPULATION AND ORDER TO EXTEND TIME ON SETTLEMENT PROCESS**<br><br>**Trial Date:** February 1, 2011<br>**Time:** 9:00 am<br>**Courtroom:** 2<br>**Judge:** Frank C. Damrell, Jr.<br>**Filing Date:** July 15, 2002 |

-1-
STIPULATION AND ORDER TO EXTEND TIME ON SETTLEMENT PROCESS

1    On March 11, 2010, the parties conducted a VDRP mediation session under Civil Local
2 Rule 271.  Through this mediation session, the parties tentatively reached a global agreement
3 potentially disposing of all the claims asserted in this action.  The parties are currently engaged
4 in preparing the necessary documents to finalize the agreement.

5    On March 29, 2010, this Court issued its order upon stipulation of the parties (the "March
6 29 Order") which initially set April 14, 2010, as the deadline to file documents disposing of the
7 within action and set numerous other deadlines pertaining to this action.

8    On April 13, 2010, insurance carriers to defendants Edward A. Anselmo, deceased;
9 Albert A. Anselmo, deceased; Rosalie Anselmo; Eleanor Anselmo; Dave and Linda Davelaar
10 (collectively the "Anselmo Parties") advised through counsel that said insurance carriers
11 objected to the proposed settlement.

12    On April 13, 2010, counsel for the settling parties were advised as to these objections.
13 After discussions between counsel there was mutual agreement to continue to pursue potential
14 settlement, and counsel for the Anselmo Parties agreed to attempt to resolve the concerns of the
15 Anselmo Parties' insurance carriers.

16    On April 16, 2010, the Court issued its order upon stipulation of the parties which set
17 April 28, 2010, as the deadline to file documents disposing of the within action and set numerous
18 other deadlines pertaining to this action.

19    Thereafter, counsel for the Anselmo Parties requested a statement of objections from all
20 three carriers.  To date, only two, Zurich North America and Century Indemnity, have
21 responded.  The Hartford has not. The settling parties continue to desire that the matter be
22 settled, and as set forth below, stipulate to a further continuance of the settlement process to
23 allow counsel for the Anselmo Parties to attempt to resolve the objections of their carriers.

24    NOW, THEREFORE, COUNSEL FOR THE PARTIES HEREBY STIPULATE AND
25 AGREE, through their counsel of record, that:

26    1.    The deadline to file documents disposing of this action presently set for April 28,
27 2010, shall be extended to May 12, 2010.

28

2. In the event the parties fail to completely dispose of this matter by May 12, 2010, the settling parties request that this Court order carrier representatives of Zurich North America, Century Indemnity and The Hartford, fully authorized to resolve this matter, to appear before the Court on a date to be set by the Court.

3. In the event the parties fail to completely dispose of this action by May 12, 2010, the deadline for Goss-Jewett to complete discovery permitted by the Court's February 17, 2010 order, shall be extended to June 18, 2010.

4. Similarly, to further support its motions for summary judgment, Bayer's deadline to serve amended memoranda and any supporting evidence, addressing the further discovery, shall be extended to July 9, 2010, in response to which Goss-Jewett, the Anselmo Parties and Kotrous may file and serve amended oppositions no later than July 16, 2010.

IT IS SO STIPULATED.

DATED: _____4/29/10_____     SIMONS, SOMACH & DUNN


By: /s/ Michael Vergara (as authorized 4/29/10)
Michael Vergara
Attorneys for James Kotrous, individually
and doing business as The Mattress Factory

DATED: _____4/29/10_____     EDGCOMB LAW GROUP


By:/s/ William D. Marsh (as authorized 4/29/10)
William D. Marsh
Attorneys for Bayer CropScience Inc.

DATED: _____4/28/10_____     SCHARFF, BRADY & VINDING


By: s/_Jeffory J. Scharff
Jeffory J. Scharff
Attorneys for Rosalie A. Anselmo, Karen
Lilienthal, Albert Anselmo, Eleanor Anselmo,
Dave Davelaar and Linda Davelaar

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: _____4/29/10_____ | GREVE, CLIFFORD, WENGEL & PARAS, LLP |

By:  /s/ Gary L. Vinson (as authorized 4/29/10)
Gary L. Vinson
Attorneys for Kleinfelder, Inc.

DATED: _____5/4/10_____                NOLEN LAW FIRM

By  /s/ Rudy Nolen (as authorized 5/4/10)\
Rudy Nolen
Attorneys for Ramage Environmental and
Joseph Ramage

DATED: _____4/29/10_____         WILSON, ELSER, MOSKOWITZ, EDELMAN and DOCKER

By:  /s/ Emily Weissenberger (as authorized 4/29/10)
Emily Weissenberger
Attorneys for RAH Environmental

DATED: _____         BRYDON, HUGO & PARKER

By:/s/ Roland Thè (as authorized 4/29/10)
Roland Thè
Attorneys for Goss-Jewett Company of Northern California, Inc., Michael Lamanet and Steven Lamanet

**IT IS SO ORDERED.**

DATED: May 4, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE