Ronald S. Bushner (State Bar No. 98352)
Emily M. Weissenberger (State Bar No. 248898)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Cross-Defendant
RAH ENVIRONMENTAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KOTROUS, individually and doing business as THE MATTRESS FACTORY,<br><br>Plaintiff(s),<br><br>v.<br><br>GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC. et al.,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No.: CIV-S-02-1520 FCD (JFM)<br><br>**STIPULATION AND ORDER TO VACATE THE FEBRUARY 1, 2011 TRIAL DATE** |

The parties to the above-entitled action, by and through their respective counsel, hereby stipulate and request the Court to vacate the February 1, 2011 trial date. On March 11, 2010 the parties mediated this matter with Mac Goldsberry. A tentative settlement was reached, but in the process of reducing the agreement to a final writing, the parties identified certain discrete issues on which they were not able to reach agreement. At a hearing on July 20, 2010 after hearing from the parties, and representatives of certain insurers, the Court set a settlement conference before Magistrate Judge John M. Moulds to assist the parties in resolving the issues that are blocking the settlement. The Court has rescheduled that settlement conference for October 28, 2010 and has also vacated the pre-trial conference set for October 22, 2010 at this time which will be reset if necessary following the October 28, 2010 settlement conference.

In light of this scheduling change, IT IS HEREBY STIPULATED by and between the parties hereto as follows:

Whereas plaintiff James Kotrous individually and doing business as The Mattress Factory (Kotrous) commenced this action in July 2002;

Whereas defendant and cross-defendant Bayer CropScience Inc. (Bayer) filed three motions for summary judgment, or alternatively, summary adjudication against: (1) Kotrous; (2) defendants and cross-complainants Michael Lamanet, Stephen Lamanet, Goss-Jewett Company of Northern California, Inc. (collectively Goss-Jewett); and (3) the defendants and cross claimants Rosalie A. Anselmo and Karen L. Lilienthal, Co-Trustees of the "Edward A. Anselmo and Rosalie A. Anselmo 1992 Revocable Trust" (Anselmo parties) on January 12, and 14, 2010;

Whereas defendants, cross-complainants Michael Lamanet and Stephen Lamanet filed a motion for summary judgment, or alternatively, summary adjudication against Kotrous and the Anselmo parties on January 15, 2010;

Whereas cross-defendants RAH Environmental, Inc. (RAH) filed a motion for summary judgment, or alternatively, summary adjudication against the Anselmo parties on January 15, 2010;

Whereas Goss Jewett filed a motion to continue the hearing on Bayer's motion in order to conduct additional discovery, which was joined by the Anselmo parties;

Whereas RAH filed a motion to strike the third amended cross-complaint of the Anselmo parties on January 12, 2010;

Whereas the Court granted Goss-Jewett's motion to continue the hearing on Bayer's motion for summary judgment to allow Goss-Jewett to take certain depositions pursuant to Rule 56(f) of the Federal Rules of Civil Procedure and subsequently vacated the deadline to complete such discovery;

Whereas the parties will participate in the settlement conference in good faith and with the goal of a global resolution of the case, the parties are nevertheless concerned about managing the case and particularly having adequate time to prepare the case for trial and hear the motions that have already been filed; and,

1  Whereas the parties hereto agree that, in light of the above recited facts, the scheduled trial
2  date of February 1, 2011 should be vacated.
3  **THEREFORE,** the parties (through their respective counsel of record) pursuant to their
4  agreement hereby request that the Court vacate the February 1, 2011 trial date by its Order and also
5  request that, if the case does not settle and the Court does schedule a further conference, the Court
6  order that the parties submit Case Management Statements addressing the hearing schedule for the
7  pending motions, trial dates, and any other issues the parties may wish to raise.
8  Dated: August __, 2010

SCHARF, BRADY & VINDING


By: _____
         JEFFORY J. SCHARF
         Attorneys for Defendant and Cross-Complainants
         Rosalie A. Anselmo, Karen L. Lilienthal, **Albert Anselmo,
         Eleanor Anselmo, Dave Davelaar, and Linda Davelaar**

Dated: August __, 2010       EDGCOMB LAW GROUP


                  By:_____
                         WILLIAM D. MARSH
                         Attorneys for Bayer Cropscience Inc.

Dated: August __, 2010       SOMACH, SIMMONS AND DUNN


                  By:_____
                         MICHAEL VERGARA
                         Attorneys for Plaintiff, James Kotrous, individually doing
                         business as the Mattress Factory

Dated: August __, 2010       GREVE, CLIFFORD, WENGEL & PARAS, LLP


                  By:_____
                         GARY L. VINSON
                         Attorneys for Kleinfelder, Inc.

3
JOINT STIPULATION TO VACATE THE FEBURARY 1, 2011 TRIAL DATE

| | | |
|---|---|---|
| 1 | Dated: August __, 2010 | NOLEN LAW FIRM |

By:_____
    RUDY NOLEN
    Attorneys for Ramage Environmental and Joseph Ramage

Dated: August __, 2010   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:_____
    RONALD S. BUSHNER
    EMILY M. WEISSENBERGER
    Attorneys for RAH ENVIRONMENTAL, INC.

Dated: August __, 2010   BRYDON HUGO & PARKER LLP

By:_____
    RONALD THE
    Attorneys for MICHAEL LAMANET, STEVEN LAMANET AND GOSS JEWETT COMPANY OF NORTHERN CALIFORNIA

## ORDER

The Stipulation of all Counsel having been submitted and reviewed, and good cause appearing,

**IT IS HEREBY ORDERED that the February 1, 2011 trial date is vacated. If the case does not settle at the scheduled settlement conference, the parties are ordered to appear at the currently scheduled Status Conference set for December 3, 2010 at 10:00 a.m. in Courtroom #2.**

Dated:   August 20, 2010
_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE