IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KOTROUS,

      Plaintiff,                         No. CIV 2:02-cv-1520-FCD-JFM

   vs.

GOSS-JEWETT CO. OF NORTHERN
CALIFORNIA, INC., et al.,

      Defendants.                   <u>ORDER</u>

_____/

        Based upon representations of counsel, this case has settled.  Counsel are currently in the process of finalizing settlement documents.  Accordingly, all pending motions are hereby deemed withdrawn.

DATED:  April 4, 2011.

                                                UNITED STATES MAGISTRATE JUDGE

/014;kotr1520.jo

1