IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KOTROUS,<br><br>                Plaintiff,<br><br>        vs.<br><br>GOSS-JEWETT CO. OF NORTHERN<br>CALIFORNIA, INC., et al.,<br><br>                Defendants.<br>_____/ | No. CIV 2:02-cv-1520-FCD-JFM<br><br><br><br><br><br><u>AMENDED ORDER</u> |

       Based upon representations of counsel, this case has settled. Counsel are currently in the process of finalizing settlement documents. Accordingly, all pending motions are hereby deemed withdrawn except for the parties' joint motion (Doc. No. 393) and the attendant hearing before the Honorable Frank Damrell.

DATED: April 5, 2011.

                                         */s/*<br>
                              UNITED STATES MAGISTRATE JUDGE

/014;kotr1520.jo(2)

1