UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KOTROUS, individually and doing business as THE MATTRESS FACTORY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC., a California corporation; et al.,<br><br>　　　　　　　　　　Defendants. | Case No. CIV. S-02-1520 FCD JFM<br><br>ORDER DETERMINING GOOD FAITH SETTLEMENT AND BARRING CONTRIBUTION OR INDEMNITY CLAIMS |

　　　　PLAINTIFF JAMES KOTROUS and defendants GOSS-JEWETT COMPANY OF NORTHERN CALIFORNIA, INC., STEPHEN LAMANET, and MICHAEL LAMANET; ROSALIE A. ANSELMO and KAREN L. LILIENTHAL, individually and as co-trustees under that certain document entitled "THE EDWARD A. ANSELMO AND ROSALIE A. ANSELMO 1992 REVOCABLE TRUST" dated December 21, 1992, ELEANOR J. ANSELMO, individually and as trustee under that certain document entitled "THE ALBERT AND ELEANOR ANSELMO 1988 REVOCABLE TRUST," DAVE DAVELAAR, and LINDA DAVELAAR; BAYER CROPSCIENCE INC., as corporate successor to Stauffer Chemical Company; RAH ENVIRONMENTAL, INC.; JOSEPH RAMAGE and RAMAGE ENVIRONMENTAL; and KLEINFELDER, INC., have reached a final settlement of this matter.  The parties filed a joint motion for an order determining good faith settlement under California Code of Civil Procedure section 877 and section 877.6, and barring contribution or indemnity claims pursuant to the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9601 *et seq.*, and the Uniform Comparative Fault Act

("UCFA"), 12 U.L.A. 147 (1996).

After considering the motion and the record as a whole, the Court finds that the settlement, as embodied in the Settlement Agreement attached as Exhibit A to the motion for good faith settlement determination, was made in good faith among the parties to the agreement within the meaning and effect of California Code of Civil Procedure section 877 and section 877.6, and is fair, reasonable and consistent with the purposes of CERCLA. The matter having been briefed and submitted for decision, and good cause appearing:

IT IS HEREBY ORDERED THAT the parties' joint motion is GRANTED.

IT IS FURTHER ORDERED THAT:

1. The Settlement Agreement is hereby approved as a good faith settlement.

2. Section 6 of the UCFA, in pertinent part, is hereby adopted as the federal common law in this case for the purpose of determining the legal effect of the Settlement Agreement.

3. The court further finds and determines that the Settlement Agreement has been entered into in good faith within the meaning of section 877 and section 877.6 of the California Code of Civil Procedure.

4. Pursuant to section 6 of the UCFA and section 877.6 of the California Code of Civil Procedure, any and all claims for contribution or indemnity, arising out of the facts alleged in the operative complaint, and as further identified and provided for in the Settlement Agreement, the terms of which are incorprated herein, regardless of when such claims were asserted or by whom, are barred. Such claims are barred regardless of whether they are brought pursuant to CERCLA or pursuant to any other federal or state law.

5. All claims and cross-claims asserted in this matter are hereby dismissed with prejudice.

6. The bar on contribution claims and dismissal of claims with prejudice as set forth in paragraphs 4 and 5 shall be effective upon the Court's entry of this order.

/ / /

/ / /

/ / /

**IT IS SO ORDERED.**

Dated: April 25, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE