# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 6/15/2011 | 2321 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | | PROJECT | | |
|---|---|---|---|---|
| Retainer applied | | POWER INN ROAD | | |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/2/2011 | Sr. Hydrogeologist | Remediation: System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 5/9/2011 | Sr. Hydrogeologist | Remediation: System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 5/16/2011 | Sr. Hydrogeologist | Remediation: System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 5/17/2011 | Principal | Project update with Scharff | 0.5 | 195.00 | 97.50 |
| 5/18/2011 | Principal | Strategy for MW-2 remediation | 1 | 195.00 | 195.00 |
| 5/19/2011 | Principal | Strategy for MW-2 remediation | 0.5 | 195.00 | 97.50 |
| 5/19/2011 | Sr. Engineering G... | Out-of-scope: New SVE well cost estimate | 1 | 150.00 | 150.00 |
| 5/19/2011 | Sr. Hydrogeologist | New SVE wells for expediting remediation of MW-2- data analysis | 2 | 150.00 | 300.00 |
| 5/23/2011 | Sr. Hydrogeologist | Remediation: System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 5/24/2011 | Sr. Hydrogeologist | Out-of-scope: Cost for 2 new SVE wells to expedite MW-2 cleanup | 2 | 150.00 | 300.00 |
| 5/24/2011 | Sr. Engineering G... | Out of Scope - Preparation of SVE modification cost estimate | 2 | 150.00 | 300.00 |
| 5/25/2011 | Principal | Project Management: Update Judge Moulds and lawyers on project | 0.5 | 195.00 | 97.50 |
| 5/25/2011 | Sr. Hydrogeologist | Out-of-scope: Cost for 2 new SVE wells to expedite MW-2 cleanup | 2 | 150.00 | 300.00 |
| 5/25/2011 | Sr. Engineering G... | Out of Scope - Preparation of SVE modification cost estimate | 2 | 150.00 | 300.00 |
| 5/25/2011 | Sr. Engineering G... | Out of Scope - Water Disposal Permit Annual Reporting | 1 | 150.00 | 150.00 |
| 5/26/2011 | Principal | Project Management: Update Judge Moulds and lawyers on project | 1.5 | 195.00 | 292.50 |
| 5/27/2011 | Sr. Hydrogeologist | Remediation: Monthly SVE Emissions sampling | 6 | 150.00 | 900.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 5/9/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv 61213111 | 1 | 69.83 | 69.83 |

**Total**

**Balance Due**

# Risk-Based Decisions, Inc.
# 1540 River Park Drive, Ste.203
# Sacramento, CA 95815

# Invoice

| Date | Invoice # |
|---|---|
| 6/15/2011 | 2321 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS | PROJECT |
|---|---|
| Retainer applied | POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/9/2011 | Subcontractor Mar... | Remediation: 10% on above | | 10.00% | 6.98 |
| 5/16/2011 | Labs/Maps | RI: Air Toxic Inv B04618Z-IN - | 1 | 360.00 | 360.00 |
| 5/16/2011 | Subcontractor Mar... | RI: 10% on above | | 10.00% | 36.00 |
| 5/23/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv 61216317 | 1 | 69.83 | 69.83 |
| 5/23/2011 | Subcontractor Mar... | RI: 10% on above | | 6.98 | 6.98 |
| 5/31/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv 91203461 | 1 | 22.94 | 22.94 |
| 5/31/2011 | Subcontractor Mar... | 10% on above invoice | | 10.00% | 2.29 |
| 5/31/2011 | Equipment/parts | Remediation: SVE System Rental for June 2011 | 1 | 1,500.00 | 1,500.00 |
| 5/31/2011 | Subcontractor Mar... | 10% on above | | 150.00 | 150.00 |

| | Total | $8,104.85 |
|---|---|---|

| | Balance Due | $8,104.85 |
|---|---|---|