IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KOTROUS,

      Plaintiff,                     No. CIV 2:02-cv-1520-FCD-JFM

   vs.

GOSS-JEWETT CO. OF NORTHERN
CALIFORNIA, INC., et al.,

      Defendants.              ORDER

_____/

        Pursuant to the terms of the Court-Administered Remediation Fund Account Instructions agreed to by the parties in order to implement the settlement of <u>James Kotrous, individually and doing business as The Mattress Factory v. Goss-Jewett of Northern California, Inc., et al.</u>, case no. 2:02-cv-1520-FCD-JFM, Risk-Based Decisions, Inc., submitted Invoice No. 2316 in the amount of $10,175.11 for consulting services and expenses incurred at 4301 Power Inn Road through April 30, 2011.[1]  This billing was sent to the court on June 30, 2011 with copies to counsel.  A copy of the billing is appended to this order.  No objection to the billing has been filed within the seven day period during which objections must be filed to be considered.

---

[1] The court received Invoice No. 2321, which covers expenses incurred through May 2011, prior to receiving the instant invoice, which covers expenses incurred through April 2011.

1

Accordingly, within ten days from the date of this order, the Clerk of Court is directed to pay to Risk-Based Decisions, Inc. the sum of $10,175.11 from the settlement funds established in the above-entitled case.

DATED: July 25, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;kotr1520.invoice.02

cc:     All counsel

# Risk-Based Decisions, Inc.
## 1540 River Park Drive, Ste.203
## Sacramento, CA 95815

# Invoice

| Date | Invoice # |
|---|---|
| 5/10/2011 | 2316 |

**Bill To**

Power Inn Road
Mr. Dave Davelaar
5301 So Shore Drive
Guemes Island
Anacortes, WA 98221

| TERMS |
|---|
| Retainer applied |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 4/4/2011 | Sr. Hydrogeologist | Remediation: System maintenance & $CO_2$ changeout | 2 | 150.00 | 300.00 |
| 4/6/2011 | Sr. Hydrogeologist | RI: Semi-Annual Groundwater & Remediation Progress Report | 6 | 150.00 | 900.00 |
| 4/7/2011 | Sr. Hydrogeologist | RI: Semi-Annual Groundwater & Remediation Progress Report | 4 | 150.00 | 600.00 |
| 4/8/2011 | Sr. Hydrogeologist | Remediation: System maintenance & $CO_2$ changeout | 2 | 150.00 | 300.00 |
| 4/8/2011 | Sr. Hydrogeologist | Remediation: SVE Emissions Monitoring Report | 6 | 150.00 | 900.00 |
| 4/11/2011 | Sr. Hydrogeologist | Remediation: System maintenance & $CO_2$ changeout | 4 | 150.00 | 600.00 |
| 4/11/2011 | Sr. Hydrogeologist | RI: First Semi-annual Groundwater Monitoring Report | 4 | 150.00 | 600.00 |
| 4/12/2011 | Sr. Engineering G... | Remediation: 4th Q 2010 & 1st Q 2011 SVE emissions Reports | 4 | 150.00 | 600.00 |
| 4/15/2011 | Sr. Hydrogeologist | Remediation: System maintenance & $CO_2$ changeout | 2 | 150.00 | 300.00 |
| 4/18/2011 | Principal | Remediation: 4th Q 2010 & 1Q2011 Quarterly Emissions Reports | 3 | 195.00 | 585.00 |
| 4/19/2011 | Clerical Support | Remediation: 4th Q 2010 SVE Emissions Monitoring Report | 4 | 55.00 | 220.00 |
| 4/19/2011 | Clerical Support | Remediation: 1st Q 2011 SVE Emissions Monitoring Report | 3 | 55.00 | 165.00 |
| 4/19/2011 | Sr. Engineering G... | Remediation: 4th Q 2010 & 1Q 2011 SVE Emissions Monitoring Reports | 6 | 150.00 | 900.00 |
| 4/20/2011 | Clerical Support | Remediation: 4th Q 2010 SVE Emissions Monitoring Report | 3 | 55.00 | 165.00 |
| 4/20/2011 | Clerical Support | Remediation: 1st Q 2011 SVE Emissions Monitoring Report | 4 | 55.00 | 220.00 |
| 4/22/2011 | Sr. Hydrogeologist | Remediation: System maintenance & $CO_2$ changeout | 2 | 150.00 | 300.00 |
| 4/25/2011 | Sr. Hydrogeologist | Remediation: System maintenance & $CO_2$ changeout | 4 | 150.00 | 600.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 5/10/2011 | 2316 |

**Bill To**

Power Inn Road
Mr. Dave Davelaar
5301 So Shore Drive
Guemes Island
Anacortes, WA 98221

| TERMS |
|---|
| Retainer applied |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 4/26/2011 | Principal | RI: 1st Q 2011 Groundwater monitoring & remediation progress report | 1 | 195.00 | 195.00 |
| 4/26/2011 | Clerical Support | RI: 1st semi-annual groundwater monitoring & remediation progress report | 7 | 55.00 | 385.00 |
| 4/26/2011 | Sr. Hydrogeologist | RI: 1st Semi-annual groundwater monitoring & remediation progress report | 4 | 150.00 | 600.00 |
| 4/26/2011 | Sr. Engineering G... | RI: Semi Annual Groundwater Reports 1Q 2011 and 4Q 2010 | 5 | 150.00 | 750.00 |
| 4/27/2011 | Clerical Support | Remediation: SVE Emissions Monitoring Reports- Forth Q 2010 & 1st Q 2011 | 4 | 55.00 | 220.00 |
| 4/27/2011 | Sr. Engineering G... | RI : Semi Annual Groundwater Reports 1Q 2011 and 4Q 2010 | 1 | 150.00 | 150.00 |
| 4/29/2011 | Sr. Hydrogeologist | Remediation: Monthly SVE Emissions sampling | 6 | 150.00 | 900.00 |
|  |  | REIMBURSABLE EXPENSES |  |  |  |
| 3/28/2011 | Materials/Supplies | Remediation: Barnes Welding Supply Inv 61200276 | 1 | 83.91 | 83.91 |
| 3/31/2011 | Materials/Supplies | Remediation: Barnes Welding Supply Inv. 91197278 | 1 | 22.94 | 22.94 |
| 4/11/2011 | Materials/Supplies | Remediation: Barnes Welding Supply Inv 61205295 - | 1 | 69.83 | 69.83 |
| 4/20/2011 | Postage | RI: 4Q 2011 Emissions Report to Angela Thompson-SMAQMD | 1 | 4.97 | 4.97 |
| 4/20/2011 | Postage | RI: 4Q 2011 Emissions Report to Dave Davelaar | 1 | 7.15 | 7.15 |
| 4/20/2011 | Postage | RI: 4Q 2011 Emissions Report to J. Kotrous | 1 | 4.97 | 4.97 |
| 4/20/2011 | Postage | RI: 4Q 2011 Emissions Report to J. Scharff | 1 | 4.97 | 4.97 |
| 4/20/2011 | Postage | RI: 1Q 2011 Emissions Report to Angela Thompson | 1 | 4.97 | 4.97 |
| 4/25/2011 | Materials/Supplies | Remediation: Barnes Welding Supply Inv 61208387 | 1 | 74.12 | 74.12 |
| 4/27/2011 | Postage | RI: 1Q 2011 GW Report to James Kotrous | 1 | 5.16 | 5.16 |
| 4/27/2011 | Postage | RI: 1Q 2011 GW Report to Jeffory Scharff | 1 | 5.16 | 5.16 |
| 4/27/2011 | Postage | RI: 1Q 2011 GW Report to Dave Davelaar | 1 | 8.47 | 8.47 |
| 4/27/2011 | Postage | RI: 1Q 2011 GW Report to Gerald Djuth | 1 | 5.16 | 5.16 |
| 4/27/2011 | Postage | RI: 1Q 2011 Emissions Report to James Kotrous | 1 | 4.97 | 4.97 |
| 4/27/2011 | Postage | RI: 1Q 2011 Emissions Report to J. Scharff | 1 | 4.97 | 4.97 |
| 4/27/2011 | Postage | RI: 1Q 2011 Emissions Report to Dave Davelaar | 1 | 7.15 | 7.15 |

**Total**

**Balance Due**

Page 2

# Risk-Based Decisions, Inc.
## 1540 River Park Drive, Ste.203
## Sacramento, CA 95815

# Invoice

| Date | Invoice # |
|---|---|
| 5/10/2011 | 2316 |

**Bill To**

Power Inn Road
Mr. Dave Davelaar
5301 So Shore Drive
Guemes Island
Anacortes, WA 98221

| TERMS |
|---|
| Retainer applied |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 4/30/2011 | Materials/Supplies | Remediation: Barnes Welding Supply Inv 91200368 | 1 | 22.20 | 22.20 |
| 4/30/2011 | Equipment/parts | Remediation: SVE System Rental for April 2011 | 1 | 1,500.00 | 1,500.00 |
| 4/30/2011 |  |  |  |  | 13,296.07 |
| 4/30/2011 | Retainer | Retainer applied |  | -3,120.96 | -3,120.96 |

**Total**  $10,175.11

**Balance Due**  $10,175.11

Page 3