# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 8/4/2011 | 2333 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7/5/2011 | Sr. Hydrogeologist | Remediation: Maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 7/6/2011 | Sr. Engineering G... | Remediation: 2Q 2011 SVE Emissions Monitoring Report | 2 | 150.00 | 300.00 |
| 7/6/2011 | Sr. Hydrogeologist | Remediation: 2Q 2011 SVE Emissions Monitoring Report | 5 | 150.00 | 750.00 |
| 7/7/2011 | Sr. Engineering G... | Remediation: 2Q 2011 SVE Emissions Monitoring Report | 1 | 150.00 | 150.00 |
| 7/8/2011 | Sr. Engineering G... | Remediation: 2Q 2011 SVE Emissions Monitoring Report | 2 | 150.00 | 300.00 |
| 7/11/2011 | Clerical Support | RI: 2nd Q 2011 Groundwater Monitoring & Remediation Progress Report | 2 | 55.00 | 110.00 |
| 7/11/2011 | Sr. Hydrogeologist | Remediation: System Maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 7/13/2011 | Principal | Project Management: Review 2Q 2011 Emissions Report | 1 | 195.00 | 195.00 |
| 7/14/2011 | Principal | Project Management: Review 2Q 2011 Emissions Report | 1 | 195.00 | 195.00 |
| 7/15/2011 | Principal | Project Management: Review 2Q 2011 Emissions Report | 0.5 | 195.00 | 97.50 |
| 7/18/2011 | Sr. Hydrogeologist | Remediation: System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 7/25/2011 | Sr. Hydrogeologist | Remediation: System maintenance (fan replacement) & CO2 changeout | 6 | 150.00 | 900.00 |
| 7/25/2011 | Principal | Remediation: Replace SVE unit fan | 1 | 195.00 | 195.00 |
| 7/26/2011 | Sr. Hydrogeologist | Remediation: System maintenance (fan replacement) & CO2 changeout | 4 | 150.00 | 600.00 |
| 7/26/2011 | Principal | RI: Review plots for 2nd Q 2011 groundwater data & pH adjustments in DDC & MDDC wells to ensure screens are clean | 1 | 195.00 | 195.00 |
| 7/29/2011 | Principal | RI: Review plots for 2nd Q 2011 groundwater data & pH adjustments in DDC & MDDC wells to ensure screens are clean | 1.5 | 195.00 | 292.50 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 8/4/2011 | 2333 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | PROJECT |
|---|---|
| Net 15 | POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7/29/2011 | Sr. Hydrogeologist | Remediation: Monthly Sampling for SVE System | 4 | 150.00 | 600.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 7/25/2011 | Materials/Supplies | Remediation: Napa Auto Parts | 1 | 15.72 | 15.72 |
| 7/25/2011 | Subcontractor Mar... | Remediation: 10% markup on above | | 10.00% | 1.57 |
| 7/25/2011 | Materials/Supplies | Remediation: Grainger Invoice # 1134923812 | 1 | 535.30 | 535.30 |
| 7/25/2011 | Subcontractor Mar... | Remediation: 10% markup on above | | 10.00% | 53.53 |
| 7/26/2011 | Materials/Supplies | Remediation: Lowe's hardware - supplies | 1 | 5.90 | 5.90 |
| 7/26/2011 | Subcontractor Mar... | Remediation: 10% markup on above | | 10.00% | 0.59 |
| 7/28/2011 | Postage | RI: 2Q 2011 Emissions Report to Mr. Kotrous | 1 | 4.97 | 4.97 |
| 7/28/2011 | Postage | RI: 2Q 2011 Emissions Report to Mr. Davelaar | 1 | 7.15 | 7.15 |
| 7/28/2011 | Postage | RI: 2Q 2011 Emissions Report to Mr. Marsh | 1 | 4.97 | 4.97 |
| 7/28/2011 | Postage | RI: 2Q 2011 Emissions Report to Ms. Thompson SMAQMD | 1 | 4.97 | 4.97 |
| 7/28/2011 | Postage | RI: 2Q 2011 Emissions Report to Mr. Scharff | 1 | 4.97 | 4.97 |
| 7/28/2011 | Equipment/parts | Remediation: SVE System Rental for July 2011 | 1 | 1,500.00 | 1,500.00 |
| 7/28/2011 | Subcontractor Mar... | Remediation: 10% markup on above | | 10.00% | 150.00 |

**Total** $8,969.64

**Balance Due** $8,969.64