# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 7/12/2011 | 2328 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Retainer applied |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/30/2011 | Principal | Project Management: Discuss project status with Jim Kotrous, Ellie Anselmo & Davelaar | 0.5 | 195.00 | 97.50 |
| 5/31/2011 | Sr. Hydrogeologist | Remediation: System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 6/2/2011 | Principal | Project Management: Discuss project status with Jim Kotrous, Ellie Anselmo & Davelaar | 0.5 | 195.00 | 97.50 |
| 6/6/2011 | Sr. Hydrogeologist | Remediation: System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 6/7/2011 | Principal | Project Management: Update RWQCB & client | 0.5 | 195.00 | 97.50 |
| 6/8/2011 | Sr. Hydrogeologist | RI: 2nd Quarter 2011 Groundwater Sampling | 8 | 150.00 | 1,200.00 |
| 6/8/2011 | Sr. Engineering G... | RI: 2nd Quarter 2011 Groundwater Sampling | 8 | 150.00 | 1,200.00 |
| 6/10/2011 | Principal | Project Management: Update RWQCB & client | 0.5 | 195.00 | 97.50 |
| 6/13/2011 | Sr. Hydrogeologist | Remediation: System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 6/14/2011 | Principal | Project Management: Updated costs for accelerating MW-2 cleanup to Judge Moulds & all parties. Discuss impact of new SVE locations w/Kotrous | 1 | 195.00 | 195.00 |
| 6/14/2011 | Sr. Engineering G... | Cost & scope for new SVE wells to expedite MW-2 cleanup | 3 | 150.00 | 450.00 |
| 6/15/2011 | Clerical Support | Scope & Cost estimate for new SVE wells to expedite MW-2 cleanup | 1 | 55.00 | 55.00 |
| 6/17/2011 | Principal | Project Management: Updated costs for accelerating MW-2 cleanup to Judge Moulds & all parties. Discuss impact of new SVE locations w/Kotrous | 0.5 | 195.00 | 97.50 |
| 6/17/2011 | Principal | Evaluate 2nd Q 2011 groundwater results versus pH | 1.5 | 195.00 | 292.50 |
| 6/27/2011 | Sr. Hydrogeologist | Remediation: System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 5/26/2011 | Parking/Tolls | Meeting with Judge Moulds - Parking charges | 1 | 5.00 | 5.00 |
| 6/6/2011 | Labs/Maps | RI: Air Toxic Inv B05572Z-IN - Power Inn | 1 | 375.00 | 375.00 |
| 6/6/2011 | Subcontractor Mar... | Markup on above | | 10.00% | 37.50 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 7/12/2011 | 2328 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | PROJECT |
|---|---|
| Retainer applied | POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 6/7/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv 61221448 - Power Inn Road | 1 | 83.91 | 83.91 |
| 6/7/2011 | Subcontractor Mar... | Markup on above | | 10.00% | 8.39 |
| 6/20/2011 | Labs/Maps | RI: Alpha Analytical Inv 75753 - Power Inn Road | 1 | 1,015.00 | 1,015.00 |
| 6/20/2011 | Subcontractor Mar... | Markup on above | | 10.00% | 101.50 |
| 6/20/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv. 61224411 | 1 | 83.91 | 83.91 |
| 6/20/2011 | Subcontractor Mar... | Markup on above | | 10.00% | 8.39 |
| 6/30/2011 | Labs/Maps | RI: Air Toxics Inv. B06546Z-In - Power Inn Rd | 1 | 360.00 | 360.00 |
| 6/30/2011 | Subcontractor Mar... | Markup on above | | 10.00% | 36.00 |
| 6/30/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv. 61229102 - Power Inn Road | 1 | 73.44 | 73.44 |
| 6/30/2011 | Subcontractor Mar... | Markup on above | | 10.00% | 7.34 |
| 6/30/2011 | Equipment/parts | Remediation: SVE System Rental for July 2011 | | 1,500.00 | 1,500.00 |
| 6/30/2011 | Subcontractor Mar... | Markup on above | | 10.00% | 150.00 |
| 6/30/2011 | | | | 0.00 | 0.00 |

**Total** $10,125.38

**Balance Due** $10,125.38