1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES KOTROUS,

11         Plaintiff,              No. CIV 2:02-cv-1520-FCD-JFM

12      vs.

13   GOSS-JEWETT CO. OF NORTHERN
     CALIFORNIA, INC., et al.,

14
         Defendants.              ORDER

15
     _____/

16
              Pursuant to the terms of the Court-Administered Remediation Fund Account

17
     Instructions agreed to by the parties in order to implement the settlement of James Kotrous,

18
     individually and doing business as The Mattress Factory v. Goss-Jewett of Northern California,

19
     Inc., et al., case no. 2:02-cv-1520-FCD-JFM, Risk-Based Decisions, Inc., submitted Invoice No.

20
     2341 in the amount of $6,227.99 for consulting services and expenses incurred at 4301 Power

21
     Inn Road through August 31, 2011.  This billing was sent to the court on September 19, 2011

22
     with copies to counsel.  A copy of the billing is appended to this order.  No objection to the

23
     billing has been filed within the seven day period during which objections must be filed to be

24
     considered.

25   /////

26

1

1   Accordingly, within ten days from the date of this order, the Clerk of Court is

2   directed to pay to Risk-Based Decisions, Inc. the sum of $6,227.99 from the settlement funds

3   established in the above-entitled case.

4   DATED: October 18, 2011.

5

6   _____
    UNITED STATES MAGISTRATE JUDGE

7

8   /014;kotr1520.invoice.05

9   cc:     All counsel

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26