# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 9/19/2011 | 2341 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/1/2011 | Sr. Hydrogeologist | Remediation: System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 8/8/2011 | Sr. Hydrogeologist | Remediation: System Maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 8/15/2011 | Sr. Hydrogeologist | Remediation: System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 8/17/2011 | Principal | Project Management: Discuss closure & respond to questions from Water Board | 1 | 195.00 | 195.00 |
| 8/22/2011 | Sr. Hydrogeologist | Remediation: System maintenance, CO2 changeout | 4 | 150.00 | 600.00 |
| 8/22/2011 | Sr. Hydrogeologist | Remediation: Monthly SVE emissions sampling | 4 | 150.00 | 600.00 |
| 8/29/2011 | Sr. Hydrogeologist | Remediation: System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 6/30/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv. 91206553 | 1 | 22.20 | 22.20 |
| 6/30/2011 | Subcontractor Mar... | 10% markup on above | | 10.00% | 2.22 |
| 7/19/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv. 61232228 | 1 | 69.19 | 69.19 |
| 7/19/2011 | Subcontractor Mar... | 10% markup on above | | 10.00% | 6.92 |
| 7/31/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv. 91209632 | 1 | 22.94 | 22.94 |
| 7/31/2011 | Subcontractor Mar... | 10% markup on above | | 10.00% | 2.29 |
| 8/1/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv. 61236881 | 1 | 73.44 | 73.44 |
| 8/1/2011 | Subcontractor Mar... | 10% markup on above | | 1.00 | 1.00 |
| 8/8/2011 | Labs/Maps | RI: Air Toxic Inv. B07518Z-IN | 1 | 360.00 | 360.00 |
| 8/8/2011 | Subcontractor Mar... | 10% markup on above | | 10.00% | 36.00 |
| 8/15/2011 | Labs/Maps | Remediation: Barnes Welding Inv. 61240190 - | 1 | 73.44 | 73.44 |
| 8/15/2011 | Subcontractor Mar... | 10% markup on above | | 10.00% | 7.34 |
| 8/29/2011 | Equipment/parts | Remediation: Barnes Welding Supply - Inv. 61243471 | 1 | 73.44 | 73.44 |
| 8/29/2011 | Subcontractor Mar... | 10% markup on above | | 10.00% | 7.34 |
| 8/31/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv. 91212703 | 1 | 22.94 | 22.94 |
| 8/31/2011 | Subcontractor Mar... | 10% markup on above | | 10.00% | 2.29 |
| 8/31/2011 | Equipment/parts | Remediation: SVE Rental for August 2011 | 1 | 1,500.00 | 1,500.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 9/19/2011 | 2341 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | | PROJECT |
|---|---|---|
| Net 15 | | POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/31/2011 | Subcontractor Mar... | 10% markup on above | | 10.00% | 150.00 |

| | Total | $6,227.99 |
|---|---|---|

| **Balance Due** | $6,227.99 |
|---|---|