1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES KOTROUS,

11           Plaintiff,                    No. CIV 2:02-cv-1520-FCD-JFM

12        vs.

13   GOSS-JEWETT CO. OF NORTHERN
     CALIFORNIA, INC., et al.,
14
             Defendants.                   ORDER
15
     _____/
16
             Pursuant to the terms of the Court-Administered Remediation Fund Account
17
     Instructions agreed to by the parties in order to implement the settlement of James Kotrous,
18
     individually and doing business as The Mattress Factory v. Goss-Jewett of Northern California,
19
     Inc., et al., case no. 2:02-cv-1520-FCD-JFM, Risk-Based Decisions, Inc., submitted Invoice No.
20
     2347 in the amount of $25,292.31 for consulting services and expenses incurred at 4301 Power
21
     Inn Road through October 31, 2011.  This billing was sent to the court on November 1, 2011
22
     with copies to counsel.  A copy of the billing is appended to this order.  No objection to the
23
     billing has been filed within the seven day period during which objections must be filed to be
24
     considered.
25
     /////
26

1

1    Accordingly, within ten days from the date of this order, the Clerk of Court is

2 directed to pay to Risk-Based Decisions, Inc. the sum of $25,292.31 from the settlement fund

3 established in the above-entitled case.

4 DATED: November 9, 2011.

5

6 _____
UNITED STATES MAGISTRATE JUDGE

7

8 /014;kotr1520.invoice.06

9 cc:    All counsel

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26