# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 11/1/2011 | 2347 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 9/12/2011 | Sr. Hydrogeologist | Remediation: System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 9/26/2011 | Sr. Hydrogeologist | Remediation: System maintenance CO2 change out | 4 | 150.00 | 600.00 |
| 9/26/2011 | Sr. Hydrogeologist | RI: 3rd Quarter groundwater sampling | 6 | 150.00 | 900.00 |
| 9/26/2011 | Sr. Engineering G... | RI: 3rd Quarter/Semi-annual Groundwater Sampling | 8 | 150.00 | 1,200.00 |
| 9/27/2011 | Sr. Hydrogeologist | RI: 3rd Quarter groundwater sampling | 8 | 150.00 | 1,200.00 |
| 9/27/2011 | Sr. Engineering G... | RI: 3rd Quarter/Semi-annual Groundwater Sampling | 6 | 150.00 | 900.00 |
| 9/28/2011 | Sr. Hydrogeologist | RI: 3rd Quarter groundwater sampling | 8 | 150.00 | 1,200.00 |
| 9/28/2011 | Sr. Engineering G... | RI: 3rd Quarter/Semi-annual Groundwater Sampling | 6 | 150.00 | 900.00 |
| 9/29/2011 | Principal | Project Management | 1 | 195.00 | 195.00 |
| 10/3/2011 | Sr. Hydrogeologist | Remediation: System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 10/4/2011 | Principal | RI:Annual Groundwater & Remediation Progress Report | 1 | 195.00 | 195.00 |
| 10/7/2011 | Principal | RI:Annual Groundwater & Remediation Progress Report | 2 | 195.00 | 390.00 |
| 10/7/2011 | Sr. Hydrogeologist | RI: 3Q 2011 SVE Emissions Monitoring Report | 4 | 150.00 | 600.00 |
| 10/11/2011 | Sr. Hydrogeologist | RI: 2011 Annual Groundwater Monitoring & Remediation Progress Report | 3 | 150.00 | 450.00 |
| 10/12/2011 | Principal | RI: Annual Groundwater Monitoring & Remediation Progress Report | 2 | 195.00 | 390.00 |
| 10/13/2011 | Sr. Hydrogeologist | RI: 2011 Annual Groundwater Monitoring & Remediation Progress Report | 2 | 150.00 | 300.00 |
| 10/14/2011 | Principal | RI: Annual Groundwater Monitoring & Remediation Progress Report | 3 | 195.00 | 585.00 |
| 10/14/2011 | Sr. Hydrogeologist | RI: 2011 Annual Groundwater Monitoring & Remediation Progress Report | 3 | 150.00 | 450.00 |
| 10/17/2011 | Principal | RI: Annual Groundwater Monitoring & Remediation Progress Report | 3 | 195.00 | 585.00 |
| 10/17/2011 | Clerical Support | RI: 3Q 2011 SVE Emissions Monitoring Report | 0.5 | 55.00 | 27.50 |
| 10/17/2011 | Sr. Engineering G... | Remediation: Remediation System O&M- Co2 changeout | 1 | 150.00 | 150.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 11/1/2011 | 2347 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | | PROJECT |
|---|---|---|
| Net 15 | | POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/18/2011 | Principal | RI: Annual Groundwater Monitoring & Remediation Progress Report | 4 | 195.00 | 780.00 |
| 10/18/2011 | Clerical Support | RI: 3Q 2011 SVE Emissions Monitoring Report | 2 | 55.00 | 110.00 |
| 10/18/2011 | Clerical Support | RI: 3Q 2011 Groundwater Monitoring & Remediation Progress Report | 2 | 55.00 | 110.00 |
| 10/19/2011 | Clerical Support | RI: 3Q 2011 SVE Emissions Monitoring Report | 1.5 | 55.00 | 82.50 |
| 10/19/2011 | Clerical Support | RI: 3Q 2011 Groundwater Monitoring & Remediation Progress Report | 3 | 55.00 | 165.00 |
| 10/20/2011 | Clerical Support | RI: 3Q 2011 Groundwater Monitoring & Remediation Progress Report | 2 | 55.00 | 110.00 |
| 10/20/2011 | Sr. Engineering G... | RI: 2011 Annual Groundwater Monitoring & Remediation Progress Report | 2 | 150.00 | 300.00 |
| 10/21/2011 | Sr. Engineering G... | RI: 2011 Annual Groundwater Monitoring & Remediation Progress Report | 2 | 150.00 | 300.00 |
| 10/22/2011 | Sr. Engineering G... | RI: 3Q 2011 SVE Emissions Monitoring Report | 2 | 150.00 | 300.00 |
| 10/24/2011 | Sr. Engineering G... | Remediation: System O&M & CO2 changeout | 4 | 150.00 | 600.00 |
| 10/25/2011 | Principal | RI: 2011 Annual Monitoring & Remediation Progress Report | 1 | 195.00 | 195.00 |
| 10/25/2011 | Clerical Support | RI: 2011 Annual Groundwater Monitoring & Remediation Progress Report | 4 | 55.00 | 220.00 |
| 10/26/2011 | Principal | RI2011 Annual Monitoring & Remediation Progress Report | 4 | 195.00 | 780.00 |
| 10/26/2011 | Principal | Project Management: Discuss closure steps with Water Board | 0.5 | 195.00 | 97.50 |
| 10/26/2011 | Principal | RI: 3Q 2011 Emissions Monitoring Report | 1 | 195.00 | 195.00 |
| 10/26/2011 | Clerical Support | RI: 2011 Annual Groundwater Monitoring & Remediation Progress Report | 4 | 55.00 | 220.00 |
| 10/26/2011 | Clerical Support | RI: 3Q 2011 SVE Emissions Monitoring Report | 2 | 55.00 | 110.00 |
| 10/27/2011 | Clerical Support | RI: 2011 Annual Groundwater Monitoring & Remediation Progress Report | 1 | 55.00 | 55.00 |
| 10/27/2011 | Clerical Support | RI: 3Q 2011 SVE Emissions Monitoring Report | 2 | 55.00 | 110.00 |

**Total**

**Balance Due**

**Risk-Based Decisions, Inc.**

**1540 River Park Drive, Ste.203**

**Sacramento, CA 95815**

# Invoice

| Date | Invoice # |
|---|---|
| 11/1/2011 | 2347 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | REIMBURSABLE EXPENSES | | | |
| 9/6/2011 | Labs/Maps | RI: Air Toxics Invoice # B08435Z-IN | 1 | 360.00 | 360.00 |
| 9/6/2011 | Subcontractor Mar... | RI: 10% markup on above | | 10.00% | 36.00 |
| 9/12/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv.61248065 | 1 | 73.44 | 73.44 |
| 9/12/2011 | Subcontractor Mar... | Remediation: 10% markup on above | | 10.00% | 7.34 |
| 9/26/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv. 61251268 | 1 | 73.44 | 73.44 |
| 9/26/2011 | Subcontractor Mar... | Remediation: 10% markup on above | | 10.00% | 7.34 |
| 9/27/2011 | Labs/Maps | RI: Air Toxic Inv. B09336Z-IN | 1 | 360.00 | 360.00 |
| 9/27/2011 | Subcontractor Mar... | RI: 10% markup on above | | 10.00% | 36.00 |
| 9/30/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv. 91215773 | 1 | 22.20 | 22.20 |
| 9/30/2011 | Subcontractor Mar... | Remediation: 10% markup on above | | 10.00% | 2.22 |
| 10/6/2011 | Labs/Maps | RI: Alpha Analytical Inv. 77148 | 1 | 1,125.00 | 1,125.00 |
| 10/6/2011 | Subcontractor Mar... | RI: 10% markup on above | | 10.00% | 112.50 |
| 10/10/2011 | Labs/Maps | RI: Alpha Analytical Inv. 77191 | 1 | 1,100.00 | 1,100.00 |
| 10/10/2011 | Subcontractor Mar... | RI: 10% markup on above | | 10.00% | 110.00 |
| 10/10/2011 | Labs/Maps | RI: Alpha Analytical Inv. 77190 | 1 | 770.00 | 770.00 |
| 10/10/2011 | Subcontractor Mar... | RI: 10% markup on above | | 10.00% | 77.00 |
| 10/20/2011 | Labs/Maps | RI: Air Toxic Inv. B10244Z-IN | 1 | 375.00 | 375.00 |
| 10/20/2011 | Subcontractor Mar... | RI: 10% markup on above | | 10.00% | 37.50 |
| 10/26/2011 | Postage | RI: Annual Groundwater Report mailed to Mr. Djuth | 1 | 5.81 | 5.81 |
| 10/26/2011 | Postage | RI: Annual Groundwater Report mailed to Mr. Davelaar | 1 | 10.51 | 10.51 |
| 10/26/2011 | Postage | RI: Annual Groundwater Report mailed to Mr. Kotrous | 1 | 5.81 | 5.81 |
| 10/27/2011 | Postage | RI: 3Q 2011 Emissions Report mailed to Mr. Kotrous | 1 | 4.80 | 4.80 |
| 10/27/2011 | Postage | RI: 3Q 2011 Emissions Report mailed to Ms. Thompson | 1 | 4.97 | 4.97 |
| 10/27/2011 | Postage | RI: 3Q 2011 Emissions Report mailed to Mr. Davelaar | 1 | 7.15 | 7.15 |
| 10/27/2011 | Postage | RI: 3Q 2011 Emissions Report mailed to Mr. Scharff | 1 | 4.97 | 4.97 |
| 10/27/2011 | Postage | RI: Annual Groundwater Report mailed to Mr. Marsh | 1 | 5.81 | 5.81 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**

**1540 River Park Drive, Ste.203**

**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 11/1/2011 | 2347 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/31/2011 | Equipment/parts | Remediation: SVE Rental for September and October 2011 | 1 | 3,000.00 | 3,000.00 |
| 10/31/2011 | Subcontractor Mar... | 10% markup on above | | 10.00% | 300.00 |

**Total** $25,292.31

**Balance Due** $25,292.31