# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 12/1/2011 | 2356 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/31/2011 | Sr. Engineering G... | Remediation:System O&M & changeout of $CO_2$ | 1 | 150.00 | 150.00 |
| 11/4/2011 | Sr. Engineering G... | Remediation: System O&M & changeout of $CO_2$ | 2 | 150.00 | 300.00 |
| 11/7/2011 | Principal | Project Management: Preparation for meeting with RWQCB | 3 | 195.00 | 585.00 |
| 11/7/2011 | Sr. Engineering G... | Remediation: System maintenance & $CO_2$ changeout | 4 | 150.00 | 600.00 |
| 11/7/2011 | Sr. Engineering G... | Project Management: Preparation for meeting with Water Board | 3.5 | 150.00 | 525.00 |
| 11/8/2011 | Principal | Project Management: Preparation for meeting with RWQCB | 2 | 195.00 | 390.00 |
| 11/8/2011 | Sr. Engineering G... | Project Management: Preparation for meeting with Water Board | 4.5 | 150.00 | 675.00 |
| 11/9/2011 | Principal | Project Management: Preparation for meeting with RWQCB | 2.5 | 195.00 | 487.50 |
| 11/9/2011 | Sr. Engineering G... | Project Management: Preparation for meeting with Water Board | 2 | 150.00 | 300.00 |
| 11/10/2011 | Sr. Hydrogeologist | Remediation: System maintenance, $CO_2$ changeout | 3 | 150.00 | 450.00 |
| 11/10/2011 | Sr. Hydrogeologist | Remediation: Data analysis & figures for meeting on Nov 16th with RWQCB | 4 | 150.00 | 600.00 |
| 11/14/2011 | Principal | Project Management: Prepare for Meeting with RWQCB | 2 | 195.00 | 390.00 |
| 11/14/2011 | Sr. Engineering G... | Project Management: Preparation for Meeting with Water Board | 5 | 150.00 | 750.00 |
| 11/14/2011 | Sr. Hydrogeologist | Remediation: System maintenance & $CO_2$ changeout | 2 | 150.00 | 300.00 |
| 11/15/2011 | Principal | Project Management: Prepare for Meeting with RWQCB | 4 | 195.00 | 780.00 |
| 11/15/2011 | Sr. Engineering G... | Project Management: Preparation for Meeting with Water Board | 7 | 150.00 | 1,050.00 |
| 11/16/2011 | Principal | Project Management: Meet with RWQCB to discuss expediting closure. Jim Kotrous in attendance | 2 | 195.00 | 390.00 |
| 11/16/2011 | Sr. Engineering G... | Project Management: Meeting with Water Board | 2 | 150.00 | 300.00 |
| | | | | **Total** | |

| Balance Due |
|---|

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 12/1/2011 | 2356 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/17/2011 | Principal | Project Management: Update client group on RWQCB meeting | 0.5 | 195.00 | 97.50 |
| 11/17/2011 | Sr. Hydrogeologist | RI: Monthly SVE Emissions Sampling | 6 | 150.00 | 900.00 |
| 11/21/2011 | Sr. Hydrogeologist | Remediation: System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 11/28/2011 | Principal | Remediation: Workplan for groundwater remediation | 2 | 195.00 | 390.00 |
| 11/29/2011 | Principal | Remediation: Workplan for groundwater remediation | 1.5 | 195.00 | 292.50 |
| 11/30/2011 | Principal | Remediation: Workplan for groundwater remediation | 3 | 195.00 | 585.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 10/14/2011 | Equipment/parts | Remediation: Barnes Welding Supply Order # 11589497-00 | 1 | 18.21 | 18.21 |
| 10/14/2011 | Subcontractor Mar... | 10% markup on above | | 10.00% | 1.82 |
| 10/10/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv.61255903 | 1 | 73.44 | 73.44 |
| 10/10/2011 | Subcontractor Mar... | 10% on above | | 10.00% | 7.34 |
| 10/25/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv.61259192 | | 73.44 | 73.44 |
| 10/25/2011 | Subcontractor Mar... | 10% on above | | 10.00% | 7.34 |
| 10/31/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv. 91218819 | 1 | 22.94 | 22.94 |
| 10/31/2011 | Subcontractor Mar... | 10% on above | | 10.00% | 2.29 |
| 11/7/2011 | Equipment/parts | Remediation: Barnes Welding Supply Order # 11597086-00 | 1 | 18.21 | 18.21 |
| 11/7/2011 | Subcontractor Mar... | 10% markup on above | | 10.00% | 1.82 |
| 11/8/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv. 61264451 | 1 | 73.44 | 73.44 |
| 11/8/2011 | Subcontractor Mar... | 10% markup on above | | 10.00% | 7.34 |
| 11/21/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv. 61267392 | 1 | 73.44 | 73.44 |
| 11/30/2011 | Permits | Remediation: Permit for Temporary Wastewater Discharge | 1 | 400.00 | 400.00 |
| 11/30/2011 | Subcontractor Mar... | Remediation: 10% markup on above | | 10.00% | 40.00 |
| 11/30/2011 | Labs/Maps | RI: Air Toxic Inv. B11354Z-IN Power Inn Road | 1 | 375.00 | 375.00 |
| 11/30/2011 | Subcontractor Mar... | 10% markup on above | | 10.00% | 37.50 |
| 11/30/2011 | Equipment/parts | Remediation: SVE Rental for November 2011 | 1 | 1,500.00 | 1,500.00 |
| 11/30/2011 | Subcontractor Mar... | 10% markup on above | | 10.00% | 150.00 |

**Total**

**Balance Due**

**Risk-Based Decisions, Inc.**

**1540 River Park Drive, Ste.203**

**Sacramento, CA 95815**

# Invoice

| Date | Invoice # |
|---|---|
| 12/1/2011 | 2356 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS | PROJECT |
|---|---|
| Net 15 | POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/30/2011 | Equipment/parts | Remediation: Barnes Welding Supply Inv. 91221862 | 1 | 22.20 | 22.20 |
| 11/30/2011 | Subcontractor Mar... | 10% on above | | 10.00% | 2.22 |

**Total**  $14,795.49

**Balance Due**  $14,795.49