# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 1/10/2012 | 2361 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/28/2011 | Sr. Hydrogeologist | System maintenance, CO2 changeout & repairs to blower | 6 | 150.00 | 900.00 |
| 12/5/2011 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 5 | 150.00 | 750.00 |
| 12/6/2011 | Sr. Engineering G... | Renew Permit for temporary discharge of waste water | 2 | 150.00 | 300.00 |
| 12/9/2011 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 12/9/2011 | Sr. Engineering G... | Renew Permit for temporary discharge of waste water | 1 | 150.00 | 150.00 |
| 12/12/2011 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 12/13/2011 | Sr. Engineering G... | 4th Q 2011 Groundwater sampling | 8 | 150.00 | 1,200.00 |
| 12/13/2011 | Sr. Hydrogeologist | 4Q 2011 Groundwater sampling | 8 | 150.00 | 1,200.00 |
| 12/15/2011 | Sr. Hydrogeologist | SVE System Monthly Sampling | 5 | 150.00 | 750.00 |
|  |  | REIMBURSABLE EXPENSES |  |  |  |
| 9/26/2011 | Equipment/parts | 3Q 2011 Groundwater Sampling - Water Level Indicator (not billed earlier) | 1 | 25.00 | 25.00 |
| 9/26/2011 | Subcontractor Mar... | 10% on above |  | 10.00% | 2.50 |
| 9/26/2011 | Equipment/parts | 3Q 2011 GW Sampling - Generator (not billed earlier) | 1 | 55.00 | 55.00 |
| 9/26/2011 | Subcontractor Mar... | 10% on above |  | 10.00% | 5.50 |
| 9/26/2011 | Equipment/parts | 3Q 2011 GW sampling - pH meter (not billed earlier) | 1 | 40.00 | 40.00 |
| 9/26/2011 | Subcontractor Mar... | 10% on above |  | 10.00% | 4.00 |
| 9/26/2011 | Equipment/parts | 3Q 2011 GW Sampling - gloves | 1 | 9.00 | 9.00 |
| 9/26/2011 | Subcontractor Mar... | 10% on above | 1 | 0.90 | 0.90 |
| 9/26/2011 | Equipment/parts | 3Q 2011 GW Sampling - Submersible Pump (not billed earlier) | 1 | 45.00 | 45.00 |
| 9/26/2011 | Subcontractor Mar... | 10% on above |  | 10.00% | 4.50 |
| 12/12/2011 | Equipment/parts | Barnes Welding Supply Inv. 61273146 | 1 | 73.44 | 73.44 |
| 12/12/2011 | Subcontractor Mar... | 10% on above |  | 10.00% | 7.34 |
| 12/13/2011 | Equipment/parts | 4Q 2011 GW Sampling - Water Level Indicator | 1 | 25.00 | 25.00 |
| 12/13/2011 | Subcontractor Mar... | 10% on above |  | 10.00% | 2.50 |
| 12/13/2011 | Equipment/parts | 4Q 2011 GW Sampling - Generator | 1 | 55.00 | 55.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 1/10/2012 | 2361 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/13/2011 | Subcontractor Mar... | 10% on above | | 10.00% | 5.50 |
| 12/13/2011 | Equipment/parts | 4Q 2011 GW Sampling - pH meter | 1 | 40.00 | 40.00 |
| 12/13/2011 | Subcontractor Mar... | 10% on above | | 10.00% | 4.00 |
| 12/13/2011 | Equipment/parts | 4Q 2011 GW Sampling - gloves | 1 | 9.00 | 9.00 |
| 12/13/2011 | Subcontractor Mar... | 10% on above | | 10.00% | 0.90 |
| 12/13/2011 | Equipment/parts | 4Q 2011 GW Sampling - Submersible Pump | 1 | 45.00 | 45.00 |
| 12/13/2011 | Subcontractor Mar... | 10% on above | | 10.00% | 4.50 |
| 12/13/2011 | Car/Truck Rental | 4Q 2011 GW Sampling - Truck | 1 | 75.00 | 75.00 |
| 12/21/2011 | Equipment/parts | Delta Oilfield Invoice # 0024293 | 1 | 1,008.56 | 1,008.56 |
| 12/23/2011 | Labs/Maps | Air Toxics Inv. B12396Z-IN | 1 | 360.00 | 360.00 |
| 12/28/2011 | Materials/Supplies | Grainger Invoice # 1145929709 | 1 | 83.03 | 83.03 |
| 12/28/2011 | Equipment/parts | Barnes Welding Supply Inv. 61276459 | 1 | 73.44 | 73.44 |
| 12/31/2011 | Equipment/parts | Barnes Welding Supply Inv. 91224915 | 1 | 22.94 | 22.94 |
| 12/31/2011 | Subcontractor Mar... | 10% on above | | 10.00% | 2.29 |
| 12/31/2011 | Equipment/parts | SVE rental for December 2011 | 1 | 1,500.00 | 1,500.00 |
| 12/31/2011 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |

| | Total | $10,188.84 |
|---|---|---|

| | Balance Due | $10,188.84 |
|---|---|---|