IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KOTROUS,

    Plaintiff,

vs.

GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, INC., et al.,

    Defendants.

No. CIV 2:02-cv-1520-FCD-JFM

ORDER

    Pursuant to the terms of the Court-Administered Remediation Fund Account Instructions agreed to by the parties in order to implement the settlement of <u>James Kotrous, individually and doing business as The Mattress Factory v. Goss-Jewett of Northern California, Inc., et al.</u>, case no. 2:02-cv-1520-FCD-JFM, Risk-Based Decisions, Inc., Invoice No. 2370 was submitted in the amount of $11,944.07 for consulting services and expenses incurred at 4301 Power Inn Road through January 31, 2012. This billing was sent to the court on February 9, 2012 with copies to counsel. A copy of the billing is appended to this order. No objection to the billing has been filed within the seven day period during which objections must be filed to be considered.

/////

1

1  Accordingly, within ten days from the date of this order, the Clerk of Court is
2  directed to pay to Risk-Based Decisions, Inc. the sum of $11,944.07 from the settlement fund
3  established in the above-entitled case.
4  DATED: February 22, 2012.

UNITED STATES MAGISTRATE JUDGE

8  /014;kotr1520.invoice.09
9  cc:    All counsel

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 2/9/2012 | 2370 |

### Bill To
Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | | PROJECT |
|---|---|---|
| Net 10 | | POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1/3/2012 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 1/5/2012 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 2 | 150.00 | 300.00 |
| 1/9/2012 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 1/13/2012 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 2 | 150.00 | 300.00 |
| 1/16/2012 | Sr. Hydrogeologist | System Maint. CO2 change out, Monthly SVE Sampling | 8 | 150.00 | 1,200.00 |
| 1/19/2012 | Sr. Engineering G... | 4th Q 2011 Emissions Monitoring Report | 8 | 150.00 | 1,200.00 |
| 1/23/2012 | Clerical Support | 4Q2011 Emissions Report | 2 | 55.00 | 110.00 |
| 1/23/2012 | Sr. Hydrogeologist | System maintenance, CO2 change out | 2 | 150.00 | 300.00 |
| 1/23/2012 | Sr. Hydrogeologist | 4th Q 2011 SVE Emissions Monitoring Report | 6 | 150.00 | 900.00 |
| 1/27/2012 | Sr. Hydrogeologist | System maintenance, CO2 change out | 2 | 150.00 | 300.00 |
| 1/28/2012 | Principal | 4th Q 2011 SVE Emissions Monitoring Report | 1 | 195.00 | 195.00 |
| 1/29/2012 | Principal | 4th Q 2011 SVE Emissions Monitoring Report | 1.5 | 195.00 | 292.50 |
| 1/30/2012 | Principal | 4th Q 2011 Groundwater Monitoring data evaluation | 4 | 195.00 | 780.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 1/4/2012 | Labs/Maps | Alpha Analytical Invoice # 78166 | 1 | 990.00 | 990.00 |
| 1/4/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 99.00 |
| 1/9/2012 | Permits | Sac Metro Air Quality Mgmt. District Inv. 1112-3-02305 - Permit to Operate Renewal | 1 | 1,384.00 | 1,384.00 |
| 1/9/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 138.40 |
| 1/9/2012 | Equipment/parts | Barnes Welding Supply Inv. 61280157 | 1 | 73.44 | 73.44 |
| 1/9/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 7.34 |
| 1/23/2012 | Equipment/parts | Barnes Welding Supply Inv. 61283485 | 1 | 73.44 | 73.44 |
| 1/23/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 7.34 |
| 1/24/2012 | Labs/Maps | Air Toxics Inv. C01296Z-IN | 1 | 360.00 | 360.00 |
| 1/24/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 1/30/2012 | Postage | Emissions Report 4Q 2011 to Jeffory Scharff | 1 | 5.04 | 5.04 |
| 1/30/2012 | Postage | Emissions Report 4Q 2011 to James Kotrous | 1 | 5.04 | 5.04 |
| 1/30/2012 | Postage | Emissions Report 4Q 2011 to Angela Thompson | 1 | 5.04 | 5.04 |
| 1/30/2012 | Postage | Emissions Report 4Q 2011 to Dave Davelaar | 1 | 7.26 | 7.26 |
| 1/31/2012 | Equipment/parts | Barnes Welding Supply Inv. 91227950 | 1 | 22.94 | 22.94 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 2/9/2012 | 2370 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 10 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1/31/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 2.29 |
| 1/31/2012 | Equipment/parts | SVE Rental for January 2012 | 1 | 1,500.00 | 1,500.00 |
| 1/31/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |

**Total**  $11,944.07

**Balance Due**  $11,944.07