**Risk-Based Decisions, Inc.**

**1540 River Park Drive, Ste.203**

**Sacramento, CA 95815**

# Invoice

| Date | Invoice # |
|---|---|
| 4/2/2012 | 2383 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 10 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1/30/2012 | Clerical Support | 4Q 2011 SVE Emissions Report | 0.5 | 55.00 | 27.50 |
| 1/31/2012 | Sr. Hydrogeologist | SVE System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 1/31/2012 | Sr. Engineering G... | 4Q 2011 SVE Emissions Monitoring Report | 2 | 150.00 | 300.00 |
| 2/1/2012 | Sr. Engineering G... | 4Q 2011/Annual EDF Submittals to GeoTracker | 3 | 150.00 | 450.00 |
| 2/2/2012 | Sr. Hydrogeologist | Replace broken motor for SVE system | 6 | 150.00 | 900.00 |
| 2/2/2012 | Sr. Engineering G... | 4Q 2011/Annual EDF Submittals to GeoTracker | 6 | 150.00 | 900.00 |
| 2/3/2012 | Sr. Engineering G... | 4Q 2011/Annual EDF Submittals to GeoTracker | 7 | 150.00 | 1,050.00 |
| 2/4/2012 | Sr. Engineering G... | 4Q 2011/Annual EDF Submittals to GeoTracker | 7 | 150.00 | 1,050.00 |
| 2/6/2012 | Principal | Expedited groundwater remediation set-up | 1 | 195.00 | 195.00 |
| 2/6/2012 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 2 | 150.00 | 300.00 |
| 2/6/2012 | Sr. Engineering G... | 2011 Annual Monitoring & EDF submittals to Geotracker | 5 | 150.00 | 750.00 |
| 2/7/2012 | Principal | Expedited groundwater remediation set-up | 2 | 195.00 | 390.00 |
| 2/10/2012 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 2/13/2012 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 2/13/2012 | Sr. Engineering G... | Set up for expedited groundwater remediation | 1 | 150.00 | 150.00 |
| 2/15/2012 | Sr. Engineering G... | Set up for expedited groundwater remediation | 2 | 150.00 | 300.00 |
| 2/16/2012 | Sr. Hydrogeologist | Monthly SVE Emissions sampling | 2 | 150.00 | 300.00 |
| 2/17/2012 | Sr. Hydrogeologist | Monthly SVE Emissions sampling | 2 | 150.00 | 300.00 |
| 2/17/2012 | Sr. Engineering G... | Set up for expedited groundwater remediation | 1 | 150.00 | 150.00 |
| 2/17/2012 | Sr. Engineering G... | Annual Monitoring Report & Geotracker submittal | 1 | 150.00 | 150.00 |
| 2/20/2012 | Principal | Expedited groundwater remediation | 1.5 | 195.00 | 292.50 |
| 2/20/2012 | Sr. Engineering G... | Expedited groundwater remediation | 2 | 150.00 | 300.00 |
| 2/20/2012 | Sr. Hydrogeologist | System maintenance, CO2 changeout | 4 | 150.00 | 600.00 |
| 2/20/2012 | Sr. Hydrogeologist | Expedited groundwater remediation | 4 | 150.00 | 600.00 |
| 2/21/2012 | Principal | Expedited groundwater remediation | 1 | 195.00 | 195.00 |
| 2/21/2012 | Sr. Engineering G... | Expedited groundwater remediation | 8 | 150.00 | 1,200.00 |
| 2/21/2012 | Sr. Hydrogeologist | Expedited groundwater remediation | 8 | 150.00 | 1,200.00 |
| 2/22/2012 | Principal | Expedited groundwater remediation | 2 | 195.00 | 390.00 |
| 2/22/2012 | Sr. Engineering G... | Expedited groundwater remediation | 3 | 150.00 | 450.00 |
| 2/23/2012 | Principal | Expedited groundwater remediation | 2.5 | 195.00 | 487.50 |
| 2/23/2012 | Sr. Engineering G... | Expedited groundwater remediation | 2 | 150.00 | 300.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 4/2/2012 | 2383 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 10 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2/23/2012 | Sr. Engineering G... | Geotracker submittals | 3 | 150.00 | 450.00 |
| 2/23/2012 | Sr. Hydrogeologist | Expedited groundwater remediation | 8 | 150.00 | 1,200.00 |
| 2/24/2012 | Principal | Expedited groundwater remediation | 1 | 195.00 | 195.00 |
| 2/24/2012 | Sr. Engineering G... | Expedited groundwater remediation | 4 | 150.00 | 600.00 |
| 2/24/2012 | Sr. Hydrogeologist | Expedited groundwater remediation | 4 | 150.00 | 600.00 |
| 2/27/2012 | Principal | Expedited groundwater remediation cleanup-data analysis | 2.5 | 195.00 | 487.50 |
| 2/27/2012 | Sr. Hydrogeologist | System maintenance | 4 | 150.00 | 600.00 |
| 2/27/2012 | Sr. Engineering G... | Expedited groundwater remediation | 4 | 150.00 | 600.00 |
| 2/27/2012 | Sr. Engineering G... | Annual Monitoring Report & Data submittal to GeoTracker database | 1 | 150.00 | 150.00 |
| 2/28/2012 | Principal | Expedited groundwater remediation-data analysis | 1 | 195.00 | 195.00 |
| 2/28/2012 | Sr. Hydrogeologist | Expedited groundwater remediation | 6 | 150.00 | 900.00 |
| 2/28/2012 | Sr. Engineering G... | Expedited groundwater remediation | 5 | 150.00 | 750.00 |
| 2/28/2012 | Sr. Engineering G... | Annual Monitoring Report & Data submittal to GeoTracker database | 1 | 150.00 | 150.00 |
| 2/29/2012 | Principal | Expedited groundwater cleanup-data analysis | 2 | 195.00 | 390.00 |
| 2/29/2012 | Sr. Hydrogeologist | Expedited groundwater remediation | 2 | 150.00 | 300.00 |
| 2/29/2012 | Sr. Engineering G... | Expedited groundwater remediation | 7 | 150.00 | 1,050.00 |
| 3/1/2012 | Principal | Expedited groundwater cleanup-data analysis | 1.5 | 195.00 | 292.50 |
| 3/1/2012 | Sr. Hydrogeologist | Expedited groundwater remediation | 2 | 150.00 | 300.00 |
| 3/1/2012 | Sr. Engineering G... | Expedited groundwater remediation | 4 | 150.00 | 600.00 |
| 3/2/2012 | Principal | Expedited groundwater cleanup-data analysis | 1 | 195.00 | 195.00 |
| 3/2/2012 | Sr. Hydrogeologist | Expedited groundwater remediation | 2 | 150.00 | 300.00 |
| 3/2/2012 | Sr. Engineering G... | Expedited groundwater remediation | 7 | 150.00 | 1,050.00 |
| 3/5/2012 | Principal | Expedited groundwater remediation | 2 | 195.00 | 390.00 |
| 3/5/2012 | Sr. Engineering G... | Expedited groundwater remediation | 3 | 150.00 | 450.00 |
| 3/5/2012 | Sr. Hydrogeologist | System maintenance & $CO_2$ changeout | 4 | 150.00 | 600.00 |
| 3/6/2012 | Sr. Engineering G... | Expedited groundwater remediation | 1 | 150.00 | 150.00 |
| 3/7/2012 | Sr. Engineering G... | Expedited groundwater remediation | 1 | 150.00 | 150.00 |
| 3/8/2012 | Sr. Engineering G... | Expedited groundwater remediation | 2 | 150.00 | 300.00 |
| 3/9/2012 | Principal | Expedited groundwater remediation | 3 | 195.00 | 585.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 4/2/2012 | 2383 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 10 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3/12/2012 | Principal | Update client group re. expedited groundwater cleanup - preliminary results | 1 | 195.00 | 195.00 |
| 3/12/2012 | Sr. Engineering G... | Expedited groundwater remediation Report | 7 | 150.00 | 1,050.00 |
| 3/13/2012 | Sr. Engineering G... | Expedited groundwater remediation Report | 7 | 150.00 | 1,050.00 |
| 3/14/2012 | Principal | Analyze expedited cleanup data & discuss with Water Board. Report to RWQCB | 4 | 195.00 | 780.00 |
| 3/16/2012 | Principal | Analyze expedited cleanup data & discuss with Water Board. Report to RWQCB | 5 | 195.00 | 975.00 |
| 3/16/2012 | Sr. Engineering G... | Expedited groundwater remediation Report | 4 | 150.00 | 600.00 |
| 3/19/2012 | Principal | Report on Expedited Groundwater remediation to Water Board | 4 | 195.00 | 780.00 |
| 3/19/2012 | Clerical Support | Expedited Groundwater Cleanup Report | 4 | 55.00 | 220.00 |
| 3/19/2012 | Sr. Engineering G... | Expedited groundwater remediation report | 1 | 150.00 | 150.00 |
| 3/26/2012 | Sr. Engineering G... | 2012 Semi-Annual Groundwater Sampling | 8 | 150.00 | 1,200.00 |
| 3/26/2012 | Sr. Hydrogeologist | 1Q 2012 Groundwater Sampling | 8 | 150.00 | 1,200.00 |
| 3/27/2012 | Sr. Hydrogeologist | SVE System Maintenance | 4 | 150.00 | 600.00 |
| 3/29/2012 | Sr. Engineering G... | 1Q 2012 Groundwater Sampling | 8 | 150.00 | 1,200.00 |
| 3/29/2012 | Sr. Hydrogeologist | 1Q 2012 Groundwater Sampling | 8 | 150.00 | 1,200.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 2/1/2012 | Equipment/parts | Grainger Invoice 11478329669 | 1 | 864.50 | 864.50 |
| 2/1/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 86.45 |
| 2/2/2012 | Materials/Supplies | NAPA Store | 1 | 40.77 | 40.77 |
| 2/2/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 4.08 |
| 2/2/2012 | Materials/Supplies | Home Depot | 1 | 15.57 | 15.57 |
| 2/2/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 1.56 |
| 2/6/2012 | Materials/Supplies | GHX Industrial LLC Invoice #12240756 | 1 | 39.84 | 39.84 |
| 2/6/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 3.98 |
| 2/6/2012 | Equipment/parts | Barnes Welding Supply Inv. 61288514 | 1 | 73.44 | 73.44 |
| 2/6/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 7.34 |
| 2/20/2012 | Labs/Maps | Alpha Analytical Inv. 78653 | 1 | 2,250.00 | 2,250.00 |
| 2/20/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 225.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 4/2/2012 | 2383 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS | | | PROJECT | | |
|---|---|---|---|---|---|
| Net 10 | | | POWER INN ROAD | | |
| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
| 2/20/2012 | Equipment/parts | Barnes Welding Supply Inv. 61291948 | 1 | 73.44 | 73.44 |
| 2/20/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 7.34 |
| 2/21/2012 | Materials/Supplies | Napa Store | 1 | 28.07 | 28.07 |
| 2/21/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 2.81 |
| 2/21/2012 | Materials/Supplies | Grainger Invoice # 858806854 | 1 | 229.45 | 229.45 |
| 2/21/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 22.95 |
| 2/24/2012 | Materials/Supplies | Home Depot | 1 | 3.84 | 3.84 |
| 2/27/2012 | Labs/Maps | Air Toxics Inv. C02380Z-IN | 1 | 381.00 | 381.00 |
| 2/27/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 38.10 |
| 2/28/2012 | Labs/Maps | Alpha Analytical Inv. 78743 | 1 | 245.00 | 245.00 |
| 2/28/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 24.50 |
| 2/28/2012 | Equipment/parts | Delta Oilfield Services Inv. 0024359 | 1 | 275.00 | 275.00 |
| 2/28/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 27.50 |
| 2/29/2012 | Labs/Maps | Barnes Welding Supply Inv. 91230960 | 1 | 21.46 | 21.46 |
| 2/29/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 2.15 |
| 3/2/2012 | Materials/Supplies | Home Depot | 1 | 26.78 | 26.78 |
| 3/2/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 2.68 |
| 3/2/2012 | Materials/Supplies | Home Depot | 1 | 10.10 | 10.10 |
| 3/2/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 1.01 |
| 3/6/2012 | Equipment/parts | Delta Oilfield Services Inv. 0024366 | 1 | 9,408.00 | 9,408.00 |
| 3/6/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 940.80 |
| 3/12/2012 | Labs/Maps | Alpha Analytical Inv. 78856 | 1 | 905.00 | 905.00 |
| 3/12/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 90.50 |
| 3/13/2012 | Materials/Supplies | INW Invoice # 40159 | 1 | 4,577.61 | 4,577.61 |
| 3/13/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 457.76 |
| 3/13/2012 | Postage | Expedited GW Cleanup Repot to Lebouef | 1 | 5.24 | 5.24 |
| 3/19/2012 | Labs/Maps | Alpha Analytical Inv. 78928 | 1 | 135.00 | 135.00 |
| 3/19/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 13.50 |
| 3/22/2012 | Equipment/parts | Delta Oilfield Inv. 0024385 | 1 | 1,350.00 | 1,350.00 |
| 3/22/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 135.00 |
| 3/26/2012 | Equipment/parts | 1Q 2012 Groundwater Sampling - Water Level Indicator | 1 | 25.00 | 25.00 |
| | | | | **Total** | |

| Balance Due |
|---|
| |

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 4/2/2012 | 2383 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 10 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3/26/2012 | Equipment/parts | 1Q 2012 Groundwater Sampling - Water Level Indicator | 1 | 25.00 | 25.00 |
| 3/26/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 2.50 |
| 3/26/2012 | Equipment/parts | 1Q 2012 Groundwater Sampling - Generator | 1 | 55.00 | 55.00 |
| 3/26/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 5.50 |
| 3/26/2012 | Equipment/parts | 1Q 2012 Groundwater Sampling - pH meter | 1 | 40.00 | 40.00 |
| 3/26/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 4.00 |
| 3/26/2012 | Equipment/parts | 1Q 2012 Groundwater Sampling - Submersible Pump | 1 | 45.00 | 45.00 |
| 3/26/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 4.50 |
| 3/26/2012 | Materials/Supplies | 1Q 2012 Groundwater Sampling - gloves | 1 | 9.00 | 9.00 |
| 3/26/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 0.90 |
| 3/27/2012 | Labs/Maps | Air Toxics Inv. C03424Z-IN | 1 | 240.00 | 240.00 |
| 3/27/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 24.00 |
| 3/29/2012 | Equipment/parts | 1Q 2012 Groundwater Sampling - Water Level Indicator | 1 | 25.00 | 25.00 |
| 3/29/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 2.50 |
| 3/29/2012 | Equipment/parts | 1Q 2012 Groundwater Sampling - Generator | 1 | 55.00 | 55.00 |
| 3/29/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 5.50 |
| 3/29/2012 | Equipment/parts | 1Q 2012 Groundwater Sampling - pH meter | 1 | 40.00 | 40.00 |
| 3/29/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 4.00 |
| 3/29/2012 | Equipment/parts | 1Q 2012 Groundwater Sampling -Submersible Pump | 1 | 45.00 | 45.00 |
| 3/29/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 4.50 |
| 3/29/2012 | Materials/Supplies | 1Q 2012 Groundwater Sampling - gloves | 1 | 9.00 | 9.00 |
| 3/30/2012 | Equipment/parts | SVE Rental for February and March 2012 | 2 | 1,500.00 | 3,000.00 |

**Total** $67,357.52

**Balance Due** $67,357.52