# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 5/9/2012 | 2394 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | PROJECT |
|---|---|
| Net 10 | POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3/26/2012 | Sr. Engineering G... | 2012- Semi-annual Groundwater sampling | 8 | 150.00 | 1,200.00 |
| 3/29/2012 | Sr. Engineering G... | 2012-Semi-annual Groundwater sampling | 8 | 150.00 | 1,200.00 |
| 4/3/2012 | Principal | Update Scharff on project | 1 | 195.00 | 195.00 |
| 4/6/2012 | Principal | Expedited groundwater cleanup: Discuss results & send updated plan approval request to Water Board | 2 | 195.00 | 390.00 |
| 4/9/2012 | Sr. Hydrogeologist | System O&M & maintenance | 4 | 150.00 | 600.00 |
| 4/9/2012 | Principal | Evaluate data, discuss with Water Board- Plan to continue expedited groundwater cleanup | 2 | 195.00 | 390.00 |
| 4/12/2012 | Sr. Hydrogeologist | 2012 Semi-annual Groundwater Monitoring & Remediation Progress Report | 6 | 150.00 | 900.00 |
| 4/13/2012 | Sr. Hydrogeologist | System O&M & maintenance | 2 | 150.00 | 300.00 |
| 4/16/2012 | Sr. Hydrogeologist | System Maintenance | 2 | 150.00 | 300.00 |
| 4/16/2012 | Sr. Hydrogeologist | Monthly SVE & DDC Emissions sampling | 6 | 150.00 | 900.00 |
| 4/20/2012 | Sr. Hydrogeologist | 2012 Semi-annual Groundwater Monitoring & Remediation Progress Report | 4 | 150.00 | 600.00 |
| 4/20/2012 | Sr. Hydrogeologist | 1Q 2012 SVE Emissions Monitoring Report | 2 | 150.00 | 300.00 |
| 4/23/2012 | Principal | 2012 Semi-annual Groundwater & Remediation Progress Report | 2.5 | 195.00 | 487.50 |
| 4/23/2012 | Principal | 1Q 2012 SVE Emissions Report | 1 | 195.00 | 195.00 |
| 4/23/2012 | Sr. Engineering G... | 2012 Semi-Annual Groundwater Report | 2 | 150.00 | 300.00 |
| 4/23/2012 | Sr. Hydrogeologist | System maintenance | 4 | 150.00 | 600.00 |
| 4/23/2012 | Sr. Hydrogeologist | 2012 Semi-Annual Groundwater Monitoring & Remediation Progress Report | 2 | 150.00 | 300.00 |
| 4/23/2012 | Sr. Hydrogeologist | 1Q 2012 SVE Emissions Monitoring Report | 2 | 150.00 | 300.00 |
| 4/24/2012 | Principal | 1Q 2012 SVE Emissions Report | 0.5 | 195.00 | 97.50 |
| 4/24/2012 | Principal | 2012 semi-annual Groundwater & Remediation Progress Report | 1 | 195.00 | 195.00 |
| 4/24/2012 | Sr. Hydrogeologist | 2012 semi-annual Groundwater & Remediation Progress Report | 5 | 150.00 | 750.00 |
| 4/24/2012 | Sr. Engineering G... | 2012 semi-annual Groundwater & Remediation Progress Report | 6 | 150.00 | 900.00 |
| 4/25/2012 | Sr. Engineering G... | 2012 Semi-Annual Groundwater Report | 5 | 150.00 | 750.00 |

**Total**

**Balance Due**

Page 1

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste. 203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 5/9/2012 | 2394 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 10 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 4/25/2012 | Sr. Hydrogeologist | 2012 Semi-Annual Groundwater Monitoring & Remediation Progress Report | 6 | 150.00 | 900.00 |
| 4/25/2012 | Sr. Hydrogeologist | 1Q 2012 SVE Emissions Monitoring Report | 1 | 150.00 | 150.00 |
| 4/26/2012 | Sr. Engineering G... | 2012 Semi-Annual Groundwater Report | 3 | 150.00 | 450.00 |
| 4/26/2012 | Sr. Engineering G... | 1Q 2012 SVE Emissions Monitoring Report | 3 | 150.00 | 450.00 |
| 4/27/2012 | Principal | 2012 Semi-annual Groundwater & Remediation Progress Report | 1 | 195.00 | 195.00 |
| 4/27/2012 | Sr. Engineering G... | 2012 Semi-Annual Groundwater Report | 3 | 150.00 | 450.00 |
| 4/27/2012 | Sr. Engineering G... | 1Q 2012 SVE Emissions Monitoring Report | 3 | 150.00 | 450.00 |
| 4/27/2012 | Sr. Hydrogeologist | System maintenance | 4 | 150.00 | 600.00 |
| 4/30/2012 | Principal | Expedited Groundwater Cleanup- Round 2 - MW-2 | 1.5 | 195.00 | 292.50 |
| 4/30/2012 | Clerical Support | 1Q 2012 SVE Emissions Monitoring Report | 4 | 55.00 | 220.00 |
| 4/30/2012 | Clerical Support | 2012 Semi-annual Groundwater Monitoring & Remediation Progress Report | 4 | 55.00 | 220.00 |
| 4/30/2012 | Sr. Engineering G... | 2012 Semi-Annual Groundwater Monitoring & Remediation Progress Report | 4 | 150.00 | 600.00 |
| 4/30/2012 | Sr. Engineering G... | 1Q 2012 SVE Emissions Monitoring Report | 2 | 150.00 | 300.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 3/16/2012 | Equipment/parts | WDC Exploration Inv. 162916 - Expedited GW Remediation | 1 | 4,075.00 | 4,075.00 |
| 3/16/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 407.50 |
| 3/26/2012 | Equipment/parts | Pump - GW Sampling | 1 | 45.00 | 45.00 |
| 3/26/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 4.50 |
| 3/26/2012 | Equipment/parts | Generator - GW Sampling | 1 | 55.00 | 55.00 |
| 3/26/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 5.50 |
| 3/26/2012 | Equipment/parts | pH Meter - GW Sampling | 1 | 40.00 | 40.00 |
| 3/26/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 4.00 |
| 3/26/2012 | Equipment/parts | Water Level Indicator - GW Sampling | 1 | 25.00 | 25.00 |
| 3/26/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 2.50 |
| 3/26/2012 | Materials/Supplies | Gloves - GW Sampling | 1 | 9.00 | 9.00 |
| 3/29/2012 | Equipment/parts | Pump - GW Sampling | 1 | 45.00 | 45.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 5/9/2012 | 2394 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 10 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3/29/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 4.50 |
| 3/29/2012 | Equipment/parts | Generator - GW Sampling | 1 | 55.00 | 55.00 |
| 3/29/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 5.50 |
| 3/29/2012 | Equipment/parts | pH Meter - GW Sampling | 1 | 40.00 | 40.00 |
| 3/29/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 4.00 |
| 3/29/2012 | Equipment/parts | Water Level Indicator - GW Sampling | 1 | 25.00 | 25.00 |
| 3/29/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 2.50 |
| 3/29/2012 | Materials/Supplies | Gloves - GW Sampling | 1 | 9.00 | 9.00 |
| 3/31/2012 | Equipment/parts | Barnes Welding Supply Inv. 91233960 | 1 | 7.98 | 7.98 |
| 3/31/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 0.80 |
| 4/11/2012 | Labs/Maps | Alpha Analytical Inv. 79161- Semi Annual GW sampling | 1 | 925.00 | 925.00 |
| 4/11/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 92.50 |
| 4/11/2012 | Labs/Maps | Alpha Analytical Inv. 79162 - Semi Annual GW sampling | 1 | 525.00 | 525.00 |
| 4/11/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 52.50 |
| 4/16/2012 | Equipment/parts | PID, Gloves etc. - Monthly SVE Sampling | 1 | 100.00 | 100.00 |
| 4/24/2012 | Labs/Maps | Air Toxics Inv. C04311Z-IN - Emissions | 1 | 360.00 | 360.00 |
| 4/24/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 4/30/2012 | Equipment/parts | Barnes Welding Supply Inv. 91236943 | 1 | 22.20 | 22.20 |
| 4/30/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 2.22 |
| 4/30/2012 | Equipment/parts | Barnes Welding Supply Inv. 61312743 | 1 | 75.60 | 75.60 |
| 4/30/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 7.56 |
| 4/30/2012 | Postage | Semi Annual 2012 Groundwater Report to William Marsh | 1 | 5.24 | 5.24 |
| 4/30/2012 | Postage | Semi Annual 2012 Groundwater Report to Jeffory Scharff | 1 | 5.90 | 5.90 |
| 4/30/2012 | Postage | Semi Annual 2012 Groundwater Report to Gerald Djuth | 1 | 5.24 | 5.24 |
| 4/30/2012 | Postage | 1Q 2012 Emissions Report to Angela Thompson | 1 | 5.04 | 5.04 |

| | **Total** | $24,519.78 |
|---|---|---|

| | **Balance Due** | $24,519.78 |
|---|---|---|