**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

# Invoice

| Date | Invoice # |
|---|---|
| 6/15/2012 | 2399 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS | | | PROJECT | | |
|---|---|---|---|---|---|
| Net 10 | | | POWER INN ROAD | | |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/3/2012 | Principal | Expedited Groundwater Cleanup- Round 2 - MW-2 | 2 | 195.00 | 390.00 |
| 5/4/2012 | Principal | Expedited Groundwater Cleanup- Round 2 - MW-2 | 1 | 195.00 | 195.00 |
| 5/4/2012 | Sr. Engineering G... | Expedited Groundwater Remediation at MW-2- Round 2 | 2 | 150.00 | 300.00 |
| 5/7/2012 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 5/7/2012 | Sr. Hydrogeologist | Expedited Groundwater Remediation at MW-2- Round 2 | 2 | 150.00 | 300.00 |
| 5/9/2012 | Principal | Expedited groundwater remediation- MW-2- Round 2 | 2 | 195.00 | 390.00 |
| 5/14/2012 | Sr. Hydrogeologist | System inspection - blower failure. CO2 changeout | 4 | 150.00 | 600.00 |
| 5/15/2012 | Principal | Expedited groundwater remediation at MW-2- Round 2 | 1 | 195.00 | 195.00 |
| 5/15/2012 | Principal | SVE Shutdown-troubleshoot | 1 | 195.00 | 195.00 |
| 5/15/2012 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2-Round 2 | 2 | 150.00 | 300.00 |
| 5/16/2012 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2-Round 2 | 4 | 150.00 | 600.00 |
| 5/17/2012 | Principal | Expedited groundwater remediation at MW-2- Round 2 | 2 | 195.00 | 390.00 |
| 5/17/2012 | Sr. Hydrogeologist | System repair- replace blower motor on SVE system | 4 | 150.00 | 600.00 |
| 5/18/2012 | Sr. Hydrogeologist | System repair- replace blower motor on SVE system | 2 | 150.00 | 300.00 |
| 5/21/2012 | Sr. Hydrogeologist | System maintenance, CO2 changeout | 4 | 150.00 | 600.00 |
| 5/25/2012 | Principal | Expedited groundwater remediation at MW-2. Round 2 data Evaluation | 2 | 195.00 | 390.00 |
| 5/29/2012 | Principal | Expedited groundwater Remediation- MW-2 Round 2 Report to Water Board | 2 | 195.00 | 390.00 |
| 5/29/2012 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 5/29/2012 | Sr. Hydrogeologist | Expedited Groundwater Remediation at MW-2 Round 2 Report | 4 | 150.00 | 600.00 |
| 5/30/2012 | Principal | Expedited groundwater Remediation- MW-2 Round 2 Report to Water Board | 3 | 195.00 | 585.00 |
| 5/30/2012 | Sr. Engineering G... | Expedited Groundwater Cleanup Report- MW-2 Round 2 | 6 | 150.00 | 900.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 6/15/2012 | 2399 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 10 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/31/2012 | Principal | Expedited groundwater Remediation- MW-2 Round 2 Report to Water Board | 1 | 195.00 | 195.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 5/4/2012 | Materials/Supplies | Home Depot - MW-2 | 1 | 9.68 | 9.68 |
| 5/4/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 0.97 |
| 5/4/2012 | Equipment/parts | EnvrioSupply & Services Inv. 510610 | 1 | 89.43 | 89.43 |
| 5/4/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 8.94 |
| 5/9/2012 | Equipment/parts | Delta Oilfield Services Inv. 0024443 | 1 | 448.00 | 448.00 |
| 6/9/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 44.80 |
| 5/15/2012 | Equipment/parts | Barnes Welding Supply Inv. 61317754 | 1 | 75.60 | 75.60 |
| 5/15/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 7.56 |
| 5/16/2012 | Materials/Supplies | NAPA Store | 1 | 21.08 | 21.08 |
| 5/16/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 2.11 |
| 5/17/2012 | Materials/Supplies | Home Depot | 1 | 27.57 | 27.57 |
| 5/17/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 2.76 |
| 5/24/2012 | Labs/Maps | Alpha Analytical Inv. 79609 | 1 | 325.00 | 325.00 |
| 5/24/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 32.50 |
| 5/24/2012 | Equipment/parts | Delta Oilfield Services Inv. 0024460 | 1 | 952.56 | 952.56 |
| 5/24/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 95.26 |
| 5/29/2012 | Equipment/parts | Barnes Welding Supply Inv. 61320815 | 1 | 85.29 | 85.29 |
| 5/29/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 8.53 |
| 5/30/2012 | Labs/Maps | Air Toxics Inv. C05434Z-IN | 1 | 360.00 | 360.00 |
| 5/30/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 5/31/2012 | Labs/Maps | Alpha Analytical Inv. 79681 | 1 | 825.00 | 825.00 |
| 5/31/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 82.50 |
| 5/31/2012 | Equipment/parts | Barnes Welding Supply Inv. 91239911 | 1 | 22.94 | 22.94 |
| 5/31/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 2.29 |
| 5/31/2012 | Equipment/parts | SVE Rental for April and May 2012 | 2 | 1,500.00 | 3,000.00 |
| 5/31/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 300.00 |

**Total** $16,481.37

**Balance Due** $16,481.37