# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 7/9/2012 | 2406 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | | PROJECT | | | |
|---|---|---|---|---|---|
| Net 10 | | POWER INN ROAD | | | |
| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
| 6/4/2012 | Sr. Hydrogeologist | System maintenance, CO2 changeout | 3 | 150.00 | 450.00 |
| 6/11/2012 | Sr. Hydrogeologist | System maintenance, CO2 changeout | 2 | 150.00 | 300.00 |
| 6/15/2012 | Principal | Expedited groundwater Remediation - discussions with Water Board | 1 | 195.00 | 195.00 |
| 6/18/2012 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 6/18/2012 | Sr. Hydrogeologist | Monthly SVE Emissions Sampling | 4 | 150.00 | 600.00 |
| 6/20/2012 | Principal | Data analysis for RWQCB response to questions | 1 | 195.00 | 195.00 |
| 6/25/2012 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 6 | 150.00 | 900.00 |
| 6/27/2012 | Sr. Hydrogeologist | 2Q 2012 Groundwater sampling | 8 | 150.00 | 1,200.00 |
| 6/27/2012 | Sr. Engineering G... | 2Q 2012 Groundwater sampling | 8 | 150.00 | 1,200.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 6/11/2012 | Equipment/parts | Barnes Welding Supply Inv. 61325676 | 1 | 75.60 | 75.60 |
| 6/11/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 7.56 |
| 6/13/2012 | Equipment/parts | Delta Oilfield Services Inv. 0024483 | 1 | 896.56 | 896.56 |
| 6/13/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 89.66 |
| 6/19/2012 | Equipment/parts | Delta Oilfield Services Inv. 0024491 | 1 | 944.00 | 944.00 |
| 6/19/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 94.40 |
| 6/21/2012 | Materials/Supplies | Home Depot - SVE | 1 | 9.56 | 9.56 |
| 6/21/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 0.96 |
| 6/26/2012 | Equipment/parts | Barnes Welding Supply Inv. 61329587 | 1 | 75.60 | 75.60 |
| 6/26/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 7.56 |
| 6/27/2012 | Equipment/parts | 2Q 2012 Groundwater Sampling- Submersible Pump | 1 | 45.00 | 45.00 |
| 6/27/2012 | Subcontractor Mar... | 10% on above | | 4.50 | 4.50 |
| 6/27/2012 | Equipment/parts | 2Q 2012 Groundwater Sampling - Generator | 1 | 55.00 | 55.00 |
| 6/27/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 5.50 |
| 6/27/2012 | Equipment/parts | 2Q 2012 Groundwater Sampling - pH Meter | 1 | 40.00 | 40.00 |
| 6/27/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 4.00 |
| 6/27/2012 | Materials/Supplies | 2Q 2012 Groundwater Sampling - Gloves | 1 | 9.00 | 9.00 |
| 6/27/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 0.90 |
| 6/29/2012 | Labs/Maps | Air Toxics Inv. C06431Z-IN | 1 | 360.00 | 360.00 |
| 6/29/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 7/9/2012 | 2406 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 10 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 6/30/2012 | Equipment/parts | Barnes Welding Supply Inv. 91242853 | 1 | 22.20 | 22.20 |
| 6/30/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 2.22 |
| 6/30/2012 | Equipment/parts | SVE Rental for June 2012 | 1 | 1,500.00 | 1,500.00 |
| 6/30/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |

**Total** $10,075.78

**Balance Due** $10,075.78