IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KOTROUS,

        Plaintiff,                      No. CIV 2:02-cv-1520-FCD-JFM

    vs.

GOSS-JEWETT CO. OF NORTHERN
CALIFORNIA, INC., et al.,

        Defendants.              <u>ORDER</u>

                             /

        Pursuant to the terms of the Court-Administered Remediation Fund Account Instructions agreed to by the parties in order to implement the settlement of <u>James Kotrous, individually and doing business as The Mattress Factory v. Goss-Jewett of Northern California, Inc., et al.</u>, case no. 2:02-cv-1520-FCD-JFM, the State Water Resources Control Board, Invoice No. 60506, was submitted in the amount of $36,925.58 for site clean-up at 4301 Power Inn Road. This billing, which is comprised of a number of invoices, was sent to the court on July 18, 2012 with copies to counsel. A copy of the billing is appended to this order. No objection to the billing has been filed within the seven day period during which objections must be filed to be considered.

/////

1

1    Accordingly, within ten days from the date of this order, the Clerk of Court is
2 directed to pay to the State Water Resources Control Board the sum of $36,925.58 from the
3 settlement fund established in the above-entitled case.  Payment shall be sent to State Water
4 Resources Control Board, SCP Program, P.O. Box 944212, Sacramento, CA 94244-2120.
5 DATED: August 7, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;kotr1520.invoice.13

cc:    All counsel