# STATE WATER RESOURCES CONTROL BOARD
## SITE CLEANUP PROGRAM
## INVOICE FOR OVERSIGHT COSTS
## FOR THE PERIOD ENDING: 03/31/09

**Date:** 05/12/2009

**Regional Board:** Central Valley Region - Sacramento

**Account Number:** 2050031

**Invoice Number:** 60509

| | |
|---|---|
| *Responsible Party #:* 1582 | *Site Location:* |
| Law Offices of Jeffory J. Scharff | Goss Jewett Facility (former) |
| ATTEN: Jeffory J. Scharff | 4301 Power Inn Road |
| 2625 Fair Oaks Blvd., Suite #7 | Sacramento      CA |
| Sacramento CA 95864 | |

*Payment(s) received as of 05/12/09:*                                       $61,034.20

*Balance Forward:*                                                                    $0.00

*\*\* New Charges - Billing Period 01/01/09-03/31/09:*                          $820.26

*TOTAL AMOUNT DUE:*                                                          $820.26

\*\* See itemized list of new charges on reverse or subsequent page (s)

The Porter-Cologne Water Quality Control Act (Section 13365) allows the Regional Water Quality Control Board to recover reasonable expenses from the responsible party for overseeing cleanup of illegal discharges, contaminated properties, and other unregulated releases adversely affecting the State's waters. When your site was put in the cost recovery program, you received a letter explaining that the State Water Resources Control Board would bill you for the Regional Board's costs of cleanup oversight.

If you desire a more detailed explanation for labor hours expended by any Regional Board staff member, you should contact Duncan Austin (916) 464-4712. If there are disputed charges for activities which you cannot resolve with the program manager, you should discuss them with the Executive Officer of the Regional Board.

For information regarding payments call: Ursula Sanchez at (916) 319-9124 or usanchez@waterboards.ca.gov

### PAYMENT IS DUE IN 30 DAYS

———————————— PLEASE RETURN CHECK IN ENVELOPE PROVIDED ————————————

**TO ENSURE PROPER CREDITING OF YOUR ACCOUNT: INCLUDE YOUR RESPONSIBLE PARTY NUMBER, ACCOUNT NUMBER AND INVOICE NUMBER ON YOUR CHECK. IF PAYING MULTIPLE INVOICES, ALL ACCOUNT NUMBERS MUST BE LISTED ON YOUR CHECK. MAKE CHECKS PAYABLE TO: SWRCB**

**RP #:** 1582      **Account Number:** 2050031      **Invoice Number:** 60509      **Amount Due:** $820.26

**SEND PAYMENTS TO:**     **State Water Resources Control Board**
**SCP Program**
**P.O. Box 944212**
**Sacramento, CA  94244-2120**

PROGRAM COST ACCOUNT: 2050031

INVOICE NUMBER: 60509

| DATE | NAME | CLASS | ACT | HOURS |
|------|------|-------|-----|-------|
| 02/03/09 | Djuth, Gerald | EG | TC | 1 |
| 02/10/09 | Djuth, Gerald | EG | IC | 2 |
| 02/13/09 | Djuth, Gerald | EG | IC | 1.5 |
| 02/17/09 | Djuth, Gerald | EG | IC | 1.5 |

| | | |
|---|---|---|
| | TOTAL HOURS: | 6 |

| | |
|---|---|
| TOTAL LABOR CHARGES | $343.03 |
| TRAVEL EXPENSES: | $0.00 |
| EQUIPMENT: | $0.65 |
| CONTRACT CHARGES: | $0.00 |
| OVERHEAD: | $298.37 |
| STATE BOARD PROGRAM ADMIN CHARGE: | $33.85 |
| REGIONAL BOARD PROGRAM ADMIN CHARGE: | $144.36 |
| TOTAL NEW CHARGES: | $820.26 |

**Please be advised that the billing period for this invoice may not reflect all hourly charges due to time con**

ACTIVITY CODES AND DESCRIPTIONS (ACT)

RR - Report review (e.g., Work plan, site assessment, remediation and monitoring reports)
SI - Site inspections
TC - Technical consultation (e.g., meetings/telephone conversations with RP or representative)
EO - Preparation of enforcement order
WC - Written correspondence to the RP or representative
IC - Internal RB communication regarding specific sites, memos, meetings, phone calls, etc.
ADM - Administrative billing inquiries/disputes
EST - Preparation of estimation letter
CP - Contract Payment
ADJ - Adjustment to previous Invoices
SC  - Staff Counsel - Legal consultation

# STATE WATER RESOURCES CONTROL BOARD
## SITE CLEANUP PROGRAM
## INVOICE FOR OVERSIGHT COSTS
## FOR THE PERIOD ENDING: 06/30/09

**Date:** 09/16/2009

**Regional Board:** Central Valley Region - Sacramento

**Account Number:** 2050031

**Invoice Number:** 61948

| | |
|---|---|
| *Responsible Party #:* 1582 | *Site Location:* |
| Law Offices of Jeffory J. Scharff | Goss Jewett Facility (former) |
| ATTEN: Jeffory J. Scharff | 4301 Power Inn Road |
| 2625 Fair Oaks Blvd., Suite #7 | Sacramento          CA |
| Sacramento CA 95864 | |

*Payment(s) received as of 09/16/09:*     $61,034.20

*Balance Forward:*     $820.26

*** New Charges - Billing Period 04/01/09-06/30/09:**     $1,013.22

*TOTAL AMOUNT DUE:*     $1,833.48

** See itemized list of new charges on reverse or subsequent page (s)

The Porter-Cologne Water Quality Control Act (Section 13365) allows the Regional Water Quality Control Board to recover reasonable expenses from the responsible party for overseeing cleanup of illegal discharges, contaminated properties, and other unregulated releases adversely affecting the State's waters. When your site was put in the cost recovery program, you received a letter explaining that the State Water Resources Control Board would bill you for the Regional Board's costs of cleanup oversight.

If you desire a more detailed explanation for labor hours expended by any Regional Board staff member, you should contact Duncan Austin (916) 464-4712. If there are disputed charges for activities which you cannot resolve with the program manager, you should discuss them with the Executive Officer of the Regional Board.

For information regarding payments call: Ursula Sanchez at (916) 319-9124 or usanchez@waterboards.ca.gov

### PAYMENT IS DUE IN 30 DAYS

———————————— PLEASE RETURN CHECK IN ENVELOPE PROVIDED ————————————

**TO ENSURE PROPER CREDITING OF YOUR ACCOUNT: INCLUDE YOUR RESPONSIBLE PARTY NUMBER, ACCOUNT NUMBER AND INVOICE NUMBER ON YOUR CHECK. IF PAYING MULTIPLE INVOICES, ALL ACCOUNT NUMBERS MUST BE LISTED ON YOUR CHECK. MAKE CHECKS PAYABLE TO: SWRCB**

**RP #:** 1582    **Account Number:** 2050031    **Invoice Number:** 61948    **Amount Due:** $1,833.48

**SEND PAYMENTS TO:**    **State Water Resources Control Board**
**SCP Program**
**P.O. Box 944212**
**Sacramento, CA 94244-2120**

| DATE | NAME | CLASS | ACT | HOURS |
|---|---|---|---|---|
| 04/24/09 | Djuth, Gerald | EG | TC | 2 |
| 05/01/09 | Djuth, Gerald | EG | IC | 1 |
| 05/27/09 | Djuth, Gerald | EG | IC | 1 |
| 05/29/09 | Djuth, Gerald | EG | EST | 0.5 |
| 06/05/09 | Djuth, Gerald | EG | RR | 3 |

| | |
|---|---|
| *TOTAL HOURS:* | *7.5* |
| *TOTAL LABOR CHARGES* | *$442.90* |
| *TRAVEL EXPENSES:* | *$0.00* |
| *EQUIPMENT:* | *-$0.57* |
| *CONTRACT CHARGES:* | *$0.00* |
| *OVERHEAD:* | *$366.24* |
| *STATE BOARD PROGRAM ADMIN CHARGE:* | *$60.12* |
| *REGIONAL BOARD PROGRAM ADMIN CHARGE:* | *$144.53* |
| *TOTAL NEW CHARGES:* | *$1,013.22* |

**Please be advised that the billing period for this invoice may not reflect all hourly charges due to time con**

ACTIVITY CODES AND DESCRIPTIONS (ACT)

RR - Report review (e.g., Work plan, site assessment, remediation and monitoring reports)
SI - Site inspections
TC - Technical consultation (e.g., meetings/telephone conversations with RP or representative)
EO - Preparation of enforcement order
WC - Written correspondence to the RP or representative
IC - Internal RB communication regarding specific sites, memos, meetings, phone calls, etc.
ADM - Administrative billing inquiries/disputes
EST - Preparation of estimation letter
CP - Contract Payment
ADJ - Adjustment to previous invoices
SC - Staff Counsel - Legal consultation

# STATE WATER RESOURCES CONTROL BOARD
## SITE CLEANUP PROGRAM
## INVOICE FOR OVERSIGHT COSTS
## FOR THE PERIOD ENDING: 09/30/09

**Date:** 11/17/2009

**Regional Board:** Central Valley Region - Sacramento

**Account Number:** 2050031

**Invoice Number:** 63409

---

**Responsible Party #:** 1582

Law Offices of Jeffory J. Scharff
ATTEN: Jeffory J. Scharff
2625 Fair Oaks Blvd., Suite #7
Sacramento CA 95864

**Site Location:**

Goss Jewett Facility (former)
4301 Power Inn Road
Sacramento          CA

**Payment(s) received as of 11/17/09:**                                             $61,034.20

---

**Balance Forward:**                                                                $1,833.48

**\*\* New Charges - Billing Period 07/01/09-09/30/09:**                            $3,993.66

## TOTAL AMOUNT DUE:                                                                $5,827.14

\*\* See itemized list of new charges on reverse or subsequent page (s)

The Porter-Cologne Water Quality Control Act (Section 13365) allows the Regional Water Quality Control Board to recover reasonable expenses from the responsible party for overseeing cleanup of illegal discharges, contaminated properties, and other unregulated releases adversely affecting the State's waters. When your site was put in the cost recovery program, you received a letter explaining that the State Water Resources Control Board would bill you for the Regional Board's costs of cleanup oversight.

If you desire a more detailed explanation for labor hours expended by any Regional Board staff member, you should contact Duncan Austin (916) 464-4712. If there are disputed charges for activities which you cannot resolve with the program manager, you should discuss them with the Executive Officer of the Regional Board.

For information regarding payments call:  Ursula Sanchez at (916) 319-9124 or usanchez@waterboards.ca.gov

### PAYMENT IS DUE IN 30 DAYS

———————————————— PLEASE RETURN CHECK IN ENVELOPE PROVIDED ————————————————

TO ENSURE PROPER CREDITING OF YOUR ACCOUNT: INCLUDE YOUR RESPONSIBLE PARTY NUMBER, ACCOUNT NUMBER AND INVOICE NUMBER ON YOUR CHECK. IF PAYING MULTIPLE INVOICES, ALL ACCOUNT NUMBERS MUST BE LISTED ON YOUR CHECK. MAKE CHECKS PAYABLE TO: SWRCB

**RP #:** 1582     **Account Number:** 2050031     **Invoice Number:** 63409     **Amount Due:**  $5,827.14

**SEND PAYMENTS TO:** **State Water Resources Control Board**
**SCP Program**
**P.O. Box 944212**
**Sacramento, CA  94244-2120**

REGIONAL BOARD NUMBER: 5S

PROGRAM COST ACCOUNT: 2050031

INVOICE NUMBER: 63409

| DATE | NAME | CLASS | ACT | HOURS |
|---|---|---|---|---|
| 07/08/09 | Djuth, Gerald | EG | IC | 2 |
| 07/09/09 | Djuth, Gerald | EG | IC | 2.4 |
| 07/22/09 | Djuth, Gerald | EG | WC | 3.5 |
| 07/28/09 | Djuth, Gerald | EG | WC | 2.5 |
| 08/06/09 | Djuth, Gerald | EG | IC | 2.4 |
| 08/11/09 | Djuth, Gerald | EG | WC | 4 |
| 08/12/09 | Djuth, Gerald | EG | RR | 6 |
| 08/20/09 | Austin, Duncan | WRCE | WC | 2 |
| 08/24/09 | Austin, Duncan | WRCE | TC | 0.5 |
| 08/27/09 | Austin, Duncan | WRCE | WC | 1.5 |
| 08/28/09 | Djuth, Gerald | EG | TC | 1 |
| 09/02/09 | Terrell, Amy | WRCE | WC | 0.25 |
| 09/15/09 | Djuth, Gerald | EG | IC | 3 |
| 09/15/09 | Cohen, Wendy | SWRCE | TC | 0.25 |
| 09/22/09 | Djuth, Gerald | EG | IC | 2 |
| 09/30/09 | Djuth, Gerald | EG | IC | 5 |

|  | TOTAL HOURS: | 38.3 |
|---|---|---|
|  | TOTAL LABOR CHARGES | $2,430.22 |
|  | TRAVEL EXPENSES: | $0.00 |
|  | EQUIPMENT: | $0.00 |
|  | CONTRACT CHARGES: | $0.00 |
|  | OVERHEAD: | $811.83 |
|  | STATE BOARD PROGRAM ADMIN CHARGE: | $162.23 |
|  | REGIONAL BOARD PROGRAM ADMIN CHARGE: | $589.38 |
|  | TOTAL NEW CHARGES: | $3,993.66 |

**Please be advised that the billing period for this invoice may not reflect all hourly charges due to time con**

ACTIVITY CODES AND DESCRIPTIONS (ACT)

RR - Report review (e.g., Work plan, site assessment, remediation and monitoring reports)
SI - Site inspections
TC - Technical consultation (e.g., meetings/telephone conversations with RP or representative)
EO - Preparation of enforcement order
WC - Written correspondence to the RP or representative
IC - Internal RB communication regarding specific sites, memos, meetings, phone calls, etc.
ADM - Administrative billing inquiries/disputes
EST - Preparation of estimation letter
CP - Contract Payment
ADJ - Adjustment to previous Invoices
SC - Staff Counsel - Legal consultation

# STATE WATER RESOURCES CONTROL BOARD
## SITE CLEANUP PROGRAM
## INVOICE FOR OVERSIGHT COSTS
## FOR THE PERIOD ENDING: 12/31/09

**Date:** 02/08/2010

**Account Number:** 2050031

**Regional Board:** Central Valley Region - Sacramento

**Invoice Number:** 64688

---

**Responsible Party #:** 1582

**Site Location:**

Law Offices of Jeffory J. Scharff
ATTEN: Jeffory J. Scharff
2625 Fair Oaks Blvd., Suite #7
Sacramento CA 95864

Goss Jewett Facility (former)
4301 Power Inn Road
Sacramento     CA

**Payment(s) received as of 02/08/10:**                                           $61,034.20

---

**Balance Forward:**                                                              $5,827.14

**\*\* New Charges - Billing Period 10/01/09-12/31/09:**                            $2,266.04

---

**TOTAL AMOUNT DUE:**                                                             $8,093.18

\*\* See itemized list of new charges on reverse or subsequent page (s)

The Porter-Cologne Water Quality Control Act (Section 13365) allows the Regional Water Quality Control Board to recover reasonable expenses from the responsible party for overseeing cleanup of illegal discharges, contaminated properties, and other unregulated releases adversely affecting the State's waters. When your site was put in the cost recovery program, you received a letter explaining that the State Water Resources Control Board would bill you for the Regional Board's costs of cleanup oversight.

If you desire a more detailed explanation for labor hours expended by any Regional Board staff member, you should contact Duncan Austin (916) 464-4712. If there are disputed charges for activities which you cannot resolve with the program manager, you should discuss them with the Executive Officer of the Regional Board.

For information regarding payments call: Ursula Sanchez at (916) 319-9124 or usanchez@waterboards.ca.gov

### PAYMENT IS DUE IN 30 DAYS

———————————— **PLEASE RETURN CHECK IN ENVELOPE PROVIDED** ————————————

**TO ENSURE PROPER CREDITING OF YOUR ACCOUNT: INCLUDE YOUR RESPONSIBLE PARTY NUMBER, ACCOUNT NUMBER AND INVOICE NUMBER ON YOUR CHECK. IF PAYING MULTIPLE INVOICES, ALL ACCOUNT NUMBERS MUST BE LISTED ON YOUR CHECK. MAKE CHECKS PAYABLE TO: SWRCB**

**RP #:** 1582     **Account Number:** 2050031     **Invoice Number:** 64688     **Amount Due:** $8,093.18

**SEND PAYMENTS TO:**     **State Water Resources Control Board**
**SCP Program**
**P.O. Box 944212**
**Sacramento, CA  94244-2120**

REGIONAL BOARD NUMBER: 5S                    PROGRAM COST ACCOUNT: 2050031

                                             INVOICE NUMBER: 64688

| DATE | NAME | CLASS | ACT | HOURS |
|---|---|---|---|---|
| 10/27/09 | Djuth, Gerald | EG | IC | 1 |
| 10/28/09 | Djuth, Gerald | EG | TC | 5 |
| 10/30/09 | Djuth, Gerald | EG | IC | 1 |
| 11/05/09 | Djuth, Gerald | EG | IC | 3 |
| 11/12/09 | Djuth, Gerald | EG | IC | 4 |
| 11/19/09 | Djuth, Gerald | EG | IC | 1 |
| 12/30/09 | Djuth, Gerald | EG | IC | 1 |

|  |  | TOTAL HOURS: | 16 |
|---|---|---|---|
|  | TOTAL LABOR CHARGES | $976.72 |
|  | TRAVEL EXPENSES: | $0.00 |
|  | EQUIPMENT: | $0.00 |
|  | CONTRACT CHARGES: | $0.00 |
|  | OVERHEAD: | $796.98 |
|  | STATE BOARD PROGRAM ADMIN CHARGE: | $107.56 |
|  | REGIONAL BOARD PROGRAM ADMIN CHARGE: | $384.78 |
|  | TOTAL NEW CHARGES: | $2,266.04 |

**Please be advised that the billing period for this invoice may not reflect all hourly charges due to time con**

ACTIVITY CODES AND DESCRIPTIONS (ACT)

RR - Report review (e.g., Work plan, site assessment, remediation and monitoring reports)
SI - Site inspections
TC - Technical consultation (e.g., meetings/telephone conversations with RP or representative)
EO - Preparation of enforcement order
WC - Written correspondence to the RP or representative
IC - Internal RB communication regarding specific sites, memos, meetings, phone calls, etc.
ADM - Administrative billing inquiries/disputes
EST - Preparation of estimation letter
CP - Contract Payment
ADJ - Adjustment to previous Invoices
SC - Staff Counsel - Legal consultation

## STATE WATER RESOURCES CONTROL BOARD
## SITE CLEANUP PROGRAM
## INVOICE FOR OVERSIGHT COSTS
## FOR THE PERIOD ENDING: 03/31/10

**Date:** 05/10/2010

**Regional Board:** Central Valley Region - Sacramento

**Account Number:** 2050031

**Invoice Number:** 65981

---

**Responsible Party #:** 1582

Law Offices of Jeffory J. Scharff
ATTEN: Jeffory J. Scharff
2625 Fair Oaks Blvd., Suite #7
Sacramento CA 95864

**Site Location:**

Goss Jewett Facility (former)
4301 Power Inn Road
Sacramento       CA

| | |
|---|---|
| **Payment(s) received as of 05/10/10:** | $61,034.20 |

---

| | |
|---|---|
| **Balance Forward:** | $8,093.18 |
| **\*\* New Charges - Billing Period 01/01/10-03/31/10:** | $4,968.65 |

---

| | |
|---|---|
| **TOTAL AMOUNT DUE:** | $13,061.83 |

\*\* See itemized list of new charges on reverse or subsequent page (s)

The Porter-Cologne Water Quality Control Act (Section 13365) allows the Regional Water Quality Control Board to recover reasonable expenses from the responsible party for overseeing cleanup of illegal discharges, contaminated properties, and other unregulated releases adversely affecting the State's waters. When your site was put in the cost recovery program, you received a letter explaining that the State Water Resources Control Board would bill you for the Regional Board's costs of cleanup oversight.

If you desire a more detailed explanation for labor hours expended by any Regional Board staff member, you should contact Duncan Austin (916) 464-4712. If there are disputed charges for activities which you cannot resolve with the program manager, you should discuss them with the Executive Officer of the Regional Board.

For information regarding payments call: Ursula Sanchez at (916) 319-9124 or usanchez@waterboards.ca.gov

### PAYMENT IS DUE IN 30 DAYS

--- PLEASE RETURN CHECK IN ENVELOPE PROVIDED ---

TO ENSURE PROPER CREDITING OF YOUR ACCOUNT: INCLUDE YOUR RESPONSIBLE PARTY NUMBER, ACCOUNT NUMBER AND INVOICE NUMBER ON YOUR CHECK. IF PAYING MULTIPLE INVOICES, ALL ACCOUNT NUMBERS MUST BE LISTED ON YOUR CHECK. MAKE CHECKS PAYABLE TO: SWRCB

**RP #:** 1582     **Account Number:** 2050031     **Invoice Number:** 65981          **Amount Due:** $13,061.83

**SEND PAYMENTS TO:**     **State Water Resources Control Board**
                          **SCP Program**
                          **P.O. Box 944212**
                          **Sacramento, CA  94244-2120**

| DATE | NAME | CLASS | ACT | HOURS |
|------|------|-------|-----|-------|
| 01/12/10 | Djuth, Gerald | EG | IC | 3 |
| 01/13/10 | Djuth, Gerald | EG | WC | 1 |
| 01/14/10 | Djuth, Gerald | EG | IC | 1 |
| 01/26/10 | Austin, Duncan | WRCE | IC | 0.5 |
| 01/26/10 | Djuth, Gerald | EG | IC | 1.2 |
| 01/29/10 | Djuth, Gerald | EG | TC | 1.5 |
| 02/10/10 | Djuth, Gerald | EG | IC | 2 |
| 02/23/10 | Djuth, Gerald | EG | TC | 1.5 |
| 02/25/10 | Djuth, Gerald | EG | IC | 3 |
| 03/03/10 | Djuth, Gerald | EG | IC | 1 |
| 03/10/10 | Djuth, Gerald | EG | RR | 5.5 |
| 11/17/09 | Djuth, Gerald | EG | IC | 8 |
| 11/24/09 | Djuth, Gerald | EG | IC | 2 |
| 11/25/09 | Djuth, Gerald | EG | IC | 2 |
| 12/01/09 | Djuth, Gerald | EG | IC | 2 |
| 12/03/09 | Djuth, Gerald | EG | IC | 1 |
| 12/09/09 | Djuth, Gerald | EG | TC | 1 |

| | |
|---|---|
| *TOTAL HOURS:* | *37.2* |
| *TOTAL LABOR CHARGES* | *$2,326.15* |
| *TRAVEL EXPENSES:* | *$0.00* |
| *EQUIPMENT:* | *$0.00* |
| *CONTRACT CHARGES:* | *$0.00* |
| *OVERHEAD:* | *$1,557.99* |
| *STATE BOARD PROGRAM ADMIN CHARGE:* | *$176.34* |
| *REGIONAL BOARD PROGRAM ADMIN CHARGE:* | *$908.17* |
| *TOTAL NEW CHARGES:* | *$4,968.65* |

**Please be advised that the billing period for this invoice may not reflect all hourly charges due to time con**

ACTIVITY CODES AND DESCRIPTIONS (ACT)

RR - Report review (e.g., Work plan, site assessment, remediation and monitoring reports)
SI - Site inspections
TC - Technical consultation (e.g., meetings/telephone conversations with RP or representative)
EO - Preparation of enforcement order
WC - Written correspondence to the RP or representative
IC - Internal RB communication regarding specific sites, memos, meetings, phone calls, etc.
ADM - Administrative billing inquiries/disputes
EST - Preparation of estimation letter
CP - Contract Payment
ADJ - Adjustment to previous invoices
SC - Staff Counsel - Legal consultation

# STATE WATER RESOURCES CONTROL BOARD
## SITE CLEANUP PROGRAM
## INVOICE FOR OVERSIGHT COSTS
## FOR THE PERIOD ENDING: 06/30/10

**Date:** 09/13/2010

**Regional Board:** Central Valley Region - Sacramento

**Account Number:** 2050031

**Invoice Number:** 67380

---

**Responsible Party #:** 1582

Law Offices of Jeffory J. Scharff
ATTEN: Jeffory J. Scharff
2625 Fair Oaks Blvd., Suite #7
Sacramento CA 95864

**Site Location:**

Goss Jewett Facility (former)
4301 Power Inn Road
Sacramento          CA

**Payment(s) received as of 09/13/10:**                                    $61,034.20

---

**Balance Forward:**                                                        $13,061.83

**\*\* New Charges - Billing Period 04/01/10-06/30/10:**                    $5,438.40

---

**TOTAL AMOUNT DUE:**                                                       $18,500.23

\*\* See itemized list of new charges on reverse or subsequent page (s)

The Porter-Cologne Water Quality Control Act (Section 13365) allows the Regional Water Quality Control Board to recover reasonable expenses from the responsible party for overseeing cleanup of illegal discharges, contaminated properties, and other unregulated releases adversely affecting the State's waters. When your site was put in the cost recovery program, you received a letter explaining that the State Water Resources Control Board would bill you for the Regional Board's costs of cleanup oversight.

If you desire a more detailed explanation for labor hours expended by any Regional Board staff member, you should contact Duncan Austin (916) 464-4712. If there are disputed charges for activities which you cannot resolve with the program manager, you should discuss them with the Executive Officer of the Regional Board.

For information regarding payments call:  Ursula Sanchez at (916) 319-9124 or usanchez@waterboards.ca.gov

## PAYMENT IS DUE IN 30 DAYS

——————————— PLEASE RETURN CHECK IN ENVELOPE PROVIDED ———————————

**TO ENSURE PROPER CREDITING OF YOUR ACCOUNT: INCLUDE YOUR RESPONSIBLE PARTY NUMBER, ACCOUNT NUMBER AND INVOICE NUMBER ON YOUR CHECK. IF PAYING MULTIPLE INVOICES, ALL ACCOUNT NUMBERS MUST BE LISTED ON YOUR CHECK. MAKE CHECKS PAYABLE TO: SWRCB**

**RP #:** 1582      **Account Number:** 2050031      **Invoice Number:** 67380      **Amount Due:**  $18,500.23

**SEND PAYMENTS TO:**      **State Water Resources Control Board**
**SCP Program**
**P.O. Box 944212**
**Sacramento, CA  94244-2120**

REGIONAL BOARD NUMBER: 5S

PROGRAM COST ACCOUNT: 2050031

INVOICE NUMBER: 67380

| DATE | NAME | CLASS | ACT | HOURS |
|------|------|-------|-----|-------|
| 04/08/10 | Djuth, Gerald | EG | EO | 5 |
| 04/13/10 | Djuth, Gerald | EG | IC | 4 |
| 04/23/10 | Djuth, Gerald | EG | RR | 2 |
| 04/27/10 | Djuth, Gerald | EG | EO | 5 |
| 05/11/09 | Djuth, Gerald | EG | WC | 0.5 |
| 05/11/10 | Djuth, Gerald | EG | WC | 0.5 |
| 05/13/09 | Djuth, Gerald | EG | RR | 2 |
| 05/13/10 | Djuth, Gerald | EG | RR | 2 |
| 05/18/10 | Djuth, Gerald | EG | IC | 3 |
| 05/20/10 | Djuth, Gerald | EG | TC | 1.5 |
| 06/02/10 | Djuth, Gerald | EG | RR | 1.5 |
| 06/10/10 | Djuth, Gerald | EG | RR | 2.2 |
| 06/15/10 | Djuth, Gerald | EG | WC | 0.5 |
| 06/29/10 | Djuth, Gerald | EG | WC | 1 |
| 06/29/10 | Terrell, Amy | WRCE | IC | 0.25 |

| | |
|---|---|
| TOTAL HOURS: | 30.95 |
| TOTAL LABOR CHARGES | $1,890.00 |
| TRAVEL EXPENSES: | $0.00 |
| EQUIPMENT: | $2.97 |
| CONTRACT CHARGES: | $0.00 |
| OVERHEAD: | $2,020.21 |
| STATE BOARD PROGRAM ADMIN CHARGE: | $307.04 |
| REGIONAL BOARD PROGRAM ADMIN CHARGE: | $1,218.18 |
| TOTAL NEW CHARGES: | $5,438.40 |

**Please be advised that the billing period for this invoice may not reflect all hourly charges due to time con**

ACTIVITY CODES AND DESCRIPTIONS (ACT)

RR - Report review (e.g., Work plan, site assessment, remediation and monitoring reports)
SI - Site inspections
TC - Technical consultation (e.g., meetings/telephone conversations with RP or representative)
EO - Preparation of enforcement order
WC - Written correspondence to the RP or representative
IC - Internal RB communication regarding specific sites, memos, meetings, phone calls, etc.
ADM - Administrative billing inquiries/disputes
EST - Preparation of estimation letter
CP - Contract Payment
ADJ - Adjustment to previous Invoices
SC - Staff Counsel - Legal consultation

# STATE WATER RESOURCES CONTROL BOARD
## SITE CLEANUP PROGRAM
## INVOICE FOR OVERSIGHT COSTS
## FOR THE PERIOD ENDING: 09/30/10

**Date:** 11/22/2010

**Regional Board:** Central Valley Region - Sacramento

**Account Number:** 2050031

**Invoice Number:** 68866

---

**Responsible Party #:** 1582

Law Offices of Jeffory J. Scharff
ATTEN: Jeffory J. Scharff
2625 Fair Oaks Blvd., Suite #7
Sacramento CA 95864

**Site Location:**

Goss Jewett Facility (former)
4301 Power Inn Road
Sacramento         CA

**Payment(s) received as of 11/22/10:**                                      $61,034.20

---

**Balance Forward:**                                                          $18,500.23

**\*\* New Charges - Billing Period 07/01/10-09/30/10:**                       $8,769.01

## TOTAL AMOUNT DUE:                                                          $27,269.24

\*\* See itemized list of new charges on reverse or subsequent page (s)

The Porter-Cologne Water Quality Control Act (Section 13365) allows the Regional Water Quality Control Board to recover reasonable expenses from the responsible party for overseeing cleanup of illegal discharges, contaminated properties, and other unregulated releases adversely affecting the State's waters. When your site was put in the cost recovery program, you received a letter explaining that the State Water Resources Control Board would bill you for the Regional Board's costs of cleanup oversight.

If you desire a more detailed explanation for labor hours expended by any Regional Board staff member, you should contact Duncan Austin (916) 464-4712. If there are disputed charges for activities which you cannot resolve with the program manager, you should discuss them with the Executive Officer of the Regional Board.

For information regarding payments call: Ursula Sanchez at (916) 319-9124 or usanchez@waterboards.ca.gov

### PAYMENT IS DUE IN 30 DAYS

———————————————— PLEASE RETURN CHECK IN ENVELOPE PROVIDED ————————————————

**TO ENSURE PROPER CREDITING OF YOUR ACCOUNT: INCLUDE YOUR RESPONSIBLE PARTY NUMBER, ACCOUNT NUMBER AND INVOICE NUMBER ON YOUR CHECK. IF PAYING MULTIPLE INVOICES, ALL ACCOUNT NUMBERS MUST BE LISTED ON YOUR CHECK. MAKE CHECKS PAYABLE TO: SWRCB**

**RP #:** 1582        **Account Number:** 2050031        **Invoice Number:** 68866        **Amount Due:** $27,269.24

**SEND PAYMENTS TO:**   **State Water Resources Control Board**
                        **SCP Program**
                        **P.O. Box 944212**
                        **Sacramento, CA  94244-2120**

REGIONAL BOARD NUMBER: 5S

PROGRAM COST ACCOUNT: 2050031

INVOICE NUMBER: 68866

| DATE | NAME | CLASS | ACT | HOURS |
|---|---|---|---|---|
| 07/13/10 | Djuth, Gerald | EG | RR | 2.5 |
| 07/22/10 | Djuth, Gerald | EG | SI | 3 |
| 07/30/10 | Djuth, Gerald | EG | WC | 7 |
| 08/13/10 | Djuth, Gerald | EG | IC | 4 |
| 08/14/10 | Djuth, Gerald | EG | WC | 5 |
| 08/18/10 | Djuth, Gerald | EG | WC | 2 |
| 08/19/10 | Djuth, Gerald | EG | IC | 1.6 |
| 08/25/10 | Djuth, Gerald | EG | TC | 3 |
| 09/01/10 | Djuth, Gerald | EG | IC | 4 |
| 09/02/10 | Djuth, Gerald | EG | IC | 3 |
| 09/03/10 | Djuth, Gerald | EG | IC | 3 |
| 09/03/10 | Hang, Camille | ADMNOFFII | ADM | 1 |
| 09/07/10 | Austin, Duncan | WRCE | WC | 0.5 |
| 09/07/10 | Djuth, Gerald | EG | WC | 6 |
| 09/08/10 | Djuth, Gerald | EG | WC | 1 |
| 09/09/10 | Djuth, Gerald | EG | IC | 3.8 |
| 09/09/10 | Austin, Duncan | WRCE | WC | 1 |
| 09/15/10 | Djuth, Gerald | EG | RR | 3 |
| 09/20/10 | Austin, Duncan | WRCE | TC | 0.5 |
| 09/21/10 | Djuth, Gerald | EG | IC | 10 |
| 09/22/10 | Djuth, Gerald | EG | IC | 10 |
| 09/23/10 | Austin, Duncan | WRCE | EO | 1.5 |
| 09/28/10 | Djuth, Gerald | EG | WC | 3 |

|  |  |
|---|---|
| TOTAL HOURS: | 79.4 |
| TOTAL LABOR CHARGES | $4,681.37 |
| TRAVEL EXPENSES: | $0.00 |
| EQUIPMENT: | $0.00 |
| CONTRACT CHARGES: | $0.00 |
| OVERHEAD: | $2,576.85 |
| STATE BOARD PROGRAM ADMIN CHARGE: | $278.06 |
| REGIONAL BOARD PROGRAM ADMIN CHARGE: | $1,232.73 |
| TOTAL NEW CHARGES: | $8,769.01 |

**Please be advised that the billing period for this invoice may not reflect all hourly charges due to time con**

ACTIVITY CODES AND DESCRIPTIONS (ACT)

RR - Report review (e.g., Work plan, site assessment, remediation and monitoring reports)
SI - Site inspections
TC - Technical consultation (e.g., meetings/telephone conversations with RP or representative)
EO - Preparation of enforcement order
WC - Written correspondence to the RP or representative
IC - Internal RB communication regarding specific sites, memos, meetings, phone calls, etc.
ADM - Administrative billing inquiries/disputes
EST - Preparation of estimation letter
CP - Contract Payment
ADJ - Adjustment to previous invoices
SC - Staff Counsel - Legal consultation

# STATE WATER RESOURCES CONTROL BOARD
## SITE CLEANUP PROGRAM
## INVOICE FOR OVERSIGHT COSTS
## FOR THE PERIOD ENDING: 12/31/10

**Date:** 02/16/2011

**Regional Board:** Central Valley Region - Sacramento

**Account Number:** 2050031

**Invoice Number:** 70142

---

**Responsible Party #:** 1582

Law Offices of Jeffory J. Scharff
ATTEN: Jeffory J. Scharff
2625 Fair Oaks Blvd., Suite #7
Sacramento CA 95864

**Site Location:**

Goss Jewett Facility (former)
4301 Power Inn Road
Sacramento      CA

**Payment(s) received as of 02/16/11:** $61,034.20

---

**Balance Forward:** $27,269.24

**\*\* New Charges - Billing Period 10/01/10-12/31/10:** $5,724.30

**TOTAL AMOUNT DUE:** $32,993.54

\*\* See itemized list of new charges on reverse or subsequent page (s)

The Porter-Cologne Water Quality Control Act (Section 13365) allows the Regional Water Quality Control Board to recover reasonable expenses from the responsible party for overseeing cleanup of illegal discharges, contaminated properties, and other unregulated releases adversely affecting the State's waters. When your site was put in the cost recovery program, you received a letter explaining that the State Water Resources Control Board would bill you for the Regional Board's costs of cleanup oversight.

If you desire a more detailed explanation for labor hours expended by any Regional Board staff member, you should contact Duncan Austin (916) 464-4712. If there are disputed charges for activities which you cannot resolve with the program manager, you should discuss them with the Executive Officer of the Regional Board.

For information regarding payments call: Ursula Sanchez at (916) 319-9124 or usanchez@waterboards.ca.gov

### PAYMENT IS DUE IN 30 DAYS

———————————— PLEASE RETURN CHECK IN ENVELOPE PROVIDED ————————————

TO ENSURE PROPER CREDITING OF YOUR ACCOUNT: INCLUDE YOUR RESPONSIBLE PARTY NUMBER, ACCOUNT NUMBER AND INVOICE NUMBER ON YOUR CHECK. IF PAYING MULTIPLE INVOICES, ALL ACCOUNT NUMBERS MUST BE LISTED ON YOUR CHECK. MAKE CHECKS PAYABLE TO: SWRCB

**RP #:** 1582      **Account Number:** 2050031      **Invoice Number:** 70142      **Amount Due:** $32,993.54

**SEND PAYMENTS TO:**   **State Water Resources Control Board**
                        **SCP Program**
                        **P.O. Box 944212**
                        **Sacramento, CA  94244-2120**

| DATE | NAME | CLASS | ACT | HOURS |
|------|------|-------|-----|-------|
| 10/01/10 | Djuth, Gerald | E G | WC | 10 |
| 10/05/10 | Djuth, Gerald | E G | WC | 2 |
| 10/19/10 | Djuth, Gerald | E G | WC | 5 |
| 10/20/10 | Djuth, Gerald | E G | WC | 2 |
| 10/20/10 | Hang, Camille | ADM/NOFFII | ADM | 1 |
| 11/16/10 | Djuth, Gerald | E G | WC | 2 |
| 11/23/10 | Djuth, Gerald | E G | IC | 1 |
| 11/24/10 | Djuth, Gerald | E G | WC | 7 |
| 11/30/10 | Djuth, Gerald | E G | WC | 1 |
| 12/08/10 | Austin, Duncan | WRCE | E O | 1 |
| 12/08/10 | Djuth, Gerald | E G | TC | 2 |
| 12/13/10 | Austin, Duncan | WRCE | WC | 0.5 |
| 12/14/10 | Hang, Camille | ADM/NOFFII | ADM | 1 |

|  | TOTAL HOURS: | 35.5 |
|--|--------------|------|
|  | TOTAL LABOR CHARGES | $2,236.69 |
|  | TRAVEL EXPENSES: | $0.00 |
|  | EQUIPMENT: | $13.34 |
|  | CONTRACT CHARGES: | $0.00 |
|  | OVERHEAD: | $2,028.78 |
|  | STATE BOARD PROGRAM ADMIN CHARGE: | $442.15 |
|  | REGIONAL BOARD PROGRAM ADMIN CHARGE: | $1,003.34 |
|  | TOTAL NEW CHARGES: | $5,724.30 |

**Please be advised that the billing period for this invoice may not reflect all hourly charges due to time con**

ACTIVITY CODES AND DESCRIPTIONS (ACT)

RR - Report review (e.g., Work plan, site assessment, remediation and monitoring reports)
SI - Site inspections
TC - Technical consultation (e.g., meetings/telephone conversations with RP or representative)
EO - Preparation of enforcement order
WC - Written correspondence to the RP or representative
IC - Internal RB communication regarding specific sites, memos, meetings, phone calls, etc.
ADM - Administrative billing inquiries/disputes
EST - Preparation of estimation letter
CP - Contract Payment
ADJ - Adjustment to previous Invoices
SC  - Staff Counsel - Legal consultation

# STATE WATER RESOURCES CONTROL BOARD
## SITE CLEANUP PROGRAM
## INVOICE FOR OVERSIGHT COSTS
## FOR THE PERIOD ENDING: 06/30/11

**Date:** 09/13/2011

**Account Number:** 2050031

**Regional Board:** Central Valley Region - Sacramento

**Invoice Number:** 72854

---

**Responsible Party #:** 1582

Law Offices of Jeffory J. Scharff
ATTEN: Jeffory J. Scharff
2625 Fair Oaks Blvd., Suite #7
Sacramento CA 95864

**Site Location:**

Goss Jewett Facility (former)
4301 Power Inn Road
Sacramento        CA

**Payment(s) received as of 09/13/11:** $61,034.20

---

**Balance Forward:** $33,815.72

**\*\* New Charges - Billing Period 04/01/11-06/30/11:** $147.42

**TOTAL AMOUNT DUE:** $33,963.14

\*\* See itemized list of new charges on reverse or subsequent page (s)

The Porter-Cologne Water Quality Control Act (Section 13365) allows the Regional Water Quality Control Board to recover reasonable expenses from the responsible party for overseeing cleanup of illegal discharges, contaminated properties, and other unregulated releases adversely affecting the State's waters. When your site was put in the cost recovery program, you received a letter explaining that the State Water Resources Control Board would bill you for the Regional Board's costs of cleanup oversight.

If you desire a more detailed explanation for labor hours expended by any Regional Board staff member, you should contact Duncan Austin (916) 464-4712. If there are disputed charges for activities which you cannot resolve with the program manager, you should discuss them with the Executive Officer of the Regional Board.

For information regarding payments call: Ursula Sanchez at (916) 319-9124 or usanchez@waterboards.ca.gov

### PAYMENT IS DUE IN 30 DAYS

———————————— PLEASE RETURN CHECK IN ENVELOPE PROVIDED ————————————

TO ENSURE PROPER CREDITING OF YOUR ACCOUNT: INCLUDE YOUR RESPONSIBLE PARTY NUMBER, ACCOUNT NUMBER AND INVOICE NUMBER ON YOUR CHECK. IF PAYING MULTIPLE INVOICES, ALL ACCOUNT NUMBERS MUST BE LISTED ON YOUR CHECK. MAKE CHECKS PAYABLE TO: SWRCB

**RP #:** 1582        **Account Number:** 2050031        **Invoice Number:** 72854        **Amount Due:** $33,963.14

**SEND PAYMENTS TO:**  **State Water Resources Control Board**
**SCP Program**
**P.O. Box 944212**
**Sacramento, CA  94244-2120**

*PROGRAM COST ACCOUNT: 2050031*

*INVOICE NUMBER: 72854*

| DATE | NAME | CLASS | ACT | HOURS |
|------|------|-------|-----|-------|
| 05/03/11 | Djuth, Gerald | EG | IC | 1 |

| | | |
|---|---|---|
| | *TOTAL HOURS:* | *1* |

| | |
|---|---|
| *TOTAL LABOR CHARGES* | *$62.84* |
| *TRAVEL EXPENSES:* | *$0.00* |
| *EQUIPMENT:* | *$0.00* |
| *CONTRACT CHARGES:* | *$0.00* |
| *OVERHEAD:* | *$55.55* |
| *STATE BOARD PROGRAM ADMIN CHARGE:* | *$4.46* |
| *REGIONAL BOARD PROGRAM ADMIN CHARGE:* | *$24.57* |
| *TOTAL NEW CHARGES:* | *$147.42* |

**Please be advised that the billing period for this invoice may not reflect all hourly charges due to time con**

ACTIVITY CODES AND DESCRIPTIONS (ACT)

RR - Report review (e.g., Work plan, site assessment, remediation and monitoring reports)
SI - Site inspections
TC - Technical consultation (e.g., meetings/telephone conversations with RP or representative)
EO - Preparation of enforcement order
WC - Written correspondence to the RP or representative
IC - Internal RB communication regarding specific sites, memos, meetings, phone calls, etc.
ADM - Administrative billing inquiries/disputes
EST - Preparation of estimation letter
CP - Contract Payment
ADJ - Adjustment to previous invoices
SC - Staff Counsel - Legal consultation

## STATE WATER RESOURCES CONTROL BOARD
## SITE CLEANUP PROGRAM
## INVOICE FOR OVERSIGHT COSTS
## FOR THE PERIOD ENDING: 09/30/11

**Date:** 11/15/2011

**Regional Board:** Central Valley Region - Sacramento

**Account Number:** 2050031

**Invoice Number:** 74263

---

*Responsible Party #:*     1582

Law Offices of Jeffory J. Scharff
ATTEN: Jeffory J. Scharff
2625 Fair Oaks Blvd., Suite #7
Sacramento CA 95864

*Site Location:*

Goss Jewett Facility (former)
4301 Power Inn Road
Sacramento          CA

| | |
|---|---:|
| *Payment(s) received as of 11/15/11:* | $61,034.20 |

---

| | |
|---|---:|
| *Balance Forward:* | $33,963.14 |
| *** New Charges - Billing Period 07/01/11-09/30/11:* | $332.16 |

---

| | |
|---|---:|
| *TOTAL AMOUNT DUE:* | $34,295.30 |

** See itemized list of new charges on reverse or subsequent page (s)

The Porter-Cologne Water Quality Control Act (Section 13365) allows the Regional Water Quality Control Board to recover reasonable expenses from the responsible party for overseeing cleanup of illegal discharges, contaminated properties, and other unregulated releases adversely affecting the State's waters. When your site was put in the cost recovery program, you received a letter explaining that the State Water Resources Control Board would bill you for the Regional Board's costs of cleanup oversight.

If you desire a more detailed explanation for labor hours expended by any Regional Board staff member, you should contact Duncan Austin (916) 464-4712. If there are disputed charges for activities which you cannot resolve with the program manager, you should discuss them with the Executive Officer of the Regional Board.

For information regarding payments call: Ursula Sanchez at (916) 319-9124 or usanchez@waterboards.ca.gov

### PAYMENT IS DUE IN 30 DAYS

————————————— PLEASE RETURN CHECK IN ENVELOPE PROVIDED —————————————

**TO ENSURE PROPER CREDITING OF YOUR ACCOUNT: INCLUDE YOUR RESPONSIBLE PARTY NUMBER, ACCOUNT NUMBER AND INVOICE NUMBER ON YOUR CHECK. IF PAYING MULTIPLE INVOICES, ALL ACCOUNT NUMBERS MUST BE LISTED ON YOUR CHECK. MAKE CHECKS PAYABLE TO: SWRCB**

**RP #:** 1582     **Account Number:** 2050031     **Invoice Number:** 74263     **Amount Due:** $34,295.30

**SEND PAYMENTS TO:**   **State Water Resources Control Board**
**SCP Program**
**P.O. Box 944212**
**Sacramento, CA  94244-2120**

PROGRAM COST ACCOUNT: 2050031

INVOICE NUMBER: 74263

| DATE | NAME | CLASS | ACT | HOURS |
|------|------|-------|-----|-------|
| 07/14/11 | Djuth, Gerald | EG | TC | 0.5 |
| 07/28/11 | Djuth, Gerald | EG | IC | 1 |
| 09/15/11 | Djuth, Gerald | EG | IC | 1 |

| | |
|---|---|
| TOTAL HOURS: | 2.5 |
| TOTAL LABOR CHARGES | $156.77 |
| TRAVEL EXPENSES: | $0.00 |
| EQUIPMENT: | $0.00 |
| CONTRACT CHARGES: | $0.00 |
| OVERHEAD: | $120.41 |
| STATE BOARD PROGRAM ADMIN CHARGE: | $13.22 |
| REGIONAL BOARD PROGRAM ADMIN CHARGE: | $41.76 |
| TOTAL NEW CHARGES: | $332.16 |

**Please be advised that the billing period for this invoice may not reflect all hourly charges due to time con**

ACTIVITY CODES AND DESCRIPTIONS (ACT)

RR - Report review (e.g., Work plan, site assessment, remediation and monitoring reports)
SI - Site inspections
TC - Technical consultation (e.g., meetings/telephone conversations with RP or representative)
EO - Preparation of enforcement order
WC - Written correspondence to the RP or representative
IC - Internal RB communication regarding specific sites, memos, meetings, phone calls, etc.
ADM - Administrative billing inquiries/disputes
EST - Preparation of estimation letter
CP - Contract Payment
ADJ - Adjustment to previous Invoices
SC - Staff Counsel - Legal consultation

# STATE WATER RESOURCES CONTROL BOARD
## SITE CLEANUP PROGRAM
## INVOICE FOR OVERSIGHT COSTS
## FOR THE PERIOD ENDING: 12/31/11

**Date:** 02/10/2012

**Regional Board:** Central Valley Region - Sacramento

**Account Number:** 2050031

**Invoice Number:** 75578

---

**Responsible Party #:** 1582

Law Offices of Jeffory J. Scharff
ATTEN: Jeffory J. Scharff
2625 Fair Oaks Blvd., Suite #7
Sacramento CA 95864

**Site Location:**

Goss Jewett Facility (former)
4301 Power Inn Road
Sacramento      CA

**Payment(s) received as of 02/10/12:** $61,034.20

---

**Balance Forward:** $34,295.30

**\*\* New Charges - Billing Period 10/01/11-12/31/11:** $986.64

---

**TOTAL AMOUNT DUE:** $35,281.94

\*\* See itemized list of new charges on reverse or subsequent page (s)

The Porter-Cologne Water Quality Control Act (Section 13365) allows the Regional Water Quality Control Board to recover reasonable expenses from the responsible party for overseeing cleanup of illegal discharges, contaminated properties, and other unregulated releases adversely affecting the State's waters. When your site was put in the cost recovery program, you received a letter explaining that the State Water Resources Control Board would bill you for the Regional Board's costs of cleanup oversight.

If you desire a more detailed explanation for labor hours expended by any Regional Board staff member, you should contact Duncan Austin (916) 464-4712. If there are disputed charges for activities which you cannot resolve with the program manager, you should discuss them with the Executive Officer of the Regional Board.

For information regarding payments call: Ursula Sanchez at (916) 319-9124 or usanchez@waterboards.ca.gov

## PAYMENT IS DUE IN 30 DAYS

——————————————— PLEASE RETURN CHECK IN ENVELOPE PROVIDED ———————————————

TO ENSURE PROPER CREDITING OF YOUR ACCOUNT: INCLUDE YOUR RESPONSIBLE PARTY NUMBER, ACCOUNT NUMBER AND INVOICE NUMBER ON YOUR CHECK. IF PAYING MULTIPLE INVOICES, ALL ACCOUNT NUMBERS MUST BE LISTED ON YOUR CHECK. MAKE CHECKS PAYABLE TO: SWRCB

**RP #:** 1582     **Account Number:** 2050031     **Invoice Number:** 75578     **Amount Due:** $35,281.94

**SEND PAYMENTS TO:**     **State Water Resources Control Board**
**SCP Program**
**P.O. Box 944212**
**Sacramento, CA  94244-2120**

*REGIONAL BOARD NUMBER: 5S*

*PROGRAM COST ACCOUNT: 2050031*

*INVOICE NUMBER: 75578*

| DATE | NAME | CLASS | ACT | HOURS |
|------|------|-------|-----|-------|
| 11/01/11 | Djuth, Gerald | EG | RR | 1.5 |
| 11/15/11 | Djuth, Gerald | EG | IC | 2 |
| 11/16/11 | Djuth, Gerald | EG | IC | 1.5 |
| 11/16/11 | Austin, Duncan | WRCE | TC | 1.5 |

| | |
|---|---|
| *TOTAL HOURS:* | *6.5* |
| *TOTAL LABOR CHARGES* | *$420.48* |
| *TRAVEL EXPENSES:* | *$0.00* |
| *EQUIPMENT:* | *$0.00* |
| *CONTRACT CHARGES:* | *$0.00* |
| *OVERHEAD:* | *$356.31* |
| *STATE BOARD PROGRAM ADMIN CHARGE:* | *$36.45* |
| *REGIONAL BOARD PROGRAM ADMIN CHARGE:* | *$173.40* |
| *TOTAL NEW CHARGES:* | *$986.64* |

**Please be advised that the billing period for this invoice may not reflect all hourly charges due to time con**

ACTIVITY CODES AND DESCRIPTIONS (ACT)

RR - Report review (e.g., Work plan, site assessment, remediation and monitoring reports)
SI - Site inspections
TC - Technical consultation (e.g., meetings/telephone conversations with RP or representative)
EO - Preparation of enforcement order
WC - Written correspondence to the RP or representative
IC - Internal RB communication regarding specific sites, memos, meetings, phone calls, etc.
ADM - Administrative billing inquiries/disputes
EST - Preparation of estimation letter
CP - Contract Payment
ADJ - Adjustment to previous Invoices
SC - Staff Counsel - Legal consultation

# STATE WATER RESOURCES CONTROL BOARD
## SITE CLEANUP PROGRAM
## INVOICE FOR OVERSIGHT COSTS
## FOR THE PERIOD ENDING: 03/31/12

**Date:** 05/23/2012

**Regional Board:** Central Valley Region - Sacramento

**Account Number:** 2050031

**Invoice Number:** 76930

---

**Responsible Party #:** 1582

Law Offices of Jeffory J. Scharff
ATTEN: Jeffory J. Scharff
2625 Fair Oaks Blvd., Suite #7
Sacramento CA 95864

**Site Location:**

Goss Jewett Facility (former)
4301 Power Inn Road
Sacramento          CA

**Payment(s) received as of 05/23/12:**                                      $61,034.20

---

**Balance Forward:**                                                          $35,281.94

**\*\* New Charges - Billing Period 01/01/12-03/31/12:**                       $1,643.64

**TOTAL AMOUNT DUE:**                                                         $36,925.58

\*\* See itemized list of new charges on reverse or subsequent page (s)

The Porter-Cologne Water Quality Control Act (Section 13365) allows the Regional Water Quality Control Board to recover reasonable expenses from the responsible party for overseeing cleanup of illegal discharges, contaminated properties, and other unregulated releases adversely affecting the State's waters. When your site was put in the cost recovery program, you received a letter explaining that the State Water Resources Control Board would bill you for the Regional Board's costs of cleanup oversight.

If you desire a more detailed explanation for labor hours expended by any Regional Board staff member, you should contact Duncan Austin (916) 464-4712. If there are disputed charges for activities which you cannot resolve with the program manager, you should discuss them with the Executive Officer of the Regional Board.

For information regarding payments call: Ursula Sanchez at (916) 319-9124 or usanchez@waterboards.ca.gov

### PAYMENT IS DUE IN 30 DAYS

──────────── PLEASE RETURN CHECK IN ENVELOPE PROVIDED ────────────

**TO ENSURE PROPER CREDITING OF YOUR ACCOUNT: INCLUDE YOUR RESPONSIBLE PARTY NUMBER, ACCOUNT NUMBER AND INVOICE NUMBER ON YOUR CHECK. IF PAYING MULTIPLE INVOICES, ALL ACCOUNT NUMBERS MUST BE LISTED ON YOUR CHECK. MAKE CHECKS PAYABLE TO: SWRCB**

**RP #:** 1582      **Account Number:** 2050031      **Invoice Number:** 76930      **Amount Due:** $36,925.58

**SEND PAYMENTS TO:**     **State Water Resources Control Board**
                          **SCP Program**
                          **P.O. Box 944212**
                          **Sacramento, CA  94244-2120**

| DATE | NAME | CLASS | ACT | HOURS |
|---|---|---|---|---|
| 01/05/12 | Djuth, Gerald | EG | WC | 1.5 |
| 01/06/12 | Djuth, Gerald | EG | WC | 1 |
| 01/10/12 | Djuth, Gerald | EG | WC | 1.5 |
| 01/12/12 | Djuth, Gerald | EG | WC | 1.5 |
| 01/12/12 | Hang, Camille | ADMNOFFII | ADM | 1 |
| 03/02/12 | Djuth, Gerald | EG | ADM | 1 |
| 03/09/12 | Djuth, Gerald | EG | IC | 1 |
| 03/13/12 | Djuth, Gerald | EG | ADM | 1.5 |
| 03/14/12 | Djuth, Gerald | EG | ADM | 1.5 |
| 03/28/12 | Djuth, Gerald | EG | IC | 1 |

| | |
|---|---|
| **TOTAL HOURS:** | 12.5 |
| TOTAL LABOR CHARGES | $737.59 |
| TRAVEL EXPENSES: | $0.00 |
| EQUIPMENT: | $0.00 |
| CONTRACT CHARGES: | $0.00 |
| OVERHEAD: | $499.89 |
| STATE BOARD PROGRAM ADMIN CHARGE: | $72.94 |
| REGIONAL BOARD PROGRAM ADMIN CHARGE: | $333.22 |
| **TOTAL NEW CHARGES:** | $1,643.64 |

**Please be advised that the billing period for this invoice may not reflect all hourly charges due to time con**

ACTIVITY CODES AND DESCRIPTIONS (ACT)

RR - Report review (e.g., Work plan, site assessment, remediation and monitoring reports)
SI - Site inspections
TC - Technical consultation (e.g., meetings/telephone conversations with RP or representative)
EO - Preparation of enforcement order
WC - Written correspondence to the RP or representative
IC - Internal RB communication regarding specific sites, memos, meetings, phone calls, etc.
ADM - Administrative billing inquiries/disputes
EST - Preparation of estimation letter
CP - Contract Payment
ADJ - Adjustment to previous invoices
SC - Staff Counsel - Legal consultation