# Risk-Based Decisions, Inc.
# 1540 River Park Drive, Ste.203
# Sacramento, CA 95815

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/13/2012 | 2415 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| | TERMS | | PROJECT | | |
|---|---|---|---|---|---|
| | Net 10 | | POWER INN ROAD | | |
| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
| 6/4/2012 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 7/2/2012 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 7/9/2012 | Principal | Groundwater Data evaluation | 2 | 195.00 | 390.00 |
| 7/9/2012 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 7/11/2012 | Sr. Hydrogeologist | 2Q 2012 Groundwater data evaluation | 2 | 150.00 | 300.00 |
| 7/16/2012 | Principal | Costs summaries-review & e-mail to clients | 1 | 195.00 | 195.00 |
| 7/16/2012 | Sr. Hydrogeologist | System maintenance, CO2 changeout & Monthly SVE Sampling | 8 | 150.00 | 1,200.00 |
| 7/17/2012 | Principal | 2Q 2012 SVE Emissions Monitoring Report | 1 | 195.00 | 195.00 |
| 7/19/2012 | Sr. Engineering G... | 2Q 2012 SVE Emissions Monitoring Report | 3 | 150.00 | 450.00 |
| 7/19/2012 | Principal | 2Q 2012 SVE Emissions Monitoring Report | 1 | 195.00 | 195.00 |
| 7/20/2012 | Principal | 2Q 2012 SVE Emissions Monitoring Report | 2 | 195.00 | 390.00 |
| 7/20/2012 | Sr. Engineering G... | 2Q 2012 SVE Emissions Monitoring Report | 2 | 150.00 | 300.00 |
| 7/23/2012 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 7/23/2012 | Sr. Engineering G... | 2Q 2012 SVE Emissions Monitoring Report | 2 | 150.00 | 300.00 |
| 7/23/2012 | Clerical Support | 2Q 2012 SVE Emissions Monitoring Report | 2 | 55.00 | 110.00 |
| 7/30/2012 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 7/9/2012 | Equipment/parts | Barnes Welding Supply Inv. 61333420 | 1 | 75.60 | 75.60 |
| 7/9/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 7.56 |
| 7/11/2012 | Labs/Maps | Alpha Analytical Inv. 80140 | 1 | 925.00 | 925.00 |
| | Subcontractor Mar... | 10% on above | | 10.00% | 92.50 |
| 7/16/2012 | Equipment/parts | System maintenance, CO2 changeout & Monthly SVE Sampling - PID, Gloves etc. | 1 | 100.00 | 100.00 |
| 7/16/2012 | Subcontractor Mar... | 10% on above | | 10.00 | 10.00 |
| 7/16/2012 | Equipment/parts | Manometer - SVE Monthly Sampling | 1 | 15.00 | 15.00 |
| | Subcontractor Mar... | 10% on above | | 10.00% | 1.50 |
| 7/18/2012 | Equipment/parts | Delta Oilfield Services - Inv. 0024529 | 1 | 720.00 | 720.00 |
| 7/18/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 72.00 |
| 7/24/2012 | Equipment/parts | Barnes Welding Supply Inv. 61337222 | 1 | 75.60 | 75.60 |
| 7/24/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 7.56 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|------|-----------|
| 8/13/2012 | 2415 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| | TERMS | | | PROJECT | |
|---|---|---|---|---|---|
| | Net 10 | | | POWER INN ROAD | |
| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
| 7/25/2012 | Labs/Maps | Air Toxics Inv. C07306Z-IN | 1 | 360.00 | 360.00 |
| 7/25/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 7/26/2012 | Postage | 2Q 2012 Emissions Report mailed to Angela Thompson - SMAQMD | 1 | 5.04 | 5.04 |
| 7/30/2012 | Materials/Supplies | Gloves for CO2 Changeout & SVE maintenance | 1 | 10.00 | 10.00 |
| 7/31/2012 | Equipment/parts | Barnes Welding Supply Inv. 91245749 - Power Inn Road | 1 | 22.94 | 22.94 |
| 7/31/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 2.29 |
| 7/31/2012 | Equipment/parts | SVE Rental for July 2012 | 1 | 1,500.00 | 1,500.00 |
| 7/31/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |
| | | | **Total** | | $11,213.59 |

| **Balance Due** | $11,213.59 |
|---|---|