IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KOTROUS,

     Plaintiff,                    No. CIV 2:02-cv-1520-FCD-JFM

   vs.

GOSS-JEWETT CO. OF NORTHERN
CALIFORNIA, INC., et al.,

     Defendants.               ORDER

_____/

        Pursuant to the terms of the Court-Administered Remediation Fund Account Instructions agreed to by the parties in order to implement the settlement of <u>James Kotrous, individually and doing business as The Mattress Factory v. Goss-Jewett of Northern California, Inc., et al.</u>, case no. 2:02-cv-1520-FCD-JFM, Risk-Based Decisions, Inc., Invoice No. 2419 was submitted in the amount of $29,860.57 for consulting services and expenses incurred at 4301 Power Inn Road through August 31, 2012.  This billing was sent to the court on September 6, 2012 with copies to counsel.  A copy of the billing is appended to this order.  No objection to the billing has been filed within the seven day period during which objections must be filed to be considered.

/////

1

Accordingly, within ten days from the date of this order, the Clerk of Court is directed to pay to Risk-Based Decisions, Inc. the sum of $29,860.57 from the settlement fund established in the above-entitled case.

DATED: September 20, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;kotr1520.invoice.16

cc:     All counsel