# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 9/6/2012 | 2419 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/3/2012 | Principal | Expedited groundwater cleanup at MW-2-Round 3 | 2 | 195.00 | 390.00 |
| 8/6/2012 | Principal | Expedited Groundwater Remediation at MW-2-Round 3 | 2 | 195.00 | 390.00 |
| 8/6/2012 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 8/7/2012 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2: Round 3 | 6 | 150.00 | 900.00 |
| 8/8/2012 | Principal | Expedited Groundwater Remediation at MW-2-Round 3 | 1 | 195.00 | 195.00 |
| 8/8/2012 | Sr. Hydrogeologist | Data analysis for Meeting with Water Board | 6 | 150.00 | 900.00 |
| 8/9/2012 | Sr. Hydrogeologist | SVE Monthly Emissions Sampling | 6 | 150.00 | 900.00 |
| 8/13/2012 | Principal | Preparation for RWQCB Meeting on August 30th | 3.5 | 195.00 | 682.50 |
| 8/13/2012 | Sr. Hydrogeologist | System maintenance, CO2 change out | 4 | 150.00 | 600.00 |
| 8/13/2012 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2: Round 3 | 4 | 150.00 | 600.00 |
| 8/14/2012 | Principal | Preparation for RWQCB Meeting on August 30th | 4 | 195.00 | 780.00 |
| 8/15/2012 | Principal | Expedited groundwater remediation at MW-2: Round 3 | 2 | 195.00 | 390.00 |
| 8/16/2012 | Sr. Engineering G... | Data analysis for RWQCB Meeting | 4 | 150.00 | 600.00 |
| 8/17/2012 | Principal | Preparation for RWQCB Meeting on August 30th | 3 | 195.00 | 585.00 |
| 8/17/2012 | Principal | Expedited groundwater remediation at MW-2: Round 3 | 2 | 195.00 | 390.00 |
| 8/17/2012 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2: Round 3 | 8 | 150.00 | 1,200.00 |
| 8/17/2012 | Sr. Engineering G... | Data analysis for RWQCB Meeting | 2 | 150.00 | 300.00 |
| 8/20/2012 | Principal | Data analysis for RWQCB meeting | 3 | 195.00 | 585.00 |
| 8/20/2012 | Sr. Engineering G... | Expedited groundwater remediation: Round 3 | 2 | 150.00 | 300.00 |
| 8/20/2012 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 8/20/2012 | Principal | Expedited groundwater remediation at MW-2: Round 3 | 3 | 195.00 | 585.00 |
| 8/21/2012 | Principal | Data analysis for RWQCB meeting | 2 | 195.00 | 390.00 |
| 8/21/2012 | Principal | Expedited groundwater remediation at MW-2: Round 3 | 2 | 195.00 | 390.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 9/6/2012 | 2419 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/21/2012 | Sr. Hydrogeologist | System maintenance & CO2 change out | 2 | 150.00 | 300.00 |
| 8/21/2012 | Sr. Hydrogeologist | Preparation for Water Board Meeting | 2 | 150.00 | 300.00 |
| 8/22/2012 | Sr. Hydrogeologist | Preparation for Water Board Meeting | 6 | 150.00 | 900.00 |
| 8/22/2012 | Principal | Data analysis for RWQCB meeting | 2 | 195.00 | 390.00 |
| 8/23/2012 | Sr. Engineering G... | Expedited groundwater remediation: Round 3 | 1 | 150.00 | 150.00 |
| 8/23/2012 | Sr. Hydrogeologist | Preparation for Water Board Meeting | 6 | 150.00 | 900.00 |
| 8/24/2012 | Sr. Engineering G... | Expedited groundwater remediation: Round 3 | 1 | 150.00 | 150.00 |
| 8/27/2012 | Principal | Expedited groundwater Remediation: Round 3 | 2 | 195.00 | 390.00 |
| 8/27/2012 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 8/27/2012 | Sr. Hydrogeologist | Data analysis for Water Board Meeting | 4 | 150.00 | 600.00 |
| 8/28/2012 | Principal | Data analysis for Water Board Meeting | 2 | 195.00 | 390.00 |
| 8/29/2012 | Principal | Data analysis for Water Board Meeting | 3 | 195.00 | 585.00 |
| 8/30/2012 | Principal | Meeting with Water Board on Closure Steps | 2 | 195.00 | 390.00 |
| 8/30/2012 | Sr. Hydrogeologist | Data analysis for Water Board Meeting | 6 | 150.00 | 900.00 |
| 8/30/2012 | Sr. Hydrogeologist | Meeting with Water Board | 2 | 150.00 | 300.00 |
| 8/31/2012 | Principal | Groundwater remediation workplan | 2 | 195.00 | 390.00 |
| 9/5/2012 | Principal | Workplan for expedited MW-2 remediation: Round 4 | 3 | 195.00 | 585.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 8/6/2012 | Equipment/parts | Barnes Welding Supply Inv. 61342104 | 1 | 75.60 | 75.60 |
| 8/6/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 7.56 |
| 8/20/2012 | Labs/Maps | Air Toxics Inv. C08201Z-IN | 1 | 360.00 | 360.00 |
| 8/20/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 8/20/2012 | Materials/Supplies | Home Depot- supplies | 1 | 7.52 | 7.52 |
| 8/20/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 0.75 |
| 8/20/2012 | Equipment/parts | Barnes Welding Supply Inv. 61345523 | 1 | 75.60 | 75.60 |
| 8/20/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 7.56 |
| 8/23/2012 | Equipment/parts | Delta Oilfield Services, Inc. Inv. 0024568 | 1 | 4,706.80 | 4,706.80 |
| 8/23/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 470.68 |
| 8/23/2012 | Labs/Maps | Alpha Analytical Inv. 80628 | 1 | 225.00 | 225.00 |
| 8/23/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 22.50 |
| 8/23/2012 | Labs/Maps | Alpha Analytical Inv. 80627 | 1 | 225.00 | 225.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 9/6/2012 | 2419 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | | PROJECT | | |
|---|---|---|---|---|
| Net 15 | | POWER INN ROAD | | |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/23/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 22.50 |
| 8/30/2012 | Labs/Maps | Alpha Analytical Inv. 80705 | 1 | 225.00 | 225.00 |
| 8/23/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 22.50 |
| 8/30/2012 | Labs/Maps | Alpha Analytical Inv. 80704 | 1 | 225.00 | 225.00 |
| 8/30/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 22.50 |
| 8/31/2012 | Equipment/parts | SVE Rental for August 2012 | 1 | 1,500.00 | 1,500.00 |
| 8/31/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |
| 8/31/2012 | | | | | 29,860.57 |

**Total** $29,860.57

**Balance Due** $29,860.57