# Invoice

**Risk-Based Decisions, Inc.**

**1540 River Park Drive, Ste.203**

**Sacramento, CA 95815**

| Date | Invoice # |
|------|-----------|
| 10/2/2012 | 2422 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | | PROJECT | | | |
|-------|--|---------|--|--|--|
| Net 15 | | POWER INN ROAD | | | |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 8/27/2012 | Sr. Engineering G... | Data analyses for meeting with Water Board | 1 | 150.00 | 150.00 |
| 8/28/2012 | Sr. Engineering G... | Data analyses for meeting with Water Board | 2 | 150.00 | 300.00 |
| 8/29/2012 | Sr. Engineering G... | Data analyses for meeting with Water Board | 2 | 150.00 | 300.00 |
| 8/30/2012 | Sr. Engineering G... | Data analyses for meeting with Water Board | 2 | 150.00 | 300.00 |
| 8/30/2012 | Sr. Engineering G... | Meeting with Water Board | 2 | 150.00 | 300.00 |
| 8/31/2012 | Sr. Engineering G... | Workplan for expedited groundwater remediation at MW-2 | 6 | 150.00 | 900.00 |
| 9/4/2012 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 9/4/2012 | Sr. Hydrogeologist | Annual Groundwater Sampling | 4 | 150.00 | 600.00 |
| 9/4/2012 | Sr. Engineering G... | Annual groundwater sampling | 8 | 150.00 | 1,200.00 |
| 9/5/2012 | Sr. Hydrogeologist | Annual Groundwater Sampling | 8 | 150.00 | 1,200.00 |
| 9/5/2012 | Sr. Engineering G... | Annual groundwater sampling | 8 | 150.00 | 1,200.00 |
| 9/6/2012 | Principal | Workplan for expedited MW-2 remediation: Round 4 | 1 | 195.00 | 195.00 |
| 9/6/2012 | Sr. Hydrogeologist | Annual Groundwater Sampling | 8 | 150.00 | 1,200.00 |
| 9/6/2012 | Sr. Engineering G... | Annual groundwater sampling | 8 | 150.00 | 1,200.00 |
| 9/7/2012 | Sr. Hydrogeologist | Annual Groundwater Sampling | 4 | 150.00 | 600.00 |
| 9/10/2012 | Principal | Groundwater Remediation at MW-2 | 1 | 195.00 | 195.00 |
| 9/11/2012 | Principal | 2012 Annual Groundwater monitoring & Remediation Progress Report | 2 | 195.00 | 390.00 |
| 9/11/2012 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 9/13/2012 | Sr. Engineering G... | 2012 Annual Groundwater Monitoring & Remediation Progress Report | 8 | 150.00 | 1,200.00 |
| 9/13/2012 | Principal | 2012 Annual Groundwater monitoring & Remediation Progress Report | 3 | 195.00 | 585.00 |
| 9/17/2012 | Sr. Hydrogeologist | System maintenance , CO2 changeout | 4 | 150.00 | 600.00 |
| 9/17/2012 | Sr. Hydrogeologist | Monthly SVE Emissions sampling | 4 | 150.00 | 600.00 |
| 9/17/2012 | Sr. Engineering G... | 2012 Annual Groundwater Monitoring & Remediation Progress Report | 2 | 150.00 | 300.00 |
| 9/18/2012 | Principal | Groundwater remediation workplan-respond to Water Board questions | 1 | 195.00 | 195.00 |
| 9/24/2012 | Principal | Expedited groundwater remediation at MW-2: Round 4 | 1 | 195.00 | 195.00 |

**Total**

**Balance Due**

# Risk-Based Decisions, Inc.
# 1540 River Park Drive, Ste.203
# Sacramento, CA 95815

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/2/2012 | 2422 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | | PROJECT | | |
|-------|--|---------|--|--|
| **Net 15** | | **POWER INN ROAD** | | |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 9/24/2012 | Sr. Hydrogeologist | System maintenance, CO2 change out | 4 | 150.00 | 600.00 |
| 9/25/2012 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2: Round 4 | 4 | 150.00 | 600.00 |
| 9/25/2012 | Sr. Engineering G... | Expedited groundwater remediation at MW-2: Round 4 | 2 | 150.00 | 300.00 |
| 9/25/2012 | Sr. Engineering G... | 2012 Annual Groundwater Monitoring & Remediation Progress Report | 4 | 150.00 | 600.00 |
| 9/27/2012 | Sr. Hydrogeologist | 2012 Annual Groundwater Monitoring & Remediation Progress Report | 8 | 150.00 | 1,200.00 |
| 9/27/2012 | Sr. Engineering G... | 2012 Annual Groundwater Monitoring & Remediation Progress Report | 7 | 150.00 | 1,050.00 |
| 9/27/2012 | Principal | Expedited groundwater remediation at MW-2: Round 4 | 2 | 195.00 | 390.00 |
| 9/28/2012 | Sr. Engineering G... | 3Q 2012 SVE Emissions Monitoring Report | 6 | 150.00 | 900.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 8/31/2012 | Equipment/parts | Barnes Welding Supply Inv. 91248617 | 1 | 22.94 | 22.94 |
| 8/31/2012 | Subcontractor Mar... | 10% on above | | 2.29 | 2.29 |
| 9/4/2012 | Equipment/parts | Annual GW Sampling - Pump rental | 1 | 45.00 | 45.00 |
| 9/4/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 4.50 |
| 9/4/2012 | Equipment/parts | Annual GW Sampling - Generator | 1 | 55.00 | 55.00 |
| 9/4/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 5.50 |
| 9/4/2012 | Equipment/parts | Annual GW Sampling - pH Meter | 1 | 40.00 | 40.00 |
| 9/4/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 4.00 |
| 9/4/2012 | Equipment/parts | Annual GW Sampling - Water Level Indicator | 1 | 25.00 | 25.00 |
| 9/4/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 2.50 |
| 9/4/2012 | Materials/Supplies | Annual GW Sampling - gloves | 1 | 9.00 | 9.00 |
| 9/4/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 0.90 |
| 9/5/2012 | Equipment/parts | Annual GW Sampling - Pump rental | 1 | 45.00 | 45.00 |
| 9/5/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 4.50 |
| 9/5/2012 | Equipment/parts | Annual GW Sampling - Generator | 1 | 55.00 | 55.00 |
| 9/5/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 5.50 |

# Total

# Balance Due

# Risk-Based Decisions, Inc.
# 1540 River Park Drive, Ste.203
# Sacramento, CA 95815

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/2/2012 | 2422 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| | | | | | | |
|---|---|---|---|---|---|---|
| **TERMS** | | | | **PROJECT** | | |
| **Net 15** | | | | **POWER INN ROAD** | | |
| **DATE** | **ITEM** | **DESCRIPTION** | **HOURS** | **RATE** | **AMOUNT** | |
| 9/5/2012 | Equipment/parts | Annual GW Sampling - pH Meter | 1 | 40.00 | 40.00 | |
| 9/5/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 4.00 | |
| 9/5/2012 | Equipment/parts | Annual GW Sampling - Water Level Indicator | 1 | 25.00 | 25.00 | |
| 9/5/2012 | Subcontractor Mar... | 10% on above | | 2.50 | 2.50 | |
| 9/6/2012 | Equipment/parts | Annual GW Sampling - pump | 1 | 45.00 | 45.00 | |
| 9/6/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 4.50 | |
| 9/6/2012 | Equipment/parts | Annual GW Sampling - Generator | 1 | 55.00 | 55.00 | |
| 9/6/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 5.50 | |
| 9/6/2012 | Equipment/parts | Annual GW Sampling - pH Meter | 1 | 40.00 | 40.00 | |
| 9/6/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 4.00 | |
| 9/6/2012 | Equipment/parts | Annual GW Sampling - Water Level Indicator | 1 | 25.00 | 25.00 | |
| 9/6/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 2.50 | |
| 9/6/2012 | Materials/Supplies | Annual GW Sampling - Gloves | 1 | 9.00 | 9.00 | |
| 9/7/2012 | Labs/Maps | Alpha Analytical Inv. 80791 | 1 | 225.00 | 225.00 | |
| 9/7/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 22.50 | |
| 9/17/2012 | Labs/Maps | Alpha Analytical Inv. 80863 - | 1 | 825.00 | 825.00 | |
| 9/17/2012 | Subcontractor Mar... | 10% on above | | 82.50 | 82.50 | |
| 9/17/2012 | Labs/Maps | Alpha Analytical Inv. 80862 | 1 | 1,125.00 | 1,125.00 | |
| 9/17/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 112.50 | |
| 9/17/2012 | Labs/Maps | Alpha Analytical Inv. 80861 | 1 | 825.00 | 825.00 | |
| 9/17/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 82.50 | |
| 9/17/2012 | Equipment/parts | Barnes Welding Supply Inv. 61353523 | 1 | 75.60 | 75.60 | |
| 9/17/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 7.56 | |
| 9/25/2012 | Labs/Maps | Air Toxics 3Q12 SVE Sampling Inv. C09296Z-IN | 1 | 360.00 | 360.00 | |
| 9/25/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 | |
| 9/30/2012 | Equipment/parts | Barnes Welding Supply Inv.61350249 | 1 | 75.60 | 75.60 | |
| 9/30/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 7.56 | |
| 9/30/2012 | Labs/Maps | Barnes Welding Supply Inv. 91251455 | 1 | 22.20 | 22.20 | |
| 9/30/2012 | Subcontractor Mar... | 10% on above | | 1.00 | 1.00 | |
| 9/30/2012 | Equipment/parts | SVE Rental for September 2012 | 1 | 1,500.00 | 1,500.00 | |
| 9/30/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 | |
| | | | **Total** | | $26,869.15 | |

| **Balance Due** | $26,869.15 |
|---|---|