IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KOTROUS,

        Plaintiff,                      No. CIV 2:02-cv-1520-FCD-JFM

    vs.

GOSS-JEWETT CO. OF NORTHERN
CALIFORNIA, INC., et al.,

        Defendants.               <u>ORDER</u>

_____/

        Pursuant to the terms of the Court-Administered Remediation Fund Account Instructions agreed to by the parties in order to implement the settlement of <u>James Kotrous, individually and doing business as The Mattress Factory v. Goss-Jewett of Northern California, Inc., et al.</u>, case no. 2:02-cv-1520-FCD-JFM, Risk-Based Decisions, Inc., Invoice No. 2436 was submitted in the amount of $38,357.82 for consulting services and expenses incurred at 4301 Power Inn Road through November 30, 2012.  This billing was sent to the court on December 11, 2012 with copies to counsel.  A copy of the billing is appended to this order.  No objection to the billing has been filed within the seven day period during which objections must be filed to be considered.

/////

1

1  Accordingly, within ten days from the date of this order, the Clerk of Court is
2 directed to pay to Risk-Based Decisions, Inc. the sum of $38,357.82 from the settlement fund
3 established in the above-entitled case.
4 DATED: January 3, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

14
kotr1520.invoice.18

cc: All Counsel

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 12/11/2012 | 2436 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/1/2012 | Principal | 2012 Annual Groundwater Monitoring & Remediation Progress Report | 2 | 195.00 | 390.00 |
| 10/1/2012 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 10/1/2012 | Sr. Engineering G… | 3Q 2012 SVE Emissions Report | 4 | 150.00 | 600.00 |
| 10/1/2012 | Sr. Engineering G… | 2012 Annual Groundwater Monitoring & Remediation Progress Report | 3 | 150.00 | 450.00 |
| 10/2/2012 | Principal | 2012 Annual Groundwater Monitoring & Remediation Progress Report | 2 | 195.00 | 390.00 |
| 10/2/2012 | Sr. Engineering G… | 2012 Annual Groundwater Monitoring & Remediation Progress Report | 6 | 150.00 | 900.00 |
| 10/3/2012 | Sr. Engineering G… | 2012 Annual Groundwater Monitoring & Remediation Progress Report | 8 | 150.00 | 1,200.00 |
| 10/4/2012 | Sr. Engineering G… | 2012 Annual Groundwater Monitoring & Remediation Progress Report | 7 | 150.00 | 1,050.00 |
| 10/5/2012 | Sr. Engineering G… | 2012 Annual Groundwater Monitoring & Remediation Progress Report | 5 | 150.00 | 750.00 |
| 10/5/2012 | Principal | 2012 Annual Groundwater Monitoring & Remediation Progress Report | 3 | 195.00 | 585.00 |
| 10/8/2012 | Principal | 3Q 2012 SVE Emissions Monitoring Report | 2 | 195.00 | 390.00 |
| 10/8/2012 | Principal | 2012 Annual Groundwater Monitoring & Remediation Progress Report | 2 | 195.00 | 390.00 |
| 10/8/2012 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 10/8/2012 | Clerical Support | 3Q 2012 SVE Emissions Monitoring Report | 4 | 55.00 | 220.00 |
| 10/9/2012 | Principal | 2012 Annual Groundwater Monitoring & Remediation Progress Report | 1 | 195.00 | 195.00 |
| 10/9/2012 | Clerical Support | 2012 Annual Groundwater Monitoring & Remediation Progress Report | 6 | 55.00 | 330.00 |
| 10/9/2012 | Sr. Engineering G… | 2012 Annual Groundwater Monitoring & Remediation Progress Report | 2 | 150.00 | 300.00 |
| 10/15/2012 | Principal | 2012 Annual Groundwater Monitoring & Remediation Progress Report | 2 | 195.00 | 390.00 |

**Total**

**Balance Due**

Page 1

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 12/11/2012 | 2436 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/15/2012 | Principal | Expedited Groundwater Remediation at MW-2: Round 4 | 1 | 195.00 | 195.00 |
| 10/15/2012 | Sr. Engineering G... | Expedited Groundwater Remediation at MW-2: Round 4 | 4 | 150.00 | 600.00 |
| 10/15/2012 | Sr. Hydrogeologist | System maintenance, CO2 change out | 4 | 150.00 | 600.00 |
| 10/15/2012 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2: Round 4 | 6 | 150.00 | 900.00 |
| 10/19/2012 | Principal | 2012 Annual Groundwater Monitoring & Remediation Progress Report | 2 | 195.00 | 390.00 |
| 10/19/2012 | Principal | Expedited Groundwater Remediation at MW-2: Round 4 | 1 | 195.00 | 195.00 |
| 10/22/2012 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 10/22/2012 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2: Round 4 | 4 | 150.00 | 600.00 |
| 10/22/2012 | Sr. Engineering G... | Expedited Groundwater Remediation at MW-2: Round 4 | 2 | 150.00 | 300.00 |
| 10/23/2012 | Principal | Expedited groundwater remediation at MW-2: Round 4 | 1 | 195.00 | 195.00 |
| 10/23/2012 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2: Round 4 | 4 | 150.00 | 600.00 |
| 10/23/2012 | Sr. Engineering G... | Expedited Groundwater Remediation at MW-2: Round 4 | 2 | 150.00 | 300.00 |
| 10/24/2012 | Principal | Expedited groundwater remediation at MW-2: Round 4 | 0.5 | 195.00 | 97.50 |
| 10/24/2012 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2: Round 4 | 4 | 150.00 | 600.00 |
| 10/25/2012 | Principal | Expedited groundwater remediation at MW-2: Round 4 | 0.5 | 195.00 | 97.50 |
| 10/25/2012 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2: Round 4 | 4 | 150.00 | 600.00 |
| 10/26/2012 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2: Round 4 | 4 | 150.00 | 600.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 12/11/2012 | 2436 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/27/2012 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2: Round 4 | 2 | 150.00 | 300.00 |
| 10/28/2012 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2: Round 4 | 2 | 150.00 | 300.00 |
| 10/29/2012 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 10/29/2012 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2: Round 4 Week 1 groundwater sampling | 4 | 150.00 | 600.00 |
| 11/1/2012 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2: Round 4 Week 1 groundwater sampling | 2 | 150.00 | 300.00 |
| 11/5/2012 | Sr. Engineering G... | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 11/6/2012 | Principal | Expedited remediation at MW-2: Round 4 Week 1 Data analysis & submittal to RWQCB. Discuss with Water Board | 2 | 195.00 | 390.00 |
| 11/7/2012 | Principal | Expedited remediation at MW-2: Round 4 Week 1 Data analysis & submittal to RWQCB. Discuss with Water Board | 1 | 195.00 | 195.00 |
| 11/8/2012 | Sr. Engineering G... | Expedited groundwater remediation at MW-2: Round 4 | 2 | 150.00 | 300.00 |
| 11/12/2012 | Sr. Engineering G... | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 11/13/2012 | Principal | Expedited groundwater remediation at MW-2: Round 4- Biweekly sampling data | 2 | 195.00 | 390.00 |
| 11/15/2012 | Sr. Engineering G... | Expedited groundwater remediation at MW-2: Round 4 | 1 | 150.00 | 150.00 |
| 11/19/2012 | Principal | Expedited groundwater remediation at MW-2: Round 4: Bimonthly groundwater sampling | 2 | 195.00 | 390.00 |
| 11/19/2012 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 11/19/2012 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2: Round 4; First monthly groundwater sampling | 4 | 150.00 | 600.00 |
| 11/20/2012 | Sr. Hydrogeologist | Monthly SVE Emissions sampling | 6 | 150.00 | 900.00 |
| 11/26/2012 | Sr. Engineering G... | Expedited groundwater remediation at MW-2: Round 4 | 4 | 150.00 | 600.00 |
| 11/26/2012 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**

**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 12/11/2012 | 2436 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/29/2012 | Sr. Hydrogeologist | Expedited remediation at MW-2: Round 4. Groundwater sampling | 8 | 150.00 | 1,200.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 10/1/2012 | Equipment/parts | Barnes Welding Supply Inv. 61357987 | 1 | 75.60 | 75.60 |
| 10/1/2012 | Subcontractor Mar... | 10% On above | 1 | 10.00% | 7.56 |
| 10/2/2012 | Equipment/parts | Delta Oilfield Services Inv. 0024611 | 1 | 1,488.00 | 1,488.00 |
| 10/2/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 148.80 |
| 10/2/2012 | Materials/Supplies | Home Depot - supplies for MW-2 | 1 | 7.51 | 7.51 |
| 10/2/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 0.75 |
| 10/15/2012 | Equipment/parts | Barnes Welding Supply Inv. 61361362 | 1 | 75.60 | 75.60 |
| 10/15/2012 | Subcontractor Mar... | 10% on above | | 1.00 | 1.00 |
| 10/16/2012 | Equipment/parts | Dolver Company Inv. 789005 | 1 | 1,875.00 | 1,875.00 |
| 10/16/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 187.50 |
| 10/22/2012 | Materials/Supplies | GHX Invoice # 12454853 | 1 | 41.84 | 41.84 |
| 10/22/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 4.18 |
| 10/23/2012 | Materials/Supplies | Fry's - supplies | 1 | 15.07 | 15.07 |
| 10/23/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 1.51 |
| 10/23/2012 | Materials/Supplies | Target - supplies | 1 | 5.38 | 5.38 |
| 10/29/2012 | Postage | Annual Groundwater Monitoring & Remediation Report to Gerald Djuth | 1 | 5.90 | 5.90 |
| 10/31/2012 | Labs/Maps | Air Toxics Inv. C10482Z-IN | 1 | 360.00 | 360.00 |
| 10/31/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 10/31/2012 | Equipment/parts | Barnes Welding Supply Inv. 61364772 | 1 | 75.60 | 75.60 |
| 10/31/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 7.56 |
| 10/31/2012 | Equipment/parts | Barnes Welding Supply Inv. 91254285 | 1 | 22.94 | 22.94 |
| 10/31/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 2.29 |
| 11/6/2012 | Labs/Maps | Alpha Analytical Inv 81494 | 1 | 625.00 | 625.00 |
| 11/6/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 62.50 |
| 11/15/2012 | Equipment/parts | Delta Oilfield Services Inv. 0024655 | 1 | 1,464.00 | 1,464.00 |
| 11/15/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 146.40 |
| 11/21/2012 | Equipment/parts | Alpha Analytical Inv. 81658 | 1 | 425.00 | 425.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 12/11/2012 | 2436 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/21/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 42.50 |
| 11/26/2012 | Equipment/parts | Barnes Welding Supply Inv. 61371889 | 1 | 130.83 | 130.83 |
| 11/26/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 13.08 |
| 11/30/2012 | Equipment/parts | Barnes Welding Supply Inv. 91257092 | 1 | 22.20 | 22.20 |
| 11/30/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 2.22 |
| 11/30/2012 | Labs/Maps | Alpha Analytical Inv. 81773 | 1 | 425.00 | 425.00 |
| 11/30/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 42.50 |
| 11/30/2012 | Labs/Maps | Eurofins/Air Toxics Invoice #C11439Z-IN | 1 | 360.00 | 360.00 |
| 11/30/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 11/30/2012 | Equipment/parts | SVE Rental for October and November 2012 | 2 | 1,500.00 | 3,000.00 |
| 11/30/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 300.00 |
| 11/30/2012 | | | | | 38,357.82 |

**Total** $38,357.82

**Balance Due** $38,357.82