# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 1/9/2013 | 2438 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | | PROJECT |
|---|---|---|
| Net 15 | | POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/3/2012 | Principal | Expedited groundwater remediation at MW-2: Round 4- Data to Water Board | 1 | 195.00 | 195.00 |
| 12/3/2012 | Sr. Hydrogeologist | 4Q 2012 Groundwater sampling | 8 | 150.00 | 1,200.00 |
| 12/5/2012 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 12/6/2012 | Sr. Hydrogeologist | Expedited remediation at MW-2: Round 4: Biweekly sampling | 4 | 150.00 | 600.00 |
| 12/12/2012 | Principal | Expedited groundwater remediation at MW-2: Round 4 | 2 | 195.00 | 390.00 |
| 12/17/2012 | Principal | Expedited groundwater remediation: Round 4: Altered sampling frequency- discuss with Water Board | 2 | 195.00 | 390.00 |
| 12/17/2012 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 12/17/2012 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2: Round 4: Biweekly sampling | 2 | 150.00 | 300.00 |
| 12/19/2012 | Sr. Hydrogeologist | Monthly SVE Emissions sampling | 4 | 150.00 | 600.00 |
| 12/21/2012 | Principal | Expedited groundwater remediation: Round 4: Altered sampling frequency- discuss with Water Board | 1 | 195.00 | 195.00 |
| 12/26/2012 | Principal | Expedited groundwater remediation at MW-2: Round 4: Data evaluation & report to Water Board | 2 | 195.00 | 390.00 |
| 12/26/2012 | Sr. Hydrogeologist | System maintenance & CO2 change out | 6 | 150.00 | 900.00 |
| 12/28/2012 | Sr. Hydrogeologist | SVE system repairs | 4 | 150.00 | 600.00 |
| 12/28/2012 | Principal | Expedited groundwater remediation at MW-2: Round 4: Data evaluation & report to Water Board | 1 | 195.00 | 195.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 12/3/2012 | Equipment/parts | Pump - 4Q 2012 Groundwater sampling - | 1 | 45.00 | 45.00 |
| 12/3/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 4.50 |
| 12/3/2012 | Equipment/parts | Generator - 4Q 2012 Groundwater sampling | 1 | 55.00 | 55.00 |
| 12/3/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 5.50 |

**Total**

**Balance Due**

Page 1

# Risk-Based Decisions, Inc.
1540 River Park Drive, Ste.203
Sacramento, CA 95815

# Invoice

| Date | Invoice # |
|---|---|
| 1/9/2013 | 2438 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/3/2012 | Equipment/parts | Ph Flow Meter - 4Q 2012 Groundwater sampling | | 40.00 | 40.00 |
| 12/3/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 4.00 |
| 12/3/2012 | Equipment/parts | Water Level Indicator - 4Q 2012 Groundwater sampling | 1 | 25.00 | 25.00 |
| 12/3/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 2.50 |
| 12/3/2012 | Materials/Supplies | Gloves etc. | 1 | 9.00 | 9.00 |
| 12/3/2012 | Subcontractor Mar... | 10% on above | | 0.90 | 0.90 |
| 12/10/2012 | Equipment/parts | Barnes Welding Supply Inv. 61376396 | 1 | 59.49 | 59.49 |
| 12/10/2012 | Equipment/parts | Barnes Welding Supply Order # 11820459-00 | 1 | 20.36 | 20.36 |
| 12/18/2012 | Equipment/parts | Delta Oilfield Services Inv. 0024690 | 1 | 720.00 | 720.00 |
| 12/19/2012 | Labs/Maps | Alpha Analytical Inv. 81952 | 1 | 1,025.00 | 1,025.00 |
| 12/31/2012 | Labs/Maps | Air Toxics Inv. C12429Z-IN | 1 | 360.00 | 360.00 |
| 12/31/2012 | Equipment/parts | Barnes Welding Supply Inv. 91259849 | 1 | 22.94 | 22.94 |
| 12/31/2012 | Equipment/parts | SVE Rental for December 2012 | 1 | 1,500.00 | 1,500.00 |
| 12/31/2012 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |
| 12/31/2012 | | | | | 11,204.19 |

**Total** $11,204.19

**Balance Due** $11,204.19