1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES KOTROUS,

11           Plaintiff,                    No. 2:  02-cv-1520-FCD-JFM

12       vs.

13   GOSS-JEWETT CO. OF NORTHERN
     CALIFORNIA, INC., et al.,
14

15           Defendants.              <u>ORDER</u>

16   _____/

17           Pursuant to the terms of the Court-Administered Remediation Fund Account

18   Instructions agreed to by the parties in order to implement the settlement of <u>James Kotrous,</u>

19   <u>individually and doing business as The Mattress Factory v. Goss-Jewett of Northern California,</u>

20   <u>Inc., et al.,</u> case no. 2:02-cv-1520-FCD-JFM, the Sacramento Management Co., Inc. submitted

21   its yearly SMUD bills totaling $10,929.06 for site clean-up at 4301 Power Inn Road.  This

22   billing was sent to the court on January 9, 2013 with copies to counsel.  A copy of the bills are

23   appended to this order.  No objection to the billing has been filed within the seven day period

24   during which objections must be filed to be considered.

25   /////

26   /////

1

1        Accordingly, within ten days from the date of this order, the Clerk of Court is

2  directed to pay to Sacramento Management Co., Inc. the sum of $10,929.06 from the settlement

3  fund established in the above-entitled case.

4  DATED: January 25, 2013.

5

6                               UNITED STATES MAGISTRATE JUDGE

7

8  14

9  kotr1520.invoice.20

10

11  cc:  All counsel

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2