IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KOTROUS,

        Plaintiff,                     No. 2: 02-cv-1520-FCD-JFM

    vs.

GOSS-JEWETT CO. OF NORTHERN
CALIFORNIA, INC., et al.,

        Defendants.             ORDER

_____/

        Pursuant to the terms of the Court-Administered Remediation Fund Account Instructions agreed to by the parties in order to implement the settlement of <u>James Kotrous, individually and doing business as The Mattress Factory v. Goss-Jewett of Northern California, Inc., et al.</u>, case no. 2:02-cv-1520-FCD-JFM, the Sacramento Management Co., Inc. submitted its yearly SMUD bills totaling $10,929.06 for site clean-up at 4301 Power Inn Road.  This billing was sent to the court on January 9, 2013 with copies to counsel.  A copy of the bills are appended to this order.  No objection to the billing has been filed within the seven day period during which objections must be filed to be considered.

/////

/////

1

1  Accordingly, within ten days from the date of this order, the Clerk of Court is
2  directed to pay to Sacramento Management Co., Inc. the sum of $10,929.06 from the settlement
3  fund established in the above-entitled case.
4  DATED: January 25, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

14
kotr1520.invoice.20

cc:  All counsel

2