

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org

**Account Number: 2761504**

EDWARD A ANSELMO
**Issue Date: 01/17/12**                                **Total Amount. Due 02/13/12**                **$907.42**

| Location: | 4301 POWER INN RD SACRAMENTO 95826 | | | Billing Period | 12/13/11 - 01/11/12 | 30 | 223.7 | $30.25 |
|---|---|---|---|---|---|---|---|---|
| Rate: | GSN: Sm Com Energy Rate < 20 KW | | | Last Year | 12/11/10 - 01/11/11 | 32 | 227.1 | $30.18 |
| Cycle: | 08 | Location Number: | 1484127 | Last Month | 11/10/11 - 12/12/11 | 33 | 239.5 | $32.34 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2649437 | 28373 | 21663 | 6710 | 0 | 6,710 | kWh |
| 2649437 | 10.915 | | | 0 | 11 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Base Usage | 6,710 | Winter kWh @ | 0.123000 | 825.33 |
| System Infrastructure Fixed Charge* | | | | 8.25 |
| Solar Surcharge | 6,710 | kWh @ | 0.001300 | 8.72 |
| Sacramento City Tax* | | | | 63.17 |
| State Surcharge* | | | | 1.95 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$907.42** |

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| | |
|---|---|
| Beginning balance from last Statement | 1,067.31 |
| Payment | -1,067.31 |
| **B) PREVIOUS BALANCE** | **$0.00** |
| **C) TOTAL DUE (A+B)** | **$907.42** |

Please pay all current charges by the due date to avoid a one-time late fee of up to $13.61
(1.5% of current charges)

*See explanations on the back of the page



**CUSTOMER BILL**
Phone Inquiries 1 (877) 622-7683
Power Outages 1 (888) 456-7683

Page 1 of 1

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org
**Account Number: 2761504**

**EDWARD A ANSELMO**

| Issue Date: 02/15/12 | | | Total Amount. Due 03/14/12 | | | | $858.28 |
|---|---|---|---|---|---|---|---|
| Location: | 4301 POWER INN RD | | Usage History | Dates | Days | kWh/Day | $/Day |
| | SACRAMENTO 95826 | | Billing Period | 01/12/12 - 02/10/12 | 30 | 211.4 | $28.61 |
| Rate: | GSN: Sm Com Energy Rate < 20 KW | | Last Year | 01/12/11 - 02/11/11 | 31 | 232.8 | $31.47 |
| Cycle: | 08 | Location Number: 1484127 | Last Month | 12/13/11 - 01/11/12 | 30 | 223.7 | $30.25 |

| Meter No. | Current Meter Read | Previous Meter Read | Difference | Multiplier | Usage | Usage Type |
|---|---|---|---|---|---|---|
| 2649437 | 34716 | 28373 | 6343 | 0 | 6,343 | kWh |
| 2649437 | 11.434 | | | 0 | 11 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Base Usage | 6,343 | Winter kWh @ | 0.123000 | 780.19 |
| System Infrastructure Fixed Charge* | | | | 8.25 |
| Solar Surcharge | 6,343 | kWh @ | 0.001300 | 8.25 |
| Sacramento City Tax* | | | | 59.75 |
| State Surcharge* | | | | 1.84 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$858.28** |

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| | |
|---|---|
| Beginning balance from last Statement | 907.42 |
| Payment | -907.42 |
| **B) PREVIOUS BALANCE** | **$0.00** |
| **C) TOTAL DUE (A+B)** | **$858.28** |

Please pay all current charges by the due date to avoid a one-time late fee of up to $12.87
(1.5% of current charges)

*See explanations on the back of the page



**CUSTOMER BILL**
Phone Inquiries 1 (877) 622-7683
Power Outages 1 (888) 456-7683

Page 1 of 2

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org
**Account Number: 2761504**

**EDWARD A ANSELMO**

| Issue Date: 03/16/12 | | Total Amount. Due 04/12/12 | | | $677.99 |
|---|---|---|---|---|---|
| Location: | 4301 POWER INN RD SACRAMENTO 95826 | Usage History | Dates | Days | kWh/Day | $/Day |

| | | Usage History | Dates | Days | kWh/Day | $/Day |
|---|---|---|---|---|---|---|
| Location: | 4301 POWER INN RD | Billing Period | 02/11/12 - 03/13/12 | 32 | 154.0 | $21.19 |
| | SACRAMENTO 95826 | Last Year | 02/12/11 - 03/15/11 | 32 | 213.4 | $28.86 |
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | Last Month | 01/12/12 - 02/10/12 | 30 | 211.4 | $28.61 |
| Cycle: | 08    Location Number: 1484127 | | | | | |

| Meter No. | Current Meter Read | Previous Meter Read | Difference | Multiplier | Usage | Usage Type |
|---|---|---|---|---|---|---|
| 2649437 | 39644 | | | | | Current Meter Reading |
| 2649437 | 4927.4639 | 0.0000 | 4927.4639 | 0 | 4,927 | kWh |
| 2649437 | 0.0000 | 0.0000 | 0.0000 | 0 | 0 | kWh Summer Off Peak |
| 2649437 | 0.0000 | 0.0000 | 0.0000 | 0 | 0 | kWh Summer On Peak |
| 2649437 | 4927.4639 | 0.0000 | 4927.4639 | 0 | 4,927 | kWh Winter Off Peak |
| 2649437 | 11.347 | | | | 0 | 11 kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 4,927 | Winter Off Peak kWh @ | 0.124000 | 610.95 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 4,927 | kWh @ | 0.001300 | 6.41 |
| Sacramento City Tax* | | | | 47.20 |
| State Surcharge* | | | | 1.43 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$677.99** |

| ACCOUNT ACTIVITY SINCE LAST STATEMENT | |
|---|---|
| Beginning balance from last Statement | 858.28 |
| Payment | -858.28 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*See explanations on the back of the page



**CUSTOMER BILL**
Phone Inquiries 1 (877) 622-7683
Power Outages 1 (888) 456-7683

Page 1 of 2

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org
**Account Number: 2761504**

4/18/12 CK #18299

**EDWARD A ANSELMO**
Issue Date: 04/16/12  Total Amount, Due 05/11/12  $597.40

| Location: | 4301 POWER INN RD SACRAMENTO 95826 | | Billing Period | 03/14/12 - 04/11/12 | 29 | 149.3 | $20.60 |
|---|---|---|---|---|---|---|---|
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | | Last Year | 03/16/11 - 04/13/11 | 29 | 211.8 | $28.67 |
| Cycle: | 08  Location Number:  1484127 | | Last Month | 02/11/12 - 03/13/12 | 32 | 154.0 | $21.19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2649437 | 43989 | | | | | Current Meter Reading |
| 2649437 | 4329.8783 | 0.0000 | 4329.8783 | 0 | 4,330 | kWh |
| 2649437 | 0.0000 | 0.0000 | 0.0000 | 0 | 0 | kWh Summer Off Peak |
| 2649437 | 0.0000 | 0.0000 | 0.0000 | 0 | 0 | kWh Summer On Peak |
| 2649437 | 4329.8783 | 0.0000 | 4329.8783 | 0 | 4,330 | kWh Winter Off Peak |
| 2649437 | 10.368 | | | | 10 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 4,330 | Winter Off Peak kWh @ | 0.124000 | 536.92 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 4,330 | kWh @ | 0.001300 | 5.63 |
| Sacramento City Tax* | | | | 41.59 |
| State Surcharge* | | | | 1.26 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$597.40** |

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| | |
|---|---|
| Beginning balance from last Statement | 677.99 |
| Payment | -677.99 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*See explanations on the back of the page



**CUSTOMER BILL**
Phone Inquiries 1 (877) 622-7683
Power Outages 1 (888) 456-7683

Page 1 of 2

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org
**Account Number: 2761504**

PO 5/15/12 CK #18384

**EDWARD A ANSELMO**
**Issue Date: 05/15/12**       Total Amount, Due 06/12/12       **$962.94**

| Location: | 4301 POWER INN RD SACRAMENTO 95826 | | | | | | |
|---|---|---|---|---|---|---|---|
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | | | Billing Period | 04/12/12 - 05/10/12 | 29 | 242.7 | $33.20 |
| Cycle: | 08   Location Number:   1484127 | | | Last Year | 04/14/11 - 05/12/11 | 29 | 221.9 | $30.43 |
| | | | | Last Month | 03/14/12 - 04/11/12 | 29 | 149.3 | $20.60 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2649437 | 51027 | | | | | | Current Meter Reading |
| 2649437 | 7038.2303 | | 0.0000 | 7038.2303 | 0 | 7,038 | kWh |
| 2649437 | 0.0000 | | 0.0000 | 0.0000 | 0 | 0 | kWh Summer Off Peak |
| 2649437 | 0.0000 | | 0.0000 | 0.0000 | 0 | 0 | kWh Summer On Peak |
| 2649437 | 7038.2303 | | 0.0000 | 7038.2303 | 0 | 7,038 | kWh Winter Off Peak |
| 2649437 | 10.944 | | | | 0 | 11 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 7,038 | Winter Off Peak kWh @ | 0.124000 | 872.71 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 7,038 | kWh @ | 0.001300 | 9.15 |
| Sacramento City Tax* | | | | 67.04 |
| State Surcharge* | | | | 2.04 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$962.94** |

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| | |
|---|---|
| Beginning balance from last Statement | 597.40 |
| Payment | -597.40 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*See explanations on the back of the page



**CUSTOMER BILL**
Phone Inquiries 1 (877) 622-7683
Power Outages 1 (888) 456-7683

Page 1 of 2

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org
**Account Number: 2761504**

**EDWARD A ANSELMO**
**Issue Date: 06/14/12**               **Total Amount, Due 07/12/12**               **$998.32**

| Location: | 4301 POWER INN RD | | | | | | |
|---|---|---|---|---|---|---|---|
| | SACRAMENTO 95826 | | | Billing Period | 05/11/12 - 06/11/12 | 32 | 231.4 | $31.20 |
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | | | Last Year | 05/13/11 - 06/13/11 | 32 | 235.4 | $32.84 |
| Cycle: | 08 | Location Number: | 1484127 | Last Month | 04/12/12 - 05/10/12 | 29 | 242.7 | $33.20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2649437 | 58432 | | | | | | Current Meter Reading |
| 2649437 | 7405.0523 | | 0.0000 | 7405.0523 | 0 | 7,405 | kWh |
| 2649437 | 2290.9860 | | 0.0000 | 2290.9860 | 0 | 2,291 | kWh Summer Off Peak |
| 2649437 | 190.4004 | | 0.0000 | 190.4004 | 0 | 190 | kWh Summer On Peak |
| 2649437 | 4923.6659 | | 0.0000 | 4923.6659 | 0 | 4,924 | kWh Winter Off Peak |
| 2649437 | 10.786 | | | | 0 | 11 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 2,291 | Summer Off Peak kWh @ | 0.105000 | 240.56 |
| Electricity Usage | 190 | Summer On Peak kWh @ | 0.283700 | 53.90 |
| Electricity Usage | 4,924 | Winter Off Peak kWh @ | 0.124000 | 610.58 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 7,405 | kWh @ | 0.001300 | 9.63 |
| Sacramento City Tax* | | | | 69.50 |
| State Surcharge* | | | | 2.15 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$998.32** |

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| Beginning balance from last Statement | 962.94 |
|---|---|
| Payment | -962.94 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*See explanations on the back of the page



**CUSTOMER BILL**
Phone Inquiries 1 (877) 622-7683
Power Outages 1 (888) 456-7683

Page 1 of 2

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org
**Account Number: 2761504**

**EDWARD A ANSELMO**
**Issue Date: 07/16/12**                                   Total Amount, Due 08/10/12                          **$999.11**

| Location: | 4301 POWER INN RD SACRAMENTO 95826 | | | Billing Period | 06/12/12 - 07/11/12 | 30 | 249.5 | $33.30 |
|---|---|---|---|---|---|---|---|---|
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | | | Last Year | 06/14/11 - 07/14/11 | 31 | 227.1 | $31.69 |
| Cycle: | 08 | Location Number: | 1484127 | Last Month | 05/11/12 - 06/11/12 | 32 | 231.4 | $31.20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2649437 | 65918 | | | | | | Current Meter Reading |
| 2649437 | 7485.6491 | | 0.0000 | 7485.6491 | 0 | 7,486 | kWh |
| 2649437 | 6815.1743 | | 0.0000 | 6815.1743 | 0 | 6,815 | kWh Summer Off Peak |
| 2649437 | 670.4748 | | 0.0000 | 670.4748 | 0 | 670 | kWh Summer On Peak |
| 2649437 | 0.0000 | | 0.0000 | 0.0000 | 0 | 0 | kWh Winter Off Peak |
| 2649437 | 11.160 | | | | 0 | 11 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 6,815 | Summer Off Peak kWh @ | 0.105000 | 715.58 |
| Electricity Usage | 670 | Summer On Peak kWh @ | 0.283700 | 190.08 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 7,485 | kWh @ | 0.001300 | 9.73 |
| Sacramento City Tax* | | | | 69.55 |
| State Surcharge* | | | | 2.17 |
| A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS | | | | $999.11 |

PD 7/19/12 CK# R582

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| Beginning balance from last Statement | 998.32 |
|---|---|
| Payment | -998.32 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*See explanations on the back of the page



**CUSTOMER BILL**
Phone Inquiries 1 (877) 622-7683
Power Outages 1 (888) 456-7683

Page 1 of 2

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org

**Account Number: 2761504**

PD 8/23/12
ck # 18623

**EDWARD A ANSELMO**
**Issue Date: 08/14/12**          Total Amount, Due 09/11/12          $972.57

| Location: | 4301 POWER INN RD SACRAMENTO 95826 | | Billing Period | 07/12/12 - 08/09/12 | 29 | 250.2 | $33.54 |
|---|---|---|---|---|---|---|---|
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | | Last Year | 07/15/11 - 08/11/11 | 28 | 230.4 | $32.18 |
| Cycle: | 08    Location Number:    1484127 | | Last Month | 06/12/12 - 07/11/12 | 30 | 249.5 | $33.30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2649437 | 73174 | | | | | Current Meter Reading |
| 2649437 | 7255.7819 | 0.0000 | 7255.7819 | 0 | 7,256 | kWh |
| 2649437 | 6586.2827 | 0.0000 | 6586.2827 | 0 | 6,586 | kWh Summer Off Peak |
| 2649437 | 669.4992 | 0.0000 | 669.4992 | 0 | 669 | kWh Summer On Peak |
| 2649437 | 0.0000 | 0.0000 | 0.0000 | 0 | 0 | kWh Winter Off Peak |
| 2649437 | 10.829 | | | 0 | 11 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 6,586 | Summer Off Peak kWh @ | 0.105000 | 691.53 |
| Electricity Usage | 669 | Summer On Peak kWh @ | 0.283700 | 189.80 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 7,255 | kWh @ | 0.001300 | 9.43 |
| Sacramento City Tax* | | | | 67.71 |
| State Surcharge* | | | | 2.10 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$972.57** |

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| Beginning balance from last Statement | 999.11 |
|---|---|
| Payment | -999.11 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*See explanations on the back of the page



**CUSTOMER BILL**
Phone Inquiries 1 (877) 622-7683
Power Outages 1 (888) 456-7683

Page 1 of 2

**SMUD**™

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org

**Account Number: 2761504**

**EDWARD A ANSELMO**
**Issue Date: 09/13/12**   Total Amount, Due 10/10/12   **$992.45**

| Location: | 4301 POWER INN RD SACRAMENTO 95826 | | | | | | |
|---|---|---|---|---|---|---|---|
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | | Billing Period | 08/10/12 - 09/10/12 | 32 | 233.3 | $31.01 |
| | | | Last Year | 08/12/11 - 09/12/11 | 32 | 240.2 | $33.50 |
| Cycle: | 08   Location Number:   1484127 | | Last Month | 07/12/12 - 08/09/12 | 29 | 250.2 | $33.54 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2649437 | 80640 | | | | | Current Meter Reading | |
| 2649437 | 7466.0687 | | 0.0000 | 7466.0687 | 0 | 7,466 | kWh |
| 2649437 | 6820.5635 | | 0.0000 | 6820.5635 | 0 | 6,821 | kWh Summer Off Peak |
| 2649437 | 645.5052 | | 0.0000 | 645.5052 | 0 | 646 | kWh Summer On Peak |
| 2649437 | 0.0000 | | 0.0000 | 0.0000 | 0 | 0 | kWh Winter Off Peak |
| 2649437 | 10.829 | | | | 0 | 11 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 6,821 | Summer Off Peak kWh @ | 0.105000 | 716.21 |
| Electricity Usage | 646 | Summer On Peak kWh @ | 0.283700 | 183.27 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 7,467 | kWh @ | 0.001300 | 9.71 |
| Sacramento City Tax* | | | | 69.09 |
| State Surcharge* | | | | 2.17 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$992.45** |

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| Beginning balance from last Statement | 972.57 |
|---|---|
| Payment | -972.57 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*See explanations on the back of the page



**CUSTOMER BILL**
Phone Inquiries 1 (877) 622-7683
Power Outages 1 (888) 456-7683

Page 1 of 2

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org

**Account Number: 2761504**

**EDWARD A ANSELMO**
Issue Date: 10/12/12    Total Amount, Due 11/08/12    $853.25

| Location: | 4301 POWER INN RD | | | | | | |
|---|---|---|---|---|---|---|---|
| | SACRAMENTO 95826 | | Billing Period | 09/11/12 - 10/09/12 | 29 | 217.4 | $29.42 |
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | | Last Year | 09/13/11 - 10/10/11 | 28 | 255.3 | $35.63 |
| Cycle: | 08 | Location Number: 1484127 | Last Month | 08/10/12 - 09/10/12 | 32 | 233.3 | $31.01 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2649437 | 86945 | | | | | Current Meter Reading |
| 2649437 | 6305.5007 | 0.0000 | 6305.5007 | 0 | 6,306 | kWh |
| 2649437 | 3886.6535 | 0.0000 | 3886.6535 | 0 | 3,887 | kWh Summer Off Peak |
| 2649437 | 398.6892 | 0.0000 | 398.6892 | 0 | 399 | kWh Summer On Peak |
| 2649437 | 2020.1580 | 0.0000 | 2020.1580 | 0 | 2,020 | kWh Winter Off Peak |
| 2649437 | 10.930 | | | 0 | 11 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 3,887 | Summer Off Peak kWh @ | 0.105000 | 408.14 |
| Electricity Usage | 399 | Summer On Peak kWh @ | 0.283700 | 113.20 |
| Electricity Usage | 2,020 | Winter Off Peak kWh @ | 0.124000 | 250.48 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 6,306 | kWh @ | 0.001300 | 8.20 |
| Sacramento City Tax* | | | | 59.40 |
| State Surcharge* | | | | 1.83 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$853.25** |

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| | |
|---|---|
| Beginning balance from last Statement | 992.45 |
| Payment | -992.45 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*See explanations on the back of the page



# SMUD™

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org

## Account Number: 2761504

**EDWARD A ANSELMO**
**Issue Date: 11/12/12**



**CUSTOMER BILL**
Phone Inquiries 1 (877) 622-7683
Power Outages 1 (888) 456-7683

Page 1 of 2

Total Amount, Due 12/11/12     **$986.03**

| Location: | 4301 POWER INN RD SACRAMENTO 95826 | | | | | |
|---|---|---|---|---|---|---|
| | | Billing Period | 10/10/12 - 11/07/12 | 29 | 248.6 | $34.00 |
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | Last Year | 10/11/11 - 11/09/11 | 30 | 252.6 | $34.90 |
| Cycle: | 08    Location Number:   1484127 | Last Month | 09/11/12 - 10/09/12 | 29 | 217.4 | $29.42 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2649437 | 94155 | | | | | Current Meter Reading |
| 2649437 | 7209.4284 | 0.0000 | 7209.4284 | 0 | 7,209 | kWh |
| 2649437 | 0.0000 | 0.0000 | 0.0000 | 0 | 0 | kWh Summer Off Peak |
| 2649437 | 0.0000 | 0.0000 | 0.0000 | 0 | 0 | kWh Summer On Peak |
| 2649437 | 7209.4284 | 0.0000 | 7209.4284 | 0 | 7,209 | kWh Winter Off Peak |
| 2649437 | 11.131 | | | 0 | 11 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 7,209 | Winter Off Peak kWh @ | 0.124000 | 893.92 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 7,209 | kWh @ | 0.001300 | 9.37 |
| Sacramento City Tax* | | | | 68.65 |
| State Surcharge* | | | | 2.09 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$986.03** |

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| Beginning balance from last Statement | 853.25 |
|---|---|
| Payment | -853.25 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*See explanations on the back of the page



**CUSTOMER BILL**
Phone Inquiries 1 (877) 622-7683
Power Outages 1 (888) 456-7683

Page 1 of 2

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org



## Account Number: 2761504

**EDWARD A ANSELMO**
**Issue Date: 12/13/12**     Total Amount, Due 01/11/13     **$1,123.30**

| Location: | 4301 POWER INN RD SACRAMENTO 95826 | | | Billing Period | 11/08/12 - 12/10/12 | 33 | 249.3 | $34.04 |
|---|---|---|---|---|---|---|---|---|
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | | | Last Year | 11/10/11 - 12/12/11 | 33 | 239.5 | $32.34 |
| Cycle: | 08 | Location Number: | 1484127 | Last Month | 10/10/12 - 11/07/12 | 29 | 248.6 | $34.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2649437 | 2380 | | | | | Current Meter Reading | |
| 2649437 | 8225.7336 | 0.0000 | 8225.7336 | 0 | 8,226 | kWh | |
| 2649437 | 0.0000 | 0.0000 | 0.0000 | 0 | 0 | kWh Summer Off Peak | |
| 2649437 | 0.0000 | 0.0000 | 0.0000 | 0 | 0 | kWh Summer On Peak | |
| 2649437 | 8225.7336 | 0.0000 | 8225.7336 | 0 | 8,226 | kWh Winter Off Peak | |
| 2649437 | 11.088 | | | 0 | 11 | kW Maximum | |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 8,226 | Winter Off Peak kWh @ | 0.124000 | 1,020.02 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 8,226 | kWh @ | 0.001300 | 10.69 |
| Sacramento City Tax* | | | | 78.20 |
| State Surcharge* | | | | 2.39 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$1,123.30** |

| ACCOUNT ACTIVITY SINCE LAST STATEMENT | |
|---|---|
| Beginning balance from last Statement | 986.03 |
| Payment | -986.03 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*See explanations on the back of the page