IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KOTROUS,

        Plaintiff,                    No. 2:  02-cv-1520-FCD-JFM

    vs.

GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, INC., et al.,

        Defendants.              <u>ORDER</u>

_____/

        Pursuant to the terms of the Court-Administered Remediation Fund Account Instructions agreed to by the parties in order to implement the settlement of <u>James Kotrous, individually and doing business as The Mattress Factory v. Goss-Jewett of Northern California, Inc., et al.</u>, case no. 2:02-cv-1520-FCD-JFM, Risk-Based Decisions, Inc., Invoice No. 2446 was submitted in the amount of $14,609.36 for consulting services and expenses incurred at 4301 Power Inn Road through January 31, 2013.  This billing was sent to the court on February 6, 2013 with copies to counsel.  A copy of the billing is appended to this order.  No objection to the billing has been filed within the seven day period during which objections must be filed to be considered.

/////

Accordingly, within ten days from the date of this order, the Clerk of Court is directed to pay to Risk-Based Decisions, Inc. the sum of $14,609.36 from the settlement fund established in the above-entitled case.

DATED: February 20, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

14
kotr1520.invoice .21

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 2/6/2013 | 2446 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/10/2012 | Sr. Hydrogeologist | System Maintenance, CO2 change out | 6 | 150.00 | 900.00 |
| 12/10/2012 | Sr. Hydrogeologist | MW-2 Pumping and Sampling | 2 | 150.00 | 300.00 |
| 12/31/2012 | Sr. Hydrogeologist | System maintenance & CO2 change out. Repair SVE Knoock drum instrumentation | 6 | 150.00 | 900.00 |
| 12/31/2012 | Sr. Engineering G... | Expedited groundwater Remediation at MW-2: Round 4 | 2 | 150.00 | 300.00 |
| 1/3/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out. Repair SVE Knoock drum instrumentation | 2 | 150.00 | 300.00 |
| 1/7/2013 | Principal | Expedited groundwater remediation at MW-2: Round 4-data evaluation & transmittal to Water Board | 1.5 | 195.00 | 292.50 |
| 1/7/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out | 6 | 150.00 | 900.00 |
| 1/8/2013 | Principal | Expedited groundwater remediation at MW-2: Round 4-data evaluation & transmittal to Water Board | 0.5 | 195.00 | 97.50 |
| 1/14/2013 | Sr. Hydrogeologist | System Maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 1/14/2013 | Sr. Hydrogeologist | Expedited groundwater Remediation at MW-2: Round 4-Biweekly sampling | 4 | 150.00 | 600.00 |
| 1/15/2013 | Principal | Client update | 0.5 | 195.00 | 97.50 |
| 1/21/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out | 3 | 150.00 | 450.00 |
| 1/21/2013 | Sr. Hydrogeologist | Expedited Groundwater Remediation at MW-2: Round 4-Groundwater Sampling | 2 | 150.00 | 300.00 |
| 1/21/2013 | Sr. Hydrogeologist | SVE Monthly Sampling | 3 | 150.00 | 450.00 |
| 1/22/2013 | Principal | Expedited groundwater remediation at MW-2: Round 4 | 2 | 195.00 | 390.00 |
| 1/28/2013 | Principal | 4Q 2012 SVE Emissions Monitoring Report | 1 | 195.00 | 195.00 |
| 1/28/2013 | Sr. Engineering G... | 4Q 2012 SVE Emissions Report | 6 | 150.00 | 900.00 |
| 1/28/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 1/28/2013 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2-Round 4: Groundwater Sampling. Meeting with Water Board | 2 | 150.00 | 300.00 |
| 1/29/2013 | Principal | 4Q 2012 SVE Emissions Monitoring Report | 1 | 195.00 | 195.00 |
| 1/30/2013 | Sr. Engineering G... | 4Q 2012 SVE Emissions Report | 1 | 150.00 | 150.00 |
| 1/30/2013 | Clerical Support | 4Q 2012 SVE Emissions Report | 4 | 55.00 | 220.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 2/6/2013 | 2446 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | PROJECT |
|---|---|
| Net 15 | POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1/31/2013 | Principal | Expedited Remediation at MW-2-Round 4: Meeting with Water Board | 1 | 195.00 | 195.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 1/2/2013 | Equipment/parts | Barnes Welding Supply - Inv.61382074 | 1 | 56.33 | 56.33 |
| 1/2/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 5.63 |
| 1/8/2013 | Labs/Maps | Alpha Analytical Inv. 82161 | 1 | 125.00 | 125.00 |
| 1/8/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 12.50 |
| 1/10/2013 | Permits | Air Quality Management District Inv. 1213-03-02305 - Permit Renewal | 1 | 1,428.00 | 1,428.00 |
| 1/10/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 142.80 |
| 1/15/2013 | Equipment/parts | Delta Oilfield Services Inv. 0024715 | 1 | 744.00 | 744.00 |
| 1/15/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 74.40 |
| 1/15/2013 | Equipment/parts | Barnes Welding Supply Inv. 61384994 | 1 | 76.87 | 76.87 |
| 1/15/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 7.69 |
| 1/21/2013 | Postage | 3Q2012 SVE Emissions Report - Resent hardcopy to Ms. Thompson | 1 | 5.04 | 5.04 |
| 1/24/2013 | Labs/Maps | Alpha Analytical Inv. 82338 | 1 | 125.00 | 125.00 |
| 1/24/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 12.50 |
| 1/28/2013 | Equipment/parts | Barnes Welding Supply - Inv. 61388405 | 1 | 76.87 | 76.87 |
| 1/28/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 7.69 |
| 1/31/2013 | Equipment/parts | Barnes Welding Supply - Inv. 91262602 | 1 | 22.94 | 22.94 |
| 1/31/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 2.29 |
| 1/31/2013 | Postage | 4Q 2012 Emissions Report to Ms. Angela Thompson | 1 | 5.32 | 5.32 |
| 1/31/2013 | Labs/Maps | Eurofins Air Toxics Inv.#D01380Z-IN | 1 | 360.00 | 360.00 |
| 1/31/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 1/31/2013 | Equipment/parts | SVE Rental for January 2013 | 1 | 1,500.00 | 1,500.00 |
| 1/31/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |

**Total** $14,609.37

**Balance Due** $14,609.37