

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 2/6/2013 | 2446 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS | | PROJECT | | | |
|---|---|---|---|---|---|
| Net 15 | | POWER INN ROAD | | | |
| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
| 12/10/2012 | Sr. Hydrogeologist | System Maintenance, CO2 change out | 6 | 150.00 | 900.00 |
| 12/10/2012 | Sr. Hydrogeologist | MW-2 Pumping and Sampling | 2 | 150.00 | 300.00 |
| 12/31/2012 | Sr. Hydrogeologist | System maintenance & CO2 change out. Repair SVE Knoock drum instrumentation | 6 | 150.00 | 900.00 |
| 12/31/2012 | Sr. Engineering G... | Expedited groundwater Remediation at MW-2: Round 4 | 2 | 150.00 | 300.00 |
| 1/3/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out. Repair SVE Knoock drum instrumentation | 2 | 150.00 | 300.00 |
| 1/7/2013 | Principal | Expedited groundwater remediation at MW-2: Round 4-data evaluation & transmittal to Water Board | 1.5 | 195.00 | 292.50 |
| 1/7/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out | 6 | 150.00 | 900.00 |
| 1/8/2013 | Principal | Expedited groundwater remediation at MW-2: Round 4-data evaluation & transmittal to Water Board | 0.5 | 195.00 | 97.50 |
| 1/14/2013 | Sr. Hydrogeologist | System Maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 1/14/2013 | Sr. Hydrogeologist | Expedited groundwater Remediation at MW-2: Round 4-Biweekly sampling | 4 | 150.00 | 600.00 |
| 1/15/2013 | Principal | Client update | 0.5 | 195.00 | 97.50 |
| 1/21/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out | 3 | 150.00 | 450.00 |
| 1/21/2013 | Sr. Hydrogeologist | Expedited Groundwater Remediation at MW-2: Round 4-Groundwater Sampling | 2 | 150.00 | 300.00 |
| 1/21/2013 | Sr. Hydrogeologist | SVE Monthly Sampling | 3 | 150.00 | 450.00 |
| 1/22/2013 | Principal | Expedited groundwater remediation at MW-2: Round 4 | 2 | 195.00 | 390.00 |
| 1/28/2013 | Principal | 4Q 2012 SVE Emissions Monitoring Report | 1 | 195.00 | 195.00 |
| 1/28/2013 | Sr. Engineering G... | 4Q 2012 SVE Emissions Report | 6 | 150.00 | 900.00 |
| 1/28/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 1/28/2013 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2-Round 4: Groundwater Sampling. Meeting with Water Board | 2 | 150.00 | 300.00 |
| 1/29/2013 | Principal | 4Q 2012 SVE Emissions Monitoring Report | 1 | 195.00 | 195.00 |
| 1/30/2013 | Sr. Engineering G... | 4Q 2012 SVE Emissions Report | 1 | 150.00 | 150.00 |
| 1/30/2013 | Clerical Support | 4Q 2012 SVE Emissions Report | 4 | 55.00 | 220.00 |

**Total**

**Balance Due**



**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

# Invoice

| Date | Invoice # |
|---|---|
| 2/6/2013 | 2446 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS | PROJECT |
|---|---|
| Net 15 | POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1/31/2013 | Principal | Expedited Remediation at MW-2-Round 4: Meeting with Water Board | 1 | 195.00 | 195.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 1/2/2013 | Equipment/parts | Barnes Welding Supply - Inv.61382074 | 1 | 56.33 | 56.33 |
| 1/2/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 5.63 |
| 1/8/2013 | Labs/Maps | Alpha Analytical Inv. 82161 | 1 | 125.00 | 125.00 |
| 1/8/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 12.50 |
| 1/10/2013 | Permits | Air Quality Management District Inv. 1213-03-02305 - Permit Renewal | 1 | 1,428.00 | 1,428.00 |
| 1/10/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 142.80 |
| 1/15/2013 | Equipment/parts | Delta Oilfield Services Inv. 0024715 | 1 | 744.00 | 744.00 |
| 1/15/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 74.40 |
| 1/15/2013 | Equipment/parts | Barnes Welding Supply Inv. 61384994 | 1 | 76.87 | 76.87 |
| 1/15/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 7.69 |
| 1/21/2013 | Postage | 3Q2012 SVE Emissions Report - Resent hardcopy to Ms. Thompson | 1 | 5.04 | 5.04 |
| 1/24/2013 | Labs/Maps | Alpha Analytical Inv. 82338 | 1 | 125.00 | 125.00 |
| 1/24/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 12.50 |
| 1/28/2013 | Equipment/parts | Barnes Welding Supply - Inv. 61388405 | 1 | 76.87 | 78.87 |
| 1/28/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 7.69 |
| 1/31/2013 | Equipment/parts | Barnes Welding Supply - Inv. 91262602 | 1 | 22.94 | 22.94 |
| 1/31/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 2.29 |
| 1/31/2013 | Postage | 4Q 2012 Emissions Report to Ms. Angela Thompson | 1 | 5.32 | 5.32 |
| 1/31/2013 | Labs/Maps | Eurofins Air Toxics Inv.#D01380Z-IN | 1 | 360.00 | 360.00 |
| 1/31/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 1/31/2013 | Equipment/parts | SVE Rental for January 2013 | 1 | 1,500.00 | 1,500.00 |
| 1/31/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |

**Total** $14,609.37

**Balance Due** $14,609.37