1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES KOTROUS,

11          Plaintiff,                    No. 2:  02-cv-1520-FCD-JFM

12          vs.

13   GOSS-JEWETT CO. OF NORTHERN
     CALIFORNIA, INC., et al.,

14

15          Defendants.                   ORDER

16   _____/

17          Pursuant to the terms of the Court-Administered Remediation Fund Account

18   Instructions agreed to by the parties in order to implement the settlement of James Kotrous,

19   individually and doing business as The Mattress Factory v. Goss-Jewett of Northern California,

20   Inc., et al., case no. 2:02-cv-1520-FCD-JFM, Risk-Based Decisions, Inc., Invoice No. 2451 was

21   submitted in the amount of $11,485.21 for consulting services and expenses incurred at 4301

22   Power Inn Road through February 28, 2013.  This billing was sent to the court on March 5, 2013

23   with copies to counsel.  A copy of the billing is appended to this order.  No objection to the

24   billing has been filed within the seven day period during which objections must be filed to be

25   considered.

26   /////

1

1                 Accordingly, within ten days from the date of this order, the Clerk of Court is

2 directed to pay to Risk-Based Decisions, Inc. the sum of $11,485.21 from the settlement fund

3 established in the above-entitled case.

4   Dated: April 1, 2013

5                                         _____

6                               CAROLYN K. DELANEY
                              UNITED STATES MAGISTRATE JUDGE

7

8

9

  14

10 kotr1520.invoice23

11

12

  cc: all counsel

13

14

15

16

17

18

19

20

21

22

23

24

25

26