IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KOTROUS,

        Plaintiff,                      No. 2: 02-cv-1520-FCD-JFM

    vs.

GOSS-JEWETT CO. OF NORTHERN
CALIFORNIA, INC., et al.,

        Defendants.               <u>ORDER</u>

_____/

        Pursuant to the terms of the Court-Administered Remediation Fund Account Instructions agreed to by the parties in order to implement the settlement of <u>James Kotrous, individually and doing business as The Mattress Factory v. Goss-Jewett of Northern California, Inc., et al.</u>, case no. 2:02-cv-1520-FCD-JFM, the Sacramento Management Co., Inc. submitted invoice number 79585 from the State Water Resources Control Board totaling $2,426.09 for site clean-up at 4301 Power Inn Road. This billing was sent to the court on March 11, 2013 with copies to counsel. A copy of the invoice is appended to this order. No objection to the billing has been filed within the seven day period during which objections must be filed to be considered.

/////

1

Accordingly, within ten days from the date of this order, the Clerk of Court is directed to pay to the State Water Resources Control Board the sum of $2,426.09 from the settlement fund established in the above-entitled case.

Dated: April 1, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14
kotr1520.invoice24

cc: all counsel