# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 4/2/2013 | 2460 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3/7/2013 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 6 | 150.00 | 900.00 |
| 3/11/2013 | Sr. Engineering G... | 1st Semi-Annual Groundwater Sampling | 8 | 150.00 | 1,200.00 |
| 3/11/2013 | Sr. Hydrogeologist | System Maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 3/11/2013 | Sr. Hydrogeologist | 1st Semi-Annual Groundwater sampling | 4 | 150.00 | 600.00 |
| 3/12/2013 | Sr. Engineering G... | 1st Semi-Annual Groundwater Sampling | 8 | 150.00 | 1,200.00 |
| 3/12/2013 | Sr. Hydrogeologist | 1st Semi-Annual Groundwater sampling | 8 | 150.00 | 1,200.00 |
| 3/13/2013 | Sr. Engineering G... | Expedited groundwater remediation at MW-2: Round 4 | 4 | 150.00 | 600.00 |
| 3/13/2013 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2: Round 4 | 8 | 150.00 | 1,200.00 |
| 3/18/2013 | Principal | Expedited groundwater remediation at MW-2: Phase 4- Troubleshoot pressure buildup | 1 | 195.00 | 195.00 |
| 3/18/2013 | Sr. Hydrogeologist | SVE Monthly Sampling | 8 | 150.00 | 1,200.00 |
| 3/19/2013 | Sr. Engineering G... | Profiling of carbon for change out | 1 | 150.00 | 150.00 |
| 3/20/2013 | Sr. Hydrogeologist | System maintenance & Co2 change out | 4 | 150.00 | 600.00 |
| 3/20/2013 | Sr. Engineering G... | Profiling of carbon for change out | 3 | 150.00 | 450.00 |
| 3/21/2013 | Sr. Engineering G... | Expedited groundwater cleanup at MW-2: Phase 4 Groundwater Sampling | 2 | 150.00 | 300.00 |
| 3/25/2013 | Sr. Hydrogeologist | System Maintenance, CO2 Change out | 4 | 150.00 | 600.00 |
| 3/27/2013 | Sr. Engineering G... | 1st Semi-Annual Groundwater Sampling | 1 | 150.00 | 150.00 |
| 3/28/2013 | Sr. Engineering G... | 1Q 2013 Emissions Report | 6 | 150.00 | 900.00 |
| 3/28/2013 | Sr. Engineering G... | Expedited Groundwater Remediation Phase 4 | 2 | 150.00 | 300.00 |
| 3/29/2013 | Sr. Engineering G... | 1Q 2013 Emissions Report | 2 | 150.00 | 300.00 |
| 3/29/2013 | Sr. Hydrogeologist | System Maintenance, CO2 Change out | 3 | 150.00 | 450.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 1/16/2013 | Labs/Maps | Alpha Analytical Inv. 82254 | 1 | 125.00 | 125.00 |
| 1/16/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 12.50 |
| 2/25/2013 | Equipment/parts | Barnes Welding Supply - Inv. 61396703 | 1 | 76.87 | 76.87 |
| 2/25/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 7.69 |
| 2/28/2013 | Equipment/parts | Barnes Welding Supply - Inv.91265326 | 1 | 20.72 | 20.72 |
| 2/28/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 2.07 |

**Total**

**Balance Due**

Page 1

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 4/2/2013 | 2460 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3/5/2013 | Labs/Maps | Air Toxics Inv. D02450Z-IN | 1 | 360.00 | 360.00 |
| 3/5/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 3/11/2013 | Equipment/parts | Pump - GW Sampling | 1 | 45.00 | 45.00 |
| 3/11/2013 | Subcontractor Mar... | 10% on above | | 4.50 | 4.50 |
| 3/11/2013 | Equipment/parts | Generator - GW Sampling | 1 | 55.00 | 55.00 |
| 3/11/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 5.50 |
| 3/11/2013 | Equipment/parts | pH Meter - GW Sampling | 1 | 40.00 | 40.00 |
| 3/11/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 4.00 |
| 3/11/2013 | Equipment/parts | Water Level Indicator - GW Sampling | | 25.00 | 25.00 |
| 3/11/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 2.50 |
| 3/11/2013 | Materials/Supplies | Gloves - GW Sampling | 1 | 9.00 | 9.00 |
| 3/11/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 0.90 |
| 3/11/2013 | Equipment/parts | Barnes Welding Supply Inv. 61401435 | 1 | 76.87 | 76.87 |
| 3/11/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 7.69 |
| 3/12/2013 | Equipment/parts | Pump - GW Sampling | 1 | 45.00 | 45.00 |
| 3/12/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 4.50 |
| 3/12/2013 | Equipment/parts | Generator - GW Sampling | 1 | 55.00 | 55.00 |
| 3/12/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 5.50 |
| 3/12/2013 | Equipment/parts | pH Meter - GW Sampling | 1 | 40.00 | 40.00 |
| 3/12/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 4.00 |
| 3/13/2013 | Equipment/parts | Water Level Indicator - GW Sampling | 1 | 25.00 | 25.00 |
| 3/13/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 2.50 |
| 3/13/2013 | Materials/Supplies | Napa Store | 1 | 4.28 | 4.28 |
| 3/13/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 0.43 |
| 3/13/2013 | Materials/Supplies | Napa Store | 1 | 18.58 | 18.58 |
| 3/13/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 1.86 |
| 3/13/2013 | Materials/Supplies | Napa Store | 1 | 5.93 | 5.93 |
| 3/13/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 0.59 |
| 3/18/2013 | Equipment/parts | PID, Gloves etc.- SVE Monthly Sampling | 1 | 100.00 | 100.00 |
| 3/25/2013 | Labs/Maps | Alpha Analytical Inv. 82934 | 1 | 1,325.00 | 1,325.00 |
| 3/25/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 132.50 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 4/2/2013 | 2460 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3/25/2013 | Equipment/parts | Barnes Welding Supply Inv. 61405104 | 1 | 76.87 | 76.87 |
| 3/25/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 7.69 |
| 3/26/2013 | Labs/Maps | Air Toxics Inv. D03327Z-IN | 1 | 360.00 | 360.00 |
| 3/26/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 3/28/2013 | Materials/Supplies | Barnes Welding Supply Inv.#11882127-00 | 1 | 43.74 | 43.74 |
| 3/28/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 4.37 |
| 3/28/2013 | Materials/Supplies | Dean Bennett Supply Co. Inv.#150488 | 1 | 87.25 | 87.25 |
| 3/28/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 8.73 |
| 3/31/2013 | Equipment/parts | Barnes Welding Supply Inv. 91268038 | 1 | 22.94 | 22.94 |
| 3/31/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 2.29 |
| 3/31/2013 | Equipment/parts | SVE Rental for March 2013 | 1 | 1,500.00 | 1,500.00 |
| 3/31/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |

**Total** $18,082.36

**Balance Due** $18,082.36