# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 5/16/2013 | 2468 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | PROJECT |
|---|---|
| Net 15 | POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 4/1/2013 | Sr. Hydrogeologist | System maintenance, CO2 change out and carbon change out | 6 | 150.00 | 900.00 |
| 4/1/2013 | Sr. Hydrogeologist | 1Q 2013 SVE Emissions Monitoring Report | 3 | 150.00 | 450.00 |
| 4/1/2013 | Sr. Engineering G... | Expedited Remediation at MW-2: Phase 4 | 4 | 150.00 | 600.00 |
| 4/1/2013 | Sr. Engineering G... | 1st Semi-Annual Groundwater Monitoring & Remediation Progress Report | 4 | 150.00 | 600.00 |
| 4/2/2013 | Sr. Engineering G... | 1Q 2013 SVE Emissions Monitoring Report | 3 | 150.00 | 450.00 |
| 4/2/2013 | Sr. Engineering G... | 1st Semi-Annual Groundwater Monitoring & Remediation Progress Report | 4 | 150.00 | 600.00 |
| 4/3/2013 | Sr. Engineering G... | 1st Semi-Annual Groundwater Monitoring & Remediation Progress Report | 3 | 150.00 | 450.00 |
| 4/4/2013 | Sr. Hydrogeologist | 1Q 2013 SVE Emissions Monitoring Report | 5 | 150.00 | 750.00 |
| 4/8/2013 | Principal | Replace clogged DDC well screen | 1 | 195.00 | 195.00 |
| 4/8/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out | 6 | 150.00 | 900.00 |
| 4/9/2013 | Sr. Hydrogeologist | Monthly SVE & DDC sampling | 8 | 150.00 | 1,200.00 |
| 4/9/2013 | Sr. Engineering G... | Expedited Groundwater Remediation at MW-2: Phase 4. Repair pump and re-install | 8 | 150.00 | 1,200.00 |
| 4/10/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out | 5 | 150.00 | 750.00 |
| 4/10/2013 | Sr. Hydrogeologist | Expedited groundwater Remediation at MW-2: Phase 4 sampling MW-2 | 2 | 150.00 | 300.00 |
| 4/11/2013 | Sr. Engineering G... | Expedited Groundwater Remediation at MW-2: Phase 4. Repair pump and re-install | 4 | 150.00 | 600.00 |
| 4/15/2013 | Sr. Engineering G... | Expedited Groundwater Remediation at MW-2: Phase 4 | 3 | 150.00 | 450.00 |
| 4/17/2013 | Sr. Engineering G... | Expedited Groundwater Remediation at MW-2: Phase 4 | 4 | 150.00 | 600.00 |
| 4/18/2013 | Sr. Engineering G... | Expedited Groundwater Remediation at MW-2: Phase 4 | 3 | 150.00 | 450.00 |
| 4/22/2013 | Principal | 1Q 2013 SVE Emissions Monitoring Report | 1 | 195.00 | 195.00 |
| 4/22/2013 | Sr. Engineering G... | 1Q 2013 SVE Emissions Monitoring Report | 4 | 150.00 | 600.00 |
| 4/23/2013 | Principal | 1Q 2013 SVE Emissions Monitoring Report | 1 | 195.00 | 195.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 5/16/2013 | 2468 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS | | PROJECT | | |
|---|---|---|---|---|
| Net 15 | | POWER INN ROAD | | |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 4/23/2013 | Sr. Engineering G... | 1st 2013 Semi-Annual Groundwater Monitoring & Remediation Progress Report | 8 | 150.00 | 1,200.00 |
| 4/24/2013 | Sr. Engineering G... | 1Q 2013 SVE Emissions Monitoring Report | 6 | 150.00 | 900.00 |
| 4/25/2013 | Sr. Engineering G... | 1st 2013 Semi-Annual Groundwater Monitoring & Remediation Progress Report | 9 | 150.00 | 1,350.00 |
| 4/26/2013 | Sr. Engineering G... | 1st 2013 Semi-Annual Groundwater Monitoring & Remediation Progress Report | 3 | 150.00 | 450.00 |
| 4/26/2013 | Sr. Hydrogeologist | SVE O&M | 4 | 150.00 | 600.00 |
| 4/29/2013 | Sr. Hydrogeologist | System maintenance & $CO_2$ change out | 6 | 150.00 | 900.00 |
| 4/29/2013 | Sr. Engineering G... | 1Q 2013 SVE Emissions Monitoring Report | 1 | 150.00 | 150.00 |
| 4/29/2013 | Sr. Engineering G... | 2013 Semi-Annual Groundwater Monitoring & Remediation Progress Report | 2 | 150.00 | 300.00 |
| 4/29/2013 | Clerical Support | 1Q 2013 SVE Emissions Monitoring Report | 4 | 55.00 | 220.00 |
| 4/30/2013 | Principal | 1st Semi-annual groundwater monitoring & remediation progress Report | 4 | 195.00 | 780.00 |
| 4/30/2013 | Sr. Engineering G... | 1Q 2013 SVE Emissions Monitoring Report | 1 | 150.00 | 150.00 |
| 4/30/2013 | Sr. Engineering G... | 2013 Semi-Annual Groundwater Monitoring & Remediation Progress Report | 6 | 150.00 | 900.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 4/3/2013 | Equipment/parts | Siemens Inv. 901184838 | 1 | 5,539.56 | 5,539.56 |
| 4/3/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 553.96 |
| 4/8/2013 | Equipment/parts | Barnes Welding Supply Inv. 61410127 | 1 | 77.23 | 77.23 |
| 4/8/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 7.72 |
| 4/9/2013 | Materials/Supplies | Home Depot | 1 | 10.61 | 10.61 |
| 4/9/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 1.06 |
| 4/9/2013 | Equipment/parts | Cascade Drilling Inv. S3041.01 | 1 | 2,360.00 | 2,360.00 |
| 4/9/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 236.00 |
| 4/9/2013 | Materials/Supplies | Home Depot | 1 | 4.90 | 4.90 |
| 4/9/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 0.49 |
| 4/18/2013 | Equipment/parts | INW Inv. 43373 | 1 | 306.34 | 306.34 |
| 4/18/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 30.63 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 5/16/2013 | 2468 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | | PROJECT |
|---|---|---|
| Net 15 | | POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 4/22/2013 | Equipment/parts | Barnes Welding Supply Inv. 61413678 | 1 | 77.23 | 77.23 |
| 4/22/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 7.72 |
| 4/23/2013 | Labs/Maps | Air Toxics Inv. D04306Z-IN | 1 | 360.00 | 360.00 |
| 4/23/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 4/23/2013 | Labs/Maps | Alpha Analytical Inv. 83265 | 1 | 125.00 | 125.00 |
| 4/23/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 12.50 |
| 4/29/2013 | Postage | 1Q 2013 Emissions Report | 1 | 5.32 | 5.32 |
| 4/29/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 0.53 |
| 4/29/2013 | Postage | 1Q 2013 GW Monitoring & Remediation Report - Mr. Gerald Djuth | 1 | 6.16 | 6.16 |
| 4/29/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 0.62 |
| 4/29/2013 | Postage | 1Q 2013 GW Monitoring & Remediation Report - Greg Peterson, Esq. | 1 | 6.16 | 6.16 |
| 4/29/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 0.62 |
| 4/30/2013 | Equipment/parts | Barnes Welding Supply Inv. 91270763 - Power Inn Road | 1 | 22.20 | 22.20 |
| 4/30/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 2.22 |
| 4/30/2013 | Equipment/parts | SVE Rental for April 2013 | 1 | 1,500.00 | 1,500.00 |
| 5/30/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |

**Total** $31,775.78

**Balance Due** $31,775.78