# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 6/10/2013 | 2479 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/1/2013 | Sr. Engineering G... | Expedited groundwater remediation at MW-2: Phase 4;Troubleshoot system blockage | 5 | 150.00 | 750.00 |
| 5/1/2013 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2: Phase 4; Troubleshoot Baker Tank block & make repairs | 4 | 150.00 | 600.00 |
| 5/2/2013 | Sr. Engineering G... | Expedited groundwater remediation at MW-2: Phase 4;Troubleshoot system blockage | 2 | 150.00 | 300.00 |
| 5/2/2013 | Clerical Support | 2013 Semi-Annual GW Monitoring & Remediation Progress Report | 4 | 55.00 | 220.00 |
| 5/3/2013 | Sr. Hydrogeologist | Expedited groundwater remediation at MW-2: Phase 4; Troubleshoot Baker Tank block & make repairs | 4 | 150.00 | 600.00 |
| 5/3/2013 | Principal | Expedited groundwater remediation at MW-2: Phase 4; Troubleshoot pump breakdown | 1.5 | 195.00 | 292.50 |
| 5/6/2013 | Sr. Engineering G... | Expedited groundwater remediation at MW-2: Phase 4 | 3 | 150.00 | 450.00 |
| 5/6/2013 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 8 | 150.00 | 1,200.00 |
| 5/7/2013 | Principal | Expedited groundwater remediation at MW-2: Phase 4; Troubleshoot blockage in system | 1 | 195.00 | 195.00 |
| 5/13/2013 | Sr. Hydrogeologist | System maintenance and CO2 changeout | 4 | 150.00 | 600.00 |
| 5/13/2013 | Sr. Hydrogeologist | Expedited Remediation at MW-2: Round 4 - MQ-2 monthly sampling | 3 | 150.00 | 450.00 |
| 5/14/2013 | Principal | Troubleshoot SVE Blower Unit - needs replacement | 1 | 195.00 | 195.00 |
| 5/20/2013 | Sr. Hydrogeologist | System maintenance and CO2 changeout | 4 | 150.00 | 600.00 |
| 5/24/2013 | Principal | Expedited Remediation at MW-2: Phase 4- Troubleshoot pump breakdown | 2 | 195.00 | 390.00 |
| 5/28/2013 | Sr. Hydrogeologist | System maintenance - repair valve leak | 8 | 150.00 | 1,200.00 |
| 5/28/2013 | Principal | Expedited groundwater remediation at MW-2: Phase 4--Troubleshoot clogged pipe from Baker drum & valve leak | 2 | 195.00 | 390.00 |
| 5/28/2013 | Sr. Engineering G... | Expedited groundwater remediation at MW2: Phase 4; Repair leaking valve from Baker tank | 2 | 150.00 | 300.00 |

We appreciate your prompt payment.

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 6/10/2013 | 2479 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | PROJECT |
|---|---|
| Net 15 | POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/29/2013 | Principal | Expedited groundwater remediation at MW-2: Phase 4--Troubleshoot clogged pipe from Baker drum & valve leak | 1 | 195.00 | 195.00 |
| 5/29/2013 | Sr. Hydrogeologist | System Maintenance-repair valve leak - | 8 | 150.00 | 1,200.00 |
| 5/29/2013 | Sr. Engineering G... | Expedited groundwater remediation at MW-2: Phase 4- Repair leaking valve from Baker tank | 2 | 150.00 | 300.00 |
| 5/30/2013 | Principal | Expedited groundwater remediation at MW-2: Phase 4--Troubleshoot clogged pipe from Baker drum & valve leak | 1 | 195.00 | 195.00 |
| 5/30/2013 | Sr. Hydrogeologist | Monthly SVE Sampling | 6 | 150.00 | 900.00 |
| 5/30/2013 | Sr. Engineering G... | Expedited groundwater remediation at MW-2: Phase 4- Repair leaking valve from Baker tank | 6 | 150.00 | 900.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 5/3/2013 | Materials/Supplies | The Home Depot | 1 | 16.01 | 16.01 |
| 5/3/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 1.60 |
| 5/3/2013 | Materials/Supplies | The Home Depot | 1 | 5.07 | 5.07 |
| 5/6/2013 | Equipment/parts | PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 5/13/2013 | Equipment/parts | Barnes Welding Supply Inv. 61419880 | 1 | 77.23 | 77.23 |
| 5/13/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 7.72 |
| 5/13/2013 | Equipment/parts | PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 5/20/2013 | Equipment/parts | PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 5/23/2013 | Materials/Supplies | Sierra Chemical Co. Inv.#75346 | 1 | 610.70 | 610.70 |
| 5/23/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 61.07 |
| 5/23/2013 | Materials/Supplies | Lowes | 1 | 1.06 | 1.06 |
| 5/24/2013 | Materials/Supplies | The Home Depot | 1 | 14.92 | 14.92 |
| 5/24/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 1.49 |
| 5/24/2013 | Materials/Supplies | The Home Depot | 1 | 27.10 | 27.10 |
| 5/24/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 2.71 |
| 5/24/2013 | Materials/Supplies | The Home Depot | 1 | 23.87 | 23.87 |
| 5/24/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 2.39 |
| 5/28/2013 | Materials/Supplies | The Home Depot | 1 | 3.23 | 3.23 |

We appreciate your prompt payment.

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 6/10/2013 | 2479 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | PROJECT |
|---|---|
| Net 15 | POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/28/2013 | Materials/Supplies | The Home Depot | 1 | 3.52 | 3.52 |
| 5/28/2013 | Materials/Supplies | The Home Depot | 1 | 2.15 | 2.15 |
| 5/28/2013 | Materials/Supplies | The Home Depot | 1 | 32.52 | 32.52 |
| 5/28/2013 | Materials/Supplies | Costco | 1 | 26.36 | 26.36 |
| 5/28/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 2.64 |
| 5/30/2013 | Labs/Maps | Alpha Analytical Inv. 83650 | 1 | 125.00 | 125.00 |
| 5/30/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 12.50 |
| 5/30/2013 | Equipment/parts | PID, Gloves, etc. - Monthly Sampling | 1 | 100.00 | 100.00 |
| 5/30/2013 | Materials/Supplies | The Home Depot | 1 | 10.27 | 10.27 |
| 5/30/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 1.03 |
| 5/30/2013 | Materials/Supplies | Napa Auto parts Inv.#13250 | 1 | 6.50 | 6.50 |
| 5/30/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 0.65 |
| 5/30/2013 | Materials/Supplies | Napa Auto parts Inv.#132566 | 1 | 29.28 | 29.28 |
| 5/30/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 2.93 |
| 5/30/2013 | Equipment/parts | Sacramento Windustrial Co. # 281014-00 | 1 | 34.38 | 34.38 |
| 5/30/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 3.44 |
| 5/30/2013 | Equipment/parts | Sacramento Windustrial Co. #280903-00 | 1 | 171.21 | 171.21 |
| 5/30/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 17.12 |
| 5/31/2013 | Equipment/parts | Barnes Welding Supply Inv. 91273443 | 1 | 22.94 | 22.94 |
| 5/31/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 2.29 |
| 5/31/2013 | Equipment/parts | SVE Rental for May 2013 | 1 | 1,500.00 | 1,500.00 |
| 5/31/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |

We appreciate your prompt payment.

**Total** $15,835.40

**Balance Due** $15,835.40