1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES KOTROUS,                          No.  2:02-cv-1520 FCD JFM

12             Plaintiff,

13        v.

14   GOSS-JEWETT CO. OF NORTHERN             ORDER
     CALIFORNIA, INC., et al.,
15
             Defendants.
16

17           Pursuant to the terms of the Court-Administered Remediation Fund Account

18   Instructions agreed to by the parties in order to implement the settlement of James Kotrous,

19   individually and doing business as The Mattress Factory v. Goss-Jewett of Northern California,

20   Inc., et al., case no. 2:02-cv-1520-FCD-JFM, Risk-Based Decisions, Inc., Invoice No. 2485 was

21   submitted in the amount of $10,174.47 for consulting services and expenses incurred at 4301

22   Power Inn Road through June 20, 2013.  This billing was sent to the court on July 1, 2013, with

23   copies to counsel.  A copy of the billing is appended to this order.  No objection to the billing has

24   been filed within the seven day period during which objections must be filed to be considered.

25   /////

26   /////

27   /////

28   /////

                                         1

1       Accordingly, within ten days from the date of this order, the Clerk of Court is

2   directed to pay to Risk-Based Decisions, Inc. the sum of $10,174.47 from the settlement fund

3   established in the above-entitled case.

4   Dated:  July 12, 2013

5                                                   _____
                                                    CAROLYN K. DELANEY
6                                                   UNITED STATES MAGISTRATE JUDGE

7

8   kotr1520.invoice.27

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28