# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 6/28/2013 | 2485 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 6/3/2013 | Sr. Hydrogeologist | System maintenance & CO2 changeout. Repair & replace valve | 8 | 150.00 | 1,200.00 |
| 6/3/2013 | Sr. Engineering G... | Expedited Groundwater Remediation at MW-2: Phase 4: Valve repair & restart | 4 | 150.00 | 600.00 |
| 6/7/2013 | Sr. Hydrogeologist | System maintenance & CO2 changeout. Repair & replace valve | 4 | 150.00 | 600.00 |
| 6/7/2013 | Sr. Engineering G... | Expedited Groundwater Remediation at MW-2: Phase 4: Valve repair & restart | 3 | 150.00 | 450.00 |
| 6/10/2013 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 6/10/2013 | Sr. Hydrogeologist | 2Q 2013 Groundwater Sampling | 4 | 150.00 | 600.00 |
| 6/10/2013 | Sr. Engineering G... | 2Q 2013 Groundwater Sampling | 8 | 150.00 | 1,200.00 |
| 6/11/2013 | Principal | Expedited groundwater Remediation at MW-2: Phase 4 | 2 | 195.00 | 390.00 |
| 6/21/2013 | Sr. Engineering G... | 2Q 2013 SVE Emissions Monitoring Report | 2 | 150.00 | 300.00 |
| 6/17/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 6/17/2013 | Sr. Hydrogeologist | Monthly SVE Emissions Sampling | 4 | 150.00 | 600.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 6/3/2013 | Equipment/parts | PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 6/4/2013 | Equipment/parts | Barnes Welding Supply Inv. 61426439 | 1 | 77.23 | 77.23 |
| 6/4/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 7.72 |
| 6/6/2013 | Labs/Maps | Air Toxics Inv. D05618Z-IN | 1 | 260.00 | 260.00 |
| 6/6/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 26.00 |
| 6/7/2013 | Equipment/parts | PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 6/7/2013 | Materials/Supplies | Home Depot | 1 | 5.80 | 5.80 |
| 6/10/2013 | Equipment/parts | PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 6/10/2013 | Equipment/parts | GW Sampling - Pump | 1 | 45.00 | 45.00 |
| 6/10/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 4.50 |
| 6/10/2013 | Equipment/parts | GW Sampling - Generator | 1 | 55.00 | 55.00 |
| 6/10/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 5.50 |
| 6/10/2013 | Equipment/parts | GW Sampling - pH Meter | 1 | 40.00 | 40.00 |
| 6/10/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 4.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 6/28/2013 | 2485 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 6/10/2013 | Equipment/parts | GW Sampling - Water Level Indicator | 1 | 25.00 | 25.00 |
| 6/10/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 2.50 |
| 6/10/2013 | Materials/Supplies | GW Sampling - Gloves | 1 | 9.00 | 9.00 |
| 6/17/2013 | Equipment/parts | PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 6/24/2013 | Materials/Supplies | NAPA Store | 1 | 21.22 | 21.22 |
| 6/25/2013 | Labs/Maps | Air Toxics Inv. D0621Z-IN | 1 | 360.00 | 360.00 |
| 6/25/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 6/30/2013 | Equipment/parts | SVE Rental for June 2013 | 1 | 1,500.00 | 1,500.00 |
| 6/30/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |

**Total** $10,174.47

**Balance Due** $10,174.47