**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

# Invoice

| Date | Invoice # |
|---|---|
| 8/1/2013 | 2490 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS | PROJECT |
|---|---|
| Net 15 | POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 6/24/2013 | Sr. Engineering G... | 2Q 2013 SVE Emissions Monitoring Report | 3 | 150.00 | 450.00 |
| 6/24/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 6/25/2013 | Sr. Engineering G... | 2Q 2013 SVE Emissions Monitoring Report | 4 | 150.00 | 600.00 |
| 6/27/2013 | Sr. Engineering G... | 2Q 2013 SVE Emissions Monitoring Report | 3 | 150.00 | 450.00 |
| 6/28/2013 | Sr. Hydrogeologist | 2Q 2013 SVE Emissions Monitoring Report | 4 | 150.00 | 600.00 |
| 7/1/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out | 6 | 150.00 | 900.00 |
| 7/2/2013 | Principal | 2Q 2013 SVE Emissions Monitoring Report | 2 | 195.00 | 390.00 |
| 7/8/2013 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 7/8/2013 | Sr. Hydrogeologist | Expedited Remediation at MW-2: Phase 4- MW-2 sampling | 3 | 150.00 | 450.00 |
| 7/11/2013 | Principal | 2Q 2013 SVE Emissions Monitoring Report | 2 | 195.00 | 390.00 |
| 7/15/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out-blower motor dying out - needs to be replaced | 6 | 150.00 | 900.00 |
| 7/15/2013 | Clerical Support | Out-of-Scope: Responses for past invoices to accounting firm (Ueltzen & Co) | 4 | 55.00 | 220.00 |
| 7/22/2013 | Sr. Engineering G... | 2Q 2013 SVE Emissions Monitoring Report | 2 | 150.00 | 300.00 |
| 7/22/2013 | Sr. Hydrogeologist | Monthly SVE Emissions Sampling | 8 | 150.00 | 1,200.00 |
| 7/22/2013 | Clerical Support | 2Q 2013 SVE Emissions Monitoring Report | 2 | 55.00 | 110.00 |
| 7/25/2013 | Sr. Engineering G... | SVE O&M: Change blower units | 7 | 150.00 | 1,050.00 |
| 7/25/2013 | Sr. Hydrogeologist | System maintenance, replace blower & CO2 changeout | 8 | 150.00 | 1,200.00 |
| 7/26/2013 | Sr. Engineering G... | SVE O&M: Change blower units | 3 | 150.00 | 450.00 |
| 7/26/2013 | Sr. Hydrogeologist | System maintenance, replace blower & CO2 changeout | 4 | 150.00 | 600.00 |
| 7/29/2013 | Clerical Support | 2Q 2013 SVE Emissions Monitoring Report | 2 | 55.00 | 110.00 |
| 7/29/2013 | Principal | SVE System O&M: Troubleshoot blower- damaged beyond repair- replace | 2 | 195.00 | 390.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 6/17/2013 | Equipment/parts | Barnes Welding Supply Inv. 61429798 | 1 | 77.23 | 77.23 |
| 6/17/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 7.72 |
| 6/24/2013 | Equipment/parts | PID, Gloves etc. | 1 | 100.00 | 100.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 8/1/2013 | 2490 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 6/26/2013 | Labs/Maps | Alpha Analytical Inv. 83995 | 1 | 925.00 | 925.00 |
| 6/26/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 92.50 |
| 6/30/2013 | Equipment/parts | Barnes Welding Supply Inv. 91276117 | 1 | 22.20 | 22.20 |
| 6/30/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 2.22 |
| 7/1/2013 | Equipment/parts | PID, Gloves etc. | 1 | 100.00 | 100.00 |
| 7/1/2013 | Equipment/parts | Barnes Welding Supply Inv. 61434388 | 1 | 77.23 | 77.23 |
| 7/1/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 7.72 |
| 7/8/2013 | Equipment/parts | PID, Gloves etc. | 1 | 100.00 | 100.00 |
| 7/15/2013 | Equipment/parts | Barnes Welding Supply Inv. 61437449 | 1 | 77.23 | 77.23 |
| 7/15/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 7.72 |
| 7/15/2013 | Equipment/parts | PID, Gloves etc. | 1 | 100.00 | 100.00 |
| 7/25/2013 | Labs/Maps | Alpha Analytical Inv. 84390 | 1 | 125.00 | 125.00 |
| 7/25/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 12.50 |
| 7/25/2013 | Equipment/parts | PID, Gloves etc. | 1 | 100.00 | 100.00 |
| 7/26/2013 | Materials/Supplies | Home Depot - | 1 | 14.58 | 14.58 |
| 7/26/2013 | Equipment/parts | PID, Gloves etc. | 1 | 100.00 | 100.00 |
| 7/29/2013 | Labs/Maps | Air Toxics Inv. D07411Z-IN | 1 | 360.00 | 360.00 |
| 7/29/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 7/29/2013 | Postage | 2Q 2013 Emissions Report to Angela Thompson | 1 | 5.32 | 5.32 |
| 7/29/2013 | Equipment/parts | SVE Rental for July 2013 | 1 | 1,500.00 | 1,500.00 |
| 7/29/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |

**Total** $16,060.17

**Balance Due** $16,060.17