1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES KOTROUS,                             No.  2:02-cv-1520 FCD JFM

12                   Plaintiff,

13        v.                                     ORDER

14   GOSS-JEWETT CO. OF NORTHERN
     CALIFORNIA, INC., et al.,
15
                     Defendants.
16

17

18        On August 27, 2013, Eleanor Anselmo, Rosalie A. Anselmo (Trustee, The Edward A.

19   Anselmo and Rosalie A. Anselmo 1992 Revocable Trust), Dave Davelaar, Linda Davelaar, Karen

20   L. Lilienthal, and Karen L. Lilienthal (collectively "the Anselmo Parties") filed a request for

21   accounting of funds held in the court-administered remediation fund.  ECF No. 437.  The

22   Anselmo Parties also requested an itemization of the following: (1) the dates and amounts of

23   money deposited into the remediation fund, including interest payments; (2) the identity of the

24   entities to whom money has been disbursed, together with the dates and amounts of such

25   disbursements; and (3) the amount of registry fees charged to the remediation fund.  Id.  No party

26   has filed objections to the request for an accounting of funds.

27   /////

28   /////

                                              1

An examination of the court's records indicates that the balance of the remediation fund as of September 30, 2013, is $145,553.11.

With regard to deposits, including interest, the court's records indicate the following transactions:[1]

| Date | Amount |
|------|--------|
| 05/10/2011 | $50,000.00 |
| 05/13/2011 | $45,000.00 |
| 05/13/2011 | $243,450.00 |
| 05/13/2011 | $206,550.00 |
| 05/27/2011 | $62,500.00 |
| 06/08/2011 | $62,500.00 |

With regard to the disbursement of funds including payees and dates, the court's records indicate the following:

| Date | Payee | Amount |
|------|-------|--------|
| 07/29/2011 | Risk-Based Decisions, Inc. | $8,104.85 |
| 08/10/2011 | Risk-Based Decisions, Inc. | $10,175.11 |
| 10/12/2011 | Risk-Based Decisions, Inc. | $10,125.38 |
| 10/12/2011 | Risk-Based Decisions, Inc. | $8,969.64 |
| 10/26/2011 | Risk-Based Decisions, Inc. | $6,227.99 |
| 11/14/2011 | Risk-Based Decisions, Inc. | $25,292.31 |
| 12/27/2011 | Risk-Based Decisions, Inc. | $14,795.49 |
| 01/27/2012 | Risk-Based Decisions, Inc. | $10,188.84 |
| 03/07/2012 | Risk-Based Decisions, Inc. | $11,944.07 |
| 05/03/2012 | Risk-Based Decisions, Inc. | $67,357.52 |
| 06/04/2012 | Risk-Based Decisions, Inc. | $24,519.78 |
| 07/09/2012 | Risk-Based Decisions, Inc. | $16,481.37 |

[1] Because the account is in treasury bonds, the court does not have a specific amount of interest, and will not have this amount until the account is closed.

| Date | Payee | Amount |
|------|-------|--------|
| 08/13/2012 | State Water Resources Control Board | $36,925.58 |
| 08/13/2012 | Risk-Based Decisions, Inc. | $10,075.78 |
| 09/06/2012 | Risk-Based Decisions, Inc. | $11,213.59 |
| 09/24/2012 | Risk-Based Decisions, Inc. | $29,860.57 |
| 10/23/2012 | Risk-Based Decisions, Inc. | $26,869.15 |
| 01/10/2013 | Risk-Based Decisions, Inc. | $38,357.82 |
| 01/29/2013 | Risk-Based Decisions, Inc. | $11,204.19 |
| 01/29/2013 | Sacramento Management Co., Inc. | $10,929.06 |
| 04/12/2013 | Risk-Based Decisions, Inc. | $11,485.21 |
| 04/12/2013 | State Water Resources Control Board | $2,426.09 |
| 06/13/2013 | Risk-Based Decisions, Inc. | $14,609.37 |
| 06/13/2013 | Risk-Based Decisions, Inc. | $18,082.36 |
| 06/13/2013 | Risk-Based Decisions, Inc. | $31,775.78 |
| 06/28/2013 | Risk-Based Decisions, Inc. | $15,835.40 |
| 07/18/2013 | Risk-Based Decisions, Inc. | $10,174.47 |
| 08/15/2013 | Risk-Based Decisions, Inc. | $16,060.17 |
| 09/26/2013 | Risk-Based Decisions, Inc. | $14,379.95 |

With regard to the amount of registry fees charged to the remediation fund, no registry fees have been charged yet.  Because the registry fee is a percentage of the interest charged, the court will not have this amount until the account is closed.

Dated:  September 27, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

kotr1520.bal

3