# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 10/8/2013 | 2503 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 9/3/2013 | Sr. Hydrogeologist | System maintenance- remove & replace DDC Blower | 4 | 150.00 | 600.00 |
| 9/5/2013 | Sr. Hydrogeologist | System maintenance- remove & replace DDC Blower | 2 | 150.00 | 300.00 |
| 9/6/2013 | Sr. Hydrogeologist | System maintenance- remove & replace DDC Blower | 8 | 150.00 | 1,200.00 |
| 9/6/2013 | Principal | SVE O&M: Replace DDC blower | 4.5 | 195.00 | 877.50 |
| 9/9/2013 | Principal | SVE O&M: Replace SVE Blower | 4 | 195.00 | 780.00 |
| 9/9/2013 | Sr. Hydrogeologist | System maintenance- Replace SVE & DDC Blowers | 8 | 150.00 | 1,200.00 |
| 9/13/2013 | Sr. Hydrogeologist | System maintenance- Replace SVE & DDC Blowers | 2 | 150.00 | 300.00 |
| 9/16/2013 | Sr. Hydrogeologist | System maintenance | 4 | 150.00 | 600.00 |
| 9/16/2013 | Sr. Hydrogeologist | SVE Emissions Monthly Sampling | 4 | 150.00 | 600.00 |
| 9/23/2013 | Sr. Engineering G... | GW Sampling - All wells Annual Event | 1 | 150.00 | 150.00 |
| 9/24/2013 | Sr. Hydrogeologist | Annual Groundwater Sampling | 8 | 150.00 | 1,200.00 |
| 9/24/2013 | Sr. Engineering G... | Annual Groundwater Sampling | 8 | 150.00 | 1,200.00 |
| 9/25/2013 | Sr. Hydrogeologist | Annual Groundwater Sampling | 8 | 150.00 | 1,200.00 |
| 9/25/2013 | Sr. Engineering G... | Annual Groundwater Sampling | 8 | 150.00 | 1,200.00 |
| 9/26/2013 | Sr. Hydrogeologist | Annual Groundwater Sampling | 8 | 150.00 | 1,200.00 |
| 9/26/2013 | Sr. Engineering G... | Annual Groundwater Sampling | 8 | 150.00 | 1,200.00 |
| 9/27/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 9/30/2013 | Principal | 3Q 2013/Annual Groundwater Data Evaluation | 2 | 195.00 | 390.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 8/31/2013 | Equipment/parts | Barnes Welding Supply Inv. 91281454 | 1 | 22.94 | 22.94 |
| 8/31/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 2.29 |
| 9/3/2013 | Equipment/parts | PID, Gloves, etc. - System Maintenance | 1 | 100.00 | 100.00 |
| 9/5/2013 | Materials/Supplies | Home Depot | 1 | 5.17 | 5.17 |
| 9/6/2013 | Materials/Supplies | Harrington Plastics #010D0857 | 1 | 6.55 | 6.55 |
| 9/6/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 0.66 |
| 9/9/2013 | Equipment/parts | PID, Gloves, etc. - System Maintenance | 1 | 100.00 | 100.00 |
| 9/9/2013 | Equipment/parts | PID, Gloves, etc. - System Maintenance | 1 | 100.00 | 100.00 |
| 9/12/2013 | Materials/Supplies | Grainger #1190880131 | 1 | 25.11 | 25.11 |
| 9/12/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 2.51 |
| 9/16/2013 | Equipment/parts | PID, Gloves, etc. - System Maintenance | 1 | 100.00 | 100.00 |
| 9/23/2013 | Equipment/parts | Barnes Welding Supply Inv. 61457501 | 1 | 77.23 | 77.23 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 10/8/2013 | 2503 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 15 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 9/23/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 7.72 |
| 9/24/2013 | Equipment/parts | Annual GW Sampling - Pump | 1 | 45.00 | 45.00 |
| 9/24/2013 | Equipment/parts | Annual GW Sampling - Generator | 1 | 55.00 | 55.00 |
| 9/24/2013 | Equipment/parts | Annual GW Sampling -pH Meter | 1 | 40.00 | 40.00 |
| 9/24/2013 | Equipment/parts | Annual GW Sampling - Water Level Indicator | 1 | 25.00 | 25.00 |
| 9/24/2013 | Materials/Supplies | Annual GW Sampling - Gloves | 1 | 9.00 | 9.00 |
| 9/25/2013 | Labs/Maps | Air Toxics Inv. D09254Z-IN | 1 | 360.00 | 360.00 |
| 9/25/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 9/25/2013 | Materials/Supplies | Lowe's | 1 | 9.70 | 9.70 |
| 9/25/2013 | Equipment/parts | Annual GW Sampling - Pump | 1 | 45.00 | 45.00 |
| 9/25/2013 | Equipment/parts | Annual GW Sampling - Generator | 1 | 55.00 | 55.00 |
| 9/25/2013 | Equipment/parts | Annual GW Sampling - pH Meter | 1 | 40.00 | 40.00 |
| 9/25/2013 | Equipment/parts | Annual GW Sampling - Water Level Indicator | 1 | 25.00 | 25.00 |
| 9/26/2013 | Equipment/parts | Annual GW Sampling - Pump | 1 | 45.00 | 45.00 |
| 9/26/2013 | Equipment/parts | Annual GW Sampling - Generator | 1 | 55.00 | 55.00 |
| 9/26/2013 | Equipment/parts | Annual GW Sampling - pH Meter | 1 | 40.00 | 40.00 |
| 9/26/2013 | Equipment/parts | Annual GW Sampling - Water Level Indicator | 1 | 25.00 | 25.00 |
| 9/27/2013 | Equipment/parts | PID, Gloves, etc. - System Maintenance | 1 | 100.00 | 100.00 |
| 9/30/2013 | Equipment/parts | Barnes Welding Supply Inv. 91284118 | 1 | 22.20 | 22.20 |
| 9/30/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 2.22 |
| 9/30/2013 | Equipment/parts | SVE Rental for September 2013 | 1 | 1,500.00 | 1,500.00 |
| 9/30/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |

**Total** $18,031.80

**Balance Due** $18,031.80