UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KOTROUS,<br><br>    Plaintiff,<br><br>  v.<br><br>GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, INC., et al.,<br><br>    Defendants. | No.  2:02-cv-1520 FCD JFM<br><br><br>ORDER |

  Pursuant to the terms of the Court-Administered Remediation Fund Account Instructions agreed to by the parties in order to implement the settlement of <u>James Kotrous, individually and doing business as The Mattress Factory v. Goss-Jewett of Northern California, Inc., et al.</u>, case no. 2:02-cv-1520-FCD-JFM, State Water Resources Control Board, Invoice Nos. 80823 and 82006 were submitted in the amounts of $784.22 and $669.11 respectively, totaling $1,453.33, for oversight costs incurred at 4301 Power Inn Road from October 1, 2012 through March 31, 2013.  These billings were sent to the court on November 5, 2013, with copies to counsel.  Copies of the billings are appended to this order.  No objection to these billings has been filed within the seven day period during which objections must be filed to be considered.

/////

/////

1    Accordingly, within ten days from the date of this order, the Clerk of Court is directed to
2 pay to State Water Resources Control Board the sum of $1,453.33 from the settlement fund
3 established in the above-entitled case.

4 Dated:  December 16, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

9 kotr1520.invoice.33