# Risk-Based Decisions, Inc.
## 1540 River Park Drive, Ste.203
## Sacramento, CA 95815

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/8/2013 | 2512 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | | PROJECT | | |
|-------|--|---------|--|--|
| Net 20 | | POWER INN ROAD | | |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 9/30/2013 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 10/1/2013 | Sr. Hydrogeologist | 3Q 2013 SVE Emissions Monitoring Report | 4 | 150.00 | 600.00 |
| 10/2/2013 | Sr. Hydrogeologist | Annual Groundwater Monitoring & Remediation Progress Report | 4 | 150.00 | 600.00 |
| 10/3/2013 | Principal | 2013/Annual Groundwater Data Evaluation | 1 | 195.00 | 195.00 |
| 10/3/2013 | Sr. Hydrogeologist | Annual Groundwater Monitoring & Remediation Progress Report | 2 | 150.00 | 300.00 |
| 10/4/2013 | Principal | 2013/Annual Groundwater Data Evaluation | 2 | 195.00 | 390.00 |
| 10/4/2013 | Sr. Hydrogeologist | Annual Groundwater Monitoring & Remediation Progress Report | 2 | 150.00 | 300.00 |
| 10/7/2013 | Sr. Engineering G... | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 10/14/2013 | Sr. Engineering G... | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 10/25/2013 | Clerical Support | 2013 Annual Groundwater Monitoring & Remediation Progress Report | 4 | 55.00 | 220.00 |
| 10/28/2013 | Principal | 3Q 2013 SVE Emissions Monitoring Report | 2 | 195.00 | 390.00 |
| 10/29/2013 | Principal | 2013 Annual Groundwater Monitoring & Remediation Progress Report | 4 | 195.00 | 780.00 |
| 10/30/2013 | Principal | 2013 Annual Groundwater Monitoring & Remediation Progress Report | 2 | 195.00 | 390.00 |
| 10/31/2013 | Principal | 2013 Annual Groundwater Monitoring & Remediation Progress Report | 3 | 195.00 | 585.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 9/30/2013 | Equipment/parts | PID, Gloves, etc. - System Maintenance | 1 | 100.00 | 100.00 |
| 10/7/2013 | Equipment/parts | Barnes Welding Supply Inv. 61462151 | 1 | 75.06 | 75.06 |
| 10/7/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 7.51 |
| 10/7/2013 | Equipment/parts | PID, Gloves, etc. - System Maintenance | 1 | 100.00 | 100.00 |
| 10/9/2013 | Labs/Maps | Alpha Analytical Inv. 85281 | 1 | 925.00 | 925.00 |
| 1/8/2013 | Subcontractor Mar... | 10% above | | 10.00% | 92.50 |
| 10/9/2013 | Labs/Maps | Alpha Analytical Inv. 85282 | 1 | 925.00 | 925.00 |
| 10/9/2013 | Subcontractor Mar... | 10% above | 1 | 10.00% | 92.50 |
| 10/10/2013 | Labs/Maps | Alpha Analytical Inv. 85302 | 1 | 925.00 | 925.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**

**1540 River Park Drive, Ste.203**

**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 11/8/2013 | 2512 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | | PROJECT | | |
|---|---|---|---|---|
| Net 20 | | POWER INN ROAD | | |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/10/2013 | Subcontractor Mar... | 10% above | | 10.00% | 92.50 |
| 10/14/2013 | Equipment/parts | PID, Gloves, etc. - System Maintenance | 1 | 100.00 | 100.00 |
| 10/17/2013 | Materials/Supplies | Davis Ace | 1 | 21.51 | 21.51 |
| 10/17/2013 | Subcontractor Mar... | 10% above | | 10.00% | 2.15 |
| 10/21/2013 | Equipment/parts | Barnes Welding Supply Inv.#61465444 | 1 | 77.23 | 77.23 |
| 10/21/2013 | Subcontractor Mar... | 10% above | | 10.00% | 7.72 |
| 10/30/2013 | Labs/Maps | Air Toxics Inv. D10453Z-IN | 1 | 240.00 | 240.00 |
| 10/30/2013 | Subcontractor Mar... | 10% above | | 10.00% | 24.00 |
| 10/30/2013 | Postage | 3Q 2013 Emissions Report to Angela Thompson | 1 | 5.32 | 5.32 |
| 10/31/2013 | Equipment/parts | Barnes Welding Supply Inv. 91286781 | 1 | 22.94 | 22.94 |
| 10/31/2013 | Subcontractor Mar... | 10% above | | 10.00% | 2.29 |
| 10/31/2013 | Equipment/parts | SVE Rental for October 2013 | 1 | 1,500.00 | 1,500.00 |
| 10/31/2013 | Subcontractor Mar... | 10% above | | 150.00 | 150.00 |
| 10/31/2013 | | | | | 12,038.23 |

| Total | $12,038.23 |
|---|---|

| **Balance Due** | $12,038.23 |
|---|---|