# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 11/22/2013 | 2518 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 20 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/4/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 8.15 |
| 11/4/2013 | Labs/Maps | Alpha Analytical Inv. 85563 - Power Inn Road | 1 | 125.00 | 125.00 |
| 11/4/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 12.50 |
| 11/4/2013 | Equipment/parts | PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 11/4/2013 | Postage | 2Q13 Annual GW Monitoring & Remediation Report to Mr. Peterson | 1 | 6.16 | 6.16 |
| 11/4/2013 | Postage | 2Q13 Annual GW Monitoring & Remediation Report to Ms. Ann Palmer | 1 | 6.16 | 6.16 |
| 11/6/2013 | Labs/Maps | Air Toxics Inv. D10528Z-IN | 1 | 120.00 | 120.00 |
| 11/6/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 12.00 |
| 11/7/2013 | Equipment/parts | PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 11/7/2013 | Materials/Supplies | Lowe's | 1 | 7.50 | 7.50 |
| 11/7/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 0.75 |
| 11/12/2013 | Equipment/parts | PID, Gloves etc. | 1 | 100.00 | 100.00 |
| 11/18/2013 | Equipment/parts | Barnes Welding Supply Inv.#61473789 | 1 | 61.01 | 61.01 |
| 11/18/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 6.10 |
| 11/18/2013 | Labs/Maps | Air Toxics Invoice # D11129Z-IN | 1 | 720.00 | 720.00 |
| 11/18/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 72.00 |
| 11/19/2013 | Equipment/parts | PID, Gloves,etc. | 1 | 100.00 | 100.00 |
| 11/26/2013 | Labs/Maps | Air Toxics Invoice # D11342Z-IN | 1 | 360.00 | 360.00 |
| 11/26/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 11/30/2013 | Equipment/parts | Barnes Welding Supply Inv. 91289458 - | 1 | 22.20 | 22.20 |
| 11/30/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 2.22 |
| 11/30/2013 | Equipment/parts | SVE Rental for November 2013 | 1 | 1,500.00 | 1,500.00 |
| 11/30/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |

**Total** $15,549.27

**Balance Due** $15,549.27

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 11/22/2013 | 2518 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 20 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/21/2013 | Sr. Engineering G... | System maintenance, CO2 change out & MW-2 monthly sampling | 6 | 150.00 | 900.00 |
| 10/28/2013 | Clerical Support | 3Q 2013 SVE Emissions Monitoring Report | 4 | 55.00 | 220.00 |
| 10/28/2013 | Sr. Engineering G... | 3Q 2013 SVE Emissions Monitoring Report | 4 | 150.00 | 600.00 |
| 10/28/2013 | Sr. Engineering G... | System maintenance | 3 | 150.00 | 450.00 |
| 10/29/2013 | Sr. Engineering G... | 3Q 2013 SVE Emissions Monitoring Report | 8 | 150.00 | 1,200.00 |
| 10/30/2013 | Sr. Engineering G... | 2013 Annual Groundwater Monitoring & Remediation Progress Report | 8 | 150.00 | 1,200.00 |
| 10/31/2013 | Sr. Engineering G... | 2013 Annual Groundwater Monitoring & Remediation Progress Report | 8 | 150.00 | 1,200.00 |
| 11/1/2013 | Sr. Engineering G... | 2013 Annual Groundwater Monitoring & Remediation Progress Report | 4 | 150.00 | 600.00 |
| 11/1/2013 | Sr. Engineering G... | System maintenance | 1 | 150.00 | 150.00 |
| 11/4/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out | 6 | 150.00 | 900.00 |
| 11/4/2013 | Principal | MW-2 data evaluation & individual SVE well sampling approach | 2 | 195.00 | 390.00 |
| 11/7/2013 | Sr. Hydrogeologist | Monthly SVE Emission Sampling plus sampling individual SVE wells | 5 | 150.00 | 750.00 |
| 11/12/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out | 6 | 150.00 | 900.00 |
| 11/13/2013 | Principal | Individual SVE Sampling data analysis & discussion with Greg Peterson | 2 | 195.00 | 390.00 |
| 11/14/2013 | Principal | Individual SVE Sampling data analysis & discussion with Greg Peterson | 1 | 195.00 | 195.00 |
| 11/18/2013 | Principal | Discuss SVE data and implications for closure with Karen Traugh | 1 | 195.00 | 195.00 |
| 11/19/2013 | Sr. Hydrogeologist | System maintenance & CO2 changeout plus SVE Emissions Monthly Sampling | 8 | 150.00 | 1,200.00 |
| 11/25/2013 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 2 | 150.00 | 300.00 |
|  |  | REIMBURSABLE EXPENSES |  |  |  |
| 10/21/2013 | Equipment/parts | PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 11/4/2013 | Equipment/parts | Barnes Welding Supply Inv. 61470425 | 1 | 81.52 | 81.52 |

**Total**

**Balance Due**