**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

# Invoice

| Date | Invoice # |
|---|---|
| 1/7/2014 | 2524 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 20 |

| PROJECT |
|---|
| POWER |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/2/2013 | Sr. Hydrogeologist | System maintenance, CO2 changeout & MW-2 sampling | 4 | 150.00 | 600.00 |
| 12/6/2013 | Sr. Hydrogeologist | System maintenance, CO2 changeout & MW-2 sampling | 2 | 150.00 | 300.00 |
| 12/9/2013 | Principal | MW-2 data analysis & graphs for Meeting with Water Board | 2 | 195.00 | 390.00 |
| 12/9/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out & MW-2 sampling | 6 | 150.00 | 900.00 |
| 12/10/2013 | Principal | Meeting with Water Board & Follow-up individual SVE sampling results to Water Board and discussions with Greg Peterson | 1 | 195.00 | 195.00 |
| 12/11/2013 | Principal | Meeting with Water Board & Follow-up individual SVE sampling results to Water Board and discussions with Greg Peterson | 1.5 | 195.00 | 292.50 |
| 12/11/2013 | Sr. Engineering G... | Meeting with Water Board | 3 | 150.00 | 450.00 |
| 12/11/2013 | Sr. Hydrogeologist | Data analyses for Water Board meeting | 2 | 150.00 | 300.00 |
| 12/12/2013 | Principal | Meeting with Water Board & Follow-up individual SVE sampling results to Water Board and discussions with Greg Peterson | 2 | 195.00 | 390.00 |
| 12/16/2013 | Sr. Engineering G... | 4Q Groundwater sampling | 8 | 150.00 | 1,200.00 |
| 12/16/2013 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 12/16/2013 | Sr. Hydrogeologist | 4Q 2013 Groundwater sampling | 4 | 150.00 | 600.00 |
| 12/17/2013 | Sr. Hydrogeologist | 4Q 2013 Groundwater sampling | 4 | 150.00 | 600.00 |
| 12/24/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out | 2 | 150.00 | 300.00 |
| 12/27/2013 | Sr. Hydrogeologist | Monthly SVE Emissions Sampling | 6 | 150.00 | 900.00 |
| 12/30/2013 | Principal | Strategy with Greg Peterson & Karen Traugh--Site inspection with Karen Traugh | 1 | 195.00 | 195.00 |
| 12/31/2013 | Principal | Strategy with Greg Peterson & Karen Traugh--Site inspection with Karen Traugh | 1 | 195.00 | 195.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 12/2/2013 | Equipment/parts | Barnes Welding Supply Inv. 61478037 | 1 | 61.01 | 61.01 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 1/7/2014 | 2524 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | | PROJECT | | |
|---|---|---|---|---|
| Net 20 | | POWER | | |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/2/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 6.10 |
| 12/2/2013 | Equipment/parts | System Maint. - PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 12/6/2013 | Equipment/parts | System Maint.- PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 12/9/2013 | Equipment/parts | System Maint.- PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 12/16/2013 | Equipment/parts | Barnes Welding Supply Inv. 61481593 | 1 | 61.01 | 61.01 |
| 12/16/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 6.10 |
| 12/16/2013 | Equipment/parts | 4Q Groundwater sampling - Pump | 1 | 45.00 | 45.00 |
| 12/16/2013 | Equipment/parts | 4Q Groundwater sampling - Generator | 1 | 55.00 | 55.00 |
| 12/16/2013 | Equipment/parts | 4Q Groundwater sampling - pH Meter | 1 | 40.00 | 40.00 |
| 12/16/2013 | Equipment/parts | 4Q Groundwater sampling - Water Level Indicator | 1 | 25.00 | 25.00 |
| 12/16/2013 | Materials/Supplies | 4Q Groundwater sampling - Gloves | 1 | 9.00 | 9.00 |
| 12/16/2013 | Equipment/parts | System Maint.- PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 12/17/2013 | Equipment/parts | 4Q Groundwater sampling - Pump | 1 | 45.00 | 45.00 |
| 12/17/2013 | Equipment/parts | 4Q Groundwater sampling - Generator | 1 | 55.00 | 55.00 |
| 12/17/2013 | Equipment/parts | 4Q Groundwater sampling - pH Meter | 1 | 40.00 | 40.00 |
| 12/17/2013 | Equipment/parts | 4Q Groundwater sampling - Water Level Indicator | 1 | 25.00 | 25.00 |
| 12/27/2013 | Equipment/parts | Monthly Sampling - PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 12/30/2013 | Equipment/parts | Barnes Welding Supply - Inv. 61484404 | 1 | 61.01 | 61.01 |
| 12/30/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 6.10 |
| 12/31/2013 | Equipment/parts | Barnes Welding Supply Inv. 91292184 | 1 | 22.94 | 22.94 |
| 12/31/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 2.29 |
| 12/31/2013 | Equipment/parts | SVE Rental for December 2013 | 1 | 1,500.00 | 1,500.00 |
| 12/31/2013 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |

| | **Total** | $11,123.06 |
|---|---|---|

| | **Balance Due** | $11,123.06 |
|---|---|---|