# STATE WATER RESOURCES CONTROL BOARD
## SITE CLEANUP PROGRAM
## INVOICE FOR OVERSIGHT COSTS
## FOR THE PERIOD ENDING: 06/30/13

**Date:** 01/15/2014  
**Regional Board:** Central Valley Region - Sacramento

**Account Number:** 2050031  
**Invoice Number:** 83321

---

**Responsible Party #:** 1582

Anselmo, Lamanet, Kotrous & Goss Jewett Corp.  
ATTEN: K. Greg Peterson  
1716 L Street  
Sacramento CA 95811

**Site Location:**

Goss Jewett Facility (former)  
4301 Power Inn Road  
Sacramento          CA

**Payment(s) received as of 01/15/14:** $102,706.95

---

**Balance Forward:** $0.00  
**\*\* New Charges - Billing Period 04/01/13-06/30/13:** $95.00

**TOTAL AMOUNT DUE:** $95.00

\*\* See itemized list of new charges on reverse or subsequent page(s)

The Porter-Cologne Water Quality Control Act (Section 13365) allows the Regional Water Quality Control Board to recover reasonable expenses from the responsible party for overseeing cleanup of illegal discharges, contaminated properties, and other unregulated releases adversely affecting the State's waters. When your site was put in the cost recovery program, you received a letter explaining that the State Water Resources Control Board would bill you for the Regional Board's costs of cleanup oversight.

If you desire a more detailed explanation for labor hours expended by any Regional Board staff member, you should contact Duncan Austin (916) 464-4712. If there are disputed charges for activities which you cannot resolve with the program manager, you should discuss them with the Executive Officer of the Regional Board.

For information regarding payments call: The SCP Message Line at (916) 341-5643 or DFA-SCP@waterboards.ca.gov

### PAYMENT IS DUE IN 30 DAYS
---- PLEASE RETURN CHECK IN ENVELOPE PROVIDED ----

**TO ENSURE PROPER CREDITING OF YOUR ACCOUNT: INCLUDE YOUR RESPONSIBLE PARTY NUMBER, ACCOUNT NUMBER AND INVOICE NUMBER ON YOUR CHECK. IF PAYING MULTIPLE INVOICES, ALL ACCOUNT NUMBERS MUST BE LISTED ON YOUR CHECK. MAKE CHECKS PAYABLE TO: SWRCB**

**RP #:** 1582   **Account Number:** 2050031   **Invoice Number:** 83321   **Amount Due:** $95.00

**SEND PAYMENTS TO:**  
**State Water Resources Control Board**  
**SCP Program**  
**P.O. Box 944212**  
**Sacramento, CA 94244-2120**