UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KOTROUS,

        Plaintiff,

  v.

GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, INC., et al.,

        Defendants.

No.  2:02-cv-1520 FCD CKD

ORDER

      Pursuant to the terms of the Court-Administered Remediation Fund Account Instructions agreed to by the parties in order to implement the settlement of James Kotrous, individually and doing business as The Mattress Factory v. Goss-Jewett of Northern California, Inc., et al., case no. 2:02-cv-1520-FCD-JFM, Sacramento Municipal Utility District, Billing Invoices issued on the following dates: January 15, 2013, February 14, 2013, March 18, 2013, April 16, 2013, May 15, 2013, June 14, 2013, July 16, 2013, August 14, 2013, September 13, 2013, October 14, 2013, November 12, 2013, and December 13, 2013, were submitted in the total amount of $10,572.63 for costs incurred in providing the electrical power necessary to operate the remediation system at 4301 Power Inn Road from January 15, 2013 through December 12, 2013.  These billings were sent to the court on February 6, 2014, with copies to counsel.  Copies of the billings are appended to this order.  No objection to these billings has been filed within the seven day period during

1

1  which objections must be filed to be considered.

2       Accordingly, within ten days from the date of this order, the Clerk of Court is directed to
3  pay to Sacramento Management Co., Inc. the sum of $10,572.63 from the settlement fund
4  established in the above-entitled case.

5  Dated: February 27, 2014

6                                          CAROLYN K. DELANEY
7                                          UNITED STATES MAGISTRATE JUDGE

9  kotr1520.invoice.36