

**SMUD**
CUSTOMER BILL
Phone Inquiries 1 (877) 622-7683
Power Outages 1 (888) 456-7683

Page 1 of 2



P.O. Box 15830, Sacramento, CA 95852-1830
smud.org

**Account Number: 2761504**

**EDWARD A ANSELMO**
**Issue Date: 01/15/13**          **Total Amount, Due 02/12/13**          **$958.03**

| Location: | 4301 POWER INN RD SACRAMENTO 95826 | | | | | |
|---|---|---|---|---|---|---|
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | Billing Period | 12/11/12 - 01/10/13 | 31 | 225.7 | $30.90 |
| | | Last Year | 12/13/11 - 01/11/12 | 30 | 223.7 | $30.25 |
| Cycle: | 08   Location Number: 1484127 | Last Month | 11/08/12 - 12/10/12 | 33 | 249.3 | $34.04 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2649437 | 9378 | | | | | Current Meter Reading | |
| 2649437 | 6998.1156 | 0.0000 | 6998.1156 | 0 | 6,998 | kWh | |
| 2649437 | 0.0000 | 0.0000 | 0.0000 | 0 | 0 | kWh Summer Off Peak | |
| 2649437 | 0.0000 | 0.0000 | 0.0000 | 0 | 0 | kWh Summer On Peak | |
| 2649437 | 6998.1156 | 0.0000 | 6998.1156 | 0 | 6,998 | kWh Winter Off Peak | |
| 2649437 | 11.189 | | | 0 | 11 | kW Maximum | |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 6,998 | Winter Off Peak kWh @ | 0.124000 | 867.75 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 4,741 | kWh @ | 0.001300 | 6.16 |
| Solar Surcharge | 2,257 | kWh @ | 0.001500 | 3.39 |
| Sacramento City Tax* | | | | 66.70 |
| State Surcharge* | | | | 2.03 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$958.03** |

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| | |
|---|---|
| Beginning balance from last Statement | 1,123.30 |
| Payment | -1,123.30 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*See explanations on the back of the page



CUSTOMER BILL
Phone Inquiries 1 (877) 622-7683
Power Outages 1 (888) 456-7683

Page 1 of 2



# SMUD™

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org

## Account Number: 2761504

**EDWARD A ANSELMO**
**Issue Date: 02/14/13**            Total Amount, Due 03/14/13            **$1,031.11**

| Location: | 4301 POWER INN RD SACRAMENTO 95826 | | | Billing Period | 01/11/13 - 02/11/13 | 32 | 235.3 | $32.22 |
|---|---|---|---|---|---|---|---|---|
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | | | Last Year | 01/12/12 - 02/10/12 | 30 | 211.4 | $28.61 |
| Cycle: | 08 | Location Number: | 1484127 | Last Month | 12/11/12 - 01/10/13 | 31 | 225.7 | $30.90 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2649437 | 16910 | | | | | | Current Meter Reading |
| 2649437 | 7531.4448 | | 0.0000 | 7531.4448 | 0 | 7,531 | kWh |
| 2649437 | 0.0000 | | 0.0000 | 0.0000 | 0 | 0 | kWh Summer Off Peak |
| 2649437 | 0.0000 | | 0.0000 | 0.0000 | 0 | 0 | kWh Summer On Peak |
| 2649437 | 7531.4448 | | 0.0000 | 7531.4448 | 0 | 7,531 | kWh Winter Off Peak |
| 2649437 | 11.203 | | | | 0 | 11 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | | TYPE | RATE | TOTAL |
|---|---|---|---|---|---|
| Electricity Usage | 7,531 | Winter Off Peak kWh @ | | 0.124000 | 933.84 |
| System Infrastructure Fixed Charge* | | | | | 12.00 |
| Solar Surcharge | 7,531 | | kWh @ | 0.001500 | 11.30 |
| Sacramento City Tax* | | | | | 71.79 |
| State Surcharge* | | | | | 2.18 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | | **$1,031.11** |

### ACCOUNT ACTIVITY SINCE LAST STATEMENT

| | |
|---|---|
| Beginning balance from last Statement | 958.03 |
| Payment | -958.03 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*See explanations on the back of the page.



# SMUD™

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org

**Account Number: 2761504**

**EDWARD A ANSELMO**
**Issue Date: 03/18/13**



**Total Amount, Due 04/12/13**      **$1,045.85**

| Location: | 4301 POWER INN RD SACRAMENTO 95826 | | | Billing Period | 02/12/13 - 03/13/13 | 30 | 254.7 | $34.86 |
|---|---|---|---|---|---|---|---|---|
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | | | Last Year | 02/11/12 - 03/13/12 | 32 | 154.0 | $21.19 |
| Cycle: | 08 | Location Number: | 1484127 | Last Month | 01/11/13 - 02/11/13 | 32 | 235.3 | $32.22 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2649437 | 24550 | | | | | | Current Meter Reading |
| 2649437 | 7639.9596 | | 0.0000 | 7639.9596 | 0 | 7,640 | kWh |
| 2649437 | 0.0000 | | 0.0000 | 0.0000 | 0 | 0 | kWh Summer Off Peak |
| 2649437 | 0.0000 | | 0.0000 | 0.0000 | 0 | 0 | kWh Summer On Peak |
| 2649437 | 7639.9596 | | 0.0000 | 7639.9596 | 0 | 7,640 | kWh Winter Off Peak |
| 2649437 | 11.549 | | | | 0 | 12 | kW Maximum |



| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 7,640 | Winter Off Peak kWh @ | 0.124000 | 947.36 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 7,640 | kWh @ | 0.001500 | 11.46 |
| Sacramento City Tax* | | | | 72.81 |
| State Surcharge* | | | | 2.22 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$1,045.85** |

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| | |
|---|---|
| Beginning balance from last Statement | 1,031.11 |
| Payment | -1,031.11 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*Handwritten: PD 3/21/13 CK #19379*

*See explanations on the back of the page



Phone Inquiries 1 (877) 622-7683
Power Outages 1 (888) 456-7683

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org



## Account Number: 2761504

**EDWARD A ANSELMO**
Issue Date: 04/16/13                Total Amount, Due 05/13/13                $998.93

| Location: | 4301 POWER INN RD | | | | | | |
|---|---|---|---|---|---|---|---|
| | SACRAMENTO 95826 | | | Billing Period | 03/14/13 - 04/11/13 | 29 | 251.5 | $34.45 |
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | | | Last Year | 03/14/12 - 04/11/12 | 29 | 149.3 | $20.60 |
| Cycle: | 08 | Location Number: | 1484127 | Last Month | 02/12/13 - 03/13/13 | 30 | 254.7 | $34.86 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2649437 | 31843 | | | | | | Current Meter Reading |
| 2649437 | 7292.9772 | | 0.0000 | 7292.9772 | 0 | 7,293 | kWh |
| 2649437 | 0.0000 | | 0.0000 | 0.0000 | 0 | 0 | kWh Summer Off Peak |
| 2649437 | 0.0000 | | 0.0000 | 0.0000 | 0 | 0 | kWh Summer On Peak |
| 2649437 | 7292.9772 | | 0.0000 | 7292.9772 | 0 | 7,293 | kWh Winter Off Peak |
| 2649437 | 11.664 | | | | 0 | 12 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 7,293 | Winter Off Peak kWh @ | 0.124000 | 904.33 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 7,293 | kWh @ | 0.001500 | 10.94 |
| Sacramento City Tax* | | | | 69.55 |
| State Surcharge* | | | | 2.11 |
| A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS | | | | $998.93 |

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| | |
|---|---|
| Beginning balance from last Statement | 1,045.85 |
| Payment | -1,045.85 |
| B) PREVIOUS BALANCE | $0.00 |

*See explanations on the back of the page


Phone Inquiries 1 (877) 622-7683
Power Outages 1 (888) 456-7683



Page 1 of 2

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org

## Account Number: 2761504

**EDWARD A ANSELMO**
Issue Date: 05/15/13             Total Amount, Due 06/12/13             $806.13

| Location: | 4301 POWER INN RD | | | | | | |
|---|---|---|---|---|---|---|---|
| | SACRAMENTO 95826 | | | Billing Period | 04/12/13 - 05/10/13 | 29 | 202.3 | $27.80 |
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | | | Last Year | 04/12/12 - 05/10/12 | 29 | 242.7 | $33.20 |
| Cycle: | 08 | Location Number: | 1484127 | Last Month | 03/14/13 - 04/11/13 | 29 | 251.5 | $34.45 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2649437 | 37709 | | | | | | Current Meter Reading |
| 2649437 | 5866.5348 | | 0.0000 | 5866.5348 | 0 | 5,867 | kWh |
| 2649437 | 0.0000 | | 0.0000 | 0.0000 | 0 | 0 | kWh Summer Off Peak |
| 2649437 | 0.0000 | | 0.0000 | 0.0000 | 0 | 0 | kWh Summer On Peak |
| 2649437 | 5866.5348 | | 0.0000 | 5866.5348 | 0 | 5,867 | kWh Winter Off Peak |
| 2649437 | 10.598 | | | | 0 | 11 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 5,867 | Winter Off Peak kWh @ | 0.124000 | 727.51 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 5,867 | kWh @ | 0.001500 | 8.80 |
| Sacramento City Tax* | | | | 56.12 |
| State Surcharge* | | | | 1.70 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$806.13** |

| ACCOUNT ACTIVITY SINCE LAST STATEMENT | |
|---|---|
| Beginning balance from last Statement | 998.93 |
| Payment | -998.93 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*See explanations on the back of the page



# SMUD™

P.O. Box 15830, Sacramento, CA 95852-0830
smud.org

**Account Number: 2761504**



EDWARD A ANSELMO
**Issue Date: 06/14/13**        Total Amount, Due 07/12/13        **$864.14**

| Location: | 4301 POWER INN RD SACRAMENTO 95826 | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Billing Period | 05/11/13 - 06/11/13 | 32 | 198.2 | $27.00 | |
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | Last Year | 05/11/12 - 06/11/12 | 32 | 231.4 | $31.20 | |
| Cycle: | 08    Location Number: 1484127 | Last Month | 04/12/13 - 05/10/13 | 29 | 202.3 | $27.80 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2649437 | 44053 | | | | | Current Meter Reading |
| 2649437 | 6343.2792 | 0.0000 | 6343.2792 | 0 | 6,343 | kWh |
| 2649437 | 1832.3100 | 0.0000 | 1832.3100 | 0 | 1,832 | kWh Summer Off Peak |
| 2649437 | 180.6732 | 0.0000 | 180.6732 | 0 | 181 | kWh Summer On Peak |
| 2649437 | 4330.2960 | 0.0000 | 4330.2960 | 0 | 4,330 | kWh Winter Off Peak |
| 2649437 | 10.757 | | | 0 | 11 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 1,832 | Summer Off Peak kWh @ | 0.105000 | 192.36 |
| Electricity Usage | 181 | Summer On Peak kWh @ | 0.283700 | 51.35 |
| Electricity Usage | 4,330 | Winter Off Peak kWh @ | 0.124000 | 536.92 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 6,343 | kWh @ | 0.001500 | 9.51 |
| Sacramento City Tax* | | | | 60.16 |
| State Surcharge* | | | | 1.84 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$864.14** |

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| | |
|---|---|
| Beginning balance from last Statement | 806.13 |
| Payment | -806.13 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*See explanations on the back of the page





P.O. Box 15830, Sacramento, CA 95852-0830
smud.org

**Account Number: 2761504**

EDWARD A ANSELMO
**Issue Date: 07/16/13**   Total Amount, Due 08/12/13   **$902.43**

| Location: | 4301 POWER INN RD SACRAMENTO 95826 | | Billing Period | 06/12/13 - 07/11/13 | 30 | 224.1 | $30.08 |
|---|---|---|---|---|---|---|---|
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | | Last Year | 06/12/12 - 07/11/12 | 30 | 249.5 | $33.30 |
| Cycle: | 08   Location Number: 1484127 | | Last Month | 05/11/13 - 06/11/13 | 32 | 198.2 | $27.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2649437 | 50776 | | | | | Current Meter Reading |
| 2649437 | 6723.5436 | 0.0000 | 6723.5436 | 0 | 6,724 | kWh |
| 2649437 | 6110.9784 | 0.0000 | 6110.9784 | 0 | 6,111 | kWh Summer Off Peak |
| 2649437 | 612.5652 | 0.0000 | 612.5652 | 0 | 613 | kWh Summer On Peak |
| 2649437 | 0.0000 | 0.0000 | 0.0000 | 0 | 0 | kWh Winter Off Peak |
| 2649437 | 11.650 | | | | 12 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 6,111 | Summer Off Peak kWh @ | 0.105000 | 641.66 |
| Electricity Usage | 613 | Summer On Peak kWh @ | 0.283700 | 173.91 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 6,724 | kWh @ | 0.001500 | 10.09 |
| Sacramento City Tax* | | | | 62.82 |
| State Surcharge* | | | | 1.95 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$902.43** |

*handwritten: 7/25/13 CK # 19719*

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| | |
|---|---|
| Beginning balance from last Statement | 864.14 |
| Payment | -864.14 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*See explanations on the back of the page





**SMUD**

P.O. Box 15830, Sacramento, CA 95852-0830
smud.org

### Account Number: 2761504

**EDWARD A ANSELMO**
**Issue Date: 08/14/13**               **Total Amount, Due 09/11/13**          **$663.15**

| Location: | 4301 POWER INN RD |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | SACRAMENTO 95826 |  | Billing Period | 07/12/13 - 08/09/13 | 29 | 168.1 | $22.87 |
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW |  | Last Year | 07/12/12 - 08/09/12 | 29 | 250.2 | $33.54 |
| Cycle: | 08   Location Number:   1484127 |  | Last Month | 06/12/13 - 07/11/13 | 30 | 224.1 | $30.08 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 2649437 | 55653 |  |  |  |  | Current Meter Reading |
| 2649437 | 4876.3980 | 0.0000 | 4876.3980 | 0 | 4,876 | kWh |
| 2649437 | 4405.6260 | 0.0000 | 4405.6260 | 0 | 4,406 | kWh Summer Off Peak |
| 2649437 | 470.7720 | 0.0000 | 470.7720 | 0 | 471 | kWh Summer On Peak |
| 2649437 | 0.0000 | 0.0000 | 0.0000 | 0 | 0 | kWh Winter Off Peak |
| 2649437 | 10.526 |  |  | 0 | 11 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE |  | TYPE | RATE | TOTAL |
|---|---|---|---|---|---|
| Electricity Usage | 4,406 | Summer Off Peak kWh @ |  | 0.105000 | 462.63 |
| Electricity Usage | 471 | Summer On Peak kWh @ |  | 0.283700 | 133.62 |
| System Infrastructure Fixed Charge* |  |  |  |  | 12.00 |
| Solar Surcharge | 4,877 |  | kWh @ | 0.001500 | 7.32 |
| Sacramento City Tax* |  |  |  |  | 46.17 |
| State Surcharge* |  |  |  |  | 1.41 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** |  |  |  |  | **$663.15** |

### ACCOUNT ACTIVITY SINCE LAST STATEMENT

| Beginning balance from last Statement | 902.43 |
|---|---|
| Payment | -902.43 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*See explanations on the back of the page



P.O. Box 15830, Sacramento, CA 95852-0830
smud.org

**Account Number: 2761504**

**EDWARD A ANSELMO**
Issue Date: 09/13/13     Total Amount, Due 10/10/13     $438.39

| Location: | 4301 POWER INN RD | | | | | | |
|---|---|---|---|---|---|---|---|
| | SACRAMENTO 95826 | | Billing Period | 08/10/13 - 09/10/13 | 32 | 100.9 | $13.70 |
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | | Last Year | 08/10/12 - 09/10/12 | 32 | 233.3 | $31.01 |
| Cycle: | 08 | Location Number: 1484127 | Last Month | 07/12/13 - 08/09/13 | 29 | 168.1 | $22.87 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2649437 | 58882 | | | | | Current Meter Reading |
| 2649437 | 3229.7472 | 0.0000 | 3229.7472 | 0 | 3,230 | kWh |
| 2649437 | 2944.9044 | 0.0000 | 2944.9044 | 0 | 2,945 | kWh Summer Off Peak |
| 2649437 | 284.8428 | 0.0000 | 284.8428 | 0 | 285 | kWh Summer On Peak |
| 2649437 | 0.0000 | 0.0000 | 0.0000 | 0 | 0 | kWh Winter Off Peak |
| 2649437 | 5.760 | | | 0 | 6 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 2,945 | Summer Off Peak kWh @ | 0.105000 | 309.23 |
| Electricity Usage | 285 | Summer On Peak kWh @ | 0.283700 | 80.85 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 3,230 | kWh @ | 0.001500 | 4.85 |
| Sacramento City Tax* | | | | 30.52 |
| State Surcharge* | | | | 0.94 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$438.39** |

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| | |
|---|---|
| Beginning balance from last Statement | 663.15 |
| Payment | -663.15 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*See explanations on the back of the page





P.O. Box 15830, Sacramento, CA 95852-0830
smud.org

**Account Number: 2761504**

**EDWARD A ANSELMO**
**Issue Date: 10/14/13**    **Total Amount, Due 11/08/13**    **$845.85**

| Location: | 4301 POWER INN RD SACRAMENTO 95826 | | | Billing Period | 09/11/13 - 10/09/13 | 29 | 215.7 | $29.17 |
|---|---|---|---|---|---|---|---|---|
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | | | Last Year | 09/11/12 - 10/09/12 | 29 | 217.4 | $29.42 |
| Cycle: | 08 | Location Number: | 1484127 | Last Month | 08/10/13 - 09/10/13 | 32 | 100.9 | $13.70 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2649437 | 65137 | | | | | Current Meter Reading |
| 2649437 | 6254.4312 | 0.0000 | 6254.4312 | 0 | 6,254 | kWh |
| 2649437 | 3986.0424 | 0.0000 | 3986.0424 | 0 | 3,986 | kWh Summer Off Peak |
| 2649437 | 399.6360 | 0.0000 | 399.6360 | 0 | 400 | kWh Summer On Peak |
| 2649437 | 1868.7528 | 0.0000 | 1868.7528 | 0 | 1,869 | kWh Winter Off Peak |
| 2649437 | 10.195 | | | | 10 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 3,986 | Summer Off Peak kWh @ | 0.105000 | 418.53 |
| Electricity Usage | 400 | Summer On Peak kWh @ | 0.283700 | 113.48 |
| Electricity Usage | 1,869 | Winter Off Peak kWh @ | 0.124000 | 231.76 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 6,255 | kWh @ | 0.001500 | 9.38 |
| Sacramento City Tax* | | | | 58.89 |
| State Surcharge* | | | | 1.81 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$845.85** |
| **ACCOUNT ACTIVITY SINCE LAST STATEMENT** | | | | |
| Beginning balance from last Statement | | | | 438.39 |
| Payment | | | | -438.39 |
| **B) PREVIOUS BALANCE** | | | | **$0.00** |

*See explanations on the back of the page



# SMUD

P.O. Box 15830, Sacramento, CA 95852-0830
smud.org



**Account Number: 2761504**

**EDWARD A ANSELMO**
Issue Date: 11/12/13                Total Amount, Due 12/11/13                $933.91

| Location: | 4301 POWER INN RD |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | SACRAMENTO 95826 |  | Billing Period | 10/10/13 - 11/07/13 | 29 | 234.9 | $32.20 |
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW |  | Last Year | 10/10/12 - 11/07/12 | 29 | 248.6 | $34.00 |
| Cycle: | 08  Location Number: 1484127 |  | Last Month | 09/11/13 - 10/09/13 | 29 | 215.7 | $29.17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2649437 | 71949 | | | | | Current Meter Reading |
| 2649437 | 6812.1432 | 0.0000 | 6812.1432 | 0 | 6,812 | kWh |
| 2649437 | 0.0000 | 0.0000 | 0.0000 | 0 | 0 | kWh Summer Off Peak |
| 2649437 | 0.0000 | 0.0000 | 0.0000 | 0 | 0 | kWh Summer On Peak |
| 2649437 | 6812.1432 | 0.0000 | 6812.1432 | 0 | 6,812 | kWh Winter Off Peak |
| 2649437 | 10.469 | | | 0 | 10 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 6,812 | Winter Off Peak kWh @ | 0.124000 | 844.69 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 6,812 | kWh @ | 0.001500 | 10.22 |
| Sacramento City Tax* | | | | 65.02 |
| State Surcharge* | | | | 1.98 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$933.91** |

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| | |
|---|---|
| Beginning balance from last Statement | 845.85 |
| Payment | -845.85 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*See explanations on the back of the page



**CUSTOMER BILL**
Phone Inquiries 1 (877) 622-7683
Power Outages 1 (888) 456-7683

Page 1 of 2

# SMUD™

P.O. Box 15830, Sacramento, CA 95852-0830
smud.org

PD 12/19/13 CK #20124



## Account Number: 2761504

**EDWARD A ANSELMO**
**Issue Date: 12/13/13**         **Total Amount, Due 01/13/14**         **$1,083.71**

| Location: | 4301 POWER INN RD SACRAMENTO 95826 | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Billing Period | 11/08/13 - 12/10/13 | 33 | 240.0 | $32.84 |
| Rate: | GSN_T: Sm Com Energy Rate < 20 KW | | Last Year | 11/08/12 - 12/10/12 | 33 | 249.3 | $34.04 |
| Cycle: | 08     Location Number:   1484127 | | Last Month | 10/10/13 - 11/07/13 | 29 | 234.9 | $32.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2649437 | 79869 | | | | | Current Meter Reading |
| 2649437 | 7919.7660 | 0.0000 | 7919.7660 | 0 | 7,920 | kWh |
| 2649437 | 0.0000 | 0.0000 | 0.0000 | 0 | 0 | kWh Summer Off Peak |
| 2649437 | 0.0000 | 0.0000 | 0.0000 | 0 | 0 | kWh Summer On Peak |
| 2649437 | 7919.7660 | 0.0000 | 7919.7660 | 0 | 7,920 | kWh Winter Off Peak |
| 2649437 | 10.613 | | | 0 | 11 | kW Maximum |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Electricity Usage | 7,920 | Winter Off Peak kWh @ | 0.124000 | 982.08 |
| System Infrastructure Fixed Charge* | | | | 12.00 |
| Solar Surcharge | 7,920 | kWh @ | 0.001500 | 11.88 |
| Sacramento City Tax* | | | | 75.45 |
| State Surcharge* | | | | 2.30 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$1,083.71** |

## ACCOUNT ACTIVITY SINCE LAST STATEMENT

| | |
|---|---|
| Beginning balance from last Statement | 933.91 |
| Payment | -933.91 |
| **B) PREVIOUS BALANCE** | **$0.00** |

*See explanations on the back of the page