UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KOTROUS,<br><br>                   Plaintiff,<br><br>         v.<br><br>GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, INC., et al.,<br><br>                   Defendants. | No.  2:02-cv-1520 FCD CKD<br><br><br><br>ORDER |

On February 27, 2014, the undersigned issued an order directing the Clerk of Court to pay Sacramento Management Co., Inc. the sum of $10,572.63 from the settlement fund established in the above-entitled case.  That order incorrectly stated the amount to be paid as $10,572.63. Instead, the sum of $10,571.63 was supposed to be paid.  Accordingly, the undersigned vacates the February 27, 2014 order directing the Clerk of Court to pay Sacramento Management Co., Inc. the sum of $10,572.63 from the settlement fund established in the above-entitled case.  ECF No. 448.  Furthermore, the undersigned directs the Clerk of Court to pay Sacramento Management Co., Inc. the sum of $10,571.63 from the settlement fund established in the above-entitled case. Copies of the billings appended to the February 27, 2014 order are also appended to this order.

////

////

1

For the reasons stated above, IT IS HEREBY ORDERED that:

1. The court's February 27, 2014 order directing the Clerk of Court to pay Sacramento Management Co., Inc. the sum of $10,572.63 from the settlement fund established in the above-entitled case (ECF No. 448) is VACATED.

2. The Clerk of Court is directed to pay Sacramento Management Co., Inc. the sum of $10,571.63 from the settlement fund established in the above-entitled case.

Dated: February 28, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2