UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KOTROUS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, INC., et al.,<br><br>　　　　　Defendants. | No.  2:02-cv-1520 FCD CKD<br><br><br>ORDER |

　　　　Pursuant to the terms of the Court-Administered Remediation Fund Account Instructions agreed to by the parties in order to implement the settlement of <u>James Kotrous, individually and doing business as The Mattress Factory v. Goss-Jewett of Northern California, Inc., et al.</u>, case no. 2:02-cv-1520-FCD-JFM, Risk-Based Decisions, Inc., Invoice Nos. 2533 and 2540 were submitted in the amounts of $13,285.47 and $9,179.21 respectively, totaling $22,464.68, for consulting services and expenses incurred at 4301 Power Inn Road through February 28, 2014. These billings were sent to the court on February 18, 2014 and March 6, 2014 with copies to counsel.  Copies of the billings are appended to this order.  No objections to these billings have been filed within the seven day period during which objections must be filed to be considered.

/////

/////

1

Accordingly, within ten days from the date of this order, the Clerk of Court is directed to pay to Risk-Based Decisions, Inc. the sum of $22,464.68 from the settlement fund established in the above-entitled case.

Dated: March 19, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

kotr1520.invoice.38

2