# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 2/13/2014 | 2533 |

| Bill To |
|---|
| Power Inn Road<br>The Honorable John F. Moulds<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS | PROJECT |
|---|---|
| Net 20 | POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/30/2013 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 1/3/2014 | Sr. Hydrogeologist | System maintenance & CO2 change out | 2 | 150.00 | 300.00 |
| 1/6/2014 | Principal | Scope & cost for new remediation well | 1 | 195.00 | 195.00 |
| 1/6/2014 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 1/7/2014 | Principal | Scope & cost for new remediation well | 1 | 195.00 | 195.00 |
| 1/7/2014 | Sr. Engineering G... | Scope & costs for dual phase extraction well | 6 | 150.00 | 900.00 |
| 1/10/2014 | Sr. Engineering G... | SVE O&M | 3 | 150.00 | 450.00 |
| 1/10/2014 | Sr. Hydrogeologist | System maintenance & CO2 change out | 2 | 150.00 | 300.00 |
| 1/10/2014 | Sr. Hydrogeologist | Scope & costs for new dual phase well | 1 | 150.00 | 150.00 |
| 1/10/2014 | Sr. Hydrogeologist | 4Q 2013 SVE Emissions Report | 3 | 150.00 | 450.00 |
| 1/14/2014 | Principal | New Dual Phase Extraction Well Proposal to Water Board | 1 | 195.00 | 195.00 |
| 1/20/2014 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 1/21/2014 | Sr. Hydrogeologist | Monthly SVE Emissions Sampling plus sampling MW-2 | 4 | 150.00 | 600.00 |
| 1/28/2014 | Sr. Hydrogeologist | System maintenance, repairs & CO2 change out | 6 | 150.00 | 900.00 |
| 1/29/2014 | Clerical Support | 4Q 2013 SVE Emissions Monitoring Report | 4 | 55.00 | 220.00 |
| 1/29/2014 | Sr. Engineering G... | 4Q 2013 SVE Emissions Monitoring Report | 1 | 150.00 | 150.00 |
| 1/30/2014 | Sr. Engineering G... | 4Q 2013 SVE Emissions Monitoring Report | 1 | 150.00 | 150.00 |
| 1/31/2014 | Sr. Hydrogeologist | System maintenance, repairs & CO2 change out | 2 | 150.00 | 300.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 12/30/2013 | Equipment/parts | System Maint. PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 1/6/2014 | Labs/Maps | Air Toxics Inv. D12471Z-IN | 1 | 360.00 | 360.00 |
| 1/6/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 1/6/2014 | Equipment/parts | System Maint. PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 1/9/2014 | Permits | Sac Metro Air Quality Mgmt. District - Inv. 1314-03-02305 | 1 | 1,532.00 | 1,532.00 |
| 1/9/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 153.20 |
| 1/10/2014 | Equipment/parts | SVE O&M - PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 1/13/2014 | Labs/Maps | Alpha Analytical Inv. 86261 | 1 | 925.00 | 925.00 |
| 1/13/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 92.50 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 2/13/2014 | 2533 |

**Bill To**

Power Inn Road
The Honorable John F. Moulds
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 20 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1/13/2014 | Equipment/parts | Barnes Welding Supply Inv. 61488702 | 1 | 77.23 | 77.23 |
| 1/13/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 7.72 |
| 1/21/2014 | Equipment/parts | Monthly Emissions Sampling - PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 1/23/2014 | Materials/Supplies | Home Depot - SVE | 1 | 59.69 | 59.69 |
| 1/23/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 5.97 |
| 1/28/2014 | Labs/Maps | Air Toxics Inv. E01245Z-IN | 1 | 360.00 | 360.00 |
| 1/28/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 1/28/2014 | Equipment/parts | Barnes Welding Supply Inv. 61492842 | 1 | 61.01 | 61.01 |
| 1/28/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 6.10 |
| 1/28/2014 | Equipment/parts | System Maint. PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 1/29/2014 | Postage | 4Q 2013 Emissions Report mailed to Angela Thompson | 1 | 5.32 | 5.32 |
| 1/30/2014 | Labs/Maps | Alpha Analytical Inv. 86457 | 1 | 125.00 | 125.00 |
| 1/30/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 12.50 |
| 1/31/2014 | Equipment/parts | Barnes Welding Supply Inv. 91294929 | 1 | 22.94 | 22.94 |
| 1/31/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 2.29 |
| 1/31/2014 | Equipment/parts | SVE Rental for January 2014 | 1 | 1,500.00 | 1,500.00 |
| 1/31/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |

**Total** $13,285.47

**Balance Due** $13,285.47

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste. 203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 3/6/2014 | 2540 |

| Bill To |
|---|
| Power Inn Road<br>Magistrate Judge Carolyn K. Delaney<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS | | PROJECT | | |
|---|---|---|---|---|
| Net 20 | | POWER INN ROAD | | |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2/3/2014 | Principal | Discuss revised MRP with Water Board | 1 | 195.00 | 195.00 |
| 2/3/2014 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 2/7/2014 | Sr. Hydrogeologist | System maintenance & CO2 change out | 3 | 150.00 | 450.00 |
| 2/10/2014 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 2/10/2014 | Sr. Engineering G... | Extraction well permit application | 1 | 150.00 | 150.00 |
| 2/11/2014 | Sr. Engineering G... | Extraction well permit application | 1 | 150.00 | 150.00 |
| 2/14/2014 | Sr. Hydrogeologist | System maintenance & CO2 change out | 3 | 150.00 | 450.00 |
| 2/18/2014 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 2/19/2014 | Sr. Engineering G... | New Groundwater Extraction Well Permit Application | 2 | 150.00 | 300.00 |
| 2/20/2014 | Clerical Support | New Extraction well Permit Application | 1 | 55.00 | 55.00 |
| 2/24/2014 | Principal | Respond to Air District re. SVE emissions data | 1 | 195.00 | 195.00 |
| 2/24/2014 | Sr. Hydrogeologist | Monthly SVE emissions Sampling | 4 | 150.00 | 600.00 |
| 2/25/2014 | Sr. Engineering G... | Utility clearances & scope of new extraction well & trenching to DDC well | 3 | 150.00 | 450.00 |
| 2/26/2014 | Principal | Respond to Air District re. SVE emissions data | 1 | 195.00 | 195.00 |
| 2/26/2014 | Sr. Engineering G... | Utility clearances & scope of new extraction well & trenching to DDC well | 2 | 150.00 | 300.00 |
| 2/28/2014 | Sr. Engineering G... | Utility clearances & scope of new extraction well & trenching to DDC well | 2 | 150.00 | 300.00 |
| 2/28/2014 | Sr. Hydrogeologist | System maintenance & CO2 change out plus monthly MW-2 groundwater sampling | 4 | 150.00 | 600.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 2/3/2014 | Materials/Supplies | System Maintenance - PID, Gloves etc. | 1 | 100.00 | 100.00 |
| 2/10/2014 | Equipment/parts | Barnes Welding Supply Inv. 61497610 | 1 | 78.36 | 78.36 |
| 2/10/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 7.84 |
| 2/19/2014 | Permits | Well Permit | 1 | 853.00 | 853.00 |
| 2/19/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 85.30 |
| 2/19/2014 | Materials/Supplies | Home Depot | 1 | 5.72 | 5.72 |
| 2/24/2014 | Equipment/parts | Barnes Welding Supply Inv. 61501313 | 1 | 78.36 | 78.36 |
| 2/24/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 7.84 |
| 2/24/2014 | Materials/Supplies | Monthly Emissions Sampling - PID, Gloves, etc. | 1 | 100.00 | 100.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 3/6/2014 | 2540 |

| Bill To |
|---|
| Power Inn Road
Magistrate Judge Carolyn K. Delaney
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814 |

| TERMS | | PROJECT |
|---|---|---|
| Net 20 | | POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2/28/2014 | Equipment/parts | Barnes Welding Supply Inv. 91297639 | 1 | 20.72 | 20.72 |
| 2/28/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 2.07 |
| 2/28/2014 | Equipment/parts | SVE Rental for February 2014 | 1 | 1,500.00 | 1,500.00 |
| 2/28/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |

**Total** $9,179.21

**Balance Due** $9,179.21