# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 5/6/2014 | 2549 |

| Bill To |
|---|
| Power Inn Road<br>Magistrate Judge Carolyn K. Delaney<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 20 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3/31/2014 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 4/1/2014 | Sr. Engineering G... | New Extraction Well & piping | 2 | 150.00 | 300.00 |
| 4/2/2014 | Principal | Extraction well pump specs & trenching plumbing scope | 0.5 | 195.00 | 97.50 |
| 4/2/2014 | Sr. Engineering G... | New Extraction Well & piping | 2 | 150.00 | 300.00 |
| 4/4/2014 | Sr. Engineering G... | New Extraction Well & piping | 4 | 150.00 | 600.00 |
| 4/7/2014 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 4/7/2014 | Sr. Hydrogeologist | Semi-Annual 2014 GW Monitoring & Remediation Progress Report | 4 | 150.00 | 600.00 |
| 4/7/2014 | Sr. Engineering G... | New Extraction well - trenching & piping bid scope | 2 | 150.00 | 300.00 |
| 4/14/2014 | Sr. Hydrogeologist | System maintenance & CO2 change out | 6 | 150.00 | 900.00 |
| 4/14/2014 | Proj. Engineer | 2014 Semi-Annual GW Monitoring & remediation Progress Report | 3 | 150.00 | 450.00 |
| 4/15/2014 | Sr. Engineering G... | New Extraction well - piping | 2 | 150.00 | 300.00 |
| 4/15/2014 | Proj. Engineer | 2014 Semi-Annual GW Monitoring & remediation Progress Report | 5 | 150.00 | 750.00 |
| 4/15/2014 | Proj. Engineer | 1Q 2014 SVE Emissions Monitoring Report | 2 | 150.00 | 300.00 |
| 4/16/2014 | Proj. Engineer | 2014 Semi-Annual GW Monitoring & remediation Progress Report | 4 | 150.00 | 600.00 |
| 4/16/2014 | Proj. Engineer | 1Q 2014 SVE Emissions Monitoring Report | 3 | 150.00 | 450.00 |
| 4/17/2014 | Sr. Engineering G... | New Extraction well - piping | 2 | 150.00 | 300.00 |
| 4/17/2014 | Proj. Engineer | 2014 Semi-Annual GW Monitoring & remediation Progress Report | 3 | 150.00 | 450.00 |
| 4/17/2014 | Proj. Engineer | 1Q 2014 SVE Emissions Monitoring Report | 4 | 150.00 | 600.00 |
| 4/18/2014 | Principal | 2014 Semi-Annual GW Monitoring & Remediation Progress Report | 2 | 195.00 | 390.00 |
| 4/18/2014 | Proj. Engineer | 2014 Semi-Annual GW Monitoring & remediation Progress Report | 4 | 150.00 | 600.00 |
| 4/21/2014 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 4/21/2014 | Sr. Hydrogeologist | Monthly SVE Emissions sampling | 5 | 150.00 | 750.00 |
| 4/22/2014 | Proj. Engineer | 2014 Semi-Annual GW Monitoring & Remediation Progress Report | 6 | 150.00 | 900.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
**1540 River Park Drive, Ste.203**
**Sacramento, CA 95815**

| Date | Invoice # |
|---|---|
| 5/6/2014 | 2549 |

**Bill To**
Power Inn Road
Magistrate Judge Carolyn K. Delaney
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS | PROJECT |
|---|---|
| Net 20 | POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 4/23/2014 | Sr. Engineering G... | New Extraction well trenching & piping | 2 | 150.00 | 300.00 |
| 4/23/2014 | Sr. Engineering G... | 2014 Semi-Annual GW Monitoring & Remediation Progress Report | 3 | 150.00 | 450.00 |
| 4/24/2014 | Sr. Engineering G... | 1Q 2014 SVE Emissions Monitoring Report | 3 | 150.00 | 450.00 |
| 4/24/2014 | Sr. Engineering G... | 2014 Semi-Annual GW Monitoring & Remediation Progress Report | 3 | 150.00 | 450.00 |
| 4/28/2014 | Principal | 2014 Semi-Annual GW Monitoring & Remediation Progress Report | 1 | 195.00 | 195.00 |
| 4/28/2014 | Principal | 1Q 2014 SVE Emissions Monitoring Report | 1 | 195.00 | 195.00 |
| 4/28/2014 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 4/28/2014 | Sr. Hydrogeologist | New Extraction well Installation | 2 | 150.00 | 300.00 |
| 4/29/2014 | Principal | 2014 Semi-Annual GW Monitoring & Remediation Progress Report | 2 | 195.00 | 390.00 |
| 4/29/2014 | Clerical Support | 1Q 2014 Emissions Report | 4 | 55.00 | 220.00 |
| 4/29/2014 | Clerical Support | 2014 Semi-Annual Groundwater and Remediation and Status Report | 4 | 55.00 | 220.00 |
| 4/29/2014 | Sr. Hydrogeologist | New Extraction well Installation | 4 | 150.00 | 600.00 |
| 4/29/2014 | Proj. Engineer | New Extraction well installation | 6 | 150.00 | 900.00 |
| 4/30/2014 | Sr. Engineering G... | New Extraction well & piping | 2 | 150.00 | 300.00 |
| 4/30/2014 | Sr. Hydrogeologist | New Extraction well Installation | 6 | 150.00 | 900.00 |
| 5/6/2014 | Sr. Engineering G... | New Extraction well- trenching & plumbing | 8 | 150.00 | 1,200.00 |
| 5/7/2014 | Sr. Engineering G... | New Extraction well- trenching & plumbing | 7 | 150.00 | 1,050.00 |
| 5/8/2014 | Sr. Engineering G... | New Extraction well- trenching & plumbing | 7 | 150.00 | 1,050.00 |
| | | REIMBURSABLE EXPENSES | | | |
| 3/26/2014 | Equipment/parts | Barnes Welding Supply Inv. 61510676 | 1 | 62.14 | 62.14 |
| 3/26/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 6.21 |
| 3/31/2014 | Labs/Maps | Alpha Analytical Inv. 87053 | 1 | 825.00 | 825.00 |
| 3/31/2014 | Subcontractor Mar... | 10% on above | | 82.50 | 82.50 |
| 3/31/2014 | Equipment/parts | Barnes Welding Supply Inv. 91300370 | 1 | 22.94 | 22.94 |
| 3/31/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 2.29 |
| 3/31/2014 | Equipment/parts | SVE - PID, Gloves, Etc. | 1 | 100.00 | 100.00 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 5/6/2014 | 2549 |

| Bill To |
|---|
| Power Inn Road<br>Magistrate Judge Carolyn K. Delaney<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 20 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 4/1/2014 | Labs/Maps | Air Toxics Inv. E03421Z-IN | 1 | 360.00 | 360.00 |
| 4/1/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 4/7/2014 | Equipment/parts | Barnes Welding Supply Inv. 61515683 | 1 | 62.14 | 62.14 |
| 4/7/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 6.21 |
| 4/7/2014 | Equipment/parts | SVE - PID, Gloves, Etc. | 1 | 100.00 | 100.00 |
| 4/9/2014 | Equipment/parts | McMaster-Carr Inv.# 80646022 | 1 | 756.49 | 756.49 |
| 4/9/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 75.65 |
| 4/9/2014 | Equipment/parts | McMaster-Carr Inv.#80722927 | 1 | 398.05 | 398.05 |
| 4/9/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 39.81 |
| 4/10/2014 | Materials/Supplies | HD Supply | 1 | 8.55 | 8.55 |
| 4/10/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 0.86 |
| 4/14/2014 | Equipment/parts | SVE - PID, Gloves, Etc. | 1 | 100.00 | 100.00 |
| 4/17/2014 | Equipment/parts | Fremouw Environmental Services Inv. 054829 | 1 | 917.50 | 917.50 |
| 4/17/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 91.75 |
| 4/21/2014 | Equipment/parts | Power Pole Service Inv. 31001 | 1 | 1,351.82 | 1,351.82 |
| 4/21/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 135.18 |
| 4/21/2014 | Equipment/parts | Barnes Welding Supply Inv. 61519432 | 1 | 78.36 | 78.36 |
| 4/21/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 7.84 |
| 4/21/2014 | Equipment/parts | SVE - PID, Gloves, Etc. | | 100.00 | 100.00 |
| 4/28/2014 | Equipment/parts | Geotech Environmental Equipment - Inv. 424910 | 1 | 1,828.80 | 1,828.80 |
| 4/28/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 182.88 |
| 4/28/2014 | Equipment/parts | SVE - PID, Gloves, Etc. | | 100.00 | 100.00 |
| 4/29/2014 | Labs/Maps | Air Toxics Inv. E04365Z-IN | 1 | 360.00 | 360.00 |
| 4/29/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 4/29/2014 | Postage | 2014 Semi Annual GW Monitoring & Remediation Status Report-Ann Palmer | 1 | 6.16 | 6.16 |
| 4/29/2014 | Postage | 2014 Semi Annual GW Monitoring & Remediation Status Report - Peterson | 1 | 6.16 | 6.16 |
| 4/29/2014 | Postage | 1Q 2014 Emissions Report - Angela Thompson | 1 | 5.32 | 5.32 |
| 4/30/2014 | Equipment/parts | Barnes Welding Supply Inv. 91303106 | 1 | 22.20 | 22.20 |
| 4/30/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 2.22 |
| 4/30/2014 | Equipment/parts | Fremouw Environmental Services Inv. 54943 | 1 | 471.65 | 471.65 |

**Total**

**Balance Due**

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 5/6/2014 | 2549 |

**Bill To**
Power Inn Road
Magistrate Judge Carolyn K. Delaney
United States Magistrate Judge
501 I Street,
Sacramento, CA 95814

| TERMS |
|---|
| Net 20 |

| PROJECT |
|---|
| POWER INN ROAD |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 4/30/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 47.17 |
| 4/30/2014 | Equipment/parts | Fremouw Environmental Services Inv. 54965 | 1 | 930.00 | 930.00 |
| 4/30/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 93.00 |
| 4/30/2014 | Equipment/parts | SVE Rental for the month of April 2014 | 1 | 1,500.00 | 1,500.00 |
| 4/30/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |

**Total** $32,976.35

**Balance Due** $32,976.35

# Invoice

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste.203
Sacramento, CA 95815

| Date | Invoice # |
|---|---|
| 4/8/2014 | 2543 |

| Bill To |
|---|
| Power Inn Road<br>Magistrate Judge Carolyn K. Delaney<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS |
|---|
| Net 20 |

| PROJECT |
|---|
| Power Inn Road |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3/3/2014 | Principal | New extraction well location clearance & scope for new trench to DDC well | 1.5 | 195.00 | 292.50 |
| 3/3/2014 | Sr. Engineering G... | New Groundwater Extraction well | 2 | 150.00 | 300.00 |
| 3/3/2014 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 3/4/2014 | Sr. Engineering G... | New Groundwater Extraction well | 3 | 150.00 | 450.00 |
| 3/4/2014 | Sr. Hydrogeologist | New GW Extraction well installation | 2 | 150.00 | 300.00 |
| 3/7/2014 | Sr. Engineering G... | New Groundwater Extraction well | 5 | 150.00 | 750.00 |
| 3/7/2014 | Sr. Hydrogeologist | System maintenance & CO2 change out | 2 | 150.00 | 300.00 |
| 3/7/2014 | Proj. Engineer | New Extraction well installation | 3 | 150.00 | 450.00 |
| 3/10/2014 | Principal | Revise Groundwater Monitoring Program changes letter to Water Board | 0.5 | 195.00 | 97.50 |
| 3/10/2014 | Proj. Engineer | Installation of new extraction well | 6 | 150.00 | 900.00 |
| 3/10/2014 | Sr. Engineering G... | Installation of new groundwater extraction well | 10 | 150.00 | 1,500.00 |
| 3/11/2014 | Sr. Engineering G... | Installation of new groundwater extraction well | 2 | 150.00 | 300.00 |
| 3/12/2014 | Principal | Revise Groundwater Monitoring Program changes letter to Water Board | 0.5 | 195.00 | 97.50 |
| 3/17/2014 | Sr. Hydrogeologist | System maintenance & CO2 changeout | 4 | 150.00 | 600.00 |
| 3/18/2014 | Principal | Development of new extraction well | 1 | 195.00 | 195.00 |
| 3/18/2014 | Sr. Hydrogeologist | Development of new 6-inch groundwater extraction well | 4 | 150.00 | 600.00 |
| 3/18/2014 | Proj. Engineer | New Extraction Well development | 3 | 150.00 | 450.00 |
| 3/18/2014 | Sr. Engineering G... | New Groundwater Extraction Well Development | 7 | 150.00 | 1,050.00 |
| 3/19/2014 | Sr. Engineering G... | New Groundwater Extraction Well Development | 2 | 150.00 | 300.00 |
| 3/21/2014 | Sr. Hydrogeologist | Semi-Annual 2014 groundwater sampling | 8 | 150.00 | 1,200.00 |
| 3/21/2014 | Sr. Engineering G... | Semi-Annual 2014 Groundwater sampling | 8 | 150.00 | 1,200.00 |
| 3/24/2014 | Sr. Hydrogeologist | System maintenance & CO2 change out | 4 | 150.00 | 600.00 |
| 3/24/2014 | Sr. Hydrogeologist | Monthly SVE Emissions Sampling | 4 | 150.00 | 600.00 |
| 3/25/2014 | Sr. Engineering G... | New GW extraction well & plumbing- trenching scope | 4 | 150.00 | 600.00 |
| 3/26/2014 | Principal | Semi-annual groundwater data analysis | 2 | 195.00 | 390.00 |
| 3/27/2014 | Sr. Engineering G... | New GW extraction well & plumbing- trenching scope | 2 | 150.00 | 300.00 |
| 3/28/2014 | Sr. Engineering G... | New GW extraction well & plumbing- trenching scope | 2 | 150.00 | 300.00 |

**Total**

**Balance Due**

**Risk-Based Decisions, Inc.**
1540 River Park Drive, Ste. 203
Sacramento, CA 95815

# Invoice

| Date | Invoice # |
|---|---|
| 4/8/2014 | 2543 |

| Bill To |
|---|
| Power Inn Road<br>Magistrate Judge Carolyn K. Delaney<br>United States Magistrate Judge<br>501 I Street,<br>Sacramento, CA 95814 |

| TERMS | PROJECT |
|---|---|
| Net 20 | Power Inn Road |

| DATE | ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3/31/2014 | Principal | Extraction well pump specs & trenching plumbing scope | 0.5 | 195.00 | 97.50 |
| | | REIMBURSABLE EXPENSES | | | |
| 3/3/2014 | Equipment/parts | PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 3/4/2014 | Equipment/parts | Fremouw Environmental Services Inv. 054340 | 1 | 695.87 | 695.87 |
| 3/4/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 69.59 |
| 3/4/2014 | Labs/Maps | Cruz Brothers Locators Inv. 29203 | 1 | 290.00 | 290.00 |
| 3/4/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 29.00 |
| 3/6/2014 | Labs/Maps | Air Toxics Inv. E02408Z-IN | 1 | 360.00 | 360.00 |
| 3/6/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 36.00 |
| 3/10/2014 | Equipment/parts | Barnes Welding Supply Inv. 61506277 | 1 | 62.14 | 62.14 |
| 3/10/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 6.21 |
| 3/17/2014 | Equipment/parts | PID, Gloves, etc. | 1 | 100.00 | 100.00 |
| 3/18/2014 | Labs/Maps | Alpha Analytical Inv. 86847 | 1 | 125.00 | 125.00 |
| 3/18/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 12.50 |
| 3/21/2014 | Equipment/parts | GW Sampling - Pump | 1 | 45.00 | 45.00 |
| 3/21/2014 | Equipment/parts | GW Sampling - Generator | 1 | 55.00 | 55.00 |
| 3/21/2014 | Equipment/parts | GW Sampling - pH Meter | 1 | 40.00 | 40.00 |
| 3/21/2014 | Equipment/parts | GW Sampling - Water Level Indicator | 1 | 25.00 | 25.00 |
| 3/21/2014 | Materials/Supplies | GW Sampling - Gloves | 1 | 9.00 | 9.00 |
| 3/24/2014 | Materials/Supplies | Home Depot - supplies for SVE | 1 | 3.26 | 3.26 |
| 3/31/2014 | Equipment/parts | Fremouw Environmental Services Inv. 054720 | 1 | 1,215.00 | 1,215.00 |
| 3/31/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 121.50 |
| 3/31/2014 | Labs/Maps | Alpha Analytical Inv. 87039 | 1 | 325.00 | 325.00 |
| 3/31/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 32.50 |
| 3/31/2014 | Labs/Maps | Alpha Analytical Inv. 87003 | 1 | 350.00 | 350.00 |
| 3/31/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 35.00 |
| 3/31/2014 | Equipment/parts | National EWP Inv. 413.0459 | 1 | 14,384.00 | 14,384.00 |
| 3/31/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 1,438.40 |
| 3/31/2014 | Equipment/parts | SVE Rental for the month of March 2014 | 1 | 1,500.00 | 1,500.00 |
| 3/31/2014 | Subcontractor Mar... | 10% on above | | 10.00% | 150.00 |

**Total** $36,434.97

**Balance Due** $36,434.97